# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | Page |
|---|---|
| J | 1 of 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0007 | 11/15/2001 | | |

6. ISSUED BY CODE 2081

DSC - CS - Contracting Services Group
National Park Service, P.O. Box 25287,12795 W. Alameda Parkway
Denver, CO 80225

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and Zip Code)*

Grunley-Walsh Construction J.V

5010 Nicholson Lane, Suite 1

Rockville, MD 20852

CODE FACILITY CODE

| | |
|---|---|
| | 9A. AMENDMENT OF SOLICITATION NO. |
| | 9B. DATED *(SEE ITEM 11)* |
| (X) | 10A. MODIFICATION OF CONTRACT/ORDER NO. C3059980901 |
| (X) | 10B. DATED *(SEE ITEM 13)* 05/06/1998 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF AUTHORITY OF FAR 43.103(b). |
| ☑ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4 Changes (Aug 1987); and Mutual Agreement of Both Parties |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

National Capital Parks Central, NACC-448E

Indefinite Quantity Contract to Stabilize and Preserve the Washington Monument

See attached pages.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | |
|---|---|---|---|
| Loren D. Raap, President | | John M. Fox | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. United States of America | 16C. DATE SIGNED |
| [signature] *(Signature of person authorized to sign)* | 11-19-01 | BY [signature] *(Signature of Contracting Officer)* | 11/21/01 |

A. This modification revises the Contract as follows:

1. Revise the scope of the Contract to allow for Design-Build services, and add the following Bid Item:

   Bid Item No. 11 – PHYSICAL SECURITY SYSTEM

   This bid item consists of design-build services for structures ensuring and maintaining the physical security of the Washington Monument. Services include but are not limited to, design and construction of a vehicle barrier security system, and design and potential construction of an underground visitor security screening facility. The work includes Construction Management Services related to the overall design-build effort, including selection/coordination of the designer and design effort; and General Contractor duties involving organization of labor, materials, equipment, subcontractors, and other direct costs to furnish, install, and complete physical construction. Pricing will be negotiated on individual task orders. Services contained in forthcoming task orders may cover design only, design-build, or construction only. Payment will be made in accordance with the applicable task order, at the negotiated rates/prices.

2. Revise the contract maximum ceiling amounts to the following:

| | |
|---|---|
| Maximum amount of services ordered per year (option period): | $20,000,000 |
| Maximum amount of services ordered if all options periods are exercised: | $40,000,000 |
| Maximum amount for any order for a single item: | $20,000,000 |
| Maximum amount for any order for a combination of items: | $20,000,000 |

   The revised maximum amounts listed above are reflected in DSC Clause 1489.216-140 and FAR Clause 52.216-19, incorporated herein.

3. Delete "Index to Clauses of the General Provisions (Construction Contract)" (38 pages) as contained in the original contract, and replace with Attachment (1), Contract Clauses (41 pages). Attachment (1) is hereby incorporated into this contract with full force and effect.

4. Wage rates per General Decision DC970003 dated 11/07/97, as originally incorporated into this contract, remain in effect as a result of this modification.

B. As a result of the above, the total contract amount remains unchanged.

TABLE OF CONTENTS


SECTION A -- Solicitation/Contract Form 3
A.1 Clauses Incorporated by Reference 3
SECTION B -- Supplies or Services and Prices 4
B.1 Contract Price Schedule and Instructions 4
B.2 Minimum and Maximum Amounts 4
SECTION C -- Descriptions and Specifications 5
C.1 Statement of Work - Design-Build 5
C.2 Document Standards - Design-Build 5
SECTION E -- Inspection and Acceptance 6
E.1 Clauses By Reference 6
SECTION F -- Deliveries or Performance 7
F.1 Clauses By Reference 7
F.2 Effective Period of Contract-Time and Materials, Labor Hour, or Indefinate Delivery/Indefinate Quantity Fixed-Rate Services Contract 7
SECTION H -- Special Contract Requirements 8
H.1 Clauses By Reference 8
H.2 Technical Direction 8
H.3 Definition of Wage Rates 8
H.4 Wage Rates 11
SECTION I -- Contract Clauses 12
I.1 Clauses By Reference 12
I.2 Electrical Power and Communications Arrangements 13
I.3 Investigation of Field Conditions 13
I.4 Meetings 13
I.5 Notification of Visits to Parks 14
I.6 Rights-of-Entry 14
I.7 Archeological Findings 14
I.8 Prohibition Against Use of Lead-Based Paint --DOI 14
I.9 Liability Insurance - Department of Interior 14
I.10 Examination of Records by the Department of Interior 15
I.11 Release of Claims - Department of Interior 15
I.12 Design for the Use of the Physically Handicapped 15
I.13 Restrictions on Endorsements – Department of Interior 15
I.14 Year 2,000 Compliant (New Procurement) 16
I.15 Reference Standards 16
I.16 Key Personnel 16
I.17 Pricing of Adjustments 17
I.18 Conduct of Operations 17
I.19 Cultural Resources Survey 17
I.20 Seasonal Shutdown 18
I.21 Payment by Electronic Funds Transfer -- Other than Central Contractor Registration 18
I.22 Prompt Payment for Construction Contracts (Para (a)(1)(i)(A) 2nd sentence added by DSC, 4/89) 20
I.23 Insurance - Work on a Government Installation (Paragraph (d) Added by DSC) 25
I.24 Small Business Subcontracting Plan, Alt I (Para J1&2 mod by DSC 1/99) 26
I.25 Order of Precedence - Uniform Contract Format (Para D Modified and F&G Added by DSC 4/98) 30
I.26 Certification and Estimate of Percentage of Recovered Material Content for EPA-Designated Products. 30
I.27 Certification of Eligibility 31
I.28 Specifications & Drawings for Construction (Para B1 & G modified by DSC 4/84) 31
I.29 Option To Extend The Term Of The Contract 32
I.30 Option To Extend Services 32
I.31 Indefinite Quantity 32
I.32 Requirements 33
I.33 Order Limitations 33
I.34 Ordering 34
I.35 Notification of Ownership Changes 34
I.36 Government Rights 35
I.37 Clauses By Reference 35

| | | |
|---|---|---|
| I.38 | Notice of Buy American Act / Balance of Payments Program Requirement - Construction Materials under Trade Agreements Alternate I | 35 |
| I.39 | Performance of Work by the Contractor | 36 |
| I.40 | Buy American Act - Balance of Payments Program - Construction Materials under Trade Agreements | 36 |
| I.41 | Notice of Buy American Act / Balance of Payments Program Requirement - Construction Materials Alternate I | 40 |
| I.42 | Notice of Requirement for Affirmative Action to Ensure Equal Employment Opportunity for Construction | 40 |
| I.43 | Liquidated Damages—Construction | 41 |

SECTION A -- SOLICITATION/CONTRACT FORM

A.1 52.252-02 CLAUSES INCORPORATED BY REFERENCE FEBRUARY 1998

CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

**http://www.arnet.gov/far**

SECTION B -- SUPPLIES OR SERVICES AND PRICES

B.1 DSC-91 CONTRACT PRICE SCHEDULE AND INSTRUCTIONS JUNE 2001

Submit offer for all items; failure to do so may render the offer non-responsive. On lump-sum items, provide total price only; on unit price items, provide the unit price and the extended amount of offer. If no item exists for a portion of the work, include the costs in a related item. In case of error in extension of prices, unit price governs. In case of error in summation, the total of the corrected amounts governs. Round totals and extended prices to the nearest whole dollar (no cents).

Quantities for unit price items are estimated, but payment will be made only for actual quantities of work completed.

Award will be made to one Offeror in accordance with the Section M of the contract.

Determination of the low Offerer will be made by taking each Offeror's base offer and adding as many of the additives (taken in the sequence listed) as available funds will permit. Only entire additives will be awarded; partial additives will not be considered.

B.2 1489.216-140 MINIMUM AND MAXIMUM AMOUNTS APRIL 1984

During the period specified in Clause entitled "Effective Period of the Contract-Time and Materials, Labor Hour or Indefinite Delivery/Indefinite Quantity Fixed Rate Contract" the total quantity of services ordered shall not exceed $20,000,000 for any single year. The maximum amount of services ordered if all options are exercised shall not exceed $40,000,000.

SECTION C -- DESCRIPTIONS AND SPECIFICATIONS

C.1 DSC-43 STATEMENT OF WORK – DESIGN-BUILD JUNE 1999

Statements of Work shall be provided on forthcoming task orders.

C.2 DSC-42 DOCUMENT STANDARDS - DESIGN-BUILD JUNE 1999

A. Design shall be accomplished by licensed or registered design professionals in accordance with applicable codes, accepted standards and National Park Service Design Process Guidelines (Operations Manual, Part 2, Design Process). Professional registration stamps for the responsible disciplines shall be required on all final drawing sheets.

B. Drawings shall be prepared in accordance with the Denver Service Center publication "Drafting Guidelines", NPS-10 (Drawing Requirements - Architect/Engineer Contract for Architect/Engineer Projects).

1. Format - All drawings shall be prepared on 22-inch x 34--inch standard mylar sheets in black plastic lead or black waterproof ink at the option of the A/E. Required NPS standard mylar sheets will be furnished by the Contracting Officer without charge to the A/E. Title, drawing designation, and other identification of each drawing shall be approved by the Contracting Officer.

2. Quality - all drawings shall be prepared in such manner as to facilitate 35 millimeter filming and reduced size reproduction. Detailing, lettering, spacing, line-weight, scale and other principles of technique shall be so executed as to ensure clarity and faithfulness in reduced-size reproduction, in the enlarged image as projected in 35 millimeter reading equipment, and in the "blow-back" from the 35 millimeter film to a reduction identical in size to the original tracing. All letters and numerals shall be at least 1/8-inch in height, adequately spaced in single- stroke upper-case Gothic style, preferable vertical. All lines, strokes, letters and numerals shall be uniformly dense as practicable. Scale identification shall be by graphic illustration or by appropriate explanation to scale notation.

C. Specifications: All specifications prepared under this contract, including technical specifications, general requirements (provided by NPS contracting division) and a table of contents, shall be prepared in accordance with the NPS "Guide for Specifiers" which prescribes, in part, that technical specifications shall be written in accordance with the Manual of Practice written by the Construction Specifications Institute.

SECTION E -- INSPECTION AND ACCEPTANCE

E.1 52.252-02 CLAUSES INCORPORATED BY REFERENCE

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

| http://www.arnet.gov/farClause | Title | Date |
|---|---|---|
| 52.246-06 | Inspection--Time-And-Material And Labor-Hour | May 2001 |
| 52.246-04 | Inspection Of Services- Fixed Price | August 1996 |

SECTION F -- DELIVERIES OR PERFORMANCE

F.1 52.252-02 CLAUSES INCORPORATED BY REFERENCE

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

| http://www.arnet.gov/farClause | Title | Date |
|---|---|---|
| 52.242-17 | Government Delay Of Work | April 1984 |

F.2 1489.212-155 EFFECTIVE PERIOD OF CONTRACT-TIME AND MATERIALS, LABOR HOUR, OR INDEFINATE DELIVERY/INDEFINATE QUANTITY FIXED-RATE SERVICES CONTRACT APRIL 1984

(a) The effective period of this contract is from May 13, 1998 through May 12, 1999 .

(b) The "Effective Period of the Contract" clause may be modified as follows if the options are exercised:

| | Start Date | End Date |
|---|---|---|
| Option Period I | May 13, 1999 | May 12, 2000 |
| Option Period II | May 13, 2000 | May 12, 2001 |
| Option Period III | May 13, 2001 | May 12, 2002 |
| Option Period IV | May 13, 2002 | May 12, 2003 |

SECTION H -- SPECIAL CONTRACT REQUIREMENTS

H.1 52.252-02 CLAUSES INCORPORATED BY REFERENCE

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

| **http://www.arnet.gov/farClause** | **Title** | **Date** |
|---|---|---|
| 52.236-25 | Requirements for Registration of Designers | April 1984 |

H.2 1489.237-71 TECHNICAL DIRECTION APRIL 1984

(a) The Contracting Officer's Technical Representative will provide technical direction on contract performance. Technical direction includes:

(1) Direction to the Contractor which assists him in accomplishing the Statement of Work.

(2) Comments on the approval of reports or other deliverables.

(b) Technical direction must be within the contract Statement of Work. The Contracting Officer's Technical Representative does not have the authority to issue technical direction which (1) institutes additional work outside the scope of the contract; (2) constitutes a change as defined in the "Changes" clause; (3) causes an increase or decrease in the estimated cost of the contract; (4) alters the period of performance; or (5) changes any of the other express terms or conditions of the contract.

(c) Technical direction will be issued in writing by the Contracting Officer Technical Representative or confirmed by him/her in writing within five (5) calendar days after verbal issuance.

H.3 DSC-01 DEFINITION OF WAGE RATES JANUARY 1976

If any portion of the work falls under one of the following classifications and that work comprises 20 percent of more of the total project costs, the Contractor shall use the applicable rates for that type of construction. However, if any portion of the work falls under one the following classifications and that work comprises less than 20 percent of the total project costs, that portion is considered incidental to work in the most closely related classification that exceeds the 20 percent threshold.

BUILDING CONSTRUCTION

Building construction generally is the construction of sheltered enclosures with walk-in access for the purpose of housing persons, machinery, equipment, or supplies. It includes all construction of such structures, the installation of equipment, both above and below grade level, as well as incidental site work, parking areas, utilities, streets, and sidewalks. Additionally, such structures need not be "habitable" to be building construction. The installation of heavy machinery and/or equipment does not change the project's character as a building.

Examples:

Alterations and additions to buildings
Apartment buildings (5 stories and above)
Arenas (enclosed)
Auditoriums

\utomobile parking garages
Banks and financial buildings
Barracks
Churches
City halls
Civic centers
Commercial buildings
Court houses
Detention facilities
Dormitories
Farm buildings
Fire stations
Hospitals
Hotels
Industrial buildings
Institutional buildings
Libraries
Mausoleums
Motels
Museums
Nursing and convalescent facilities
Office buildings
Out-patient clinics
Passenger and freight terminal buildings
Police stations
Post offices
Power plants
.'refabricated buildings
Remodeling buildings
Renovating buildings
Repairing buildings
Restaurants
Schools
Service stations
Shopping centers
Stores
Subway stations
Theaters
Warehouses
Water and sewage treatment plants (buildings only)

RESIDENTIAL CONSTRUCTION

Residential projects for Davis-Bacon purposes are those involving the construction, alteration, or repair of single family houses or apartment buildings of no more than 4 stories in height. This includes all incidental items such as site work, parking areas, utilities, streets, and sidewalks.

Examples:

Town or row houses
Apartment buildings (4 stories or less)
Single family houses
Mobile home developments
Multi-family houses
Married student housing

HEAVY CONSTRUCTION

Ieavy projects are those projects that are not properly classified as either "building", "highway", or "residential". Unlike these classifications, heavy construction is not a homogeneous classification. Because of this catch-all nature, projects within the heavy classification may sometimes be distinguished on the basis of their particular project characteristics, and separate schedules issued. For example, separate schedules may be issued for dredging projects, water and sewer line projects, dams, major bridges, and flood control projects. This classification includes incidental items such as buildings, site work, streets, and sidewalks.

Examples:

Antenna towers
Bridges (major bridges designed
for commercial navigation)
Breakwaters
Caissons (other than building or highway)
Canals
Channels
Channel cut-offs
Chemical complexes or facilities
(other than buildings)
Cofferdams
Coke ovens
Dams
Demolition (not incidental to construction)
Dikes
Docks
Drainage projects
Dredging projects
Electrification projects (outdoor)
Flood control projects
Industrial incinerators (other than building)
Irrigation projects
Jetties
Kilns
Land drainage (not incidental to other construction)
Land leveling (not incidental to other construction)
Land reclamation
Levees
Locks, waterways
Oil refineries (other than buildings)
Pipelines
Ponds
Pumping stations (prefabricated
drop-in units, not buildings)
Railroad construction
Reservoirs
Revetments
Sewage collection and disposal lines
Sewers (sanitary, storm, etc.)
Shoreline maintenance
Ski tows
Storage tanks
Swimming pools (outdoor)
Subways (other than buildings)
Tipples
Tunnels
Unsheltered piers and wharves
Viaducts (other than highway)
Water mains
Waterway construction
Water supply lines (not incidental to building)

Water and sewage treatment plants (other than buildings)
Wells

HIGHWAY CONSTRUCTION

Highway projects include the construction, alteration or repair of roads, streets, highways, runways, taxiways, alleys, trails, paths, parking areas, and other similar projects. This classification includes incidental items such as buildings, sitework, and utilities. Examples:

Alleys
Base courses
Bituminous treatments
Bridle paths
Concrete pavement
Curbs
Excavation and embankment (for road construction)
Fencing (highway)
Grade crossing elimination
(overpasses or underpasses)
Guard rails on highway
Highway signs
Highway bridges (overpasses, underpasses,
grade separation)
Medians
Parking lots
Parkways
Resurfacing streets and highways
Roadbeds
Roadways
Runways
Shoulders
Stabilizing courses
Storm sewers incidental to road
construction
Street paving
Surface courses
Taxiways
Trails

H.4 DSC-17 WAGE RATES JANUARY 1999

General Decision DC970003 dated 11/07/97 as originally incorporated into this contract remains in effect.

'ECTION I -- CONTRACT CLAUSES

I.1 52.252-02 CLAUSES INCORPORATED BY REFERENCE

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

| http://www.arnet.gov/farClause | Title | Date |
|---|---|---|
| 52.215-17 | Waiver of Facilities Capital Cost of Money | October 1997 |
| 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other than Pensions | October 1997 |
| 52.215-15 | Pension Adjustments and Asset Reversions | December 1998 |
| 52.215-12 | Subcontractor Cost or Pricing Data | October 1997 |
| 52.244-04 | Subcontractors and Outside Associates and Consultants (Architect-Engineer Services) | August 1998 |
| 52.215-10 | Price Reduction for Defective Cost or Pricing Data | October 1997 |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data--Modifications | October 1997 |
| 52.215-02 | Audit and Records--Negotiation | June 1999 |
| 52.236-26 | Preconstruction Conference | February 1995 |
| 52.209-06 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | July 1995 |
| 2.204-04 | Printed or Copied Double-Sided on Recycled Paper. | August 2000 |
| 52.245-04 | Government-Furnished Property (Short Form) | April 1984 |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data--Modifications | October 1997 |
| 52.232-26 | Prompt Payment for Fixed-Price Architect-Engineer Contracts | May 2001 |
| 52.215-13 | Subcontractor Cost or Pricing Data--Modifications | October 1997 |
| 52.232-23 | Assignment Of Claims | January 1986 |
| 52.204-02 Alt II | Security Requirements-Alternate II | April 1984 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | June 1997 |
| 52.230-06 | Administration of Cost Accounting Standards | November 1999 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | January 1997 |
| 52.230-02 | Cost Accounting Standards | April 1998 |
| 52.203-08 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | January 1997 |
| 52.229-05 | Taxes--Contracts Performed In U S Possessions Or Puerto Rico | April 1984 |
| 52.229-03 | Federal, State And Local Taxes | January 1991 |
| 52.203-07 | Anti-Kickback Procedures | July 1995 |
| 52.203-06 | Restrictions On Subcontractor Sales To The Government | July 1995 |
| 52.228-11 | Pledges Of Assets | February 1992 |
| 52.203-05 | Covenant Against Contingent Fees | April 1984 |
| 52.203-03 | Gratuities | April 1984 |
| 52.227-16 | Additional Data Requirements | June 1987 |
| 52.227-02 | Notice And Assistance Regarding Patent And Copy Infringement | August 1996 |
| 52.202-01 Alt I | Definitions- Alternate I | May 2001 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | July 2000 |
| 52.223-14 | Toxic Chemical Release Reporting | October 2000 |
| 52.223-06 | Drug Free Workplace | May 2001 |
| i2.223-05 | Pollution Prevention and Right-to-Know Information | April 1998 |
| 52.223-03 Alt I | Hazardous Material Identification and Material Safety Data Alternate I | July 1995 |
| 52.222-37 | Employment Reports On Disabled Veterans and Veterans of the Vietnam Era | January 1999 |
| 52.222-36 | Affirmative Action For Workers with Disabilities | June 1998 |

| | | |
|---|---|---|
| 2.222-35 | Affirmative Action For Disabled Veterans and Veterans of the Vietnam Era | April 1998 |
| 52.222-26 | Equal Opportunity | February 1999 |
| 52.222-21 | Prohibition of Segregated Facilities | February 1999 |
| 52.227-01 | Authorization and Consent | July 1995 |
| 52.222-14 | Disputes Concerning Labor Standards | February 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | February 1988 |
| 52.227-17 | Rights In Data-Special Works | June 1987 |
| 52.228-02 | Additional Bond Security | October 1997 |
| 52.222-10 | Compliance with Copeland Act Requirements | February 1988 |
| 52.228-12 | Prospective Subcontractor Requests for Bonds | October 1995 |
| 52.228-14 | Irrevocable Letter of Credit | December 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | July 2000 |
| 52.222-09 | Apprentices and Trainees | February 1988 |
| 52.222-08 | Payrolls and Basic Records | February 1988 |
| 52.222-07 | Withholding of Funds | February 1988 |
| 52.230-03 | Disclosure And Consistency Of Cost Accounting Practices | April 1998 |
| 52.222-06 | Davis Bacon Act | February 1995 |
| 52.232-07 | Payments Under Time-And-Materials And Labor Hour Contracts | March 2000 |
| 52.232-10 | Payments under Fixed-Price Architect-Engineer Contracts | August 1987 |
| 52.232-17 | Interest | June 1996 |
| 52.222-11 | Subcontracts (Labor Standards) | February 1988 |
| 52.222-04 | Contract Work Hours and Safety Standards Act - Overtime Compensation | September 2000 |
| 52.233-01 | Disputes | December 1998 |
| 52.233-03 | Protest After Award | August 1996 |
| 2.222-03 | Convict Labor | August 1996 |
| 52.242-13 | Bankruptcy | July 1995 |
| 52.242-14 | Suspension of Work | April 1984 |
| 52.243-04 | Changes | August 1987 |
| 52.222-12 | Contract Termination-Debarment | February 1988 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | January 1999 |
| 52.249-02 Alt I | Termination for Convenience of the Government (Fixed-Price) - Alternate I | September 1996 |
| 52.249-07 | Termination (Fixed-Price Architect-Engineer) | April 1984 |
| 52.219-08 | Utilization of Small Business Concerns | October 2000 |

I.2 1489.236-86 ELECTRICAL POWER AND COMMUNICATIONS ARRANGEMENTS APRIL 1988

(a) The Architect-Engineer shall not conduct power and communication service negotiations, prepare preliminary contractual contracts, and establish tentative payment rates for rerouting of extension and/or correction to power transmission lines and communication facilities and equipment unless so directed in writing by the Contracting Officer. All such activities shall be conducted by the Government and such data as developed therefrom required by the Architect-Engineer in providing the services specified in each contract shall be provided by the Government.

I.3 1489.236-85 INVESTIGATION OF FIELD CONDITIONS APRIL 1988

(a) The Architect-Engineer is urged to visit the area where work is to be performed and by his own investigation satisfy himself as to the existing conditions effecting the work to be done. If the Architect-Engineer, including subcontractors, chooses not to visit the area, he will nevertheless be charged with knowledge of conditions which a reasonable inspection would have disclosed. The Architect-Engineer shall assume all responsibility for deductions and conclusions as to the difficulties in performing the work under this contract.

I.4 1489.236-84 MEETINGS APRIL 1988

(a) Whenever the Architect-Engineer has workers working in the field, and if so directed by the Contracting officer, the Architect-Engineer's representative in charge of field operations shall contact the Contracting Officer's field representative at least biweekly during progress of field operations, and prior to departure after completion of the field operations. The purpose of these contracts is to provide cooperation in the solution of mutual problems and to provide information on progress of field work.

I.5 1489.236-83 NOTIFICATION OF VISITS TO PARKS APRIL 1988

(a) The Architect-Engineer shall contact the Superintendent of the Park or members of the Park staff well in advance of each occasion that a visit is required to the proposed development or facility so that the Park may be fully informed of the Architect-Engineer's activities while in the Park.

I.6 1489.236-81 RIGHTS-OF-ENTRY JANUARY 1988

(a) Where rights-of-entry have not been obtained by the Government, the Architect-Engineer will be required to obtain from landowners the necessary rights-of-entry for making any investigation required under this contract. The Architect-Engineer will be advised as to arrangements previously made with landowners. The Architect-Engineer shall assume all responsibility for and take all precautions to prevent damage to property entered.

I.7 1489.236-73 ARCHEOLOGICAL FINDINGS JANUARY 1988

(a) Petroglyphs, artifacts, burial grounds or remains, structural features, ceremonial, domestic, and archeological objects of any nature, historic or prehistoric, found within the construction area, are the property of and will be removed only by the Government. Should Contractor's operations uncover or his employees find any archeological remains, Contractor shall suspend operations at the site of discovery; notify Contracting Officer immediately of the findings; and continue operations in other areas. Included with the notification shall be a brief statement of the location and details of the findings. Should the temporary suspension of work at the site result in delays, or the discovery site require archeological studies resulting in delays or additional work for Contractor, he will be compensated by an equitable adjustment under the General Provisions of the Contract.

I.8 1452.236-70 PROHIBITION AGAINST USE OF LEAD-BASED PAINT --DOI JULY 1996

(a) Paint containing more than .06 percent by weight of lead in paint, or the equivalent measure of lead in the dried film of paint already applied, shall not be used in the construction or rehabilitation of residential structures under this contract or any resulting subcontracts.

I.9 1452.228-70 LIABILITY INSURANCE - DEPARTMENT OF INTERIOR JULY 1996

(a) The Contractor shall procure and maintain during the term of this contract and any extension thereof liability insurance in form satisfactory to the Contracting Officer by an insurance company which is acceptable to the Contracting Officer. The named insured parties under the policy shall be the Contractor and the United States of America. The amounts of the insurance shall be not less than as follows:

$100,000 each person

$500,000 each occurrence
$1,000,000 property damage

(b) Each policy shall have a certificate evidencing the insurance coverage. The insurance company shall provide an endorsement to notify the Contracting Officer 30 days prior to the effective date of cancellation or termination of the policy or certificate; or modification of the policy or certificate which may adversely affect the interest of the Government in such insurance. The certificate shall identify the contract number, the name and address of the Contracting Officer, as well as the insured, the policy number and a brief description of contract services to be performed. The contractor shall furnish the Contracting Officer with a copy of an acceptable insurance certificate prior to beginning the work.

I.10 1452.215-70 EXAMINATION OF RECORDS BY THE DEPARTMENT OF INTERIOR APRIL 1984

(a) For purposes of the Audit and Records - Negotiation clause of this contract (FAR 52.215-2), the Secretary of the Interior, the Inspector General, and their duly authorized representative(s) from the Department of the Interior shall have the same access and examination rights as the Comptroller General of the United States.

.11 1452.204-70 RELEASE OF CLAIMS - DEPARTMENT OF INTERIOR JULY 1996

(a) After completion of work and prior to final payment, the Contractor shall furnish the Contracting Officer with a release of claims against the United States relating to this contract. The Release of Claims form (DI-137) shall be used for this purpose. The form provides for exception of specified claims from operation of the release.

I.12 1489.236-87 DESIGN FOR THE USE OF THE PHYSICALLY HANDICAPPED APRIL 1988

(a) Any building, structure, or facility planned or designed for public use under the terms of the agreement must be made accessible to and usable by the physically handicapped [Ref: The Architectural Barriers Act of 1968 (PL 90-480)]. No person, visitor or otherwise shall be excluded from participation in or access to any building, structure or facility planned or designed under the terms of this agreement solely by reason of his handicap [1973 Vocational Rehabilitation Act (PL 93-112)].

(b) Any planning or design performed under the terms of this agreement shall be accomplished in accordance and conformance with standards prescribed pursuant to the Architectural Barriers Act of 1968, as amended.

(c) The Uniform Federal Accessibility Standards Document published Aug 7, 1984 sets the standards for compliance with the Architectural Barriers Act and the Vocational Rehabilitation Act, both as amended.

I.13 1452.203-70 RESTRICTIONS ON ENDORSEMENTS - DEPARTMENT OF INTERIOR NOVEMBER 1995

(a) The contractor shall not refer to contracts awarded by the Department of the Interior in commercial advertising, as defined in FAR 31.205-1, in a manner which states or implies that the product or service provided is approved or endorsed by the Government, or is considered by the Government to be superior to other products or services. This restriction is intended to avoid the appearance of preference by the Government toward any product or service. The contractor may request a determination as to the propriety of promotional material from the Contracting Officer.

I.14 DSC-10 YEAR 2,000 COMPLIANT (NEW PROCUREMENT) JANUARY 1999

(a) Year 2000 compliant means information technology that accurately processes date/time data (including, but not limited to, calculating, comparing, and sequencing) from, into, and between the twentieth and twenty-first centuries, and the hears 1999 and 2000 and leap year calculations. Furthermore, Year 2000 compliant information technology, when used in combination with other information technology, shall accurately process date/time data if the other information technology properly exchanges date/time data with it.

(b) All hardware, software, or firmware in any products furnished under this contract shall be either Year 2000 compliant as delivered or, if noncompliant at that time, be upgraded to be Year 2000 compliant, at no additional cost to the Government, by December 31, 1999.

I.15 DSC-09 REFERENCE STANDARDS JANUARY 1999

Reference standards, such as Federal Specifications, ASTM, and UL, referred to in these specifications shall become a part of this Contract and are incorporated by reference. The latest edition or amendment or supplement thereto (unless an actual date is specified) in effect 30 days before solicitation issuance date shall apply.

I.16 DSC-07 KEY PERSONNEL FEBRUARY 1998

(a) The qualifications and experience of key personnel will play an important role in selection of the successful offeror. Offerors are advised that all key personnel included in the proposal, and final proposal revisions, if any, shall remain as part of the contractor's team throughout performance of this contract, including the following: Project Manager; Superintendent; and Quality Control Officer.

(b) No substitutions will be allowed for the first 30 days after contract award. Thereafter, substitutions of key personnel and subcontractors will be considered only in extenuating circumstances. No substitution of key personnel will be allowed unless the substitution is necessitated by illness, death, or termination of employment.

(c) If the contractor desires to make a substitution, then the contractor shall provide a detailed explanation of the circumstances necessitating the proposed substitution. If a substitution is necessary, the Contracting Officer will review information provided by the contractor and determine if the qualifications and experience of the substitute equal those possessed by the individual currently on the construction team. The contractor must submit satisfactory evidence, providing the same depth and scope as contained in the contractor's pre-award submissions, specifically addressing the applicable evaluation criteria contained in the solicitation, to show that the qualifications and experience of the substitution equal those contained in the proposal and final proposal revision, if any.

(d) Any substitution request shall be submitted at least 30 days prior to the first scheduled date for a submittal on the part of the work which will be affected by the substitution. Any delay to the project as a result of a substitution request shall be the contractor's responsibility and is not compensable. The Contracting Officer will notify the contractor of its approval of any request for substitution within 15 calendar days after Contracting Officer's receipt of all information necessary to make a decision on substitution request.

(e) If substitution of key personnel is approved, and the substitute is paid a lower rate than contained in the contract, the Government shall receive an equitable adjustment in contract price equal to the difference between the rates, multiplied by labor hours, labor burden, overhead and profit. The contractor shall provide copies of all relevant payrolls, payments, etc., to support the costs for all substituted personnel. No upward equitable adjustment of any kind whatsoever will be allowed for substitutions.

I.17 DSC-06 PRICING OF ADJUSTMENTS AUGUST 1988

(a) When costs are a factor in any determination of a contract price adjustment pursuant to the Changes clause or any other clause of this contract, such costs shall be in accordance with Part 31 of the Federal Acquisition in effect on the date of this contract.

(b) When the contracting officer cannot determine actual cost data for both ownership and operating costs for each piece of equipment or groups of similar serial or series of equipment from the contractor's accounting records, costs shall be determined in accordance with the Construction Equipment Ownership and Operating Expense Schedule, Region (as appropriate) (Pamphlet No. EP 1110-1-8), published by the U.S. Army Corps of Engineers, available from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402-9325, in effect on the date of this contract. These rates shall prevail regardless of the state in which the project is located.

(c) For any equipment not listed in the Corps of Engineers schedule, a rate shall be computed in accordance with the methodology set forth in the pamphlet.

(d) In cases where a piece of equipment to be used is rented or leased by the contractor from a third party, the actual invoiced amount will be paid when such rates are reasonably in line with established rental rates for the equipment in question and approved by the contracting officer.

I.18 DSC-05 CONDUCT OF OPERATIONS APRIL 1984

(a) At all times the Contractor shall conduct his organization in conformance with the rules and regulations promulgated by the Secretary of the Interior for the National Park Service, and with such appropriate regulations as the Superintendent may prescribe.

(b) Work on Saturdays, Sundays, Federal holidays or at night may be performed only with the prior consent of the Contracting Officer.

(c) No signs or advertisements (except those specified herein) shall be displayed on the construction site or within the park except with approval of the Contracting Officer.

I.19 DSC-03 CULTURAL RESOURCES SURVEY APRIL 1984

(a) Notify Contracting Officer of the location of off-site borrow pits no later than the preconstruction conference so that he may determine if a Cultural Resources Survey must be undertaken. A Cultural Resources Survey is not required for borrow material from stockpiled sources. However, for borrow material from undisturbed sources, Contracting Officer will arrange for a survey to be conducted within 10 calendar days following notification of the pit location before disturbance of the site. Should the survey reveal a finding of Cultural Resources of the National Register quality, Contractor will be so advised in writing within 20 calendar days after disclosure of the pit location, and shall promptly locate another source of the borrow.

(b) Obtain permission, in writing, from the landowners for Government employees to take samples for Cultural Resources evaluation. No claim for time extension or additional compensation will be allowed for complying with the provisions of this clause.

I.20 DSC-02 SEASONAL SHUTDOWN APRIL 1984

(a) It is recognized that seasonal climatic conditions regularly occur in some of the National Park Service areas that restrict and in some cases prohibit normal construction activities. The actual timing of a seasonal shutdown will be determined by mutual agreement between the Contractor and the Contracting Officer. The Contractor shall give the Contracting Officer at least two weeks notice prior to the anticipated resumption of work. The actual date that work is resumed is subject to the approval of the Contracting Officer. The amount of time during a seasonal shutdown is taken into consideration when the completion time as stated in the Contract is determined. Therefore, the contract time will not be extended due to seasonal shutdowns.

I.21 DS52.232-34 PAYMENT BY ELECTRONIC FUNDS TRANSFER -- OTHER THAN CENTRAL CONTRACTOR REGISTRATION MAY 1999

(a) Method of payment. (1) All payments by the Government under this contract shall be made by electronic funds transfer (EFT) except as provided in paragraph (a)(2)of this clause. As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either-

(i) Accept payment by check or some other mutually agreeable method of payment; or

(ii) Request the Government to extend payment due dates until such time as the Government makes payment by EFT (but see paragraph (d) of this clause).

(b) Mandatory submission of Contractor's EFT information.

(1) The Contractor is required to provide the Government with the information required to make payment by EFT (see paragraph (j) of this clause). The Contractor shall provide this information directly to the office designated in this contract to receive that information (hereafter: "designated office") 15 days after award. If not otherwise specified in this contract, the payment office is the designated office for receipt of the Contractor's EFTinformation. If more than one designated office is named for the contract, the Contractor shall provide a separate notice to each office. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the designated office(s).

(2) If the Contractor provides EFT information applicable to multiple contracts, the Contractor shall specifically state the applicability of this EFT information in terms acceptable to the designated office. However, EFT information supplied to a designated office shall be applicable only to contracts that identify that designated office as the office to receive EFT information for that contract.

(c) Mechanisms for EFT payment. The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System. The rules governing Federal payments through the ACH are contained in 31 CFR part 210.

(d) Suspension of payment. (1) The Government is not required to make any payment under this contract until after receipt, by the designated office, of the correct EFT payment information from the Contractor. Until receipt of the correct EFT information, any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(2) If the EFT information changes after submission of correct EFT information, the Government shall begin using the changed EFT information no later than 30 days after its receipt by the designated office to the extent payment is made by EFT. However, the Contractor may request that no further payments be made until the updated EFT information is implemented by the payment office. If such suspension would result in a late payment under the prompt payment terms of this contract, the Contractor's request for suspension shall extend the due date for payment by the number of days of the suspension.

(e) Liability for uncompleted or erroneous transfers. (1)If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for-

(i) Making a correct payment;

(ii) Paying any prompt payment penalty due; and

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and-

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government shall not make payment and the provisions of paragraph (d) shall apply.

(f) EFT and prompt payment. A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) EFT and assignment of claims. If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall provide the EFT information required by paragraph (j) of this clause to the designated office, and shall be paid by EFT in accordance with the terms of this clause. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFTinformation that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFTinformation within the meaning of paragraph (d) of this clause.

(h) Liability for change of EFT information by financial agent. The Government is not liable for errors resulting from changes to EFT information provided by the Contractor's financial agent.

(i) Payment information. The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the E F T instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address in the contract.

(j) EFT information. The Contractor shall provide the following information to the designated office. The Contractor may supply this data for this or multiple contracts (see paragraph (b) of this clause). The Contractor shall designate a single financial agent per contract capable of receiving and processing the EFT information using the EFT methods described in paragraph (c) of this clause.

(1) The contract number (or other procurement identification number).

(2) The Contractor's name and remittance address, as stated in the contract(s).

(3) The signature (manual or electronic, as appropriate), title, and telephone number of the Contractor official authorized to provide this information.

(4) The name, address, and 9-digit Routing Transit Number of the Contractor's financial agent.

(5) The Contractor's account number and the type of account (checking, saving, or lockbox).

(6) If applicable, the Fedwire Transfer System telegraphic abbreviation of the Contractor's financial agent.

(7) If applicable, the Contractor shall also provide the name, address, telegraphic abbreviation, and 9-digit Routing Transit Number of the correspondent financial institution receiving the wire transfer payment if the Contractor's financial agent is not directly on-line to the Fedwire Transfer System; and, therefore, not the receiver of the wire transfer payment.

I.22 DS52.232-27 PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (PARA (A)(1)(I)(A) 2ND SENTENCE ADDED BY DSC, 4/89) MARCH 2001

Notwithstanding any other payment terms in this contract, the Government will make invoice payments and contract financing payments under the terms and conditions specified in this clause. Payment shall be considered as being made on the day a check is dated or the date of an electronic funds transfer. Definitions of pertinent terms are set forth in sections 2.101 and 32.902 of the Federal Acquisition Regulation. All days referred to in this clause are calendar days, unless otherwise specified. (However, see subparagraph (a)(3) concerning payments due on Saturdays, Sundays, and legal holidays.)

(a) Invoice payments--(1) Types of invoice payments. For purposes of this clause, there are several types of invoice payments that may occur under this contract, as follows:

(i) Progress payments, if provided for elsewhere in this contract, based on Contracting Officer approval of the estimated amount and value of work or services performed, including payments for reaching milestones in any project:

(A) The due date for making such payments shall be 14 days after receipt of the payment request by the designated billing office. "Receipt of the payment request by the designated billing office" is defined as the day the Contracting Officer's Representative and the Contractor reach agreement on the requested progress payments. If the designated billing office fails to annotate the payment request with the actual date of receipt at the time of receipt, the payment due date shall be the 14th day after the date of the Contractor's payment request, provided a proper payment request is received and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(B) The due date for payment of any amounts retained by the Contracting Officer in accordance with the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts, shall be as specified in the contract or, if not specified, 30 days after approval for release to the Contractor by the Contracting Officer.

(ii) Final payments based on completion and acceptance of all work and presentation of release of all claims against the Government arising by virtue of the contract, and payments for partial deliveries that have been accepted by the Government (e.g., each separate building, public work, or other division of the contract for which the price is stated separately in the contract):

(A) The due date for making such payments shall be either the 30th day after receipt by the designated billing office of a proper invoice from the Contractor, or the 30th day after Government acceptance of the work or services completed by the Contractor, whichever is later. If the designated billing office fails to annotate the invoice with the date of actual receipt at the time of receipt, the invoice payment due date shall be the 30th day after the date of the Contractor's invoice, provided a proper invoice is received and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(B) On a final invoice where the payment amount is subject to contract settlement actions (e.g., release of claims), acceptance shall be deemed to have occurred on the effective date of the contract settlement.

(2) Contractor's invoice. The Contractor shall prepare and submit invoices to the designated billing office specified in the contract. A proper invoice must include the items listed in paragraphs (a)(2)(i) through (a)(2)(ix) of this clause. If the invoice does not comply with these requirements, it shall be returned within 7 days after the date the designated billing office received the invoice, with a statement of the reasons why it is not a proper invoice. Untimely notification will be taken into account in computing any interest penalty owed the Contractor in the manner described in subparagraph (a)(4) of this clause.

(i) Name and address of the Contractor.

(ii) Invoice date. (The Contractor is encouraged to date invoices as close as possible to the date of mailing or transmission.)

(iii) Contract number or other authorization for work or services performed (including order number and contract line item number).

(iv) Description of work or services performed.

(v) Delivery and payment terms (e.g., prompt payment discount terms).

(vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).

(vii) Name (where practicable), title, phone number, and mailing address of person to be notified in the event of a defective invoice.

(viii) For payments described in paragraph (a)(1)(i) of this clause, substantiation of the amounts requested and certification in accordance with the requirements of the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts.

(ix) Any other information or documentation required by the contract.

(x) While not required, the Contractor is strongly encouraged to assign an identification number to each invoice.

(3) Interest penalty. An interest penalty shall be paid automatically by the designated payment office, without request from the Contractor, if payment is not made by the due date and the conditions listed in paragraphs (a)(3)(i) through (a)(3)(iii) of this clause are met, if applicable. However, when the due date falls on a Saturday, Sunday, or legal holiday when Federal Government offices are closed and Government business is not expected to be conducted, payment may be made on the following business day without incurring a late payment interest penalty.

(i) A proper invoice was received by the designated billing office.

(ii) A receiving report or other Government documentation authorizing payment was processed and there was no disagreement over quantity, quality, Contractor compliance with any contract term or condition, or requested progress payment amount.

(iii) In the case of a final invoice for any balance of funds due the Contractor for work or services performed, the amount was not subject to further contract settlement actions between the Government and the Contractor.

(4) Computing penalty amount. The interest penalty shall be at the rate established by the Secretary of the Treasury under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611) that is in effect on the day after the due date, except where the interest penalty is prescribed by other governmental authority (e.g., tariffs). This rate is referred to as the "Renegotiation Board Interest Rate," and it is published in the Federal Register semiannually on or about January 1 and July 1. The interest penalty shall accrue daily on the invoice principal payment amount approved by the Government until the payment date of such approved principal amount; and will be compounded in 30-day increments inclusive from the first day after the due date through the payment date. That is, interest accrued at the end of any 30-day period will be added to the approved invoice principal payment amount and will be subject to interest penalties if not paid in the succeeding 30-day period. If the designated billing office failed to notify the Contractor of a defective invoice within the periods prescribed in subparagraph (a)(2) of this clause, the due date on the corrected invoice will be adjusted by subtracting from such date the number of days taken beyond the prescribed notification of defects period. Any interest penalty owed the Contractor will be based on this adjusted due date. Adjustments will be made by the designated payment office for errors in calculating interest penalties.

(i) For the sole purpose of computing an interest penalty that might be due the Contractor for payments described in paragraph (a)(1)(ii) of this clause, Government acceptance or approval shall be deemed to have occurred constructively on the 7th day after the Contractor has completed the work or services in accordance with the terms and conditions of the contract. In the event that actual acceptance or approval occurs within the constructive acceptance or approval period, the determination of an interest penalty shall be based on the actual date of acceptance or approval. Constructive acceptance or constructive approval requirements do not apply if there is a disagreement over quantity, quality, or Contractor compliance with a contract provision. These requirements also do not compel Government officials to accept work or services, approve Contractor estimates, perform contract administration functions, or make payment prior to fulfilling their responsibilities.

(ii) The following periods of time will not be included in the determination of an interest penalty:

(A) The period taken to notify the Contractor of defects in invoices submitted to the Government, but this may not exceed 7 days.

(B) The period between the defects notice and resubmission of the corrected invoice by the Contractor.

(C) For incorrect electronic funds transfer (EFT) information, in accordance with the EFT clause of this contract.

(iii) Interest penalties will not continue to accrue after the filing of a claim for such penalties under the clause at 52.233-1, Disputes, or for more than 1 year. Interest penalties of less than $1 need not be paid.

(iv) Interest penalties are not required on payment delays due to disagreement between the Government and the Contractor over the payment amount or other issues involving contract compliance, or on amounts temporarily withheld or retained in accordance with the terms of the contract. Claims involving disputes, and any interest that may be payable, will be resolved in accordance with the clause at 52.233-1, Disputes.

(5) Prompt payment discounts. An interest penalty also shall be paid automatically by the designated payment office, without request from the Contractor, if a discount for prompt payment is taken improperly. The interest penalty will be calculated on the amount of discount taken for the period beginning with the first day after the end of the discount period through the date when the Contractor is paid.

(6) Additional interest penalty. (i) A penalty amount, calculated in accordance with subdivision (a)(6)(iii) of this clause, shall be paid in addition to the interest penalty amount if the Contractor--

(A) Is owed an interest penalty of $1 or more;

(B) Is not paid the interest penalty within 10 days after the date the invoice amount is paid; and

(C) Makes a written demand to the designated payment office for additional penalty payment, in accordance with subdivision (a)(6)(ii) of this clause, postmarked not later than 40 days after the date the invoice amount is paid.

(ii)(A) Contractors shall support written demands for additional penalty payments with the following data. No additional data shall be required. Contractors shall--

(1) Specifically assert that late payment interest is due under a specific invoice, and request payment of all overdue late payment interest penalty and such additional penalty as may be required;

(2) Attach a copy of the invoice on which the unpaid late payment interest was due; and

(3) State that payment of the principal has been received, including the date of receipt.

(B) Demands must be postmarked on or before the 40th day after payment was made, except that--

(1) If the postmark is illegible or nonexistent, the demand must have been received and annotated with the date of receipt by the designated payment office on or before the 40th day after payment was made; or

(2) If the postmark is illegible or nonexistent and the designated payment office fails to make the required annotation, the demand's validity will be determined by the date the Contractor has placed on the demand; provided such date is no later than the 40th day after payment was made.

(iii)(A) The additional penalty shall be equal to 100 percent of any original late payment interest penalty, except--

(1) The additional penalty shall not exceed $5,000;

(2) The additional penalty shall never be less than $25; and

(3) No additional penalty is owed if the amount of the underlying interest penalty is less than $1.

(B) If the interest penalty ceases to accrue in accordance with the limits stated in subdivision (a)(4)(iii) of this clause, the amount of the additional penalty shall be calculated on the amount of interest penalty that would have accrued in the absence of these limits, subject to the overall limits on the additional penalty specified in subdivision (a)(6)(iii)(A) of this clause.

(C) For determining the maximum and minimum additional penalties, the test shall be the interest penalty due on each separate payment made for each separate contract. The maximum and minimum additional penalty shall not be based upon individual invoices unless the

invoices are paid separately. Where payments are consolidated for disbursing purposes, the maximum and minimum additional penalty determination shall be made separately for each contract therein.

(D) The additional penalty does not apply to payments regulated by other Government regulations (e.g., payments under utility contracts subject to tariffs and regulation).

(b) Contract financing payments--(1) Due dates for recurring financing payments. If this contract provides for contract financing, requests for payment shall be submitted to the designated billing office as specified in this contract or as directed by the Contracting Officer. Contract financing payments shall be made on the (insert day as prescribed by Agency head; if not prescribed, insert 30th day) day after receipt of a proper contract financing request by the designated billing office. In the event that an audit or other review of a specific financing request is required to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the due date specified.

(2) Due dates for other contract financing. For advance payments, loans, or other arrangements that do not involve recurring submissions of contract financing requests, payment shall be made in accordance with the corresponding contract terms or as directed by the Contracting Officer.

(3) Interest penalty not applicable. Contract financing payments shall not be assessed an interest penalty for payment delays.

(c) Subcontract clause requirements. The Contractor shall include in each subcontract for property or services (including a material supplier) for the purpose of performing this contract the following:

(1) Prompt payment for subcontractors. A payment clause that obligates the Contractor to pay the subcontractor for satisfactory performance under its subcontract not later than 7 days from receipt of payment out of such amounts as are paid to the Contractor under this contract.

(2) Interest for subcontractors. An interest penalty clause that obligates the Contractor to pay to the subcontractor an interest penalty for each payment not made in accordance with the payment clause--

(i) For the period beginning on the day after the required payment date and ending on the date on which payment of the amount due is made; and

(ii) Computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty.

(3) Subcontractor clause flowdown. A clause requiring each subcontractor to include a payment clause and an interest penalty clause conforming to the standards set forth in subparagraphs (c)(1) and (c)(2) of this clause in each of its subcontracts, and to require each of its subcontractors to include such clauses in their subcontracts with each lower-tier subcontractor or supplier.

(d) Subcontract clause interpretation. The clauses required by paragraph (c) of this clause shall not be construed to impair the right of the Contractor or a subcontractor at any tier to negotiate, and to include in their subcontract, provisions that--

(1) Retainage permitted. Permit the Contractor or a subcontractor to retain (without cause) a specified percentage of each progress payment otherwise due to a subcontractor for satisfactory performance under the subcontract without incurring any obligation to pay a late payment interest penalty, in accordance with terms and conditions agreed to by the parties to the subcontract, giving such recognition as the parties deem appropriate to the ability of a subcontractor to furnish a performance bond and a payment bond;

(2) Withholding permitted. Permit the Contractor or subcontractor to make a determination that part or all of the subcontractor's request for payment may be withheld in accordance with the subcontract agreement; and

(3) Withholding requirements. Permit such withholding without incurring any obligation to pay a late payment penalty if--

(i) A notice conforming to the standards of paragraph (g) of this clause previously has been furnished to the subcontractor; and

(ii) A copy of any notice issued by a Contractor pursuant to subdivision (d)(3)(i) of this clause has been furnished to the Contracting Officer.

(e) Subcontractor withholding procedures. If a Contractor, after making a request for payment to the Government but before making a payment to a subcontractor for the subcontractor's performance covered by the payment request, discovers that all or a portion of the payment otherwise due such subcontractor is subject to withholding from the subcontractor in accordance with the subcontract agreement, then the Contractor shall--

(1) Subcontractor notice. Furnish to the subcontractor a notice conforming to the standards of paragraph (g) of this clause as soon as practicable upon ascertaining the cause giving rise to a withholding, but prior to the due date for subcontractor payment;

(2) Contracting Officer notice. Furnish to the Contracting Officer, as soon as practicable, a copy of the notice furnished to the subcontractor pursuant to subparagraph (e)(1) of this clause;

(3) Subcontractor progress payment reduction. Reduce the subcontractor's progress payment by an amount not to exceed the amount specified in the notice of withholding furnished under subparagraph (e)(1) of this clause;

(4) Subsequent subcontractor payment. Pay the subcontractor as soon as practicable after the correction of the identified subcontract performance deficiency, and--

(i) Make such payment within--

(A) Seven days after correction of the identified subcontract performance deficiency (unless the funds therefor must be recovered from the Government because of a reduction under paragraph (e)(5)(i)) of this clause; or

(B) Seven days after the Contractor recovers such funds from the Government; or

(ii) Incur an obligation to pay a late payment interest penalty computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty;

(5) Notice to Contracting Officer. Notify the Contracting Officer upon--

(i) Reduction of the amount of any subsequent certified application for payment; or

(ii) Payment to the subcontractor of any withheld amounts of a progress payment, specifying--

(A) The amounts withheld under subparagraph (e)(1) of this clause; and

(B) The dates that such withholding began and ended; and

(6) Interest to Government. Be obligated to pay to the Government an amount equal to interest on the withheld payments (computed in the manner provided in 31 U.S.C. 3903(c)(1)), from the 8th day after receipt of the withheld amounts from the Government until--

(i) The day the identified subcontractor performance deficiency is corrected; or

(ii) The date that any subsequent payment is reduced under subdivision (e)(5)(i) of this clause.

(f) Third-party deficiency reports--(1) Withholding from subcontractor. If a Contractor, after making payment to a first-tier subcontractor, receives from a supplier or subcontractor of the first-tier subcontractor (hereafter referred to as a "second-tier subcontractor") a written notice in accordance with section 2 of the Act of August 24, 1935 (40 U.S.C. 270b, Miller Act), asserting a deficiency in such first-tier subcontractor's performance under the contract for which the Contractor may be ultimately liable, and the Contractor determines that all or a portion of future payments otherwise due such first-tier subcontractor is subject to withholding in accordance with the subcontract agreement, the Contractor may, without incurring an obligation to pay an interest penalty under subparagraph (e)(6) of this clause--

(i) Furnish to the first-tier subcontractor a notice conforming to the standards of paragraph (g) of this clause as soon as practicable upon making such determination; and

(ii) Withhold from the first-tier subcontractor's next available progress payment or payments an amount not to exceed the amount specified in the notice of withholding furnished under paragraph (f)(1)(i) of this clause.

2) Subsequent payment or interest charge. As soon as practicable, but not later than 7 days after receipt of satisfactory written notification that the identified subcontract performance deficiency has been corrected, the Contractor shall--

(i) Pay the amount withheld under paragraph (f)(1)(ii) of this clause to such first-tier subcontractor; or

(ii) Incur an obligation to pay a late payment interest penalty to such first-tier subcontractor computed at the rate of interest established by the Secretary of the Treasury, and published in the Federal Register, for interest payments under section 12 of the Contracts Disputes Act of 1978 (41 U.S.C. 611) in effect at the time the Contractor accrues the obligation to pay an interest penalty.

(g) Written notice of subcontractor withholding. A written notice of any withholding shall be issued to a subcontractor (with a copy to the Contracting Officer of any such notice issued by the Contractor), specifying--

(1) The amount to be withheld;

(2) The specific causes for the withholding under the terms of the subcontract; and

(3) The remedial actions to be taken by the subcontractor in order to receive payment of the amounts withheld.

(h) Subcontractor payment entitlement. The Contractor may not request payment from the Government of any amount withheld or retained in accordance with paragraph (d) of this clause until such time as the Contractor has determined and certified to the Contracting Officer that the subcontractor is entitled to the payment of such amount.

(i) Prime-subcontractor disputes. A dispute between the Contractor and subcontractor relating to the amount or entitlement of a subcontractor to a payment or a late payment interest penalty under a clause included in the subcontract pursuant to paragraph (c) of this clause does not constitute a dispute to which the United States is a party. The United States may not be interpleaded in any judicial or administrative proceeding involving such a dispute.

(j) Preservation of prime-subcontractor rights. Except as provided in paragraph (i) of this clause, this clause shall not limit or impair anyy contractual, administrative, or judicial remedies otherwise available to the Contractor or a subcontractor in the event of a dispute involving late payment or nonpayment by the Contractor or deficient subcontract performance or nonperformance by a subcontractor.

(k) Non-recourse for prime contractor interest penalty. The Contractor's obligation to pay an interest penalty to a subcontractor pursuant to the clauses included in a subcontract under paragraph (c) of this clause shall not be construed to be an obligation of the United States for such interest penalty. A cost-reimbursement claim may not include any amount for reimbursement of such interest penalty.

| | | | |
|---|---|---|---|
| I.23 | DS52.228-05 | INSURANCE - WORK ON A GOVERNMENT INSTALLATION (PARAGRAPH (D) ADDED BY DSC) | JANUARY 1997 |

(a) The Contractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the kinds and minimum amounts of insurance required in the Schedule or elsewhere in the contract.

(b) Before commencing work under this contract, the Contractor shall notify to the Contracting Officer in writing that the required insurance has been obtained. The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the Government's interest shall not be effective (1) for such period as the laws of the State in which this contract is to be performed prescribe or (2) until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer, whichever period is longer.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in subcontracts under this contract that require work on a Government installation and shall require subcontractors to provide and maintain the insurance required in the Schedule or elsewhere in the contract. The Contractor shall maintain a copy of all subcontractors' proofs of required insurance, and shall make copies available to the Contracting Officer upon request.

(d) The Contractor shall maintain compensation insurance, for employees engaged in the work, complying with the workmen's compensation laws of the State in which the work is to be performed and shall maintain liability insurance protecting him from claims because of bodily injury (including death) and property damage arising under this Contract.

I.24 DS52.219-09 SMALL BUSINESS SUBCONTRACTING PLAN, ALT I (PARA J1&2 MOD BY DSC 1/99) OCTOBER 2000

(a) This clause does not apply to small business concerns.

(b) Definitions. As used in this clause--

"Commercial item" means a product or service that satisfies the definition of commercial item in section 2.101 of the Federal Acquisition Regulation.

"Commercial plan" means a subcontracting plan (including goals) that covers the offeror's fiscal year and that applies to the entire production of commercial items sold by either the entire company or a portion thereof (e.g., division, plant, or product line).

"Individual contract plan" means a subcontracting plan that covers the entire contract period (including option periods), applies to a specific contract, and has goals that are based on the offeror's planned subcontracting in support of the specific contract, except that indirect costs incurred for common or joint purposes may be allocated on a prorated basis to the contract.

"Master plan" means a subcontracting plan that contains all the required elements of an individual contract plan, except goals, and may be incorporated into individual contract plans, provided the master plan has been approved.

"Subcontract" means any agreement (other than one involving an employer-employee relationship) entered into by a Federal Government prime Contractor or subcontractor calling for supplies or services required for performance of the contract or subcontract.

(c) The apparent low bidder, upon request by the Contracting Officer, shall submit a subcontracting plan, where applicable, that separately addresses subcontracting with small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns. If the bidder is submitting an individual contract plan, the plan must separately address subcontracting with small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns, with a separate part for the basic contract and separate parts for each option (if any). The plan shall be included in and made a part of the resultant contract. The subcontracting plan shall be submitted within the time specified by the Contracting Officer. Failure to submit the subcontracting plan shall make the bidder ineligible for the award of a contract.

(d) The offeror's subcontracting plan shall include the following:

(1) Goals, expressed in terms of percentages of total planned subcontracting dollars, for the use of small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns as subcontractors. Service-disabled veteran-owned small business concerns meet the definition of veteran-owned small business concerns, and offerors may include them within the subcontracting plan goal for veteran-owned small business concerns. A separate goal for service-disabled veteran-owned small business concerns is not required. The offeror shall include all subcontracts that contribute to contract performance, and may include a proportionate share of products and services that are normally allocated as indirect costs.

(2) A statement of--

(i) Total dollars planned to be subcontracted for an individual contract plan; or the offeror's total projected sales, expressed in dollars, and the total value of projected subcontracts to support the

sales for a commercial plan;

(ii) Total dollars planned to be subcontracted to small business concerns;

(iii) Total dollars planned to be subcontracted to veteran-owned small business concerns;

(iv) Total dollars planned to be subcontracted to HUBZone small business concerns;

(v) Total dollars planned to be subcontracted to small disadvantaged business concerns; and

(vi) Total dollars planned to be subcontracted to women-owned small business concerns.

(3) A description of the principal types of supplies and services to be subcontracted, and an identification of the types planned for subcontracting to--

(i) Small business concerns;

(ii) Veteran-owned small business concerns;

(iii) HUBZone small business concerns;

(iv) Small disadvantaged business concerns; and

(v) Women-owned small business concerns.

(4) A description of the method used to develop the subcontracting goals in paragraph (d)(1) of this clause.

(5) A description of the method used to identify potential sources for solicitation purposes (e.g., existing company source lists, the Procurement Marketing and Access Network (PRO-Net) of the Small Business Administration (SBA), veterans service organizations, the National Minority Purchasing Council Vendor Information Service, the Research and Information Division of the Minority Business Development Agency in the Department of Commerce, or small, HUBZone, small disadvantaged, and women-owned small business trade associations). A firm may rely on the information contained in PRO-Net as an accurate representation of a concern's size and ownership characteristics for the purposes of maintaining a small, veteran-owned small, HUBZone small, small disadvantaged, and women-owned small business source list. Use of PRO-Net as its source list does not relieve a firm of its responsibilities (e.g., outreach, assistance, counseling, or publicizing subcontracting opportunities) in this clause.

(6) A statement as to whether or not the offeror included indirect costs in establishing subcontracting goals, and a description of the method used to determine the proportionate share of indirect costs to be incurred with--

(i) Small business concerns;

(ii) Veteran-owned small business concerns;

(iii) HUBZone small business concerns;

(iv) Small disadvantaged business concerns; and

(v) Women-owned small business concerns.

(7) The name of the individual employed by the offeror who will administer the offeror's subcontracting program, and a description of the duties of the individual.

(8) A description of the efforts the offeror will make to assure that small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small

ısiness concerns have an equitable opportunity to compete for subcontracts.

(9) Assurances that the offeror will include the clause of this contract entitled "Utilization of Small Business Concerns" in all subcontracts that offer further subcontracting opportunities, and that the offeror will require all subcontractors (except small business concerns) that receive subcontracts in excess of $500,000 ($1,000,000 for construction of any public facility) to adopt a subcontracting plan that complies with the requirements of this clause.

(10) Assurances that the offeror will--

(i) Cooperate in any studies or surveys as may be required;

(ii) Submit periodic reports so that the Government can determine the extent of compliance by the offeror with the subcontracting plan;

(iii) Submit Standard Form (SF) 294, Subcontracting Report for Individual Contracts, and/or SF 295, Summary Subcontract Report, in accordance with paragraph (j) of this clause. The reports shall provide information on subcontract awards to small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, small disadvantaged business concerns, women-owned small business concerns, and Historically Black Colleges and Universities and Minority Institutions. Reporting shall be in accordance with the instructions on the forms or as provided in agency regulations.

(iv) Ensure that its subcontractors agree to submit SF 294 and SF 295.

(11) A description of the types of records that will be maintained concerning procedures that have been adopted to comply with the requirements and goals in the plan, including establishing source lists; and a description of the offeror's efforts to locate small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns and award subcontracts to them. The records shall include at least the following (on a plant-wide or company-wide basis, unless otherwise indicated):

(i) Source lists (e.g., PRO-Net), guides, and other data that identify small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns.

(ii) Organizations contacted in an attempt to locate sources that are small business, veteran-owned small business, HUBZone small business, small disadvantaged business, or women-owned small business concerns.

(iii) Records on each subcontract solicitation resulting in an award of more than $100,000, indicating--

(A) Whether small business concerns were solicited and, if not, why not;

(B) Whether veteran-owned small business concerns were solicited and, if not, why not;

(C) Whether HUBZone small business concerns were solicited and, if not, why not;

(D) Whether small disadvantaged business concerns were solicited and, if not, why not;

(E) Whether women-owned small business concerns were solicited and, if not, why not; and

(F) If applicable, the reason award was not made to a small business concern.

(iv) Records of any outreach efforts to contact--

(A) Trade associations;

(B) Business development organizations;

(C) Conferences and trade fairs to locate small, HUBZone small, small disadvantaged, and women-owned small business sources; and

(D) Veterans service organizations.

(v) Records of internal guidance and encouragement provided to buyers through--

(A) Workshops, seminars, training, etc.; and

(B) Monitoring performance to evaluate compliance with the program's requirements.

(vi) On a contract-by-contract basis, records to support award data submitted by the offeror to the Government, including the name, address, and business size of each subcontractor. Contractors having commercial plans need not comply with this requirement.

(e) In order to effectively implement this plan to the extent consistent with efficient contract performance, the Contractor shall perform the following functions:

(1) Assist small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns by arranging solicitations, time for the preparation of bids, quantities, specifications, and delivery schedules so as to facilitate the participation by such concerns. Where the Contractor's lists of potential small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business subcontractors are excessively long, reasonable effort shall be made to give all such small business concerns an opportunity to compete over a period of time.

(2) Provide adequate and timely consideration of the potentialities of small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns in all "make-or-buy" decisions.

(3) Counsel and discuss subcontracting opportunities with representatives of small business, veteran-owned small business, HUBZone small business, small disadvantaged business, and women-owned small business firms.

(4) Provide notice to subcontractors concerning penalties and remedies for misrepresentations of business status as small, veteran-owned small business, HUBZone small, small disadvantaged, or women-owned small business for the purpose of obtaining a subcontract that is to be included as part or all of a goal contained in the Contractor's subcontracting plan.

(f) A master plan on a plant or division-wide basis that contains all the elements required by paragraph (d) of this clause, except goals, may be incorporated by reference as a part of the subcontracting plan required of the offeror by this clause; provided--

(1) The master plan has been approved;

(2) The offeror ensures that the master plan is updated as necessary and provides copies of the approved master plan, including evidence of its approval, to the Contracting Officer; and

(3) Goals and any deviations from the master plan deemed necessary by the Contracting Officer to satisfy the requirements of this contract are set forth in the individual subcontracting plan.

(g) A commercial plan is the preferred type of subcontracting plan for contractors furnishing commercial items. The commercial plan shall relate to the offeror's planned subcontracting generally, for both commercial and Government business, rather than solely to the Government contract. Commercial plans are also preferred for subcontractors that provide commercial items under a prime contract, whether or not the prime contractor is supplying a commercial item.

h) Prior compliance of the offeror with other such subcontracting plans under previous contracts will be considered by the Contracting Officer in determining the responsibility of the offeror for award of the contract.

(i) The failure of the Contractor or subcontractor to comply in good faith with--

(1) The clause of this contract entitled "Utilization Of Small Business Concerns;" or

(2) An approved plan required by this clause, shall be a material breach of the contract.

(j) The Contractor shall submit the following reports:

(1) Standard Form 294, Subcontracting Report for Individual Contracts. This report shall be submitted to the Contracting Officer semiannually and at contract completion. The first report covers the period October 1 through March 31 and is due April 30; the second report covers the period April 1 through September 30, and is due October 31. The report covers subcontract award data related to this contract. This report is not required for commercial plans.

(2) Standard Form 295, Summary Subcontract Report. This report encompasses all the contracts with the awarding agency. It must be submitted semi-annually for contracts with the Department of Defense and annually for contracts with civilian agencies and shall be submitted with the second SF 294 Subcontracting Report required in paragraph (j)(1) above. If the reporting activity is covered by a commercial plan, the reporting activity must report annually all subcontract awards under that plan. All reports submitted at the close of each fiscal year (both individual and commercial plans) shall include a breakout, in the Contractor's format, of subcontract awards, in whole dollars, to small disadvantaged business concerns by Standard Industrial Classification (SIC) Major Group. For a commercial plan, the Contractor may obtain from each of its subcontractors a predominant SIC Major Group and report all awards to that subcontractor under its predominant SIC Major Group.

| | | | |
|---|---|---|---|
| I.25 | DS52.215-08 | ORDER OF PRECEDENCE - UNIFORM CONTRACT FORMAT (PARA D MODIFIED AND F&G ADDED BY DSC 4/98) | OCTOBER 1997 |

Any inconsistency in this solicitation or contract shall be resolved by giving precedence in the following order:

(a) The Schedule (excluding the specifications).

(b) Representations and other instructions.

(c) Contract clauses.

(d) Other documents, exhibits, and attachments (excluding specifications, drawings, and supplemental reports).

(e) The specifications.

(f) The drawings.

(g) Supplemental reports.

| | | | |
|---|---|---|---|
| I.26 | 52.223-09 | CERTIFICATION AND ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESIGNATED PRODUCTS. | AUGUST 2000 |

(a) Definitions. As used in this clause—

Postconsumer material" means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material."

"Recovered material" means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process.

(b) The Contractor, on completion of this contract, shall—

(1) Estimate the percentage of the total recovered material used in contract performance, including, if applicable, the percentage of postconsumer material content; and

(2) Submit this estimate to (to be determined).

(End of clause)

I.27 52.222-15 CERTIFICATION OF ELIGIBILITY FEBRUARY 1988

(a) By entering into this contract, the Contractor certifies that neither it (nor he or she) nor any person or firm who has an interest in the Contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(b) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(c) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

I.28 DS52.236-21 SPECIFICATIONS & DRAWINGS FOR CONSTRUCTION (PARA B1 & G MODIFIED BY DSC 4/84) FEBRUARY 1997

(a) The Contractor shall keep on the work site a copy of the drawings and specifications and shall at all times give the Contracting Officer access thereto. Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the specifications, shall be of like effect as if shown or mentioned in both. In case of difference between drawings and specifications, the specifications shall govern. In case of discrepancy in the figures, in the drawings, or in the specifications, the matter shall be promptly submitted to the Contracting Officer, who shall promptly make a determination in writing. Any adjustment by the Contractor without such a determination shall be at its own risk and expense. The Contracting Officer shall furnish from time to time such detailed drawings and other information as considered necessary, unless otherwise provided.

(b) Wherever in the specifications or upon the drawings the words "directed", "required", "ordered", "designated", "prescribed", or words of like import are used, it shall be understood that the "direction", "requirement", "order", "designation", or "prescription", of the Contracting Officer is intended and similarly the words "approved", "acceptable", "satisfactory", or words of like import shall mean "approved by", or "acceptable to", or "satisfactory to" the Contracting Officer, unless otherwise expressly stated.

(1) The term "work" as used herein includes materials, labor, tools, equipment, supplies, temporary storage, permits, licenses and insurance required in or incidental to the construction and completion of all or any part of the work shown or specified.

(c) Where "as shown", "as indicated", "as detailed", or words of similar import are used, it shall be understood that the reference is made to the drawings accompanying this contract unless stated otherwise. The word "provided" as used herein shall be understood to mean "provide complete in place", that is "furnished and installed".

(d) Shop drawings means drawings, submitted to the Government by the Contractor, subcontractor, any lower tier subcontractor pursuant to a construction contract, showing in detail (1) the proposed fabrication and assembly of structural elements and (2) the installation (i.e.,

orm, fit, and attachment details) of materials or equipment. It includes drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar materials furnished by the contractor to explain in detail specific portions of the work required by the contract. The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(e) If this contract requires shop drawings, the Contractor shall coordinate all such drawings, and review them for accuracy, completeness, and compliance with contract requirements and shall indicate its approval thereon as evidence of such coordination and review. Shop drawings submitted to the Contracting Officer without evidence of the Contractor's approval may be returned for resubmission. The Contracting Officer will indicate an approval or disapproval of the shop drawings and if not approved as submitted shall indicate the Government's reasons therefor. Any work done before such approval shall be at the Contractor's risk. Approval by the Contracting Officer shall not relieve the Contractor from responsibility for any errors or omissions in such drawings, nor from responsibility for complying with the requirements of this contract, except with respect to variations described and approved in accordance with (f) below.

(f) If shop drawings show variations from the contract requirements, the Contractor shall describe such variations in writing, separate from the drawings, at the time of submission. If the Contracting Officer approves any such variation, the Contracting Officer shall issue an appropriate contract modification, except that, if the variation is minor or does not involve a change in price or in time of performance, a modification need not be issued.

(g) Removed. Submittal requirements are specified in Division 1.

I.29 52.217-09 OPTION TO EXTEND THE TERM OF THE CONTRACT MARCH 2000

(a) The Government may extend the term of this contract by written notice to the Contractor within 60 days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed five (5) years.

(End of clause)

I.30 52.217-08 OPTION TO EXTEND SERVICES NOVEMBER 1999

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days prior to contract expiration.

(End of clause)

I.31 52.216-22 INDEFINITE QUANTITY OCTOBER 1995

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum". The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after May 12, 2002.

I.32 52.216-21 REQUIREMENTS OCTOBER 1995

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. Subject to any limitations in the Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after May 12, 2002.

I.33 52.216-19 ORDER LIMITATIONS OCTOBER 1995

(a) Minimum order. The contractor is not guaranteed a minimum order amount.

(b) Maximum order. The Contractor is not obligated to honor:

(1) Any order for a single item in excess of $20,000,000.00;

(2) Any order for a combination of items in excess of $20,000,000.00; or

(3) A series of orders from the same ordering office within 365 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 10 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

| | | | |
|---|---|---|---|
| I.34 | 52.216-18 | ORDERING | OCTOBER 1995 |

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from the date of award for one year, and an additional four (4) option periods if exercised.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

| | | | |
|---|---|---|---|
| I.35 | 52.215-19 | NOTIFICATION OF OWNERSHIP CHANGES | OCTOBER 1997 |

(a) The Contractor shall make the following notifications in writing:

(1) When the Contractor becomes aware that a change in its ownership has occurred, or is certain to occur, that could result in changes in the valuation of its capitalized assets in the accounting records, the Contractor shall notify the Administrative Contracting Officer (ACO) within 30 days.

(2) The Contractor shall also notify the ACO within 30 days whenever changes to asset valuations or any other cost changes have occurred or are certain to occur as a result of a change in ownership.

(b) The Contractor shall--

(1) Maintain current, accurate, and complete inventory records of assets and their costs;

(2) Provide the ACO or designated representative ready access to the records upon request;

(3) Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of the Contractor's ownership changes; and

(4) Retain and continue to maintain depreciation and amortization schedules based on the asset records maintained before each Contractor ownership change.

(c) The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(k).

I.36 1489.236-88 GOVERNMENT RIGHTS JANUARY 1988

(a) All documents and other work developed in the performance of this contract shall be and remain the sole property of the Government and may be used on any other work without additional compensation to the Contractor, with respect thereto, the Contractor agrees not to assert any rights and not to establish any claim under the patent or copyright laws. The Contractor for a period of 3 years after final payment under this contract, agrees to furnish and provide access to all retained materials on the request of the Contracting Officer. Unless otherwise provided in this contract, the Contractor shall have the right to retain copies of all such materials beyond such period.

(b) In the event that the Government uses any of the above mentioned materials for purposes other than those covered under this contract or other than for which it was provided, the Contractor shall not be held liable for any personal or property damage arising from such use.

I.37 52.252-02 CLAUSES INCORPORATED BY REFERENCE

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

| **http://www.arnet.gov/farClause** | **Title** | **Date** |
|---|---|---|
| 52.214-35 | Submission Of Offers In U.S. Currency | April 1991 |
| 52.236-11 | Use and Possession Prior to Completion | April 1984 |
| 52.236-10 | Operations and Storage Areas | April 1984 |
| 52.232-05 | Payments under Fixed-Price Construction Contracts | May 1997 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | February 1999 |
| 52.236-03 | Site Investigation and Conditions Affecting the Work | April 1984 |
| 52.236-17 | Layout of Work | April 1984 |
| 52.236-07 | Permits and Responsibilities | November 1991 |
| 52.227-04 | Patent Indemnity-Construction Contracts | April 1984 |
| 52.236-13 Alt I | Accident Prevention Alternate I | November 1991 |
| 52.236-12 | Cleaning Up | April 1984 |
| 52.236-02 | Differing Site Conditions | April 1984 |
| 52.214-34 | Submission Of Offers In The English Language | April 1991 |
| 52.236-08 | Other Contracts | April 1984 |
| 52.246-21 | Warranty of Construction | March 1994 |
| 52.211-13 | Time Extensions | September 2000 |
| 52.246-12 | Inspection of Construction | August 1996 |
| 52.236-09 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | April 1984 |
| 52.236-16 | Quantity Surveys | April 1984 |
| 52.236-06 | Superintendence by the Contractor | April 1984 |
| 52.249-10 | Default (Fixed-Price Construction) | April 1984 |
| 52.236-14 | Availability and Use of Utility Services | April 1984 |
| 52.236-15 | Schedules for Construction Contracts | April 1984 |
| 52.236-04 | Physical Data | April 1984 |

I.38 52.225-12 ALT I NOTICE OF BUY AMERICAN ACT / BALANCE OF PAYMENTS PROGRAM REQUIREMENT - CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS ALTERNATE I FEBRUARY 2000

(a) Definitions. "Construction material," "designated country construction material," "domestic construction material," "foreign construction material," and "NAFTA country construction material," as used in this provision, are defined in the clause of this solicitation entitled "Buy American Act-Balance of Payments Program- Construction Materials under Trade Agreements" (Federal Acquisition Regulation (FAR) clause 52.225-11).

(b) Requests for determination of inapplicability.
An offeror requesting a determination regarding the inapplicability of the Buy American Act or Balance of Payments Program shall submit the request with its offer, including the information and applicable supporting data required by paragraphs (c) and (d) of FAR clause 52.225-11.

(c) Evaluation of offers. (1) The Government will evaluate an offer requesting exception to the requirements of the Buy American Act or Balance of Payments Program, based on claimed unreasonable cost of domestic construction materials, by adding to the offered price the appropriate percentage of the cost of such foreign construction material, as specified in paragraph (b)(4)(i) of FAR clause 52.225-11.

(2) If evaluation results in a tie between an offeror that requested the substitution of foreign construction material based on unreasonable cost and an offeror that did not request an exception, the Contracting Officer will award to the offeror that did not request an exception based on unreasonable cost.

(d) Alternate offers. (1) When an offer includes foreign construction material, other than designated country or NAFTA country construction material, that is not listed by the Government in this solicitation in paragraph (b)(3) of FAR clause 52.225-11, the offeror also may submit an alternate offer based on use of equivalent domestic, designated country, or NAFTA country construction material.

(2) If an alternate offer is submitted, the offeror shall submit a separate Standard Form 1442 for the alternate offer, and a separate price comparison table prepared in accordance with paragraphs (c) and (d) of FAR clause 52.225-11 for the offer that is based on the use of any foreign construction material for which the Government has not yet determined an exception applies.

(3) If the Government determines that a particular exception requested in accordance with paragraph (c) of FAR clause 52.225-11 does not apply, the Government will evaluate only those offers based on use of the equivalent domestic, designated country, or NAFTA country construction material, and the offeror shall be required to furnish such domestic, designated country, or NAFTA country construction material. An offer based on use of the foreign construction material for which an exception was requested-

(i) Will be rejected as nonresponsive if this acquisition is conducted by sealed bidding; or

(ii) May be accepted if revised during negotiations.

(End of provision)

I.39 52.236-01 PERFORMANCE OF WORK BY THE CONTRACTOR APRIL 1984

The Contractor shall perform on the site, and with its own organization, work equivalent to at least 15 percent (15%) of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

I.40 52.225-11 BUY AMERICAN ACT - BALANCE OF PAYMENTS PROGRAM - CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS FEBRUARY 2000

(a) Definitions. As used in this clause-

"Component" means any article, material, or supply incorporated directly into construction materials.

"Construction material" means an article, material, or supply brought to the construction site by the Contractor or subcontractor for incorporation into the building or work. The term also includes an item brought to the site pre-assembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means-

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the end product.

"Designated country" means any of the following countries:

Aruba
Austria
Bangladesh
Belgium
Benin
Bhutan
Botswana
Burkina Faso
Burundi
Canada
Cape Verde
Central African Republic
Chad
Comoros
Denmark
Djibouti
Equatorial Guinea
Finland
France
Gambia
Germany
Greece
Guinea
Guinea-Bissau
Haiti
Hong Kong
Ireland
Israel
Italy
Japan
Kiribati
Korea, Republic of
Lesotho
Liechtenstein
Luxembourg
Malawi
Maldives
Mali
Mozambique
Nepal

'etherlands
Niger
Norway
Portugal
Rwanda
Sao Tome and Principe
Sierra Leone
Singapore
Somalia
Spain
Sweden
Switzerland
Tanzania U.R.
Togo
Tuvalu
Uganda
United Kingdom
Vanuatu
Western Samoa
Yemen

"Designated country construction material" means a construction material that-

(1) Is wholly the growth, product, or manufacture of a designated country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a designated country into a new and different construction material distinct from the materials from which it was transformed.

"Domestic construction material" means-

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

"Foreign construction material" means a construction material other than a domestic construction material.

"North American Free Trade Agreement country" means Canada or Mexico.

"North American Free Ttrade Agreement country construction material" means a construction material that-

(1) Is wholly the growth, product, or manufacture of a North American Free Trade Agreement (NAFTA) country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a NAFTA country into a new and different construction material distinct from the materials from which it was transformed.

"United States" means the 50 States and the District of Columbia, U.S. territories and possessions, Puerto Rico, the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b) Construction materials. (1) This clause implements the Buy American Act (41 U.S.C. 10a - 10d) and the Balance of Payments Program by providing a preference for domestic construction material. In addition, the Contracting Officer has determined that the Trade Agreements Act and the North American Free Trade Agreement (NAFTA) apply to this acquisition. Therefore, the Buy American Act and Balance of Payments Program restrictions are waived for designated country and NAFTA country construction materials.

) The Contractor shall use only domestic, designated country, or NAFTA country construction material in performing this contract, except as provided in paragraphs (b)(3) and (b)(4) of this clause.

(3) The requirement in paragraph (b)(2) of this clause does not apply to the construction materials or components listed by the Government as follows:

______________________________
[Contracting Officer to list applicable excepted materials or indicate "none"]

(4) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(3) of this clause if the Government determines that-
(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the restrictions of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent. For determination of unreasonable cost under the Balance of Payments Program, the Contracting Officer will use a factor of 50 percent;

(ii) The application of the restriction of the Buy American Act or Balance of Payments Program to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act or Balance of Payments Program. (1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(4) of this clause shall include adequate information for Government evaluation of the request, including-

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act or Balance of Payments Program applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(4)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act or Balance of Payments Program applies, use of foreign construction material is noncompliant with the Buy American Act or Balance of Payments Program.

i) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

[See loose leaf FAR for Table]

(End of clause)

I.41 52.225-10 ALT. I NOTICE OF BUY AMERICAN ACT / BALANCE OF PAYMENTS PROGRAM REQUIREMENT - CONSTRUCTION MATERIALS ALTERNATE I FEBRUARY 2000

(a) Definitions. "Construction material," "domestic construction material," and "foreign construction material," as used in this provision, are defined in the clause of this solicitation entitled "Buy American Act-Balance of Payments Program-Construction Materials" (Federal Acquisition Regulation (FAR) clause 52.225-9).

(b) Requests for determinations of inapplicability. An offeror requesting a determination regarding the inapplicability of the Buy American Act or Balance of Payments Program shall submit the request with its offer, including the information and applicable supporting data required by paragraphs (c) and (d) of the clause at FAR 52.225-9.

(c) Evaluation of offers. (1) The Government will evaluate an offer requesting exception to the requirements of the Buy American Act or Balance of Payments Program, based on claimed unreasonable cost of domestic construction material, by adding to the offered price the appropriate percentage of the cost of such foreign construction material, as specified in paragraph (b)(3)(i) of the clause at FAR 52.225-9.

(2) If evaluation results in a tie between an offeror that requested the substitution of foreign construction material based on unreasonable cost and an offeror that did not request an exception, the Contracting Officer will award to the offeror that did not request an exception based on unreasonable cost.

(d) Alternate offers. (1) When an offer includes foreign construction material not listed by the Government in this solicitation in paragraph (b)(2) of the clause at FAR 52.225-9, the offeror also may submit an alternate offer based on use of equivalent domestic construction material.

(2) If an alternate offer is submitted, the offeror shall submit a separate Standard Form 1442 for the alternate offer, and a separate price comparison table prepared in accordance with paragraphs (c) and (d) of the clause at FAR 52.225-9 for the offer that is based on the use of any foreign construction material for which the Government has not yet determined an exception applies.

(3) If the Government determines that a particular exception requested in accordance with paragraph (c) of the clause at FAR 52.225-9 does not apply, the Government will evaluate only those offers based on use of the equivalent domestic construction material, and the offeror shall be required to furnish such domestic construction material. An offer based on use of the foreign construction material for which an exception was requested-

(i) Will be rejected as nonresponsive if this acquisition is conducted by sealed bidding; or

(ii) May be accepted if revised during negotiations.

(End of provision)

I.42 52.222-23 NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY FOR CONSTRUCTION FEBRUARY 1999

(a) The offeror's attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause of this solicitation.

b) The goals for minority and female participation, expressed in percentage terms for the Contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

| Goals for Minority Participation for Each Trade | Goals for Female Participation for Each Trade |
|---|---|
| 28.0% | 6.9% |

These goals are applicable to all the Contractor's construction work performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, the Contractor shall apply the goals established for the geographical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

(c) The Contractor's compliance with Executive Order 11246, as amended, and the regulations in 41 CFR 60-4 shall be based on (1) its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the clause entitled "Affirmative Action Compliance Requirements for Construction,'' and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade. The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60-4. Compliance with the goals will be measured against the total work hours performed.

(d) The Contractor shall provide written notification to the Deputy Assistant Secretary for Federal Contract Compliance, U.S. Department of Labor, within 10 working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the -

(1) Name, address, and telephone number of the subcontractor;

(2) Employer's identification number of the subcontractor;

(3) Estimated dollar amount of the subcontract;

(4) Estimated starting and completion dates of the subcontract; and

(5) Geographical area in which the subcontract is to be performed.

(e) As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is Washington, DC.

I.43 52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION SEPTEMBER 2000

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $550.00 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)