Grunley - Walsh, LLC

Contract No. 1443C3059980901
Washington Monument
Task Order No. 35

Topsoil Change Work
Request for Equitable Adjustment
Certified Claim For Additional Costs

## Claim Summary

| | | | | |
|---|---|---|---|---|
| 1 | **Davey Tree** | | Amount | |
| | 8/18/2005 Davey Tree COR (Spreading Sand) | | $32,000.00 | |
| | 9/14/2004 Davey Tree COR (F&I 1" Leaf Grow) | | $72,860.00 | |
| | **Davey Tree Subtotal** | | | **$104,860.00** |
| 2 | **Campbell Sand & Gravel** | | Amount | |
| | GWJV PO #4858 | | $13,186.00 | |
| | GWJV PO #5226 | | $20,654.30 | |
| | GWJV PO #5235 | | $4,461.00 | |
| | **Campbell Sand & Gravel Subtotal** | | | **$38,301.30** |
| 3 | **Alpine Services, Inc.** | | Amount | |
| | APS Invoice #3602 | | $13,291.35 | |
| | APS Invoice #3597 | | $4,716.45 | |
| | **Alpine Services Subtotal** | | | **$18,007.80** |

4 **Cherry Hill Construction**

**RCO 951.34 Mixing Topsoil and Double Handling**

| Ticket Date | Work Description | | Amount | |
|---|---|---|---|---|
| 5/5/2005 | Mixing Topsoil | | $3,075.96 | |
| 5/16/2005 | Mixing Topsoil | | $1,323.98 | |
| 5/17/2005 | Mixing Topsoil | | $2,200.16 | |
| 5/23/2005 | Mixing Topsoil | | $1,179.15 | |
| 5/26/2005 | Mixing Topsoil | | $636.06 | |
| 5/27/2005 | Mixing Topsoil | | $1,728.92 | |
| 5/31/2005 | Mixing Topsoil | | $1,323.98 | |
| 6/1/2005 | Mixing Topsoil | | $806.82 | |
| 6/2/2005 | Mixing Topsoil | | $661.99 | |
| 6/6/2005 | Mixing Topsoil | | $517.16 | |
| | Subtotal | | $13,454.18 | |
| | Overhead @ | 10% | $1,345.42 | |
| | Subtotal | | $14,799.60 | |
| | Profit @ | 5% | $739.98 | |
| | Total | | | **$15,540.00** |

**Challenger w/ Disc Rental**
**RCO 951.38.01 From 5/7/05 - 5/14/05**

| Ticket Date | Work Description | Amount | |
|---|---|---|---|
| 5/7/2005 | Mobilization | $1,100.00 | |
| 5/9-5/14/2005 | ST Challenger & Disc | $8,280.00 | |
| 5/9-5/14/2005 | OT Challenger & Disc | $2,025.00 | |
| | Total | | **$11,405.00** |

| | | | | |
|---|---|---|---|---|
| | **Challenger w/ Disc Rental** | | | |
| **RCO 951.38.02** | **From 5/15/05 - 6/1/05** | | | |
| Ticket Date | Work Description | | Amount | |
| 5/15-6/1/2005 | Challenger & Disc | | $3,330.00 | |
| | Total | | | **$3,330.00** |

| | | | | |
|---|---|---|---|---|
| **RCO 951.47.01** | **Hauling Sand For Topsoil** | | | |
| Ticket Date | Work Description | | Amount | |
| 5/13/2005 | Hauling Sand | | $1,641.16 | |
| 5/16/2005 | Hauling Sand | | $2,210.16 | |
| 5/17/2005 | Hauling Sand | | $2,866.75 | |
| 5/18/2005 | Hauling Sand | | $3,100.83 | |
| 5/19/2005 | Hauling Sand | | $3,929.58 | |
| 5/23/2005 | Hauling Sand | | $4,117.78 | |
| 5/27/2005 | Hauling Sand | | $4,234.97 | |
| 5/31/2005 | Hauling Sand | | $2,480.94 | |
| | Subtotal | | $24,582.17 | |
| | Overhead @ | 10% | $2,458.22 | |
| | Subtotal | | $27,040.39 | |
| | Profit @ | 5% | $1,352.02 | |
| | Total | | | **$28,392.41** |

| | | | | |
|---|---|---|---|---|
| **RCO 951.47.02** | **Hauling Sand For Topsoil** | | | |
| Ticket Date | Work Description | | Amount | |
| 6/10/2005 | Hauling Sand | | $1,531.20 | |
| 6/16/2005 | Hauling Sand | | $2,481.84 | |
| | Subtotal | | $4,013.04 | |
| | Overhead @ | 10% | $401.30 | |
| | Subtotal | | $4,414.34 | |
| | Profit @ | 5% | $220.72 | |
| | Total | | | **$4,635.06** |

| | | | | |
|---|---|---|---|---|
| **RCO 951.47.03** | **Hauling Sand For Topsoil** | | | |
| Ticket Date | Work Description | | Amount | |
| 6/17/2005 | Hauling Sand | | $3,306.72 | |
| 6/21/2005 | Hauling Sand | | $3,652.17 | |
| 6/24/2005 | Hauling Sand | | $1,350.46 | |
| 7/1/2005 | Hauling Sand | | $1,699.46 | |
| | Subtotal | | $10,008.81 | |
| | Overhead @ | 10% | $1,000.88 | |
| | Subtotal | | $11,009.69 | |
| | Profit @ | 5% | $550.48 | |
| | Total | | | **$11,560.18** |

| | | | | |
|---|---|---|---|---|
| **RCO 951.61** | **Spreading Sand for Topsoil** | | | |
| Ticket Date | Work Description | | Amount | |
| 5/14/2005 | Hauled Sand for Spreading | | $582.40 | |
| 6/1/2005 | Hauled Sand for Spreading | | $847.00 | |
| 6/23/2005 | Hauled Sand for Spreading | | $1,064.58 | |
| | Subtotal | | $2,493.98 | |
| | Overhead @ | 10% | $249.40 | |
| | Subtotal | | $2,743.38 | |
| | Profit @ | 5% | $137.17 | |
| | Total | | | **$2,880.55** |

| | | | |
|---|---|---|---|
| **Cherry Hill Construction Subtotal** | | | **$77,743.19** |
| **Combined Subcontrtactor Subtotals** | | | **$238,912.29** |
| **Grunley-Walsh** | Overhead @ | 4% | $9,556.49 |
| | | Subtotal | $248,468.78 |
| | Profit @ | 2% | $4,969.38 |
| | | Subtotal | $253,438.16 |
| | Insurance @ | 1% | $2,534.38 |
| | | Subtotal | $255,972.54 |
| | Bond @ | 1.52% | $3,890.78 |
| **TOTAL CLAIMED ADDITIONAL COSTS** | | | **$259,863** |

DAVEY

*PO BOX 220167*
*Chantilly, Virginia 20152*
*Phone: 703-471-4018*
*Fax: 703-327-6341*

Grunley-Walsh Joint Venture
5010 Nicholson Lane
Rockville, Maryland 20852
Attn: Cleo Kimbembe

August 18, 2005

**VIA FACSIMILE:**
**301-881-8083**

RE: Washington Monument Project
Change Order Spreading Sand

**(7 Pages)**

Dear Cleo:

The following information and pricing pertains to Davey Tree's request for a change order for spreading sand. This was a huge task we were told to perform, which was certainly not in our contracted scope of work and yet additional time and monies were not added to complete. In addition, it required an additional two pieces of equipment running almost full time.

Below is a breakout, per week, for the two pieces of equipment, as well as for the additional labor required to spread the sand in areas not suitable for the equipment. We calculated the time based on an average of six (6) hours per day, for each piece of equipment. Some of those days were actually 10 hours or more, however, due to the complexity of all of our work performed a "daily" hours figure is virtually impossible to determine. Nor, do I think either one of us wants to know the exact actual hours.

In addition, I can tell you that approximately 3,600 tons of sand was delivered and spread.

The following is the breakout of additional equipment and labor for spreading sand:

| Weekending | | Hours | | Total |
|---|---|---|---|---|
| 06/04/05 | Backhoe @ $85.00 per hour | 24 | = | $ 2,040.00 |
| | Skid Steere @ $65.00 per hour | 24 | = | $ 1,560.00 |
| | Laborer @ $32.00 per hour | 10 | = | $ 320.00 |
| | Total 6/4/05 | | | **$ 3,920.00** |
| 06/11/05 | Backhoe @ $85.00 per hour | 42 | = | $ 3,570.00 |
| | Skid Steere @ $65.00 per hour | 42 | = | $ 2,730.00 |
| | Laborer @ $32.00 per hour | 20 | = | $ 640.00 |
| | Total | | | **$ 6,940.00** |

| | | | | |
|---|---|---|---|---|
| 06/18/05 | Backhoe @ $85.00 per hour | 42 | = | $ 3,570.00 |
| | Skid Steere @ $65.00 per hour | 42 | = | $ 2,730.00 |
| | Laborer @ $32.00 per hour | 20 | = | $ 640.00 |
| | Total | | | **$ 6,940.00** |
| 06/25/05 | Backhoe @ $85.00 per hour | 42 | = | $ 3,570.00 |
| | Skid Steere @ $65.00 per hour | 42 | = | $ 2,730.00 |
| | Laborer @ $32.00 per hour | 20 | = | $ 640.00 |
| | Total | | | **$ 6,940.00** |
| 07/02/05 | Backhoe @ $85.00 per hour | 42 | = | $ 3,570.00 |
| | Skid Steere @ $65.00 per hour | 42 | = | $ 2,730.00 |
| | Laborer @ $32.00 per hour | 30 | = | $ 960.00 |
| | Total | | | **$ 7.260.00** |
| | **Grand total** | | | **$32,000.00** |

Upon review of the above and attached information, please do not hesitate to contact me should you have any questions or need additional information.

In the meantime, as stated before, it has been a pleasure working with you and Grunly-Walsh on this project. We look forward to closing out this project and to the possibility of working with you on future projects.

Sincerely,

[signature]

John E. Dingus, Jr.
Assistant Manager

Attached: (Davey Time Reports)

JED,Jr./jms

DAVEY

Commercial Services
COM01 - Weekly

Project: MONUMENT

70092765

Foreman name: [illegible]

Approved by: JL

| EMPLOYEE DETAILS | | On | Davey | ON DUTY HOURS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee # | Employee name | Loan? | Job Code | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total |
| | | | | | | | | | | | |
| 1005115 | JOSE SANTO[illegible] | | 2[illegible]401 | | | 11.5 | 11.5 | 11.5 | 10 | | 44.5 |
| [illegible] | TRINIDAD GOCHIRO | | 2156 | | | 11.5 | 11.5 | 11.5 | 10 | | 44.5 |
| [illegible] | [illegible] FLORES | | 22401 | 9 | | 11.5 | 11.5 | 11.5 | 10 | | 53.5 |
| 20018299 | ORLANDO [illegible] | | | 9 | | 11.5 | 11.5 | 11.5 | 10 | | 53.5 |
| [illegible] | [illegible] | | 21156 | 9 | | | | | | | 9 |
| [illegible] | [illegible] MENEYO | | | 9 | | | | | | | 9 |
| [illegible] | [illegible] | | 22401 | 10 | | 13 | 12.5 | 14.5 | 9 | | 59 |
| | DRIVER(S) START TIME | | | [illegible] | | 6:45 | 5:30 | 5:30 | 6:30 | | |
| | DRIVER(S) STOP TIME | | | [illegible] | | 7:45 | 7:00 | 5:00 | 3:00 | | |

273

| EQUIPMENT DETAILS | | On | Davey | Equipment Hours | | | | | | | | Odometer Readings | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Equipment # | Equipment Description | Loan? | Equip. type | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total | Start of Wk | End of Wk |
| 1701357 | Pickup | | | 10 | | 13 | 12.5 | 14.5 | | | | 24,250 | 24480 |
| 2200195 | 4x2 Pickup [illegible] | | | | | | | | | | | 24,560 | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Contract Number | Item # | Customer | Work Operation | C/I | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4115602 | | GREENWAY/WALSH | GRADG | | 46 | | 59 | 58.5 | 60.5 | 49 | 0 | 273 |
| 4115602 | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| Contract # | Item # | Material # | Plant # | Material Description | Quantity | UoM |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Weather Conditions | Sun | Mon | Tue | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Wind Speed | | | | | | | |
| Wind Direction | | | | | | | |
| Temperature | | | | | | | |

DAVEY

Commercial Services
COM01 – Weekly

Project: WASH MONUMENT

11-05 70032766

Foreman name: DEAN WOOD

Approved by: JR

| EMPLOYEE DETAILS Employee # | Employee name | On Loan? | Davey Job Code | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92116S | JUAN CHAVEZ | | 2UU1 | 11 | — | — | — | — | — | — | — |
| [illegible] | [illegible] | | [illegible] | 11 | — | — | — | — | — | — | — |
| 1083732 | ANSELMO RODRIGUEZ | | — | 11 | — | — | — | — | — | — | — |
| 1041457 | [illegible] | | [illegible] | 11 | — | — | — | — | — | — | — |
| 2007327 | ORLANDO [illegible] | | | 11 | 11.5 | 11.5 | 11.5 | 11.5 | 9.5 | 7.5 | [illegible] |
| 2000537 | MAXIMO FLORES | | [illegible] | 11 | 11.5 | 11.5 | 11.5 | 11.5 | 9.5 | 9.5 | [illegible] |
| [illegible] | JOSE MEDINA | | | 11 | X | X | X | X | X | X | [illegible] |
| [illegible] | JOSE SANTOS | | [illegible] | X | X | X | [illegible] | 11.5 | 9.5 | 9.5 | 30.5 |
| 2000277 | [illegible] GUE[illegible] | | OTHER(S) [illegible] | X | 11.5 | 11.5 | 11.5 | 11.5 | 9.5 | 9.5 | 65 |
| 20018697 | DEAN WOOD | | DRIVER(S) [illegible] | 12 | 13 | 11.5 | 1[illegible] | 13 | 11 | 11 | 85.5 |

388

| EQUIPMENT DETAILS Equipment # | Equipment Description | On Loan? | Davey Equip. type | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total | Odometer Readings Start of Wk | End of Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1201357 | | | | 12 | 13 | 11.5 | 14 | 13 | 11 | 11 | 85.5 | 24250 | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | 91136496 | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Contract Number | Item # | Customer | Work Operation | G/L | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9115602 | | GEWALLEY WALSH | GRADE | | 84 | 47.5 | 46 | 49.5 | 59 | 49 | 49 | 388 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

2011636

| Contract # | Item # | Material # | Plant # | Material Description | Quantity | UoM |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Weather Conditions | Sun | Mon | Tue | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Wind Speed | | | | | | | |
| Wind Direction | | | | | | | |
| Temperature | | | | | | | |

DAVEY

Commercial Services
COM01 - Weekly

Project: UNDERGROUND MOVEMENT?

Foreman name: RYAN WOOD?

Approved by: JR?

363.5

| EMPLOYEE DETAILS | | On Loan? | Davey Job Code | ON DUTY HOURS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee # | Employee name | | | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total |
| [illegible] | Joe medina | | | 10 | | | | | | | 10 |
| [illegible] | MARIO FLORES | | 22207? | 10 | 11.5 | 11.5 | 11.5 | 11.5 | [illegible] | 10 | [illegible] |
| 2018299? | ORLANDO FELIX | | | 10 | 11.5 | 11.5 | 13 | 11.5 | | 10 | [illegible] |
| [illegible] | ABEL CUELLAR | | 21150? | 10 | | | | | | | 10 |
| [illegible] | ROLANDO CHAVEZ | | 20416 | 10 | | | | | | | 10 |
| 1083722? | ANSELMO RODRIQUEZ | | | 10 | | | | | | | 10 |
| [illegible] | TRINIDAD GUERRERO | | 21136 | | 11.5 | 11.5 | 11 | 11.5 | 11.5 | 10 | [illegible]7 |
| [illegible] | JOSE SANTOS | | [illegible] | | 11.5 | 11.5 | [illegible] | | | | 23 |
| 2019099 | RYAN WOOD | DRIVER(S) START TIME | | 12 | 13 | 12 | 14 | 13 | 11.5 | X | 75.5 |
| | | DRIVER(S) STOP TIME | | | | | | | | | |

| EQUIPMENT DETAILS | | On Loan? | Davey Equip. type | Equipment Hours | | | | | | | | Odometer Readings | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Equipment # | Equipment Description | | | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total | Start of Wk | End of Wk |
| 1201357? | PICKUP | | | 12 | 13 | 12 | 14 | 13 | 11.5 | — | 75.5 | [illegible] | 25.150 |

| Contract Number | Item | Customer | Work Operation | C/U | Labor Hours | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total |
| 4115602? | | [illegible] | | | 72 | 59 | 58 | 51 | 47.5 | 46 | 30 | 363.5 |

| Contract # | Item # | Material # | Plant # | Material Description | Quantity | UoM |
|---|---|---|---|---|---|---|
| | | | | | | |

| Weather Conditions | Sun | Mon | Tue | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Wind Speed | | | | | | | |
| Wind Direction | | | | | | | |
| Temperature | | | | | | | |

DAVEY

Commercial Services
COM01 - Weekly

| Project | Foreman name / Approved by |
|---|---|
| Wash. Monument | [illegible] |

| EMPLOYEE DETAILS | | On Loan? | Davey Job Code | ON DUTY HOURS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee # | Employee name | | | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total |
| 814499 | R. Chavez | | 20?010 | 9½ | | | | | | | |
| [illegible] | A. [illegible] | | [illegible] | 7½ | | | | | | | |
| 991327? | O. Feliu | | | 11½ | 11½ | 12 | 13 | 12 | 12 | 10 | 80 |
| [illegible] | H. [illegible] | | 20401 | 11½ | 11½ | 12 | 13 | 12 | 12 | 10 | 80 |
| [illegible] | J. [illegible] | | 21156 | | [illegible] | [illegible] | 12 | 12 | 12 | 10 | 57.5 |
| [illegible] | D. [illegible] | | 20401 | | 12 | 13 | 14 | 14 | 14 | 12 | 80 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | DRIVER(S) START TIME | | | | | | | | | | |
| | DRIVER(S) STOP TIME | | | | | | | | | | |

3/6

| EQUIPMENT DETAILS | | On Loan? | Davey Equip. type | Equipment Hours | | | | | | | | Odometer Readings | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Equipment # | Equipment Description | | | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total | Start of Wk | End of Wk |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Contract Number | Item # | Customer | Work Operation | C/I | Labor Hours | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total |
| | | | | | 38 | | | | | | | |
| 4115432 | [illegible] | | | | | 35 | 48 | 52 | 53 | | | |
| | | | | | | | | | | 50.5 | | |
| | | | | | | | | | | | 42.5 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| Contract # | Item # | Material # | Plant # | Material Description | Quantity | UoM |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Weather Conditions | Sun | Mon | Tue | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Wind Speed | | | | | | | |
| Wind Direction | | | | | | | |
| Temperature | | | | | | | |

DAVEY

Commercial Services
COM01 - Weekly

Project: WASHINGTON MONUMENT

7-2 [illegible]

Foreman name: DEAN WOOD

Approved by: JR

| EMPLOYEE DETAILS Employee # | Employee name | On Loan? | Davey Job Code | ON DUTY HOURS Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20018099 | DEAN WOOD | | 20440[illegible] | 10 | 14 | 14 | 14 | 15 | 14 | 15 | 96 |
| 20000388 | MARIO FLORES | | [illegible] | 9.5 | 13 | 14 | 14 | 14 | 13 | 14 | 91.5 |
| 20018299 | ORLANDO FELIX | | | 9.5 | 13 | 14 | 14 | 14 | 13 | 14 | 91.5 |
| 2000287[illegible] | TRINIDAD GUERRERO | | [illegible] | | 11.5 | | | 11.5 | 11.5 | | 34.5 |
| 814699 | ROLANDO CHAVEZ | | 20440[illegible] | 9.5 | | | | | | | 9.5 |
| 1041458 | ABEL CUELLAR | | [illegible] | 9.5 | | | | | | | 9.5 |
| 20015330 | CARLOS RIVAS MARTINEZ | | 20440[illegible] | | | | 11.5 | 11.5 | 11.5 | | 34.5 |
| [illegible] | JOSE MEDINA | | | 9.5 | | | | | | | 9.5 |
| 20017232 | VICTORIANO HERNANDEZ | DRIVER(S) START TIME | | | | | 5 | 7 | | | 12 |
| 20018000 | ARON GONZALEZ | DRIVER(S) STOP TIME | | | | | 5 | 7 | | | 12 |

466.5

| EQUIPMENT DETAILS Equipment # | Equipment Description | On Loan? | Davey Equip. type | Equipment Hours Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total | Odometer Readings Start of Wk | End of Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20018005 | ELOY CRUZ | | | | | | 5 | 7 | | | 12 | | |
| 2001[illegible]62 | BENITO PEGUEROS | | | | | 7 | 11 | | | | 18 | | |
| 2001 8001 | GUSTAVO VEGA | | | | | 7 | 11 | | | | 18 | | |
| 2000 7794 | ANGEL SANCHEZ 20440[illegible] | | | | | 7 | 11 | | | | 18 | | |
| [illegible]01357 | PICKUP | | | 10 | 14 | 14 | 14 | 15 | 14 | 15 | 96 | | 25,900 |

| Contract Number | Item # | Customer | Work Operation | C/L | Labor Hours Sun | Mon | Tue | Wed | Thur | Fri | Sat | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41115602 | | CRONLEY/WALSH | SOD/WATER/GRADE | | 48.5 | 51.5 | 63 | 101.5 | 87 | 63 | 45 | 466.5 |

| Contract # | Item # | Material # | Plant # | Material Description | Quantity | UoM |
|---|---|---|---|---|---|---|
| | | | | | | |

| Weather Conditions | Sun | Mon | Tue | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Wind Speed | | | | | | | |
| Wind Direction | | | | | | | |

TOTAL P.07

* * * MUNICATION RESULT REPORT ( AUG. 8. 5 10:20AM ) * * *

FAX HEADER: GRUNLEY-WALSH, LLC

TRANSMITTED/STORED : AUG. 8. 2005 10:19AM

| FILE | MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|---|
| 722 | MEMORY TX | | 17033276341 | OK | 2/2 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-2) BUSY
E-3) NO ANSWER
E-4) NO FACSIMILE CONNECTION

# Grunley-Walsh

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| Date: | August 8, 2005 |
| Company: | Davey Tree Company |
| Attn.: | John Dingus Jr |
| Phone Number: | 703-471-4018 |
| Fax Number: | 703-327-6341 |
| From: | CLEO |
| Phone Number: | 301-881-8081 |
| Fax Number: | 301-881-8083 |
| Project Name/No.: | 03-096 Washington Monument - Grass Cutting |

Total number of pages including cover sheet: 2

Urgent ☐ For Your Use ■ For Review ☐ Comment ■ Reply ■

Comments:

Dingus Jr

I will request once again a copy of the tickets and invoice for the additional SOD placed, at the request of NPS.

Also note the attached letter as it concerns the release lawn maintenance in the established areas. It was also discussed with Dingus Sr, that the grass would be mowed this weekend, Davey Tree must mow the grass within the fenced in area's. NPS will provide mowing outside these areas only.

Note the attached as it concerns the Lawn maintenance.

Contact me at the above number if you have any questions or concerns, as to the above.

Cleo A. Kimbembe
Project Manager

Confidentiality Notice: This facsimile contains confidential information which may also be legally privileged and which is intended only for the use of the addressee(s) named above. If you are the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile, or the taking of any action based on the data contained in this facsimile message, may be strictly prohibited. If you receive this facsimile in error, please notify us immediately by telephone (call collect) and return the original by US Postal Service. Reimbursement for cost of return postage will be made upon request.

11910 Parklawn Drive, Suite U, Rockville, MD 20852
(301) 881-8081 - Fax (301) 881-8083

DAVEY
Commercial Grounds Management

25255 Pleasant Valley Road
P.O. Box 220167
Chantilly, VA 20153-0167
Ph. 703-471-4018
Fax 703-327-6341

Grunley-Walsh Joint Venture
11910 Parklawn Drive, Suite U
Rockville, Maryland 20852
Attn: Bill Thomas

September 14, 2004
**VIA FACSIMILE:**
**202-393-1118**
**(1 Page)**

RE: Washington Monument
Amending Topsoil

Dear Bill:

The following is Davey Tree's proposal to furnish and install 1" of Leaf Grow over entire disturbed areas. It is our intent to rototill it into the soil, brought to finish grade by Cherry Hill. Adding this will make the soil meet the required specifications for this project. We will not be adding any sand.

The following is the amended topsoil price proposal:

Amended topsoil w/ 1" leaf grow (3,500 cu yrds) $ 72,860.00

Once again, we thank you for the opportunity to provide you with this proposal. Upon review of the information and pricing above, please do not hesitate to contact me should you have any questions. In the meantime, we look forward to speaking with you soon.

Sincerely,

John E. Dingus, Jr.
Assistant Manager

JED,Jr./jws

FAXED 9/14/04
11:50

GRUNLEY-WALSH
5010 Nicholson Lane, Suite 200 Rockville, MD 20852
301-881-8081 Fax 301-881-8083 www.grunleywalsh.com

# PURCHASE ORDER

4858

VENDOR NAME Campbell Sand & Gravel
ADDRESS [illegible] Court Suite F
CITY, STATE, ZIP [illegible], MD 21114
PHONE 301-261-3166
FAX 301-261-0950
EMAIL
CONTACT
PHONE/CELL

DATE [illegible] 05 JOB NO. 03-096
SHIP TO WAMO

SHOW THE PURCHASE ORDER AND JOB NUMBER ON ALL CORRESPONDENCE, INVOICES, SHIPPING PAPERS & PACKAGES.

| COST CODE | QTY. ORDERED | QTY. REC'D. | DESCRIPTION / STOCK # | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 03-333M | See Attached | 6/21/05 | Sand | | 13,186.00 |
| 03-333M | See Attached | 6/24/05 | Sand | | |
| | | | | | |
| | | | TAX | | |
| | | | FREIGHT | | |
| | | | TOTAL | | 13,186.00 |

THIS PROJECT IS ✓ / IS NOT ___ TAX EXEMPT

COPY OF TAX EXEMPT CERTIFICATE ATTACHED YES ______ / NO ______

13,186

AUTHORIZED SIGNATURE

**White** - Return to Grunley-Walsh **Canary** - Superintendent **Pink** - Customer

GRUNLEY-WALSH
5010 Nicholson Lane, Suite 200 Rockville, MD 20852
301-881-8081 Fax 301-881-8083 www.grunleywalsh.com

# PURCHASE ORDER

5226

VENDOR NAME Campbell Sand & Gravel Co.
ADDRESS 2126 Espey Court Suite F
CITY, STATE, ZIP Crofton MD 21114
PHONE 301-261-3160
FAX
EMAIL
CONTACT Juanita
PHONE/CELL

DATE 31 MAY 05 JOB NO. 03-096
SHIP TO Washington Monument

SHOW THE PURCHASE ORDER AND JOB NUMBER ON ALL CORRESPONDENCE, INVOICES, SHIPPING PAPERS & PACKAGES.

| COST CODE | QTY. ORDERED | QTY. REC'D. | DESCRIPTION / STOCK # | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 03-033M | | | SAND/GRAVEL | | $20,654.30 |
| | | | PURCHASE | | |
| | | | | | CALL |
| | | | | | |
| | | SAND | for TOP | 03-096 | |
| | | | SOIL MIX | 02-[illegible] | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TAX | | |
| | | | FREIGHT | | |
| | | | TOTAL | | 20,654.30 |

THIS PROJECT IS ______ / IS NOT ______ TAX EXEMPT

COPY OF TAX EXEMPT CERTIFICATE ATTACHED YES ______ / NO ______

AUTHORIZED SIGNATURE

White - Return to Grunley-Walsh Canary - Superintendent Pink - Customer

GRUNLEY-WALSH
5010 Nicholson Lane, Suite 200 Rockville, MD 20852
301-881-8081 Fax 301-881-8083 www.grunleywalsh.com

# PURCHASE ORDER

5235

VENDOR NAME Campbell Sand & Gravel
ADDRESS 8126 Espey Ct. Suite F
CITY, STATE, ZIP Clofton, MD 20614
PHONE
FAX
EMAIL
CONTACT
PHONE/CELL

DATE 06/10/05 JOB NO. 05-096
SHIP TO WAMO

SHOW THE PURCHASE ORDER AND JOB NUMBER ON ALL CORRESPONDENCE, INVOICES, SHIPPING PAPERS & PACKAGES.

| COST CODE | QTY. ORDERED | QTY. REC'D.. | DESCRIPTION / STOCK # | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 03-0310M | | LS | SAnd | | 1006.85 |
| 〃 | | LS | sAnd | | 1022.61 |
| 〃 | | LS | SAnd | | 815.77 |
| | | LS | SAnd | | 1615.77 |
| | | | | | |
| | | | | | |
| | | | SAND FOR TOP SOIL MIX | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TAX | | |
| | | | FREIGHT | | |
| | | | TOTAL | | 4,461.00 |

THIS PROJECT IS X / IS NOT ______ TAX EXEMPT

COPY OF TAX EXEMPT CERTIFICATE ATTACHED YES ______ / NO ______

AUTHORIZED SIGNATURE

White - Return to Grunley-Walsh Canary - Superintendent Pink - Customer