ALPINE SERVICE INC
5313 Brookeville Rd
Gaithersburg, MD 20882
Phone # 301-963-8833
Fax # 301-963-7901

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/17/2005 | 3602 |

| BILL TO |
|---|
| Grunley-Walsh<br>Cleo Kimbembe<br>5010 Nicholson Ln<br>Suite 200<br>Rockville, MD 20852 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | Net 10 days | Washington Monu... |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 27.75 | Hours Champion Grader | 161.00 | 4,467.75 |
| 28.75 | Hours W-20 Loader | 86.25 | 2,479.69 |
| 73.25 | Hours Tractor #1 with Attachment | 39.50 | 2,893.38 |
| 9 | Hours for opperator only | 30.95 | 278.55 |
| 5 | Grove's time as Supervisor only | 55.00 | 275.00 |
| 26.75 | Grove's time as Operator/Supervisor | 33.00 | 882.75 |
| 28.25 | Hours Tractor # 2 with attachment | 71.30 | 2,014.23 |
| | This invoice covers the period of 6/9/05 - 6/15/05 | | |
| | Non Taxable | 0.00 | 0.00 |

#13,291.35

Grunley-Walsh Joint Venture
Job No.: 03-096
Cost/Acct. Code: 02-970m
Date: June 21, 2005
Approval: CMK
Posted Date:

RECEIVED
JUN 20 2005
GRUNLEY WALSH

| Thank you for your business. | Total | $13,291.35 |
|---|---|---|

RECEIVED
JUN 17 2005
WAMO

RECEIVED
JUN 20 2005
WAMO

# SUMMERY OF DAILY TIME SHEETS

## WEEK OF JUNE 9, 2005 THROUGH JUNE 15, 2005

| | | CHAMPION GRADER 161.00 | PSI GRADER 161.00 | SMALL GRADER 149.50 | LOADER W-20 86.25 | LOADER TCM 86.25 | TR #1 &ATTACH 71.30 | TR #2 &ATTACH 71.30 | OPERATOR ONLY 30.95 | GROVE AS SUPER ONLY 55.00 | GROVE AS O/S 33.00 | WOOD SHOP 0.00 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TH-9 | | | | | | | | | | | | | |
| | CHRIS | | | | 4.00 | | 4.00 | | 3.50 | | | | 11.50 |
| | NUNO | | | | 1.00 | | | 8.25 | | | | | 9.25 |
| | JAMES B | | | | | | 3.00 | | | | | 6.25 | 9.25 |
| | ALLAN | | | | 3.00 | | | | | | | 6.25 | 9.25 |
| | GROVE | | | | | | | | | | | | |
| FRI-10 | | | | | | | | | | | | | |
| | CHRIS | | | | | | 7.00 | | | | | 1.75 | 8.75 |
| | NUNO | | | | 7.75 | | | 1.00 | | | | | 8.75 |
| SAT-11 | | | | | | | | | | | | | |
| | NUNO | | | | 3.00 | | 5.00 | | | | | | 8.00 |
| | ALLAN | | | | 5.00 | | | | | | | | 5.00 |
| | GROVE | 8.00 | | | | | | | | | 8.00 | | 8.00 |
| MON-13 | | | | | | | | | | | | | |
| | CHRIS | 1.00 | | | | | | 5.00 | 5.50 | | | | 11.50 |
| | NUNO | | | | 5.00 | | 5.50 | | | | | 1.00 | 11.50 |
| | GROVE | 8.50 | | | | | | | | | 8.50 | | 8.50 |
| | GROVE | | | | | | | | | 1.00 | | | 1.00 |
| TUES-14 | | | | | | | | | | | | | |
| | CHRIS | | | | | | | 9.00 | | | | | 9.00 |
| | NUNO | | | | | | 10.00 | | | | | | 10.00 |
| | GROVE | 6.25 | | | | | | | | 4.00 | 6.25 | | 10.25 |
| WED-15 | | | | | | | | | | | | | |
| | CHRIS | | | | | | 5.00 | | | | | | 5.00 |
| | NUNO | | | | | | | 5.00 | | | | | 5.00 |
| | GROVE | 4.00 | | | | | | | | | 4.00 | | 4.00 |
| | TOTALS | 27.75 | 0.00 | 0.00 | 28.75 | 0.00 | 39.50 | 28.25 | 9.00 | 5.00 | 26.75 | 15.25 | |

THURSDAY

| | | | | | |
|---|---|---|---|---|---|
| Alpine Services, Inc. | | | | | |
| Washington Monument Project | | | | | |
| Daily Time/Equipment Hours | | | | | |
| | | | | | |
| Date: 6.9.5 | | Hours | | | |
| Job Start: End: | Start | Stop | Lunch | Break | Total |
| EQUIPMENT w/Operator | | | | | |
| OPR FOR OTHER NON-OWNED EQUIP Champion Grader | | | | | 3.5 |
| PSI Grader | | | | | |
| Small Grader | | | | | |
| Loader-TCM | | | | | |
| W-20B | | | | | 8 |
| Tractor w/Attachment #1 | | | | | 7 |
| #2 | | | | | 8.25 |
| Grove as Operator/Supervisor -0- | | | | | |
| | | | | | |
| Alpine Signature | | | | | |
| G. Deates | | | | | |
| Project Representative Signature | | | | | |
| Pablo Quinteros | | | | | |

CHRIS 7AM-7PM 1/2L = 11.5 TRACTOR#1 - 4.
W-20 - 4.
OPR ONLY - 3 1/2

NUNO 7:45-6PM 1/2L = ~~9.25~~ 9.75 TRACTOR #2 - 8.25
W-20 1.

JAMES 7:45-6PM 1/2L = ~~9.25~~ 9.75 WOOD - 6.25
TRACTOR #1 - 3.

ALLAN 7:45-6PM 1/2L = ~~9.25~~ 9.75 WOOD - 6.25
W-20 - 3.

FRIDAY

| | | | | | |
|---|---|---|---|---|---|
| Alpine Services, Inc. | | | | | |
| Washington Monument Project | | | | | |
| Daily Time/Equipment Hours | | | | | |
| | | | | | |
| Date: | | Hours | | | |
| Job Start: End: | Start | Stop | Lunch | Break | Total |
| EQUIPMENT w/Operator | | | | | |
| Champion Grader | | | | | |
| PSI Grader | | | | | |
| Small Grader | | | | | |
| Loader-TCM | | | | | |
| W-20B | | | | | 7 3/4 |
| Tractor w/Attachment ~~Tractor 1~~ Tractor 2 | | | | ~~8~~ 7 1 | ~~7 3/4~~ |
| | | | | | |
| Grove as Operator/Supervisor | | | | | |
| | | | | | |
| Alpine Signature | | | | | |
| | | | | | |
| Project Representative Signature | | | | | |
| Pablo Quinteros | | | | | |

7: - ~~6:15~~ 4:15 = 10 3/4

NUNO DRAG #1 W-20 7 3/4

Chris D-Jigger-#3 DRAG 4 - Shop 1 3/4

See Grove

SAT 6-11-05

| Alpine Services, Inc. | | | | | |
|---|---|---|---|---|---|
| Washington Monument Project | | | | | |
| Daily Time/Equipment Hours | | | | | |
| | | | | | |
| Date: 6.11.05 | | Hours | | | |
| Job Start: 7:00 End: 3:30 1/2 L = 8 | Start | Stop | Lunch | Break | Total |
| EQUIPMENT w/Operator | | | | | |
| Champion Grader | 7 | 3:30 | 1/2 | - | 8 |
| PSI Grader | | | | | |
| Small Grader | | | | | |
| Loader-TCM | | | | | |
| W-20B | 7 | 3:30 | 1/2 | — | 8 |
| Tractor w/Attachment #1 | 7 | 12:00 | | | 5 |
| | | | | | |
| Grove as Operator/Supervisor | | | | | |
| | | | | | |
| Alpine Signature | | | | | |
| | | | | | |
| Project Representative Signature | | | | | |
| Pablo Quintero | | | | | |

Nuno 7:- 12 5 Drag = (5)
12:30 3:30 W-20 = (3)

Allan 7-12 W. 20 = (5)

MONDAY - JUNE 13

| Alpine Services, Inc. | | | | | |
|---|---|---|---|---|---|
| Washington Monument Project | | | | | |
| Daily Time/Equipment Hours | | | | | |
| | | | | | |
| Date: | | Hours | | | |
| Job Start: End: | Start | Stop | Lunch | Break | Total |
| EQUIPMENT w/Operator | | | | | |
| Champion Grader | | | | | 9.5 |
| PSI Grader | | | | | |
| Small Grader | | | | | |
| Loader-TCM | | | | | |
| W-20B. | | | | | 5. |
| Tractor w/Attachment #1 5.5 #2 5. | | | | | 5.5 5. |
| OPR ONLY 5.5 | | | | | 5.5 |
| Grove as Operator/Supervisor | 8 | 9 | - | 1 | |
| | | | | | |
| Alpine Signature | | | | | |
| G. Deates | | | | | |
| Project Representative Signature | | | | | |
| Pablo Quinteros | | | | | |

CHRIS 7-7-½L = 11½ DOJIGGER - 5 = #2
ROLLER - 5½ = opr. only
Grader - 1
NUNO 7-7-½L = 11½ DRAG - 5½ = #1
W-20 - 5
8-7 = 11 = 10½ SHOP - 1
GROVE - 8-9 Sup = 1
9 - 12:30 2-7 = 8½ = Grader
Break = 1

Tuesday 6-14

| Alpine Services, Inc. | | | | | |
|---|---|---|---|---|---|
| Washington Monument Project | | | | | |
| Daily Time/Equipment Hours | | | | | |
| | | | | | |
| Date: 6/14 | | Hours | | | |
| Job Start: 7 A End: | Start | Stop | Lunch | Break | Total |
| EQUIPMENT w/Operator | | | | | |
| Champion Grader | | | | | |
| PSI Grader | | | | | |
| Small Grader | | | | | |
| Loader-TCM | | | | | |
| W-20B | | | | | |
| Tractor w/Attachment #1 | 7 | 5:30 | 1/2 | - | 10 |
| #2 | 8 | 5:30 | 1/2 | - | 9 |
| | | | | | |
| Grove as Operator/Supervisor OPR | ~~8~~ | ~~10~~ | | ~~6 3/4~~ | ~~8~~ 6 1/4 |
| SUPER | | | | 4 | 4 |
| Alpine Signature BREAK | | | | 2 | |
| G. Gates | | | | | |
| Project Representative Signature | | | | | |
| Pablo Quintoros | | | | | |

NUNO - 7 - 5:30 - TRACTOR + ~~DRAG~~ = 10 1/2 - 1/2 L = 10

CHRIS 8:00 - 5:30 TRACTOR + DO JIGGER = 9 1/2 - 1/2 = 9

GROVE 7 AM - 7:45 PM - 12 1/4

Wed

| | | | | | |
|---|---|---|---|---|---|
| Alpine Services, Inc. | | | | | |
| Washington Monument Project | | | | | |
| Daily Time/Equipment Hours | | | | | |
| | | | | | |
| Date: 6·14·5 | | Hours | | | |
| Job Start: End: | Start | Stop | Lunch | Break | Total |
| EQUIPMENT w/Operator | | | | | |
| Champion Grader | 1 P | 5 | - | - | 4 |
| PSI Grader | | | | | |
| Small Grader | | | | | |
| Loader-TCM | | | | | |
| W-20B | | | | | |
| Tractor w/Attachment T-1 | 7 | 12 | - | - | 5 |
| T-2 | 7 | 12 | - | - | 5 |
| | | | | | |
| Grove as Operator/Supervisor | | | | | 4 |
| | | | | | |
| Alpine Signature | | | | | |
| [signature] | | | | | |
| Project Representative Signature | | | | | |
| Pablo Quinteros | | | | | |

Grove 1-5PM Grader

Nuro T1 = Drag 7-12 = 5

Chris T2 = Ziggur 7-12 = 5

ALPINE SERVICES, INC
5313 Brookeville Rd
Gaithersburg, MD 20882
Phone # 301-963-8833
Fax # 301-963-7901

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/3/2005 | 3597 |

| BILL TO |
|---|
| Grunley-Walsh<br>Cleo Kimbembe<br>5010 Nicholson Ln<br>Suite 200<br>Rockville, MD 20852 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | Net 10 days | Washington Monu... |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 12 | Champion Grader | 161.00 | 1,932.00 |
| 1.5 | Tractor with attachment | 71.30 | 106.95 |
| 13.5 | Grove as Operator/Supervisor | 33.00 | 445.50 |
| 1 | Delivery of Grader | 150.00 | 150.00T |
| 1 | Delivery of Tractor | 150.00 | 150.00T |
| 12 | For grader blade as per Ed Hollander | 161.00 | 1,932.00 |
| | This invoice covers the period of 5/31/05 - 6/1/05 | | |
| | Non Taxable | 0.00 | 0.00 |

Thank you for your business.

**Total** $4,716.45

6:45AM - 2:15PM. 1/2L - 1/2P = 7 1/2 less 1 hr = 6 1/2

| | | |
|---|---|---|
| **Alpine Services, Inc.** | | |
| **Washington Monument Project** | | |
| **Daily Time/Equipment Hours** | | |
| | | |
| Date: 6-1-05 | | Hours |
| | | |
| EQUIPMENT w/Operator | | |
| Chanpion Grader Teates | | 5 |
| PSI Grader | | |
| Small Grader | | |
| Loader | | |
| Tractor w/Attachment Teates | | 1 1/2 |
| | | |
| Grove as Operator/Supervisor | | Yes |
| | | |
| | Total: | |
| | | |
| Alpine Signature | | |
| G. Teates | | |
| | | |
| Project Representative Signature | | |
| [signature] | | |

Graded front circle
Do Jilger on Back

11:00AM - 7PM - 1/2 L - 1/2 P

| | | |
|---|---|---|
| **Alpine Services, Inc.** | | |
| **Washington Monument Project** | | |
| **Daily Time/Equipment Hours** | | |
| | | |
| **Date:** 5-31-05 | | **Hours** |
| | | |
| **EQUIPMENT w/Operator** | | |
| **Chanpion Grader** - TEATES | | 7 HRS |
| **PSI Grader** | | |
| **Small Grader** | | |
| **Loader** - | | |
| **Tractor w/Attachment** | | |
| 2150 DELIVERED - NO USE | | |
| **Grove as Operator/Supervisor** | | YES |
| | | |
| | **Total:** | |
| | | |
| **Alpine Signature** | | |
| G. Teates | | |
| | | |
| **Project Representative Signature** | | |
| [signature] | | |

Cleo. A. Kimbembe
Project Manager

Grade sub-base - Curb circle

CHERRY HILL CONSTRUCTION, INC. *A Perini Company*

3 November 2005

Letter No. 230

Grunley-Walsh Joint Venture, LLC
11910 Parklawn Drive, Suite V
Rockville, MD 20852

Attn: Ms. Cleo Kimbembe
Project Manager

Re: Washington Monument Physical Security Project
CHC Job No. 1017
**RCO 951.34 – Mixing Topsoil with Sand from 5/6/05 through 6/6/05**

Dear Ms. Kimbembe:

We are submitting to you our lump sum price proposal in the amount of $15,540.00 for mixing topsoil with sand from 5/6/05 through 6/6/05. We have enclosed our detailed price proposal for your review and approval. Please issue a change order in the amount of $15,540.00 at your earliest convenience.

Should you have any questions or comments, please contact the undersigned.

Very truly yours,

CHERRY HILL CONSTRUCTION, INC.

By: [signature]
Jerzy Myckow
Project Manager

JM:jh
cc: file
Enclosure

Alpine ... SAND
CHC ... SAND ONLY

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

Rented to: Grunley-Walsh
Address:
Telephone:

Date 6-Jun-05
CHC # 951.34 Mixing Topsoil
Project 1017 Washington Monument

**SUMMARY**

| | |
|---|---|
| 06-May-05 | $3,075.98 |
| 16-May-05 | $1,323.98 |
| 17-May-05 | $2,200.18 |
| 23-May-05 | $1,179.15 |
| 26-May-05 | $636.08 |
| 27-May-05 | $1,728.92 |
| 31-May-05 | $1,323.98 |
| 01-Jun-05 | $806.82 |
| 02-Jun-05 | $661.98 |
| 06-Jun-05 | $517.16 |

| | |
|---|---|
| **Subtotal** | **$13,454.18** |
| O.H. 10% | $1,345.42 |
| **Subtotal** | **$14,799.60** |
| Profit 5% | $739.98 |
| **Total** | **$15,539.58** |
| USE | **$15,540.00** |

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

Rented to: Grunley-Walsh
Address:
Telephone:

Date: 6-May-05 Friday
CHC #: 951.34 Mixing Topsoil
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Laborer Crew | J. Esparza | | | 2.00 | 0.00 | $30.18 | $42.66 | $60.36 | $0.00 | $60.36 |
| Stakebody | 107-12 | | | 2.00 | 0.00 | $19.83 | $19.83 | $39.66 | $0.00 | $39.66 |
| Operator | K. Spencer | | | 8.00 | 0.00 | $43.04 | $58.58 | $344.32 | $0.00 | $344.32 |
| J.D. 850C Doz | 206-19 | | | 8.00 | 0.00 | $70.22 | $70.22 | $561.76 | $0.00 | $561.76 |
| Operator | J. Fooks | | | 8.00 | 0.00 | $43.04 | $58.58 | $344.32 | $0.00 | $344.32 |
| CAT D6M LGP | 206-13 | | | 8.00 | 0.00 | $64.46 | $64.46 | $515.68 | $0.00 | $515.68 |
| Operator | D. Braxton | | | 8.00 | 0.00 | $43.04 | $58.58 | $344.32 | $0.00 | $344.32 |
| CAT 613 Scrap | 613-01 | | | 8.00 | 0.00 | $67.88 | $67.88 | $543.04 | $0.00 | $543.04 |
| Operator | M. Mathews | | | 3.00 | 0.00 | $43.04 | $58.58 | $129.12 | $0.00 | $129.12 |
| J.D. 850C Doz | 206-19 | | | 3.00 | 0.00 | $64.46 | $64.46 | $193.38 | $0.00 | $193.38 |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | Total Labor and Equipment | | | $3,076.96 |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | | Total Martial costs | | $0.00 |

**Total Costs** **$3,076.96**

Description of work performed and/or comments
Mixed Topsoil.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ____________________

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

| | | | |
|---|---|---|---|
| Rented to: | Grunley-Walsh | Date | 16-May-05 Monday |
| Address: | | CHC # | 951.34 Mixing Topsoil |
| | | Project | 1017 Washington Monument |
| Telephone: | | | |

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Operator | W. Harvey | | | 8.00 | 2.00 | $43.04 | $58.58 | $344.32 | $117.16 | $461.48 |
| CAT 963 Loade | 402-13 | | | 8.00 | 2.00 | $86.25 | $86.25 | $690.00 | $172.50 | $862.50 |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | Total Labor and Equipment | | | $1,323.98 |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | **Total Martial costs** | | | $0.00 |

| | |
|---|---|
| **Total Costs** | **$1,323.98** |

Description of work performed and/or comments
Mixed Topsoil.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ____________________

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

Rented to: Grunley-Walsh
Address:

Telephone:

Date: 17-May-05 Tuesday
CHC #: 951.34 Mixing Topsoil
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Operator | W. Harvey | | | 8.00 | 2.00 | $43.04 | $58.58 | $344.32 | $117.16 | $461.48 |
| CAT 963 Loade | 402-13 | | | 8.00 | 2.00 | $86.25 | $86.25 | $690.00 | $172.50 | $862.50 |
| Operator | J. Wilson | | | 8.00 | 2.00 | $43.04 | $58.58 | $344.32 | $117.16 | $461.48 |
| J.D. 650H Doze | 204-10 | | | 8.00 | 2.00 | $41.47 | $41.47 | $331.76 | $82.94 | $414.70 |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | **Total Labor and Equipment** | | | **$2,200.16** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | **Total Martial costs** | | | **$0.00** |

| **Total Costs** | **$2,200.16** |
|---|---|

Description of work performed and/or comments
Mixed Topsoil.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

Rented to: Grunley-Walsh
Address:

Telephone:

Date: 23-May-05 Monday
CHC #: 951.34 Mixing Topsoil
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Operator | W. Harvey | | | 8.00 | 1.00 | $43.04 | $58.58 | $344.32 | $58.58 | $402.90 |
| CAT 963 Loade | 402-13 | | | 8.00 | 1.00 | $86.25 | $86.25 | $690.00 | $86.25 | $776.25 |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | Total Labor and Equipment | | **$1,179.15** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | **Total Martial costs** | | | **$0.00** |

| **Total Costs** | **$1,179.15** |
|---|---|

Description of work performed and/or comments
Mixed Topsoil.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ____________________

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

| | | | | |
|---|---|---|---|---|
| Rented to: | Grunley-Walsh | Date | 26-May-05 Thursday | |
| Address: | | CHC # | 951.34 | Mixing Topsoil |
| | | Project | 1017 | Washington Monument |
| Telephone: | | | | |

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Operator | W. Harvey | | | 4.00 | 2.00 | $43.04 | $58.58 | $172.16 | $117.16 | $289.32 |
| CAT 963 Load( | 402-03 | - | | 4.00 | 2.00 | $57.79 | $57.79 | $231.16 | $115.58 | $346.74 |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | Total Labor and Equipment | | | $636.06 |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | Total Martial costs | | | $0.00 |

| Total Costs | $636.06 |
|---|---|

Description of work performed and/or comments
Mixed Topsoil.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

Rented to: Grunley-Walsh
Address:

Telephone:

Date: 27-May-05 Friday
CHC #: 951.34 Mixing Topsoil
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Operator | W. Harvey | | | 8.00 | 3.50 | $43.04 | $58.58 | $344.32 | $205.03 | $549.35 |
| CAT 963 Loade | 402-03 | | | 8.00 | 3.50 | $57.79 | $57.79 | $462.32 | $202.27 | $664.59 |
| Operator | D. Braxton | | | 2.00 | 0.00 | $43.04 | $58.57 | $86.08 | $0.00 | $86.08 |
| Volvo Off Road | 071-84 | | | 2.00 | 0.00 | $106.95 | $106.95 | $213.90 | $0.00 | $213.90 |
| Operator | D. Braxton | | | 2.00 | 0.00 | $43.04 | $43.04 | $86.08 | $0.00 | $86.08 |
| CAT D6 LGP | 206-13 | | | 2.00 | 0.00 | $64.46 | $64.46 | $128.92 | $0.00 | $128.92 |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | **Total Labor and Equipment** | | **$1,728.92** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | **Total Martial costs** | | | **$0.00** |

| **Total Costs** | **$1,728.92** |
|---|---|

Description of work performed and/or comments
Mixed Topsoil.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

Rented to: Grunley-Walsh
Address:

Telephone:

Date 31-May-05 Tusedey
CHC # 951.34 Mixing Topsoil
Project 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Operator | W. Harvey | | | 8.00 | 2.00 | $43.04 | $58.58 | $344.32 | $117.16 | $461.48 |
| CAT 963 Loade | 402-13 | | | 8.00 | 2.00 | $86.25 | $86.25 | $690.00 | $172.50 | $862.50 |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | Total Labor and Equipment | | | $1,323.98 |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | | Total Martial costs | | $0.00 |

| | |
|---|---|
| Total Costs | $1,323.98 |

Description of work performed and/or comments
Mixed Topsoil.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

Rented to: Grunley-Walsh
Address:

Telephone:

Date 1-Jun-05 Wednesday
CHC # 951.34 Mixing Topsoil
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Operator | W. Harvey | | | 4.00 | 2.00 | $43.04 | $58.58 | $172.16 | $117.16 | $289.32 |
| CAT 963 Loade | 402-13 | | | 4.00 | 2.00 | $86.25 | $86.25 | $345.00 | $172.50 | $517.50 |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | Total Labor and Equipment | | | $806.82 |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | **Total Martial costs** | | | **$0.00** |

| **Total Costs** | **$806.82** |
|---|---|

Description of work performed and/or comments
Mixed Topsoil.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ____________________

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

Rented to: Grunley-Walsh
Address:
Telephone:

Date: 2-Jun-05 Thursday
CHC #: 951.34 Mixing Topsoil
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Operator | W. Harvey | | | 4.00 | 1.00 | $43.04 | $58.58 | $172.16 | $58.58 | $230.74 |
| CAT 963 Loade | 402-13 | | | 4.00 | 1.00 | $86.25 | $86.25 | $345.00 | $86.25 | $431.25 |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | **Total Labor and Equipment** | | | **$661.99** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | | **Total Martial costs** | | **$0.00** |

| **Total Costs** | **$661.99** |
|---|---|

Description of work performed and/or comments
Mixed Topsoil.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ____________________

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

Rented to: Grunley-Walsh
Address:

Telephone:

Date: 6-Jun-05 Monday
CHC #: 951.34 Mixing Topsoil
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Operator | M. Matthew | | | 4.00 | 0.00 | $43.04 | $58.58 | $172.16 | $0.00 | $172.16 |
| CAT 963 Loade | 402-13 | | | 4.00 | 0.00 | $86.25 | $86.25 | $345.00 | $0.00 | $345.00 |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | Total Labor and Equipment | **$517.16** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | 5.75 % DC Sales Tax | $0.00 |
| | | | | **Total Martial costs** | **$0.00** |

| **Total Costs** | **$517.16** |
|---|---|

Description of work performed and/or comments
Mixed Topsoil.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ____________________

CHERRY HILL CONSTRUCTION, INC. A Perini Company

7 May 2005 Letter No. 144

Grunley-Walsh Joint Venture, LLC
11910 Parklawn Drive, Suite V
Rockville, MD 20852

Attn: Ms. Cleo Kimbembe
Project Manager

DIRECTED BY N13

Re: Washington Monument Physical Security Project
CHC Job No. 1017
**RCO 951.38 – Challenger and Disc on T&M**

Dear Ms. Kimbembe:

This is to confirm our agreement that was reached yesterday to rent a Challenger with 14' wide disc and Operator on a T&M basis at $207.00/HR plus a lump sum of $1,100.00 for mobilization charges. As we discussed, this agreement is based on the following condition:

1. Minimum of 4 hours a day for Operator.
2. If work starts after lunch a minimum of 8 hours for Operator.
3. Charge for equipment per actual performance time.
4. Show up time – 2 hours for Operator (rain day).
5. Overtime extra.
6. Minimum 30 hours/week for Operator.

We have enclosed our detailed price breakdown for your review and approval. Please confirm in writing your concurrence to the above conditions.

Should you have any questions or comments, please contact the undersigned.

Very truly yours,

CHERRY HILL CONSTRUCTION, INC.

By: Jerzy Myckow
Jerzy Myckow
Project Leader

RECEIVED
MAY 12 2005
WAMO

JM:jh
cc: file/field
Enclosure

8211 WASHINGTON BOULEVARD • P.O. BOX 356 • JESSUP, MARYLAND 20794-0356 • (410) 799-3577 • FAX (410) 799-5483 • E.O.E.

CHERRY HILL CONSTRUCTION, INC.

5/7/2005

1017 - Washington Monument

RCO 951.38 - Challenger and disc on T&M

SUMMARY

| | | | |
|---|---|---|---|
| 1 Mobilization | 1 | LS | $1,100.00 |
| 2 ST Challenger and disc | 1 | HR | $207.00 |
| 3 OT Challenger and disc | 1 | HR | $225.00 |
| 4 ST Operator | 1 | HR | $50.00 |
| 5 OT Operator (50%) | 1 | HR | $68.00 |

CHERRY HILL CONSTRUCTION, INC.

1017 - Washington Monument

RCO 951.38 - Challenger and disc on T&M

1. Mobilization

a. Moving in

| | | |
|---|---|---|
| | Disc | $185.00 |
| | Challenger | $365.00 |
| | **Total** | **$550.00** |

b.Moving out

| | | |
|---|---|---|
| | Disc | $185.00 |
| | Challenger | $365.00 |
| | **Total** | **$550.00** |
| | **Grand Total** | **$1,100.00** |

CHERRY HILL CONSTRUCTION, INC.

1017 - Washington Monument

RCO 951.38 - Challenger and disc on T&M

2. Standard Time Challenger and disc

| | | |
|---|---|---|
| Challenger | | $108.00 |
| Disc | | $20.50 |
| Operator | | $43.04 |
| Supervision | | $7.59 |
| | Subtotal | $179.13 |
| | 10% OH | $17.91 |
| | Subtotal | $197.04 |
| | 5% Profit | $9.85 |
| | Total | $206.90 |
| | **USE** | **$207.00** |

CHERRY HILL CONSTRUCTION, INC.

1017 - Washington Monument

RCO 951.38 - Challenger and disc on T&M

3. Over Time Challenger and disc

| | | |
|---|---|---|
| Challenger | | $108.00 |
| Disc | | $20.50 |
| Operator | | $58.58 |
| Supervision | | $7.59 |
| | Subtotal | $194.67 |
| | 10% OH | $19.47 |
| | Subtotal | $214.14 |
| | 5% Profit | $10.71 |
| | Total | $224.84 |
| | USE | $225.00 |

CHERRY HILL CONSTRUCTION, INC.

1017 - Washington Monument

RCO 951.38 - Challenger and disc on T&M

4. Standard Time Operator

| | | |
|---|---|---|
| Operator | | $43.04 |
| | Subtotal | $43.04 |
| | 10% OH | $4.30 |
| | Subtotal | $47.34 |
| | 5% Profit | $2.37 |
| | Total | $49.71 |
| | USE | **$50.00** |

CHERRY HILL CONSTRUCTION, INC.

1017 - Washington Monument

RCO 951.38 - Challenger and disc on T&M

5. Over Time Operator

| | | |
|---|---|---|
| Operator | | $58.58 |
| | Subtotal | $58.58 |
| | 10% OH | $5.86 |
| | Subtotal | $64.44 |
| | 5% Profit | $3.22 |
| | Total | $67.66 |
| | **USE** | **$68.00** |

CHERRY HILL CONSTRUCTION, INC. A Perini Company

6 June 2005

Letter No. 166

Grunley-Walsh Joint Venture, LLC
11910 Parklawn Drive, Suite V
Rockville, MD 20852

Attn: Ms. Cleo Kimbembe
Project Manager

Re: Washington Monument Physical Security Project
CHC Job No. 1017
**RCO 951.38.01 – Challenger with Disc Rental from 5/7/05 through 5/14/05**

Dear Ms. Kimbembe:

We are submitting to you our lump sum price proposal in the amount of $11,405.00 for the Challenger with disc rental from 5/7/05 through 5/14/05. We have enclosed our detailed price breakdown with signed tickets for your review and approval. Please issue a change order in the amount of $11,405.00 at your earliest convenience.

Should you have any questions or comments, please contact the undersigned.

Very truly yours,

CHERRY HILL CONSTRUCTION, INC.

TO NPS
outside scope

By: Jerzy Myckow
Jerzy Myckow
Project Leader

JM:jh
cc: file/field
Enclosure

RECEIVED
JUN 10 2005
WAMO

CHERRY HILL CONSTRUCTION, INC.

/05

1017 - Washington Monument

RCO 951.38.01 - Challenger and disc on T&M

SUMMARY

| | | | | 05/07/05 | 05/09/05 | 05/10/05 | 05/11/05 | 05/12/05 | 05/13/05 | 05/14/05 | Total | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 1 LS | $1,100.00 | 1 | | | | | | | 1 | $1,100.00 |
| 2 | ST Challenger and disc | 1 HR | $207.00 | | 8 | 8 | 8 | 8 | 8 | | 40 | $8,280.00 |
| 3 | OT Challenger and disc | 1 HR | $225.00 | | | | 1 | 2 | 2 | 4 | 9 | $2,025.00 |
| 4 | ST Operator | 1 HR | $50.00 | | | | | | | | 0 | $0.00 |
| 5 | OT Operator (50%) | 1 HR | $68.00 | | | | | | | | 0 | $0.00 |

Total $11,405.00

(410) 799-3577

# CHERRY HILL CONSTRUCTION INC.

8211 Washington Boulevard
Jessup, Maryland 20794

RENTED TO: Grunley Walsh

ADDRESS:

TELEPHONE #:

DATE: 5-9 to 5-14-05

P.O. #: 1617-951.38

PROJECT: Washington Monument DC - Week Ending 5-14-05

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS S.T. | HOURS O.T. | RATES S.T. | RATES O.T. | AMOUNTS S.T. | AMOUNTS O.T. | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 200-08 | CAT Challenger | SEE BELOW FOR HOURS OF OPERATION | | | | | | | | |
| | [illegible] Tractor Rome 14' Disc | | | | | | | | | |
| 5115 | Braxton, D | | | | | | | | | |
| | | | | | | | | | | |
| Monday | 5-9 | 0700 | 1530 | 8 | | | | | | |
| Tuesday | 5-10 | 0700 | 1530 | 8 | | | | | | |
| Wednesday | 5-11 | 0700 | 1630 | 8 | 1 | | | | | |
| Thursday | 5-12 | | | 8 | 2 | | | | | |
| Friday | 5-13 | | | 8 | 2 | | | | | |
| Saturday | 5-14 | | | | 4 | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| | | | | |

Description of work performed and/or comments: T&M Disc Topsoil

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

CHERRY HILL COPY