CHERRY HILL CONSTRUCTION, INC. A Perini Company

6 June 2005

Letter No. 167

Grunley-Walsh Joint Venture, LLC
11910 Parklawn Drive, Suite V
Rockville, MD 20852

Attn: Ms. Cleo Kimbembe
Project Manager

Re: Washington Monument Physical Security Project
CHC Job No. 1017
**RCO 951.47.01 – Hauling Sand for Grunley-Walsh on 5/13, 5/16, 5/17, 5/18, 5/19, 5/23, 5/27/05 and 5/31/05**

Dear Ms. Kimbembe:

We are submitting to you our lump sum price proposal in the amount of $28,392.00 for hauling sand on 5/13, 5/16, 5/17, 5/18, 5/19, 5/23, 5/27 and 5/31/05 as requested by Grunley-Walsh. We have enclosed our detailed price breakdown with signed tickets for your review and approval. Please issue a change order in the amount of $28,392.00 at your earliest convenience.

Please be advised that our price includes straight time. The overtime premium with a be submitted separately under RCO 951.05.

Yes to NPS
Along w/ sand tickets

Should you have any questions or comments, please contact the undersigned.

Very truly yours,

CHERRY HILL CONSTRUCTION, INC.

By: Jerzy Myckow
Jerzy Myckow
Project Leader

RECEIVED
JUN 10 2005
WAMO

JM:jh
cc: file/field
Enclosure

06/03/05

CHERRY HILL CONSTRUCTION, INC.

1017 - Washington Monument

RCO 951.47.01 Hauling Sand for G-W

SUMMARY

| | | |
|---|---|---|
| 13-May-05 | | $1,641.16 |
| 16-May-05 | | $2,210.16 |
| 17-May-05 | | $2,866.75 |
| 18-May-05 | | $3,100.83 |
| 19-May-05 | | $3,929.58 |
| 23-May-05 | | $4,117.78 |
| 27-May-05 | | $4,234.97 |
| 31-May-05 | | $2,480.94 |
| | **Subtotal** | **$24,582.17** |
| | O.H. 10% | $2,458.22 |
| | **Subtotal** | **$27,040.39** |
| | Profit 5% | $1,352.02 |
| | **Total** | **$28,392.41** |
| | USE | **$28,392.00** |

CHERRY HILL CONSTRUCTION, INC.
8211 Washington Boulevard
Jessup, Maryland 20794
410 799 3577

Rented to: Grunley-Walsh
Address:

Telephone:

Date 13-May-05
CHC # 951.47.01 Hauling Sand for G-W
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Dockett Trucking | | | | 4.00 | | $63.00 | $63.00 | $252.00 | $0.00 | $252.00 |
| Driver Dump | | | | 4.00 | | $23.40 | $32.46 | $93.60 | $0.00 | $93.60 |
| DT # 322 | 107-96 | | | 4.00 | | $46.20 | $46.20 | $184.80 | $0.00 | $184.80 |
| Driver Dump | | | | 4.00 | | $23.40 | $32.46 | $93.60 | $0.00 | $93.60 |
| DT # 319 | 107-93 | | | 4.00 | | $46.20 | $46.20 | $184.80 | $0.00 | $184.80 |
| Driver Dump | | | | 4.00 | | $23.40 | $32.46 | $93.60 | $0.00 | $93.60 |
| DT # 265 | 105-95 | | | 4.00 | | $45.49 | $45.49 | $181.96 | $0.00 | $181.96 |
| Driver Dump | | | | 4.00 | | $23.40 | $32.46 | $93.60 | $0.00 | $93.60 |
| DT # 320 | 107-94 | | | 4.00 | | $46.20 | $46.20 | $184.80 | $0.00 | $184.80 |
| Driver Dump | | | | 4.00 | | $23.40 | $32.46 | $93.60 | $0.00 | $93.60 |
| DT # 318 | 107-92 | | | 4.00 | | $46.20 | $46.20 | $184.80 | $0.00 | $184.80 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | Total Labor and Equipment | | | $1,641.16 |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | | Total Martial costs | | $0.00 |

| Total Costs | $1,641.16 |
|---|---|

Description of work performed and/or comments

Hauling sand for G-W

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

CHERRY HILL CONSTRUCTION, INC.
8211 Washington Boulevard
Jessup, Maryland 20794
410 799 3577

Rented to: Grunley-Walsh
Address:

Telephone:

Date: 16-May-05
CHC #: 951.47.01 Hauling Sand for G-W
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Driver Dump | M.Way | | | 8.00 | | $23.40 | $32.46 | $187.20 | $0.00 | $187.20 |
| DT # 322 | 107-96 | | | 8.00 | | $46.20 | $46.20 | $369.60 | $0.00 | $369.60 |
| Driver Dump | R.White | | | 8.00 | | $23.40 | $32.46 | $187.20 | $0.00 | $187.20 |
| DT # 258 | 105-88 | | | 8.00 | | $45.49 | $45.49 | $363.92 | $0.00 | $363.92 |
| Driver Dump | D.Raum | | | 8.00 | | $23.40 | $32.46 | $187.20 | $0.00 | $187.20 |
| DT # 266 | 106-36 | | | 8.00 | | $45.49 | $45.49 | $363.92 | $0.00 | $363.92 |
| Driver Dump | D.Strain | | | 8.00 | | $23.40 | $32.46 | $187.20 | $0.00 | $187.20 |
| DT # 265 | 105-95 | | | 8.00 | | $45.49 | $45.49 | $363.92 | $0.00 | $363.92 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | **Total Labor and Equipment** | | | **$2,210.16** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | **Total Martial costs** | | | **$0.00** |

| **Total Costs** | **$2,210.16** |
|---|---|

Description of work performed and/or comments

Hauling sand for G-W

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ____________________

CHERRY HILL CONSTRUCTION, INC.
8211 Washington Boulevard
Jessup, Maryland 20794
410 799 3577

Rented to: Grunley-Walsh
Address:

Telephone:

Date 17-May-05
CHC # 951.47.01 Hauling Sand for G-W
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Driver Dump | D.Raum | | | 9.50 | | $23.40 | $32.46 | $222.30 | $0.00 | $222.30 |
| DT # 266 | 106-36 | | | 8.00 | 1.50 | $45.49 | $45.49 | $363.92 | $68.24 | $432.16 |
| Driver Dump | R.White | | | 9.50 | | $23.40 | $32.46 | $222.30 | $0.00 | $222.30 |
| DT # 258 | 105-88 | | | 8.00 | 1.50 | $45.49 | $45.49 | $363.92 | $68.24 | $432.16 |
| Driver Dump | M.White | | | 11.00 | | $23.40 | $32.46 | $257.40 | $0.00 | $257.40 |
| DT # 322 | 107-96 | | | 8.00 | 3.00 | $46.20 | $46.20 | $369.60 | $138.60 | $508.20 |
| Driver Dump | D.Strain | | | 11.50 | | $23.40 | $32.46 | $269.10 | $0.00 | $269.10 |
| DT # 265 | 105-95 | | | 8.00 | 3.50 | $45.49 | $45.49 | $363.92 | $159.22 | $523.14 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | Total Labor and Equipment | $2,866.75 |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | 5.75 % DC Sales Tax | | $0.00 |
| | | | Total Martial costs | | $0.00 |

| Total Costs | $2,866.75 |
|---|---|

Description of work performed and/or comments

Hauling sand for G-W

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

CHERRY HILL CONSTRUCTION, INC.
8211 Washington Boulevard
Jessup, Maryland 20794
410 799 3577

Rented to: Grunley-Walsh
Address:

Telephone:

Date 18-May-05
CHC # 951.47.01 Hauling Sand for G-W
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Driver Dump | Keith | | | 5.25 | | $23.40 | $32.46 | $122.85 | $0.00 | $122.85 |
| DT # 262 | 105-92 | | | 5.25 | | $45.49 | $45.49 | $238.82 | $0.00 | $238.82 |
| Driver Dump | D.Strain | | | 10.50 | | $23.40 | $32.46 | $245.70 | $0.00 | $245.70 |
| DT # 265 | 105-95 | | | 8.00 | 2.50 | $45.49 | $45.49 | $363.92 | $113.73 | $477.65 |
| Driver Dump | Trina | | | 10.50 | | $23.40 | $32.46 | $245.70 | $0.00 | $245.70 |
| DT # 264 | 105-94 | | | 8.00 | 2.50 | $45.49 | $45.49 | $363.92 | $113.73 | $477.65 |
| Driver Dump | D.Moore | | | 11.00 | | $23.40 | $32.46 | $257.40 | $0.00 | $257.40 |
| DT # 252 | 105-82 | | | 8.00 | 3.00 | $45.49 | $45.49 | $363.92 | $136.47 | $500.39 |
| Driver Dump | D.Horse | | | 7.75 | | $23.40 | $32.46 | $181.35 | $0.00 | $181.35 |
| DT # 243 | 106-75 | | | 7.75 | | $45.59 | $45.59 | $353.32 | $0.00 | $353.32 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | **Total Labor and Equipment** | **$3,100.83** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | 5.75 % DC Sales Tax | $0.00 |
| | | | | **Total Martial costs** | **$0.00** |

| **Total Costs** | **$3,100.83** |
|---|---|

Description of work performed and/or comments

Hauling sand for G-W

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ____________________

CHERRY HILL CONSTRUCTION, INC.
8211 Washington Boulevard
Jessup, Maryland 20794
410 799 3577

Rented to: Grunley-Walsh
Address:

Telephone:

Date 19-May-05
CHC # 951.47.01 Hauling Sand for G-W
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours | | Rates | | Amounts | | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | S.T. | O.T. | S.T. | O.T. | S.T. | O.T. | |
| Driver Dump | | | | 9.50 | | $23.40 | $32.46 | $222.30 | $0.00 | $222.30 |
| DT # 263 | 105-93 | | | 8.00 | 1:50 | $45.49 | $45.49 | $363.92 | $68.24 | $432.16 |
| Driver Dump | | | | 9.50 | | $23.40 | $32.46 | $222.30 | $0.00 | $222.30 |
| DT # 243 | 106-75 | | | 8.00 | 1.50 | $45.59 | $45.59 | $364.72 | $68.39 | $433.11 |
| Driver Dump | | | | 9.50 | | $23.40 | $32.46 | $222.30 | $0.00 | $222.30 |
| DT # 258 | 105-88 | | | 8.00 | 1.50 | $45.49 | $45.49 | $363.92 | $68.24 | $432.16 |
| Driver Dump | | | | 9.50 | | $23.40 | $32.46 | $222.30 | $0.00 | $222.30 |
| DT # 265 | 105-95 | | | 8.00 | 1.50 | $45.49 | $45.49 | $363.92 | $68.24 | $432.16 |
| Driver Dump | | | | 9.50 | | $23.40 | $32.46 | $222.30 | $0.00 | $222.30 |
| DT # 264 | 105-94 | | | 8.00 | 1.50 | $45.59 | $45.59 | $364.72 | $68.39 | $433.11 |
| Driver Dump | | | | 9.50 | | $23.40 | $32.46 | $222.30 | $0.00 | $222.30 |
| DT # 262 | 105-92 | | | 8.00 | 1.50 | $45.59 | $45.59 | $364.72 | $68.39 | $433.11 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | Total Labor and Equipment | | | $3,929.58 |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | Total Martial costs | | | $0.00 |

| Total Costs | $3,929.58 |
|---|---|

Description of work performed and/or comments

Hauling sand for G-W

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ____________________

CHERRY HILL CONSTRUCTION, INC.
8211 Washington Boulevard
Jessup, Maryland 20794
410 799 3577

Rented to: Grunley-Walsh
Address:

Telephone:

Date: 23-May-05
CHC #: 951.47.01 Hauling Sand for G-W
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Driver Dump | P.Flores | | | 11.00 | | $23.40 | $32.46 | $257.40 | $0.00 | $257.40 |
| DT # 243 | 106-75 | | | 8.00 | 3.00 | $45.59 | $45.59 | $364.72 | $136.77 | $501.49 |
| Driver Dump | Trina | | | 11.50 | | $23.40 | $32.46 | $269.10 | $0.00 | $269.10 |
| DT # 251 | 105-81 | | | 8.00 | 3.50 | $45.49 | $45.49 | $363.92 | $159.22 | $523.14 |
| Driver Dump | T.Pagl | | | 11.50 | | $23.40 | $32.46 | $269.10 | $0.00 | $269.10 |
| DT # 267 | 106-37 | | | 8.00 | 3.50 | $45.49 | $45.49 | $363.92 | $159.22 | $523.14 |
| Driver Dump | D.Strain | | | 11.00 | | $23.40 | $32.46 | $257.40 | $0.00 | $257.40 |
| DT # 267 | 106-37 | | | 8.00 | 3.00 | $45.49 | $45.49 | $363.92 | $136.47 | $500.39 |
| Driver Dump | B.Morrison | | | 11.00 | | $23.40 | $32.46 | $257.40 | $0.00 | $257.40 |
| DT # 263 | 105-93 | | | 8.00 | 3.00 | $45.49 | $45.49 | $363.92 | $136.47 | $500.39 |
| Skilled Laborer | C.Granados | | | 9.00 | | $28.76 | $40.58 | $258.84 | $0.00 | $258.84 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | **Total Labor and Equipment** | **$4,117.78** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | 5.75 % DC Sales Tax | $0.00 |
| | | | | **Total Martial costs** | **$0.00** |

| **Total Costs** | **$4,117.78** |
|---|---|

Description of work performed and/or comments

Hauling sand for G-W
Laborer helping

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

CHERRY HILL CONSTRUCTION, INC.
8211 Washington Boulevard
Jessup, Maryland 20794
410 799 3577

Rented to: Grunley-Walsh
Address:

Telephone:

Date: 27-May-05
CHC #: 951.47.01 Hauling Sand for G-W
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Driver Dump | S.Dennis | | | 9.00 | | $23.40 | $32.46 | $210.60 | $0.00 | $210.60 |
| DT # 265 | 105-95 | | | 8.00 | 1.00 | $45.59 | $45.59 | $364.72 | $45.59 | $410.31 |
| Driver Dump | Trina | | | 8.50 | | $23.40 | $32.46 | $198.90 | $0.00 | $198.90 |
| DT # 264 | 105-94 | | | 8.00 | 0.50 | $45.49 | $45.49 | $363.92 | $22.75 | $386.67 |
| Driver Dump | Keith | | | 8.50 | | $23.40 | $32.46 | $198.90 | $0.00 | $198.90 |
| DT # 262 | 105-92 | | | 8.00 | 0.50 | $45.49 | $45.49 | $363.92 | $22.75 | $386.67 |
| Driver Dump | Morrison | | | 8.50 | | $23.40 | $32.46 | $198.90 | $0.00 | $198.90 |
| DT # 263 | 105-93 | | | 8.00 | 0.50 | $45.49 | $45.49 | $363.92 | $22.75 | $386.67 |
| Driver Dump | D.Raum | | | 8.50 | | $23.40 | $32.46 | $198.90 | $0.00 | $198.90 |
| DT # 266 | 106-36 | | | 8.00 | 0.50 | $45.49 | $45.49 | $363.92 | $22.75 | $386.67 |
| Driver Dump | Teresa | | | 9.00 | | $23.40 | $32.46 | $210.60 | $0.00 | $210.60 |
| DT # 269 | 106-39 | | | 8.00 | 1.00 | $45.49 | $45.49 | $363.92 | $45.49 | $409.41 |
| Operator | J.Fooks | | | 6.00 | 0.50 | $43.04 | $58.58 | $258.24 | $29.29 | $287.53 |
| CAT D5H Dozer | 205-05 | | | 6.00 | 0.50 | $56.04 | $56.04 | $336.24 | $28.02 | $364.26 |
| | | | | | | | | Total Labor and Equipment | | **$4,234.97** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | **Total Martial costs** | | | **$0.00** |

| **Total Costs** | **$4,234.97** |
|---|---|

Description of work performed and/or comments

Hauling sand for G-W
Dozer on North and South to keep open for sand hall trucks

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

CHERRY HILL CONSTRUCTION, INC.
8211 Washington Boulevard
Jessup, Maryland 20794
410 799 3577

Rented to: Grunley-Walsh
Address:
Telephone:

Date: 31-May-05
CHC #: 951.47.01 Hauling Sand for G-W
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Driver Dump | Trina | | | 9.00 | | $23.40 | $32.46 | $210.60 | $0.00 | $210.60 |
| DT # 261 | 105-91 | | | 8.00 | 1.00 | $45.59 | $45.59 | $364.72 | $45.59 | $410.31 |
| Driver Dump | Teresa | | | 9.00 | | $23.40 | $32.46 | $210.60 | $0.00 | $210.60 |
| DT # 269 | 106-39 | | | 8.00 | 1.00 | $45.49 | $45.49 | $363.92 | $45.49 | $409.41 |
| Driver Dump | D.Raum | | | 9.00 | | $23.40 | $32.46 | $210.60 | $0.00 | $210.60 |
| DT # 266 | 106-36 | | | 8.00 | 1.00 | $45.49 | $45.49 | $363.92 | $45.49 | $409.41 |
| Driver Dump | Strain | | | 9.00 | | $23.40 | $32.46 | $210.60 | $0.00 | $210.60 |
| DT # 265 | 105-95 | | | 8.00 | 1.00 | $45.49 | $45.49 | $363.92 | $45.49 | $409.41 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | Total Labor and Equipment | | | | $2,480.94 |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | Total Martial costs | | | $0.00 |

| Total Costs | $2,480.94 |
|---|---|

Description of work performed and/or comments

Hauling sand for G-W

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

(410) 799-3577

# C[illegible]ERRY HILL CONSTRUCTION, INC.

8211 Washington Boulevard
Jessup, Maryland 20794

[illegible]TED TO: GRUNLEY + WALSH.
ADDRESS: 5010 NICHOLSON LANE
SUITE 200
TELEPHONE #: ROCKVILLE MD. 20857

DATE: MAY 13, 2005
P.O. #: 1017 951.457
PROJECT: WASHINGTON MONUMENT.

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS S.T. | HOURS O.T. | RATES S.T. | RATES O.T. | AMOUNTS S.T. | AMOUNTS O.T. | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| DISON TRUCK | | 11 00 | 3 00 | 4 | | | | | | |
| C.H.C. 322 | | 11 00 | 3 00 | 4 | | | | | | |
| CHC 319 | | 11 00 | 3 00 | 4 | | | | | | |
| CHC 265 | | 11 00 | 3 00 | 4 | | | | | | |
| [illegible]C 320 | | 11 00 | 3 00 | 4 | | | | | | |
| CHC 318 | | 11 00 | 3 00 | 4 | | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| | | | | |

Description of work performed and/or comments: Haul sand Material to Mix with top soil.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

(410) 799-3577

CHERRY HILL CONSTRUCTION, INC.
8211 Washington Boulevard
Jessup, Maryland 20794

R[illegible]ED TO: Grunley + Walsh.
ADDRESS:

TELEPHONE #:

DATE: 5/16/05
P.O. #: 951.45
PROJECT: 1017 Washington Monument.

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS | | RATES | | AMOUNTS | | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | S.T. | O.T. | S.T. | O.T. | S.T. | O.T. | |
| C.H.C 322 | H. WAY. | 7<sup></sup>30 Am | 3 30 pm | 8 | | | | | | |
| C.H.C 258 | R. White | 11 | 11 | 8 | | | | | | |
| C.H.C 266 | D. RAUM | 11 | 11 | 8 | | | | | | |
| C.H.C [illegible]65 | D. StRAIN | 11 | 11 | 8 | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Description of work performed and/or comments: Haul Sand Material in on East side of iner wall area. for top soil per Request of GW

[I] have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

CHERRY HILL COPY

(410) 799-3577

CHERRY HILL CONSTRUCTION, INC.
8211 Washington Boulevard
Jessup, Maryland 20794

BILLED TO: Grunley + Walsh
ADDRESS:
TELEPHONE #:

DATE: 5/17/05
P.O. #: 1017 #951.47
PROJECT: Washington Monument

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS S.T. | HOURS O.T. | RATES S.T. | RATES O.T. | AMOUNTS S.T. | AMOUNTS O.T. | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CHC 266 | D. Raum | 6:00am | 3:30 | 8 | 1½ | | | | | |
| C.H.C 258 | R. White | 6:00am | 3:30pm | 8 | 1½ | | | | | |
| C.H.C 322 | M. White | 6:00am | 5:00 | 8 | 3 | | | | | |
| C.H.C 165 | D. Strain | 6:00am | 5:30 | 8 | 3½ | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| | | | | |

Description of work performed and/or comments: Haul sand to Washington Monument to mix w/ Top Soil per GW request

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

(410) 799-3577

CHERRY HILL CONSTRUCTION, INC.
8211 Washington Boulevard
Jessup, Maryland 20794

R... ED TO: GRUNLEY + WALSH

ADDRESS:

TELEPHONE #:

DATE: 5/18/05

P.O. #: 1017 #951.47

PROJECT: Washington Monument

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS S.T. | HOURS O.T. | RATES S.T. | RATES O.T. | AMOUNTS S.T. | AMOUNTS O.T. | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| C.H.C 262 | Keith | 6:00 Am | 12:15 | 5 1/4 | | | | | | |
| 265 C.H.C | D. STRAIN | 6:00 Am | 4:30 pm | 8 | 2 1/2 | | | | | |
| C.H.C 264 | TRINA | 6:00 Am | 4:30 pm | 8 | 2 1/2 | | | | | |
| C.H.C 252 | D. MOORE | 6:00 Am | 5 pm | 8 | 3 | | | | | |
| C.H.C 243 | D. HORES | 9:30 Am | 5:15 | 7 3/4 | | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Description of work performed and/or comments: Haul Sand to mix w/ Top soil per GW request.

have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

CHERRY HILL COPY

(410) 799-3577

# CHERRY HILL CONSTRUCTION, INC.

8211 Washington Boulevard
Jessup, Maryland 20794

BILLED TO: Grunley + Walsh
ADDRESS:
TELEPHONE #:

DATE: 5/19/05
P.O. #: 1017 951.47
PROJECT: Washington Monument

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS S.T. | HOURS O.T. | RATES S.T. | RATES O.T. | AMOUNTS S.T. | AMOUNTS O.T. | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| C.H.C 263 | | 6:00 am | 4:00 pm | 8 | 1½ | | | | | |
| C.H.C 243 | | 6:00 am | 4:00 pm | 8 | 1½ | | | | | |
| 258 | | 6:00 am | 4:00 pm | 8 | 1½ | | | | | |
| 265 | | 6:00 am | 5:00 pm | 8 | 2½ | | | | | |
| 264 | | 6:00 am | 5:00 pm | 8 | 2½ | | | | | |
| 262 | | 6:00 am | 4:00 pm | 8 | 1½ | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| | | | | |

Description of work performed and/or comments: Haul Sand for Top Soil Mixing, per GW request

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

CHERRY HILL COPY

(410) 799-3577

# CHERRY HILL CONSTRUCTION, INC.

8211 Washington Boulevard
Jessup, Maryland 20794

.ED TO: Grunley + Walsh
ADDRESS:
TELEPHONE #:

DATE: 5/23/05
P.O. #: 1017 # 951.47
PROJECT: Washington Monument.

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS S.T. | HOURS O.T. | RATES S.T. | RATES O.T. | AMOUNTS S.T. | AMOUNTS O.T. | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| C.H.C 243 | P. Flores | 6 00 am | 5 00 pm | 8 | 3 | | | | | |
| CHC 251 | Trina | 6 00 am | 5 30 pm | 8 | 3½ | | | | | |
| CHC 267 | T. Paal | 6 00 am | 5 30 pm | 8 | 3½ | | | | | |
| CHC 167 | D. Strain | 6 00 am | 5 00 pm | 8 | 3 | | | | | |
| CHC 263 | B. Morrison | 6 00 am | 5 00 pm | 8 | 3 | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| | | | | |

Description of work performed and/or comments: Haul Sand on East + West side. of Job

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

CHERRY HILL COPY

(410) 799-3577

CHERRY HILL CONSTRUCTION, INC.

8211 Washington Boulevard
Jessup, Maryland 20794

ED TO: Grunley + Walsh

ADDRESS:

TELEPHONE #:

DATE: 5/27/05

P.O. #: 1017 # 951.47

PROJECT: Washington Monument

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS S.T. | HOURS O.T. | RATES S.T. | RATES O.T. | AMOUNTS S.T. | AMOUNTS O.T. | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| C.H.C 265 | DENNIS.S | 6:00 | 3:00 | 8 | 1 | | | | | |
| 264 CHC | TRINA | 6:00 Am | 2:30 | 8 | 1/2 | | | | | |
| 262 C.H.C | KEITH | 6:00 Am | 2:30 | 8 | 1/2 | | | | | |
| 263 CHC | MORRISON | 6:00 Am | 2:30 | 8 | 1/2 | | | | | |
| 266 CH.C | D. RAUM | 6:00 Am | 2:30 | 8 | 1/2 | | | | | |
| 269 CHC | TERESA | 6:00 Am | 3 Pm | 8 | 1 | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| | | | | |

Description of work performed and/or comments: Hauled Sand for Mix Top Soiling

have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

CHERRY HILL COPY

(410) 799-3577

# CHERRY HILL CONSTRUCTION, INC.

8211 Washington Boulevard
Jessup, Maryland 20794

...ED TO: Grunley + Walsh.

ADDRESS:

TELEPHONE #:

DATE: 5/31/05

P.O. #: 1017 #951.47

PROJECT: Washington Monument.

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS S.T. | HOURS O.T. | RATES S.T. | RATES O.T. | AMOUNTS S.T. | AMOUNTS O.T. | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CHC 261 | Trina | 6:00 am | 3:30 pm | 8 | 1 | | | | | |
| CHC 269 | Teresa | 6:00 am | 3:30 pm | 8 | 1 | | | | | |
| CHC 266 | Raum | 6:00 am | 3:30 pm | 8 | 1 | | | | | |
| CHC 265 | Strain | 6:00 am | 3:30 pm | 8 | 1 | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| Sand Hauled in | | | 321.14 Tons | |

Description of work performed and/or comments: Hauled Sand for top soil Mix. on South side of site.

have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

CHERRY HILL COPY

CHERRY HILL CONSTRUCTION, INC. A Perini Company

18 June 2005 Letter No. 194

Grunley-Walsh Joint Venture, LLC
11910 Parklawn Drive, Suite V
Rockville, MD 20852

Attn: Ms. Cleo Kimbembe
Project Manager

NPS

Re: Washington Monument Physical Security Project
CHC Job No. 1017
**RCO 951.47.02 – Hauling Sand for Grunley-Walsh on 6/10/05 and 6/16/05**

Dear Ms. Kimbembe:

We are submitting to your our lump sum price proposal in the amount of $4,635.00 for hauling sand on 6/10/05 and 6/16/05 as requested by Grunley-Walsh. We have enclosed our detailed price breakdown with signed tickets for your review and approval. Please issue a change order in the amount of $4,635.00 at your earliest convenience.

Please be advised that our price includes only straight time. The overtime premium will be submitted separately under RCO 951.05.

Should you have any questions or comments, please contact the undersigned.

Very truly yours,

CHERRY HILL CONSTRUCTION, INC.

By: [signature]
Jerzy Myckow
Project Manager

RECEIVED
JUN 24 2005
WAMO

JM:jh
cc: file/field
Enclosure

CHERRY HILL CONSTRUCTION, INC.

06/17/05

1017 - Washington Monument

RCO 951.47.02 Hauling Sand for G-W

SUMMARY

| | | |
|---|---|---|
| 10-Jun-05 | | $1,531.20 |
| 16-Jun-05 | | $2,481.84 |
| | **Subtotal** | **$4,013.04** |
| | O.H. 10% | $401.30 |
| | **Subtotal** | **$4,414.34** |
| | Profit 5% | $220.72 |
| | **Total** | **$4,635.06** |
| | **USE** | **$4,635.00** |

CHERRY HILL CONSTRUCTION, INC.
8211 Washington Boulevard
Jessup, Maryland 20794
410 799 3577

Rented to: Grunley-Walsh
Address:
Telephone:

Date: 10-Jun-05
CHC #: 951.47.02 Hauling Sand for G-W
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Driver Dump | M.Way | | | 11.00 | | $23.40 | $32.46 | $257.40 | $0.00 | $257.40 |
| DT # 322 | 107-96 | | | 8.00 | 3.00 | $46.20 | $46.20 | $369.60 | $138.60 | $508.20 |
| Driver Dump | L.Johnson | | | 11.00 | | $23.40 | $32.46 | $257.40 | $0.00 | $257.40 |
| DT # 321 | 107-95 | | | 8.00 | 3.00 | $46.20 | $46.20 | $369.60 | $138.60 | $508.20 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | **Total Labor and Equipment** | **$1,531.20** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | 5.75 % DC Sales Tax | $0.00 |
| | | | | **Total Martial costs** | **$0.00** |

| **Total Costs** | **$1,531.20** |
|---|---|

Description of work performed and/or comments

Hauling sand for G-W

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ____________________

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

Rented to: Grunley-Walsh
Address:
Telephone:

Date: 16-Jun-05
CHC #: 951.47.02 Hauling Sand for G-W
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Driver Dump | R.Lang | | | 9.00 | | $23.40 | $32.46 | $210.60 | $0.00 | $210.60 |
| DT # 250 | 105-80 | | | 8.00 | 1.00 | $45.59 | $45.59 | $364.72 | $45.59 | $410.31 |
| Driver Dump | Keith | | | 9.00 | | $23.40 | $32.46 | $210.60 | $0.00 | $210.60 |
| DT # 262 | 105-92 | | | 8.00 | 1.00 | $45.49 | $45.49 | $363.92 | $45.49 | $409.41 |
| Driver Dump | M.Watkins | | | 9.00 | | $23.40 | $32.46 | $210.60 | $0.00 | $210.60 |
| DT # 256 | 105-86 | | | 8.00 | 1.00 | $45.49 | $45.49 | $363.92 | $45.49 | $409.41 |
| Driver Dump | Frisby | | | 9.00 | | $23.40 | $32.46 | $210.60 | $0.00 | $210.60 |
| DT # 245 | 106-77 | | | 8.00 | 1.00 | $45.59 | $45.59 | $364.72 | $45.59 | $410.31 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | **Total Labor and Equipment** | **$2,481.84** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | 5.75 % DC Sales Tax | $0.00 |
| | | | | **Total Martial costs** | **$0.00** |

| **Total Costs** | **$2,481.84** |
|---|---|

Description of work performed and/or comments

Hauling sand for G-W

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

(410) 799-3577 CHERRY HILL CONSTRUCTION INC.
8211 Washington Boulevard
Jessup, Maryland 20794

..ED TO: Grunley + Walsh

DATE: 6/10/05

ADDRESS:

P.O. #: JOB 1017 #951.47

PROJECT:

TELEPHONE #:

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS S.T. | HOURS O.T. | RATES S.T. | RATES O.T. | AMOUNTS S.T. | AMOUNTS O.T. | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 322 | M. WAY | 6:00 AM | 5:30 pm | 8 | 3 | | | | | |
| 321 | L Johnson | 6:00 am | 5:30 pm | 8 | 3 | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| | | | | |

Description of work performed and/or comments: Hauled Sand for South West Corner

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

CHERRY HILL COPY

(410)-799-3577

**CHERRY HILL CONSTRUCTION, INC.**
8211 Washington Boulevard
Jessup, Maryland 20794

ED TO: Grunley + Walsh
ADDRESS:
TELEPHONE #:

DATE: 6/16/05
P.O. #: 1017 #951.47
PROJECT: Washington Monument

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS S.T. | HOURS O.T. | RATES S.T. | RATES O.T. | AMOUNTS S.T. | AMOUNTS O.T. | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 250 | R. Lang | 6:00 am | 3:30 pm | 8 | 1 | | | | | |
| 262 | Keith | 6:00 am | 3:30 pm | 8 | 1 | | | | | |
| 256 | M. Watkins | 6:00 am | 3:30 pm | 8 | 1 | | | | | |
| 245 | Frisby | 6:00 am | 3:30 pm | 8 | 1 | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| Sand | | | 23660 | |

Description of work performed and/or comments: Hauled Sand to North side of Monument.

have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

CHERRY HILL CONSTRUCTION, INC. A Perini Company

15 July 2005 Letter No. 210

Grunley-Walsh Joint Venture, LLC
11910 Parklawn Drive, Suite V
Rockville, MD 20852

Attn: Ms. Cleo Kimbembe
Project Manager

Re: Washington Monument Physical Security Project
CHC Job No. 1017
**RCO 951.47.03 – Hauling Sand for Grunley-Walsh on 6/17/05, 6/21/05, 6/24/05 and 7/01/05**

Dear Ms. Kimbembe:

We are submitting to you our lump sum price proposal in the amount of $11,560.00 for hauling sand on 6/17, 6/21, 6/24 and 7/01/05 as requested by Grunley-Walsh. We have enclosed our detailed price breakdown and signed T&M tickets for your review and approval. Please issue a change order in the amount of $11,560.00 at your earliest convenience.

Please be advised that our price includes straight time only. The overtime premium will be submitted separately under RCO 951.05.

Should you have any questions or comments, please contact the undersigned.

Very truly yours,

CHERRY HILL CONSTRUCTION, INC.

By: Jerzy Mykow
Jerzy Myckow
Project Manager

JM:jh
cc: file/field
Enclosure

CHERRY HILL CONSTRUCTION, INC.

07/15/05

**1017 - Washington Monument**

**RCO 951.47.03 Hauling Sand for G-W**

**SUMMARY**

| | | |
|---|---|---|
| 17-Jun-05 | | $3,306.72 |
| 21-Jun-05 | | $3,652.17 |
| 24-Jun-05 | | $1,350.46 |
| 01-Jul-05 | | $1,699.46 |
| | **Subtotal** | **$10,008.81** |
| | O.H. 10% | $1,000.88 |
| | **Subtotal** | **$11,009.69** |
| | Profit 5% | $550.48 |
| | **Total** | **$11,560.18** |
| | **USE** | **$11,560.00** |

ST OT

8211 Washington Boulevard
Jessup, Maryland 20794

RENTED TO: Grunley - Walsh.
ADDRESS:

TELEPHONE #:

DATE: 6/17/05
P.O. #: 1017 # 951.47
PROJECT: Washington Monument

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS | | RATES | | AMOUNTS | | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | S.T. | O.T. | S.T. | O.T. | S.T. | O.T. | |
| 260 | Ermin. | 6 00 AM | 3 30 pm | 8 | 1 | | | | | |
| 254 | Carrito | 6 00 AM | 3 30 pm | 8 | 1 | | | | | |
| 262 | Keith | 6 00 am | 4 30 pm | 8 | 2 | | | | | |
| 250 | Robert | 6 00 am | 4 30 pm | 8 | 2 | | | | | |
| 256 | Marie. | 6 00 am | 3 30 pm | 8 | 2 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | Total | 40 | 8 | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| Sand. | | | 328.71 | Tons |
| | | | | |
| | | | | |
| | | | | |

Description of work performed and/or comments: Hauled Sand For G.W

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

CHERRY HILL COPY

8211 Washington Boulevard
Jessup, Maryland 20794

RENTED TO: Grunley + Walsh
ADDRESS:
TELEPHONE #:

DATE: 6/21/05
P.O. #: JOB 1017 # 95147
PROJECT: Washington Monument

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS S.T. | HOURS O.T. | RATES S.T. | RATES O.T. | AMOUNTS S.T. | AMOUNTS O.T. | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CHC 254 | Robert. | 6:00 AM | 4:00 pm | 8 | 2 | | | | | |
| CHC 250 | R. Lang | 6:00 Am | 4:45 | 8 | 2 3/4 | | | | | |
| 252 | MOORE. | 6:00 Am | 5:00 | 8 | 3 | | | | | |
| 267 | Pugh | 6:00 AM | 4:45 pm | 8 | 2 3/4 | | | | | |
| 266 | Raum | 6:00 Am | 4:30 pm | 8 | 2 1/2 | | | | | |
| | | | | 40 | 13 | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| | | | | |

Description of work performed and/or comments: On 6/21/05 work order was Sign But Truck # + Name + Start + Stop time was not add to the first ticket.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

CHERRY HILL COPY

8211 Washington Boulevard
Jessup, Maryland 20794

RENTED TO: Grunley + Walsh. DATE: 6/24/05

.RESS: P.O. #: 1017 # 951.47

PROJECT: Washington Monument

TELEPHONE #:

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS S.T. | HOURS O.T. | RATES S.T. | RATES O.T. | AMOUNTS S.T. | AMOUNTS O.T. | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| C.H.C 318 | R. Peay | 6:00 Am | 4:00 pm | 8 | 2 | | | | | |
| | | | | | | | | | | |
| C.H.C 266 | D. Raum | 6:00 Am | 3:30 pm | 8 | 1½ | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | 16 | 3.5 | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| Sand | | | 10 LD | |
| | | | 194.16 | |
| | | | Tons | |
| | | | | |
| | | | | |

Description of work performed and/or comments: Hauled Sand on North Side

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

CHERRY HILL COPY

(410) 799-3577

**CHERRY HILL CONSTRUCTION, INC.**
8211 Washington Boulevard
Jessup, Maryland 20794

RENTED TO: GRUNLEY + WALSH
ADDRESS:
TELEPHONE #:

DATE: JULY 1st ~~JULY 8TH~~ 2005
P.O. #: 1017-950-47
PROJECT: WASH. MONUMENT

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS | | RATES | | AMOUNTS | | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | S.T. | O.T. | S.T. | O.T. | S.T. | O.T. | |
| 107-92 | CHC #318 | | | 3.0 | 1.0 | | | | | |
| | | | | | | | | | | |
| 107-65 | CHC #315 | | | 8.0 | 2.5 | | | | | |
| | | | | | | | | | | |
| 107-61 | CHC #311 | | | 8.0 | 2.0 | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | 24 | 5.5 | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Description of work performed and/or comments: HAULING SAND FOR TURF AREAS AS DIRECTED BY G&W 7/1/05
FINAL SAND NORTH SIDE GROUNDS

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

GW Need copy of tickets

By: [signature] (JW)

***Please see reverse for rental terms and provisions.***

TOTAL P.07

CHERRY HILL CONSTRUCTION, INC. A Perini Company

17 November 2005

Letter No. 263

Grunley-Walsh Joint Venture, LLC
11910 Parklawn Drive, Suite V
Rockville, MD 20852

Attn: Ms. Cleo Kimbembe
Project Manager

Re: Washington Monument Physical Security Project
CHC Job No. 1017
**RCO 951.61 – Spread Sand for Topsoil Improvement 5/14/05 to 6/23/05**

Dear Ms. Kimbembe:

We are submitting to you our lump sum price proposal in the amount of $2,881.00 for the additional work associated with spreading sand for topsoil improvement. We have enclosed our detailed price breakdown for your review and approval. Please issue a change order in the amount of $2,881.00 at your earliest convenience.

Should you have any questions or comments, please contact the undersigned.

Very truly yours,

CHERRY HILL CONSTRUCTION, INC.

By: [signature]
Jerzy Myckow
Project Manager

JM:jh
cc: file
Enclosure

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

| | | | |
|---|---|---|---|
| Rented to: | Grunley-Walsh | Date | 23-Jun-05 |
| Address: | | CHC # | 951.61 Spread Sand For Top Soil Improvement |
| | | Project: | 1017 Washington Monument |
| Telephone: | | | |

**SUMMARY**

| | |
|---|---|
| 14-May-05 | $582.40 |
| 1-Jun-05 | $847.00 |
| 23-Jun-05 | $1,064.58 |
| **Subtotal** | **$2,493.98** |
| O.H. 10% | $249.40 |
| **Subtotal** | **$2,743.38** |
| Profit 5% | $137.17 |
| **Total** | **$2,880.55** |
| **USE** | **$2,881.00** |

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

Rented to: Grunley-Walsh
Address:

Telephone:

Date: 14-May-05 Saturday
CHC #: 951.81 Spread Sand For Top Soil Improvement
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Operator | D. McGirt | | | 0.00 | 4.00 | $43.04 | $58.58 | $0.00 | $234.32 | $234.32 |
| Volvo Off Road | 071-84 | | | 0.00 | 4.00 | $73.52 | $73.52 | $0.00 | $294.08 | $294.08 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | **Total Labor and Equipment** | **$528.40** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | 5.75 % DC Sales Tax | $0.00 |
| | | | | **Total Martial costs** | **$0.00** |

| | |
|---|---|
| **Total Costs** | **$528.40** |

Description of work performed and/or comments
Hauled Sand To Be Spread.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

| | | | |
|---|---|---|---|
| Rented to: | Grunley-Walsh | Date | 1-Jun-05 Wednesday |
| Address: | | CHC # | 951.61 Spread Sand For Top Soil Improvement |
| | | Project | 1017 Washington Monument |
| Telephone: | | | |

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Operator | D. Braxton | | | 5.00 | 2.00 | $43.04 | $58.58 | $215.20 | $117.16 | $332.36 |
| Volvo Wheel L( | 071-84 | | | 5.00 | 2.00 | $73.52 | $73.52 | $367.60 | $147.04 | $514.64 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | Total Labor and Equipment | | | $847.00 |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | | Total Martial costs | | $0.00 |

| Total Costs | $847.00 |
|---|---|

Description of work performed and/or comments
Hauled Sand To Contractor Be Spread.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

**CHERRY HILL CONSTRUCTION, INC.**
**8211 Washington Boulevard**
**Jessup, Maryland 20794**
**410 799 3577**

Rented to: Grunley-Walsh
Address:

Telephone:

Date: 23-Jun-05 Thursday
CHC #: 951.61 Spread Sand For Top Soil Improvement
Project: 1017 Washington Monument

| Classification/ Machine | Employee/ Operator | Start | Stop | Hours S.T. | Hours O.T. | Rates S.T. | Rates O.T. | Amounts S.T. | Amounts O.T. | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Operator | W. Harvey | | | 8.00 | 1.00 | $43.04 | $58.58 | $344.32 | $58.58 | $402.90 |
| Volvo Off Road | 071-84 | | | 8.00 | 1.00 | $73.52 | $73.52 | $588.16 | $73.52 | $661.68 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | | $0.00 | $0.00 | $0.00 |
| | | | | | | | **Total Labor and Equipment** | | | **$1,064.58** |

| Materials | Delivery/P.O. Ticket Number | Quantity | Unit | Unit Cost | Amount |
|---|---|---|---|---|---|
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | 5.75 % DC Sales Tax | | | $0.00 |
| | | | **Total Martial costs** | | **$0.00** |

| **Total Costs** | **$1,064.58** |
|---|---|

Description of work performed and/or comments
Haul Sand To Be Spread.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date

By: ______________________

(410) 799-3577

# CHERRY HILL CONSTRUCTION INC.

8211 Washington Boulevard
Jessup, Maryland 20794

R[illegible]ED TO: Grunley + Walsh
ADDRESS:
TELEPHONE #:

DATE: 6/1/05
P.O. #: 1017 #951.61
PROJECT: Washington Monument

(Office Use Only)

| MACHINE | OPERATOR | START | STOP | HOURS | | RATES | | AMOUNTS | | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | S.T. | O.T. | S.T. | O.T. | S.T. | O.T. | |
| 071-84 | D. Braxton | 11:00 am | 6:00 pm | 5 | 2 | | | | | |

| MATERIALS | P.O. # | DELIVERY TICKET #: | QUANTITY | (Office Use) |
|---|---|---|---|---|
| Sand | | | | |

Description of work performed and/or comments: Hauled Sand over to ~~Gorsa~~ Contractor to spread + mix in Top Soil.

I have the authority to authorize the above rentals and/or material and hereby accept the charges for this date.

By: [signature]

***Please see reverse for rental terms and provisions.***

TOTAL P.07

CHERRY HILL CONSTRUCTION, INC. *A Perini Company*

## FACSIMILE TRANSMITTAL COVER SHEET

TRANSMITTED ON: 18-Nov-05 [p.m.]

## TO THE ATTENTION OF

NAME: Cleo Kimbembe TITLE: Project Manager

COMPANY NAME: Grunley - Walsh

FAX NUMBER: 301-881-8083 TELEPHONE NUMBER: 301-881-8081

## TRANSMITTED FROM

NAME: Greg Behney TITLE: Project Engineer

PROJECT NAME: Washington Monument Physical Security PROJECT #: 1017

MESSAGES: RCO 951.61

**THANK YOU!**

NOTE: 7 pages have been transmitted, including this cover sheet. If any page(s) of this transmittal is (are) missing, please call **410-799-3577.**

The original will be sent by:

(X) Regular Mail ( ) Hand/Special Delivery
( ) Express Mail ( ) Will not be sent

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify us by telephone and return the original to us at the address below. Thank you!

8211 WASHINGTON BLVD P.O. BOX 356 JESSUP, MARYLAND 20794-0356 (410) 799-3577 FAX (410) 799-5483