Olin Partnership

landscape architecture
urban design

# Washington Monument Physical Security Project

100% Design Development

May 16, 2003

## NOT FOR CONSTRUCTION

## SECTION 02920 - SOIL PREPARATION

## PART 1- GENERAL

### 1.01 GENERAL REQUIREMENTS

A. Work of this Section, as shown or specified, shall be in accordance with the requirements of the Contract Documents.

### 1.02 SECTION INCLUDES

A. Work of this Section includes all labor, materials, equipment and services necessary to complete as indicated in the Drawings as specified herein, including but not limited to, the following:

1. Preparing planting soil mixes for planting areas and as indicated on the Drawings
2. Testing of both on site and off-site borrow soil and amendment materials for approved use in soil mixes.
3. Preparation of sub-grade, including verification and scarification of sub-grade prior to placement of planting soil mixes.
4. Placing planting soil mixes.
5. Protecting all planting soil mix stockpiles and mixes installations until Substantial Completion.
6. Supply and installation of erosion control material.
7. Protection of finished paving, light standards, utility or other finished work over the area of construction concurrent with any and all construction operations.

### 1.03 RELATED SECTIONS

A. Section 02230 - SITE PREPARATION

B. Section 02300 – EARTHWORK

C. Section 02810 – IRRIGATION SYSTEM

D. Section 02930 – LAWNS AND GRASSES

E. Section 02950 – EXTERIOR PLANTING

## 1.04 REFERENCES

A. ASTM: American Society for Testing and Materials

1. ASTM D422-63 Particle size distribution

2. ASTM D5084 Saturated Hydraulic Conductivity (performed on material compacted to 85% proctor)

3. Any other test criteria as specified or required by other references.

B. Agricultural Chemist: Qualified, experienced public or private soils testing laboratory, capable of providing test results as specified, and approved by Landscape Architect.

C. Association of Official Agricultural Chemists

## 1.05 QUALITY ASSURANCE

A. Qualifications:

1. Installation and maintenance foreman on the job shall be competent supervisor(s), experienced in soil installation and general landscape construction and maintenance. Perform work with personnel totally familiar with planting soil preparation and grass and planting installations under the supervision of the foreman. Notify Landscape Architect of the name and phone number of the foreman five (5) business days in advance of the first day of each phase of soil placement.

2. Agricultural Chemist: Experienced person or persons employed by public or private soils testing laboratory, qualified and capable of performing tests, making soil recommendations, and issuing reports as specified. Testing Laboratory and Agricultural Chemist shall be as approved by the Landscape Architect.

B. Pre-Installation Conferences: Person(s) responsible for soil preparation and mixes of this Section shall attend Pre-Installation Conference(s) to coordinate with work of other Sections. Refer to and comply with review and Conference criteria in Related Sections.

C. Arrange a pre-construction meeting between Landscape Architect, Contractor, and Civil Engineer. Such meeting shall seek to review the soil testing and soil work schedule, phasing, review of specifications and construction procedures. Inform the Landscape Architect five (5) business days in advance of the scheduled meeting time.

D. Inspections and Testing:

1. Soil, organic amendments (leaf mold), and other material testing and planting soil mix testing required in this Section or additionally required by Landscape Architect shall be furnished and paid for by Contractor.

2. Landscape Architect reserves the right to take and analyze at any time such additional samples of materials as deemed necessary for verification of conformance to specification requirements. Contractor shall furnish samples for this purpose, upon request and shall perform testing as requested.

## 1.06 SUBMITTALS

A. General: Make submittals in accordance with the provisions and procedures of Section 01330 – SUBMITTAL PROCEDURES.

1. Approval by the Landscape Architect of submitted product data, samples, test reports, and certificates, does not constitute final acceptance.

2. Submit product data and samples directly to Landscape Architect.

B. Product Data: Submit product literature or tear sheets giving name of product, manufacturer's name and compliance with specifications.

1. Organic matter: Include source, guaranteed analysis, and weight for packaged material.

2. Ground Limestone: Include guaranteed analysis, and weight for packaged material.

3. Fertilizer: Include guaranteed analysis.

4. Rotary Kiln Expanded Slate: Include gradation, porosity and guarantee of being chemical inert.

5. Systemic Herbicide: Include complete information including manufacturers' recommendations for use.

6. Erosion Control Matting: Include complete information including manufacturers' recommendations for use

C. Locations: Submit locations of material sources. Submit location of mixing sites, including off-site mixing of soil components.

D. Certifications: Submit with certificate names of materials and manufacturer.

1. Submit certified analysis for each soil treatment, amendment, and fertilizer material specified and as used. Include guaranteed analysis and weight for packaged materials.

E. Testing: Submit written statement from proposed agricultural chemist that required tests can be performed in accordance with the specifications, comply to all formats and classification specified herein.

F. Test Reports: Submit written reports of each sample tested. Each report must comply with the formats and classifications specified herein. Reports not providing like analysis format will be rejected. Each report shall include the following as a minimum and such other information required specific to material tested:

1. Date issued.

2. Project title and names of Contractor and Supplier.

3. Testing laboratory name, address and telephone number, and name of laboratory inspector.

4. Date, place, and time of sampling or test, with record of temperature and weather conditions

5. Location of material stockpile or off site source

6. Type of test

7. Results of tests and interpretation of test results, including identification of deviations from acceptable ranges. Identify any toxic substance(s) harmful to plant growth or life.

8. Recommendations for soil additives, proportions, and methods for preparing soil for optimum lawn and planting conditions.

G. Samples (with product data if applicable):

| | | |
|---|---|---|
| 1. | Sand: | One 3 lb bag. |
| 2. | Sandy Loam: | One 3lb bag. |
| 3. | Base Component Material: | One 3 lb bag. |
| 4. | Organic Amendment: | One 3 lb bag. |
| 5. | Ground Limestone: | One 3 lb bag. |
| 6. | Expanded Lightweight Aggregate: (each type) | One 3 lb bag. |
| 7. | Each Planting Soil Mix type specified: | One 3 lb bag. |
| 8. | Erosion Control Matting for planting areas: | One 12" x 12" sample |
| 9. | Stakes for use with Erosion Control Matting: | One Sample |
| 10. | Filter Fabric: | One 12" x 12" minimum |
| 11. | Moisture Retention Mat: | One 12" x 12" minimum |

H. Statement(s) of Qualifications: Submit within 45 days of notice to proceed to confirm qualifications as specified in Article 1.6, herein.

I. Schedule and Protection Plan: Submit a detailed plan for scheduling and sequencing of all contract work and for protection of stockpiled materials, prepared or placed soil mixes, and other completed work including coordination with contractors requiring access through the site.

1. Indicate with schedules and plans the utilization of soil mix, protection measures for planter elements of waterproofing, and drainage layers.

2. Indicate with schedules and plans the utilization of finished work protection measures and concurrent construction operations through substantial completion.

## 1.07 DELIVERY, STORAGE AND HANDLING

A. Packaged Materials: Deliver packaged materials to the location where soils are to be mixed, in unopened bags or containers, each bearing the name, guarantee, and trademark of the producer, material composition, manufacturer's certified analysis, and the weight of the material. Retain one of each package for the Landscape Architect to review.

B. Soil or amendment materials stored on site temporarily in stockpiles prior to placement shall be protected from intrusion of contaminants and erosion. All temporary storage means and methods shall be approved by the Landscape Architect.

C. After mixing, soil materials shall be covered with Moisture Retention Mat until time of actual use. Heights of soil piles should not exceed 4' high.

## 1.08 REGULATORY REQUIREMENTS

A. Comply with all rules, regulations, laws and ordinances of local, state and federal authorities having jurisdiction. Provide labor, materials, equipment and services necessary to make Work comply with such requirements without additional cost to Owner.

B. Investigate the conditions of public thoroughfares and roads as to availability, clearances, loads, limits, restrictions, and other limitations affecting transportation to and ingress and egress at the site. Conform to all governmental regulations regarding the transportation of materials.

C. Procure and pay for permits and licenses required for Work.

## 1.09 PROJECT CONDITIONS

A. Environmental Requirements: Perform soil work only during suitable weather conditions. Do not disc, roto-till or work soil when frozen, excessively wet, or in otherwise unsatisfactory condition. Planting soil shall not be handled, hauled or placed during rain or wet weather or when wet near or above field capacity.

B. Existing Conditions

1. Carefully examine the contract documents and site before submitting a bid. Be informed as to the nature and location of the Work, general and local conditions including climate, adjacent properties and utilities, conformation of the ground, the nature of surface and subsurface

conditions, the character of equipment and facilities needed prior to and during execution of the Work.

2. Should the Contractor, in the course of Work, find any discrepancies between Drawings and physical conditions or any omissions or errors in Drawings, or in layout as furnished by the Landscape Architect, it will be the Contractor's duty to inform the Landscape Architect immediately in writing for clarification. Work done after such discovery, unless authorized by the Landscape Architect, shall be done at the Contractor's risk.

## 1.10 EXAMINATION OF SITE AND DOCUMENTS

A. Existing conditions:

1. Carefully examine the site before submitting a bid. Be informed as to the nature and location of the Work, general and local conditions including climate, adjacent properties and utilities, conformation of the ground, the nature of subsurface conditions, the character of equipment and facilities needed prior to and during execution of the Work.

    a. Be aware of and comply with restrictions regarding subsurface utilities and subterranean structures, including excavation and loading parameters

2. Should the Contractor, in the course of Work, find any discrepancies between Drawings and physical conditions or any omissions or errors in Drawings, or in layout as furnished by the Contracting Officer, it will be his duty to inform the Architect immediately in writing for clarification. Work done after such discovery, unless authorized by the Contracting Officer, shall be done at the Contractor's risk.

## 1.11 SEQUENCING AND SCHEDULING

A. Coordinate Work of this Section with Work of all other Sections of Specifications.

B. Sequence work of soil mix placement to allow for adequate settlement and redressing prior to installation of plant material.

C. Coordinate earthwork, soil preparation and seeding work. Do not allow planting soil mix to be exposed for longer than seven (7) days without temporary or permanent cover, or other erosion control cover.

## 1.12 GUARANTEE

A. Obtain in the Owner's name the standard written manufacturer's guarantee of all materials furnished under this Section from the manufacturer's published product data. All these guarantees shall be in addition to, and not in lieu of, other liabilities, which the Contractor may have by law or other provisions of the Contract Documents.

## PART 2 – PRODUCTS

## 2.01 PLANTING SOIL MIX MATERIALS

A. General:

1. All planting soil mix materials shall fulfill the requirements for new planting soil mixes as specified.

2. Samples of individual components of planting soil mixes and also blended planting soil mixes shall be submitted by the Contractor for testing and analysis to the approved testing laboratory. Comply with specific material requirements specified.

   a. No base component material for planting soil mix shall be used until certified test reports by an agricultural chemist have been received and approved by Landscape Architect.

   b. As necessary, make any and all soil mix amendments and resubmit test reports indicating amendments until approved.

3. Landscape Architect may request additional testing by Contractor for confirmation of mix quality at any time until completion.

B. Base Component Material

1. Base Component Material shall be a mix of Sand and Sandy Loam. Base component materials shall not be site salvaged and must be off-site borrow material.

2. Base Component Material shall be mixed by volume with two (2) parts Sandy Loam to five (5) parts Sand. The mix may need to be adjusted to reflect any slight variation of soils. The Landscape Architect must approve any and all modifications involving alternates.

3. Test Base Component Materials, both individual components and mixed materials, for compliance with material specifications. These text criteria and results, when approved, shall establish the standard to which all subsequent Base Component Material tests must conform.

4. Prior to mixing Base Component Material with organic amendment (leaf mold), have one (1) composite sample tested from each 500 c.y. of material intended for use in soil mixes of lawn, meadow and planting work.

   a. Base Component Material shall meet specified requirements. The only allowable amendments to the Base Component Material will be for adjustment of nutrient levels and then only by means established by these specifications.

   b. Perform the following tests and submit test reports. Failure to include any of the criteria stated below will be sufficient cause for rejection of the test reports.

      1.) Particle size analysis/distribution as defined below as well as with a hydrometer method

      2.) Fertility analysis (pH, soluble salts, nitrate, phosphate, potassium, calcium and magnesium)

      3.) Cation exchange capacity

      4.) Organic matter content (% lost by combustion of an oven-dry sample)

      5.) Toxic substance content

      6.) Material drainage rate

5. Material Requirements, Sand;

   a. Physical Analysis (Soil Texture):

| Sieve | % | % | Dimension |
|---|---|---|---|

| Size | Passing | Retained | Class |
|---|---|---|---|
| 1" | 100 | 0 | Gravel |
| ¼" | 97-100 | 0-3 | Fine Gravel |
| # 10 | 95-100 | 0-5 | Very Coarse Sand |
| # 20 | 95-80 | 0-15 | Coarse Sand |
| # 40 | 55-80 | 0-25 | Coarse Sand |
| # 60 | 35-55 | 0-20 | Medium Sand |
| # 80 | 15-35 | 0-20 | Fine Sand |
| #100 | 5-15 | 0-10 | Very Fine Sand |
| #200 | 2-10 | 0-8 | Very Fine Sand |
| Pan | 0 | 0-2 | Silt/Clay |

b. Test results must be submitted for per-cent (%) retained as well as for per-cent (%) passing for all sieve sizes. Failure to include any of the aforementioned criteria will be cause for rejection of the test report.

c. Chemical Analysis:

1.) Organic matter content (% lost by combustion of an oven-dry sample) Total content shall be within the range of 0 to 2%.

2.) Soil reaction (pH): 6.0 - 7.0

3.) Soluble salt content (Conductivity) - Less than 0.5 mmhos/cm for a 1:2 soil to water ratio. Wash sand if required to meet salt content specification.

4.) Toxic substance content harmful to plant growth

d. Material Drainage: A rate of 65 to 85% of the total volume of water within 3 minutes. Soil should be saturated prior to conducting test.

6. Material Requirements, Sandy Loam:

a. Physical Analysis (Soil Texture)

| Sieve Size | % Passing | % Retained | Dimension Class |
|---|---|---|---|
| 1" | 100 | 0 | Gravel |
| ¼" | 97-100 | 0-3 | Fine Gravel |
| # 10 | 95-100 | 0-5 | Very Coarse Sand |
| # 20 | 95-75 | 5-20 | Coarse Sand |
| # 40 | 55-75 | 5-25 | Coarse Sand |
| # 60 | 30-55 | 5-25 | Medium Sand |
| # 80 | 15-35 | 5-25 | Fine Sand |
| #100 | 10-25 | 5-20 | Very Fine Sand |
| #200 | 10-20 | 5-18 | Very Fine Sand |
| Pan | 0 | 5-15 | Silt/Clay |

b. Test results must be submitted for per-cent (%) retained as well as for per-cent (%) passing for all sieve sizes. Failure to include any of the aforementioned criteria will be cause for rejection of the test report.

c. Chemical Analysis:

1.) Organic matter content (% lost by combustion of an oven-dry sample)

2.) Total content shall be within the range of 3 to 4%

3.) Soil reaction (pH): 6.0 - 7.0

4.) Soluble salt content (Conductivity) - Less than 3.1 mmhos/cm for a 1:2 soil to water ratio

5.) Toxic substance content harmful to plant growth

d. Hydrometer Testing:

1.) Sand – 60-72%

2.) Silt – 15-23%

3.) Clay – 8-13%

7. Material Requirements, Base Component Material: Combination of Sand and Sandy Loam material shall substantially conform to the following:

a. Physical Analysis (Soil Texture):

| Sieve Size | % Passing | % Retained | Dimension Class |
|---|---|---|---|
| 1" | 97 - 100 | 0 – 3.0 | Gravel |
| ¼" | 95 - 97 | 0 – 4.0 | Fine Gravel |
| # 10 | 90 - 95 | 0 – 5.0 | Very Coarse Sand |
| # 20 | 80 - 92 | 0 – 12.0 | Coarse Sand |
| # 40 | 42 - 48 | 32.0 – 42.0 | Coarse Sand |
| # 60 | 15 - 45 | 8.0 – 30.0 | Medium Sand |
| # 80 | 9 - 18 | 6.0 – 18.0 | Fine Sand |
| #100 | 6 - 12 | 3.0 – 12.0 | Very Fine Sand |
| #200 | 3.2 - 5 | 3.0 – 6.0 | Very Fine Sand |
| Pan | 0 | 0 – 3.0 | Silt/Clay |

b. Chemical Analysis:

1.) Organic matter content (% lost by combustion of an oven-dry sample): 0-2%

2.) Soil reaction (pH): 6.0 - 7.0

3.) Soluble salt content (Conductivity): 4 mmhos/cm.

c. Hydrometer Testing:

1.) Sand – 80-85%

2.) Silt – 8-12%

3.) Clay – 3-6%

d. Percolation: 48-60% passing in 2 minutes, 40-52% retained.

8. Before base component material is used for mixing with amendments, handle and pile Base Component Material in the following manner:

a. Homogenize to make a uniform mix, free of subsoil lenses and other irregularities.

b. Aerate the base component material to make a friable planting medium.

c. Separate out and remove all clay lumps, stones, stocks, roots, and other debris.

C. Organic Amendment Material

1. Leaf Mold/Compost: Shredded leaf litter, composted for a minimum of one year (12 months) and tested to confirm the following characteristics:

a. The leaf mold must be free of debris such as plastic fragments, glass, and metal fragments.

b. The leaf mold must be free of stones larger than 1/2", large branches, and large roots.

c. Woodchips over 1" in length or diameter should be removed by screening.

d. The leaf mold should have a pH value measured as a 1: 5 dilute in the range from 6.5 - 7.2.

e. The soluble salts measurement (Electric Conductivity) should not exceed 0.5 mmhos/cm measured as a 1: 5 dilute.

f. The organic matter content should be from 60 - 90% by weight.

g. The carbon/nitrogen ratio should fall between 12: 1 and 25: 1.

h. Heavy metal content not to exceed (less than) the following indicated

| Element | Acetate Extract | HCL Extract |
|---|---|---|
| Iron | 2.0 ppm | 10 ppm |
| Manganese | 1.0 ppm | 15.4 ppm |
| Molybdenum | 0.4 ppm | 0.8 ppm |
| Zinc | 0.2 ppm | 4.4 ppm |
| Aluminum | 0.2 ppm | 15 ppm |
| Boron | 1.1 ppm | 1.7 ppm |
| Copper | 0.2 ppm | 10 ppm |
| Lead | 01 ppm | 0.4 ppm |
| Selenium | None | 0.4 ppm |
| Mercury | None | None |

| | | |
|---|---|---|
| Chromium | None | None |
| Cadmium | None | 0.02 ppm |
| Nickel | None | 0.04 ppm |
| Cobalt | None | 0.05 ppm |

None = none detected = below detection limits of 0.01 ppm.

2. Test leaf mold material.

   a. For compliance with material specifications including organic matter, pH, and heavy metal content. Have one (1) composite sample tested for each new source of supply, each variable pile within each source of supply, and each 500 c.y. of material or as directed by Landscape Architect. Submit analysis to Landscape Architect for approval.

D. Expanded Lightweight Aggregate: Lightweight aggregate fill shall be Solite or approved rotary kiln expanded aggregate substitute meeting the requirements of ASTM C-330. No by-product slag, cinders or by-products of coal combustion shall be permitted. Lightweight aggregate shall have a proven record of durability, as determined by ASTM C-88 and ASTM C-131, and be non-corrosive, as determined by CAL DOT 422 with the following physical properties:

1. ASTM C29 Unit Dry Loose Weight: under 50 lbs/cf

2. ASTM C127 Specific Gravity: 1.25 to 1.30, SSD

3. Delivered Gradation:

   a. 3/8" Expanded Lightweight Aggregate:

      1.) ASTM C330: ASTM Gradation 3/8" - #8 size

| Sieve Size | % Passing | % Retained | ASTM C331 |
|---|---|---|---|
| 1/2" | 100.0 | 0.0 | 100 |
| 3/8" | 80-100 | 0-20 | 80-100 |
| # 4 | 10-40 | 40-80 | 5-40 |
| # 8 | 1-80 | 1-10 | 0-20 |
| # 16 | 0-2 | 2-10 | 0-10 |
| PAN | 0 | 0-2 | |

2.) Dry Loose Weight 42 lbs/cf

3.) Specific Gravity (% Moisture) 1.30

b. 3/4" Expanded Lightweight Aggregate:

1.) ASTM C330: ASTM Gradation 3/4" - #4 size

| Sieve Size | % Passing | % Retained | ASTM C331 |
|---|---|---|---|
| 1" | 97-100 | 0-3 | 100 |
| 3/4" | 85-100 | 0-15 | 90-100 |
| 3/8" | 20-60 | 40-80 | 10-50 |
| # 4 | 0-15 | 5-20 | 0-15 |
| PAN | | 0-15 | |

2.) Dry Loose Weight 40.5 lbs/cf

3.) Specific Gravity (% Moisture) 1.25

4. CEC from crushed samples must meet 20 me/100g or higher.

5. The Expanded Lightweight Aggregate must contain no clay lumps or any organic impurities.

## 2.02 SOIL AMENDMENT MATERIAL AND MISCELLANEOUS MATERIAL

A. Herbicides: For possible use if there is seed germination on-site after subgrade placement prior to planting mix installation or after subsequent plant soil mix installation. Under no circumstances are materials to be applied without specific instruction from Landscape Architect.

1. Herbicides shall be approved before use for type and rate of application by the Landscape Architect and by local and state agencies with jurisdiction.

2. Emergent: Roundup, as manufactured by Monsanto Agricultural Products Company, C3NJ, St. Louis, MO 63166, or an approved biodegradable equal.

B. Ground Limestone: Ground Limestone as a soil amendment material will only be used pending results of the analysis.

1. Provide a Ground Agricultural Limestone with a minimum of 88% of calcium and magnesium carbonates.

2. Ground Limestone material shall have a total 100% passing the 10-mesh sieve, minimum of 90% passing the 20 mesh sieve, and a minimum of 60% passing the 100 mesh sieve.

C. Dry/Solid Humic Acid:

1. "Dry Feed-Back" as manufactured by Wilma's Earth Restoration, 75 Doggett Street, New Haven, CT 06519, or approved certified equal.

D. Filter Fabric:

1. Provide a heavy-duty woven geotextiles fabric of polypropylene fibers, Filterweave 700 by Mirafi, or approved equal.

E. Moisture Retention Mat:

1. Provide Moisture Retention Mat SSM 45 composed of high-quality, recycled, non-rotting, polypropylene fibers, stitched through a polyethylene sheet carrier as manufactured by American Hydro-tech, Inc. or approved equal.

## 2.03 PLANTING SOIL MIXES

A. Adequate quantities of mixed planting soil materials shall be provided to attain, after compaction and natural settlement, all design finish grades.

B. Uniformly mix ingredients as specified for each Mix Type (Base Component Material, Organic Amendment, Expanded Lightweight Aggregate, and other ingredients deemed to be necessary as a result of testing) by windrowing/tilling on an approved hard surface area. Organic amendment material shall be maintained moist, not wet, during mixing.

1. Mixing of Amendments: Add Organic Amendment and/or Expanded Lightweight Aggregate in proportions as specified and as confirmed by testing. Other amendments shall not be added unless approved to extent and quantity by Architect and Owner's Representative and additional tests have been conducted to verify type and quantity of amendment is acceptable.

2. Mixing of Expanded Lightweight Aggregate (for structured soils under paving) shall be on site only.

C. Testing of Plant Mixes:

1. Perform initial tests to confirm compliance with base material and mix specifications. These test results, when approved, will establish the standard to which all other test results must conform.

2. Follow-up Testing: Have one (1) composite sample tested prior to delivery and upon arrival to the site from each 500 c.y. of material or as required by Owner's Representative intended for use in each type of lawn and plant mix to include the following:

a. Sieve Analysis: Use sieve sizes as specified for Base Component Material.

b. Composition Analysis: Use the hydrometer method and classify the soil.

c. Nutrient Analysis:

1.) Have nutrient levels (nitrate nitrogen, phosphate, potassium, magnesium, calcium, ammonium, iron, and manganese) tested, and request testing laboratory recommendations for additional fertilizer requirements at both lawn and all plant areas if nutrient levels are below minimum.

2.) Nutrient deficiencies in soils of plant areas shall be corrected time of installation.

3.) Nutrient deficiencies in soils of lawn areas shall be corrected both at time of lawn installations and during maintenance period as specified.

d. Test organic matter, pH, soluble salts, and percolation.

e. Toxic Substance content

f. Cation exchange capacity.

D. Soil Mix Types: Provide the following planting soil mix types for the locations indicated. Percentages of components, unless otherwise noted, will be established upon completion of individual test results for components of the various mixes.

E. The soil mixes and the proportion of Base Component Material and Organic Amendment to be used will depend on the percent (%) of organic matter content in each component. The controlling factor will be the per-cent (%) organic amendment material as specified for each mix. Note that per-cent (%) by volume of components will be, in large part, determined by the leaf mold. Specifically, the bulk density reading of the leaf mold will directly impact the organic matter readings that have been specified for each mix.

F. All mixes are percentages by volume unless noted otherwise:

1. Planting Soil Mix "A":

a. Planting Soil Mix "A" shall be used for lawn at the planting areas as indicated in the drawings.

b. Provide a mixture of approved materials in the following proportions:

1.) Base Component Material 55-95%

2.) Organic Amendment 5-45%

c. Goal for percent (%) of Organic Material in Mix 6-8% (dry weight)

2. Planting Soil Mix "B"

a. Planting Soil Mix "B" shall be used for regular trees, shrubs, and groundcovers at the planting areas as indicated in the drawings.

b. Provide a mixture of approved materials in the following proportions:

1.) Base Component Material 40-80%

2.) Organic Amendment 20-60%

c. Goal for percent (%) of Organic Material in Mix 12-15% (dry weight)

4. Planting Soil Mix "D"

a. Planting Soil Mix "D" shall be used for trees in paved areas at the planting areas as indicated in the drawings.

b. Provide a mixture of approved materials in the following proportions:

| | | |
|---|---|---|
| 1.) | Base Component Material | 10-30% |
| 2.) | 3/4" Expanded Lightweight Aggregate | 40-80% |
| 3.) | Organic Amendment | 10-30% |

c. Goal for percent (%) of Organic Material in Mix 6-8% (dry weight)

E. Humic Acid:

1. Add Solid Humic Acid at a rate of 4 lbs /cu.yd. for all soil mixes.

F. Stockpiling:

1. Stockpiling on-site, off-site and at source should be restricted to no more than the needs of what can be used in a 24-hr. period. Install the mix within 48 hours of mixing. Stockpiles should be no more than four feet (4') in height to prevent anaerobic conditions within the pile(s). Stockpiles shall be sheltered from weather to prevent excessive water absorption and blowing by winds.

## 2.04 EROSION CONTROL MATERIAL

A. Erosion Control Matting:

1. Erosion control mat shall be 100% coconut matrix stitch bonded with biodegradable thread between two natural fiber nets. Netting shall be C125BN manufactured by North American Green, Inc. or approved equal.

B. Stakes for use with Erosion Control Matting:

1. Stake to anchor the Erosion Control Matting shall be biodegradable corn-based polymer stake or non-pressure treated wood. Stake shall be at least

14" long, 1.25" wide head, Bio-STAKE manufactured by North American Green, Inc. or approved equal.

## PART 3 - EXECUTION

### 3.01 VERIFICATIONS

A. Prior to construction and soil placement operations at planting, meadow and lawn areas, ascertain the location of all electric cables, conduits, underdrainage systems, insulation, waterproofing, and utility lines. Take proper precautions so as not to disturb or damage sub-surface elements. Contractor failing to take these precautions shall be responsible for making requisite repairs to damaged utilities at Contractor's own expense.

B. Verify that required subsurface utilities are available, in proper location, and ready for use. Coordinate with other trades.

C. Verify that all work requiring access through or adjacent to areas where plant mixes are to be placed has been completed and no further access will be required. In the event that access will be required, this must be coordinated with the General Contractor and Owner's Representative.

### 3.02 SUBSURFACE PREPARATION

A. Prior to placing and spreading plant mix soils, establish adequate means of establishing and verifying sub-grade and finish grade elevations.

B. Verify that all lightweight fill and geo-textile fabric materials above roof or planter structure have been installed and secured in proper locations.

1. Clean up subsurface and dispose of all debris and garbage prior to inspection and installation.

C. Verify that all waterproofing work above roof or planter structure is complete and has been installed in proper locations.

1. Verify that the waterproofing systems are in place and functioning correctly and have been tested and accepted by the General Contractor before proceeding with work.

2. Verify that all drainage mat materials and protection board materials are in place before proceeding with work.

3. Verify that all drainage systems are in place and functioning correctly and have been tested and accepted by the General Contractor before proceeding with work.

D. Any soils polluted by gasoline, oil, plaster, construction debris, unacceptable soils, or other substances that would render soils unsuitable for proper lawn or plant growth shall be removed from the premises whether or not such pollution occurs or exists prior to or during the Contract period. All remedial operations associated with soil mixes and controlled fill shall be reviewed and approved by the Landscape Architect.

E. Any soils that have been compacted due to the construction shall be ripped prior to the placement of any soil mixes. The Contractor shall request an inspection by the Owner's Representative and Landscape Architect prior to the placement of any soil mixes.

## 3.03 PLANTING MIX AMENDMENTS

A. Planting Mixture for planters and plant backfill shall be of the type(s) indicated in accordance with the planting details, and shall be pre-mixed and placed as specified.

B. Bring to pH levels of 6.0 (minimum) to 7.5 for non-ericaceous plants and 4.8 to 5.5 for ericaceous plants. PH shall be verified by testing.

C. Lower pH by using a elemental sulfur product. Peat moss or copper sulfate may not be used to lower pH.

D. All amendments shall be thoroughly incorporated into the mixture to assure uniform distribution. Delay mixing of fertilizers if planting will not follow within a few days.

## 3.04 LAWN MIX AMENDMENTS

A. Applying Fertilizer: Apply commercial fertilizer and work thoroughly into the lawn mix within one week before sodding or seeding, at the rate determined by soil text results, or at the rate of one pound (1lb.) of nitrogen per thousand square feet. Harrow into the top two (2) inches of sod bed.

B. Applying Limestone: Apply limestone to bring the pH to range of 6.5 to 7.0, at rate determined by the soil test results.

## 3.05 PLACING PLANTING SOIL

A. Remove all large clods, lumps, brush, roots, stumps, litter, and other foreign material and stones one-half inch (1/2") in diameter or larger. Dispose of removed material legally off-site.

B. Do not place a muddy or wet soil mix.

C. Place and spread planting soil mix of the type specified over approved subsurface to a depth sufficiently greater than the depth required for planting areas so that after natural settlement, misting or light rolling, as previously approved by Architect. The completed work will conform to the lines, grades, and elevations shown or otherwise indicated.

1. For general planting areas:

a. Required planting soil depths shall be as indicated on drawings as measured in place in a settled position.

b. Place soil lightly in layers of a maximum of twelve-inch (12") lifts and very carefully settle soils to eliminate air pockets and to minimize future settling. Lightly scarify previously placed surfaces prior to placing subsequent lifts. Proposed method of settlement shall be as previously approved by Owner's Representative and Landscape Architect. Method may include, but is not limited to, natural settlement over an approved period of time or light hand tamp and light water misting of each layer.

c. After natural settlement has occurred, add soil to maintain finished grades. If for any reason soil is left exposed for a longer duration prior to planting, add soil and re-grade as required. Soil shall not be so compacted as to in any way restrict the flow of water or air through the soil.

d. Compaction Rate not to exceed 85% Proctor (ASTM D-698).

2. For areas of Structural Soil Mix under pavement:

a. Maintain mix in a moist condition and covered. Place evenly blended mix carefully in a maximum of 9" layers and compact each layer to a minimum of 90%. Carefully monitor compaction. Compaction equipment for this operation must be by a roller

compactor. Care must be taken to not crush Expanded Lightweight Aggregate material as required prior to compacting.

b. Shore adjacent areas requiring different mixes.

c. Backfilling for trees in this area shall use material specified in this Section but be installed as specified in Section 02210 - EARTH EXCAVATION, BACKFILL, FILL AND GRADING. Removal of shoring is the responsibility of the Contactor for Soil Preparation and Mixes. Avoid multiple passes with compaction equipment.

3. For lawn areas:

a. Required planting soil depths shall be as indicated on drawings as measured in place in a settled position.

b. Place soil lightly in layers of twelve inch (12") lifts and settles to eliminate air pockets and minimize settlement. Lightly scarify previously placed surfaces prior to placing subsequent lifts. Soil shall not be so compacted as to restrict the flow of air or water through the soil as previously specified.

c. Roll the whole surface of lawn area with a hand roller weighing approximately on hundred pounds (100lb.) per foot (12") of roller width. During the rolling, fill all depressions caused by settlement with additional planting soil and then re-grade. Lightly roll and rake until the surface presents a smooth, even, and uniform finish that is at required grade.

d. Allow soil mix lawn areas to remain undisturbed until fully settled in accordance with settlement methodology submitted as approved by Landscape Architect. After any additional settlement has occurred; restore areas to finished grade prior to seeding.

e. Protect soil mix against construction activity with snow fencing and the eroding effects of wind and rain with filter fabric as approved for the protection plan.

D. Protect all area drains and planting under drains from clogging by planting soil materials.

E. Protect the soil from compaction after placement. Any area, which becomes compacted, shall be tilled to a depth of six (6") inches. Any uneven or settled areas shall be filled and re-graded to the plan.

F. Grading Tolerances: Planting areas shall be fine graded within ±1/10 (0.10) feet of grades indicated on drawings. Maintain all "flat" areas and slopes to allow free flow of surface drainage without ponding.

G. Install erosion control netting, as shown on Drawings. Install and anchor per manufacturer's recommendations.

**3.06 DISPOSAL AND CLEANUP**

A. Legally dispose of off-site all refuse and debris from these operations. Do not dump or burn materials on site.

B. Maintain the site in an orderly condition during the progress of the Work. Continuously and promptly remove excess waste materials; keep lawn areas, walks and roads clear. Store materials and equipment where directed. Promptly remove equipment, surplus materials and debris and trash resulting from operations under this Contract upon completion and prior to initial acceptance of Work. Leave the site in a neat, "broom clean" condition.

END OF SECTION 02920

OLIN PARTNERSHIP

Chapel Valley

Maryland Nurserymen's Association
American Association of Nurserymen
Landscape Contractors Association
Associated Landscape Contractors of America

August 14, 2003

Mr. Bill Thomas
Grunley-Walsh Construction Co., Inc.
P.O. Box 2065
Parklawn Drive
Rockville, MD 20852

Re: **Washington Monument Security Measures**

I. **Landscape Proposal:**

Chapel Valley Landscape Company proposes to furnish and install all necessary labor, materials, and equipment to complete the landscape work for the above referenced project. Our work will be based on the Landscape Contractor's Association specifications – fifth edition and the following:

Plans as seen on list dated May 16, 2003

II. **Price:**

Planting:

| | |
|---|---|
| 55 4" caliber shade trees | |
| 294 3" caliber fill trees | |
| 446 2" caliber flowing trees | $320,000.00 |
| Soil mix A per cubic yard | $ 48.00 |
| Soil mix B per cubic yard | $ 45.00 |
| Soil mix D per cubic yard | $ 63.00 |
| Seeding (est. 286,000 s.y.) | $178,250.00 |

IV. **Clarifications and Qualifications:**

- All rough grading/soil work to be done by others. Site to be received +/- 0.2' per plans with soil meeting specifications and low for planting mixes.
- Scarification and removal of any existing vegetation is not included.
- No tree preservation measures have been included.
- Pricing is based on all work being completed in no more than two (4) mobilizations.
- Performance/Payment Bond is not included.
- All pricing is preliminary budget and not meant for contractual purposes.

Chapel Valley Landscape Company

3275 Jennings Chapel Road • Post Office Box 159 • Woodbine, Maryland 21797 • Washington: 301-924-5400 • Baltimore: 410-442-2310
21617 Cedar Lane • Dulles, Virginia 20166 • 703-406-0802

## V. Standard Terms and Conditions:

a. *Planting:* Chapel Valley will install all plant material according to the attached plant list, utilizing backfill mixture of 3/4 existing topsoil and 1/4 organic matter. Trees, shrubs, and groundcover beds will receive a 2-3" layer of shredded hardwood mulch.

b. *Watering and Maintenance:* Watering will be provided by Chapel Valley Landscape Company during installation until substantial completion and initial acceptance. Owner is to provide water source and water. Chapel Valley Landscape Company will provide watering instructions upon job completion and initial acceptance. Watering and maintenance will become the responsibility of the Owner, unless otherwise agreed upon, at the end of each phase.

c. *Warranty:* All plant material will be protected by a one (1) year warranty, which will commence upon the initial acceptance of the project by the client(s) or their representative. Not included within warranty coverage are bulbs, annuals, sod, and transplanted material.

Chapel Valley Landscape Company guarantees their plants to be true to name, free from disease and harmful insects, and to be sound and healthy at the time of installation. Chapel Valley Landscape Company will replace once, at no cost, any plants that fail to survive planting for one (1) year from date of initial

acceptance, providing the stipulated sum as set forth above has been paid in full and in accordance with the terms of this Contract. During the one (1) year guarantee period, plants must have received adequate water and proper spraying for disease and insect control.

Chapel Valley will not be responsible for problems or damages due to natural causes, vandalism, fire, removal, relocation and other activities or conditions beyond our control, such as severe cold weather. Contracted and dug plant material is only subject to a partial credit if not installed.

d. *Scheduling:* We anticipate commencing and completing Work in Fall 2003 and completing it in Spring 2004.

If construction is delayed at any time by causes beyond Chapel Valley Landscape Company's control, the Contract completion date shall be extended, and the cost of the work will be adjusted by an amount directly attributable to delays.

e. *Site Conditions:* Site to be received at +/- .2 feet from final grade, free of all rock, debris, excess soil, and existing vegetation.

The client(s) shall notify Chapel Valley Landscape Company as to the exact location of sprinkler lines, underground utilities, and any other hidden or concealed installations. If Chapel Valley Landscape Company installs plants maintained in accordance with the landscape plans, they shall not be responsible for the improper drainage, changing of grades, or poor drainage as prepared by others.

An extra charge, based upon the actual cost of work to Chapel Valley Landscape Company, will be made for additional work required to overcome concealed contingencies such as, but not limited to, rock and excavation work not apparent when estimating the work.

f. *Insurance:* Chapel Valley Landscape Company shall procure and maintain in effect during the term of this agreement the necessary insurance coverage as required by the state in which the project is located.

g. *Default:* Title to all materials supplied by Chapel Valley Landscape Company shall be and remain the sole property of Chapel Valley Landscape Company until payment has been received pursuant to the terms and conditions of the Contract.

h. *Change Orders:* Changes in the work, Contract price completion date, or other matters may be accomplished after the execution of the Contract by change order. The change order shall be in writing, signed by both parties, and shall specify the change in the work, amount of any adjustment in the Contract price and the extent of any adjustment in the completion date.

i. *Payment Terms:* Chapel Valley requests a deposit equal to one-third (1/3) of the Contract amount upon acceptance of the Contract.

Unless otherwise instructed, work will be billed on the 25th of each month for work completed through the 25th of the month. Regardless of invoice date, payment will be due within fifteen (15) days.

Receivables, which are thirty (30) days past due, will accrue interest at a rate of one and one-half percent (1.5%) per month. If Chapel Valley Landscape Company retains an attorney to collect any receivables, the client will be liable for reasonable attorney's fees

*All costs outlined in this proposal are valid for thirty (30) days. Signing within the thirty day period shall execute this agreement for Chapel Valley to complete all work outlined herein.*

We, the undersigned clients(s), have read, understand, and accept the above landscape construction proposal. Chapel Valley Landscape Company is authorized to proceed with the construction stated in this Contract.

| AGENT | CONTRACTOR |
|---|---|
| ______________________ | CHAPEL VALLEY LANDSCAPE CO |
| Authorized Signature | Authorized Signature |
| Print Name and Title of Signatory | Daniel C. Kauffman<br>Senior Accounts Consultant<br>Print Name and Title of Signatory |
| Date | August 14, 2003 |

CHERRY HILL CONSTRUCTION, INC.

October 3, 2003

Grunley-Walsh
11910 Parklawn Drive, Suite U
Rockville, Maryland 20852

Attn: Mr. Bill Thomas

Re: Washington Monument Physical Security Project
**Revised Bid of 10-3-03**

Dear Mr. Thomas:

Cherry Hill Construction, Inc. having examined the conditions effecting the work, and the documents listed on Attachment A, hereby offers to perform the work listed below for the prices as indicated on Attachment B.

**SCOPE OF WORK**

1. **BASE BID**
   A. INCLUDES
      1. Sediment control installation, maintenance while actively on site and removal of devices shown on the drawings.
      2. Removal and offsite disposal of items shown to be removed on demolition plan sheets L2.3 thru L2.7.
      3. Stripping topsoil and placing directly in onsite nonstructural embankment.
      4. Mass excavation and embankment to subgrade.
      5. Incorporating all excavated earth material into onsite embankment.
      6. Excavation & backfill for paving and trip curb.
      7. Furnishing & installing offsite borrow.
      8. Furnishing & installing 6" layer of offsite topsoil on all proposed turf areas. Furnished topsoil material to be as per District of Columbia DPW Standard Specification for Highways & Structures 1996 section 822.1 Topsoil.
      9. Storm drain pipe, structures and associated earthwork shown on plan sheets C.03 thru C.06.

8211 WASHINGTON BLVD. • P.O. BOX 356 • JESSUP, MARYLAND 20794-0356 • (410) 799-3577 • FAX (410) 799-5483 • E.O.E.

*Page 2*

*Washington Monument*

1.A. INCLUDES (continued)

10. Storm drain 4" PVC pipe and fittings to connect bench & light vault drains to proposed system.
11. Storm drain PVC pipe and fittings to be schedule 40. PVC Pipe & fittings 12" diameter and larger shown on drawings have been included as HDPE N-12.
12. Storm drain manholes to include Oil/Water/Debris Separator as shown on plan sheet C.12 detail 12.
13. Storm drain inlets to be Area Drains as per plan sheet L7.14 details 1 & 2.
14. Storm drain Area Drain connection pipe to be 6" PVC.
15. Storm drain N-12 pipe in lieu of RCP crossing under site walls.
16. Storm drain Slot Drains to be 4" wide precast polymer modified concrete with cast iron grate.
17. Storm drain Trench Drains to have ¾"x 12"x12" cast iron drain covers.
18. Storm drain trench excavation to be used for trench backfill.
19. Sanitary sewer pipe, structures and associated earthwork shown on plan sheets C.05 and C.06.
20. Sanitary sewer pipe to be PVC SDR 35.
21. Removal and/or abandonment of old sanitary sewer pipe and manholes between new manholes.
22. Sanitary sewer trench excavation to be used for trench backfill.
23. Subbase stone for concrete paving.
24. Performance and payment bond.
25. Construction stakeout for our work only.
26. Sweeping and wheel washing for our work only.
27. Sales tax.

CHERRY HILL CONSTRUCTION, INC.



B. EXCLUDES

1. Repairing damage to sediment controls caused by others.
2. Temporary seed & mulch.
3. Tree relocation.
4. Tree protection.
5. Tree Planking.
6. Removal and/or relocation of existing temporary concrete barriers.
7. Tree pruning and / or root trimming.
8. Offsite disposal of excavated earth materials.
9. Rock excavation.
10. Removal of spoils generated by others.
11. Undercutting subgrade and/or existing grade.
12. Refilling undercut.
13. Regrading areas disturbed by others.
14. Modifications and/or additives to excavated materials used for embankment.
15. Earthwork for electric.
16. Earthwork for walls, benches, bollards, flagpoles and signage.
17. All soil mixes as specified in Soil Preparation Specification Section 02920.
18. Oil/Water/Debris Separators shown on plan sheets C.03 thru C.06.
19. Concrete bedding and/or cradles for storm drain and/or sanitary sewer.
20. Modifications to existing storm drain and/or sanitary sewer structures.
21. Any permits other than trade permits & fees.
22. Construction quality control testing.
23. Construction stakeout not associated with our work.
24. Water Utility (none shown).
25. Connections to Visitor's Facility.
26. All work associated with the steam tunnel relocation.
27. All work associated with the Visitor's Facility.
28. Joint Sealing.

CHERRY HILL CONSTRUCTION, INC.



**ADD ALTERNATE #1. IRRIGATION SYSTEM**

A. INCLUDES

1. Furnish and install system shown on Schematic Irrigation Plan sheet IR.1 and Irrigation Details shown on sheet IR.2.
2. 2ea Hunter ICC Automatic Controllers.
3. 485ea Hunter I40 Large Rotary Sprinkler Heads.
4. 38ea Hunter I25 Medium Rotary Sprinkler Heads.
5. 254ea Hunter I20 Small Rotary Sprinkler Heads.
6. 190ea Hunter SRS Fixed Spray Sprinkler Heads.
7. 76ea 2.0" Electric Remote Control Valves installed in valve boxes.
8. 7,740lf 4.0"-12.0" PVC Main Pipe.
9. 52,800lf 1.5"-4.0" PVC Lateral Line Pipe.

B. EXCLUDES

1. Electricity (110v) for the controllers in the pumping plant vault.
2. Conduit under 15th Street.

**ADD ALTERNATE #2. LANDSCAPE**

A. INCLUDES

1. 100ea Canopy trees 4"calipar (divided equally among 11 species as shown on plan sheet L8.1 planting schedule).
2. Permanent seed & mulch all proposed turf areas (300lbs./acre).

B. EXCLUDES

1. Canopy trees except as indicated above in 8.A.1.
2. Flowering trees.
3. Sod.
4. Stabilization matting.
5. Tree protection.
6. Tree pruning.
7. Mulch for planting beds.
8. Maintenance and/or mowing.
9. Temporary seed & mulch.
10. Temporary fence.

**ADD ALTERNATE #3. ELECTRIC**

A. INCLUDES

1. Electric, lighting and associated earthwork as shown on plan sheets L7.8 thru L7.11, S1.02, LL1 thru LL5 and E1 thru E4.
2. Concrete light vaults detail 1 (4ea) complete including 6ea type FA fixtures as shown on plan sheet L7.9.
3. Concrete light vaults detail 2 (4ea) complete including 3ea type FA fixtures as shown on plan sheet L7.10.
4. Type FB lighting fixtures mounted on the existing "toad stool" foundations.
5. All underground conduits will be Schedule 40 PVC direct buried.
6. All conduits within vaults will be galvanized rigid conduit.

B. EXCLUDES

1. Temporary power.
2. Temporary lighting.
3. Type FE Lights.

NEW SCOPE CONCRETE WALLS & BOLLARDS

**ADD ALTERNATE #4. CONCRETE WALLS AND BOLLARDS (including associated earthwork)**

A. INCLUDES

1. Concrete, rebar and associated excavation and backfill for the Plaza benches (6ea @ 40'7. 5" & 2ea @ 86' 3.5") as shown on plan sheet L7.12 details 1 thru 4.
2. Concrete, rebar and associated excavation and backfill for the Lodge bench (1ea @ 100' 6.25") as shown on plan sheet L7.13 details 1 thru 3.
3. Concrete, rebar and associated excavation and backfill for the Security Wall (1,254LF) as shown on plan sheet L5.1, L6.2 & L7.6 (sections plan sheet L7.3 detail 1).
4. Concrete, rebar and associated excavation and backfill for the Security Wall with extended curb (1,764LF) as shown on plan sheet L5.1, L6.2 & L7.6 (sections plan sheet L7.3 detail 2).

CHERRY HILL CONSTRUCTION, INC.

*Page 6*

*Washington Monument*

ADD ALT.#4.A. INCLUDES (continued)

5. Concrete, rebar and associated excavation and backfill for the Security Wall ends section A (36LF) as shown on plan sheet L5.1, L5.4, L6.2 & L7.6 (sections plan sheet L7.5 detail 1).
6. Concrete, rebar and associated excavation and backfill for the Security Wall ends section B (24LF) as shown on plan sheet L5.1, L5.4, L6.2 & L7.6 (sections plan sheet L7.5 detail 2).
7. Concrete, rebar and associated excavation and backfill for the Security Wall ends section C (224LF) as shown on plan sheet L5.1, L5.4, L6.2 & L7.6 (sections plan sheet L7.5 detail 3).
8. Bollards (8ea) as shown on plan sheet L5.4, L6.2 & L7.6 (sections plan sheet S1.02 detail 5 & 6) and (sections plan sheet L7.11 detail 1 & 2).
9. Concrete DC DPW class B structural (4,500PSI).
10. Construction stakeout for our work only.

B. EXCLUDES

1. Granite and /or marble.
2. Dowels for granite and /or marble.
3. Joint Sealing.

NEW SCOPE CONCRETE PAVING / SUBBASE FOR PAVERS

**ADD ALTERNATE #5. CONCRETE PAVING AND CONCRETE SUBBASE FOR GRANITE PAVERS**

A. INCLUDES

1. PIP Concrete A paving as shown on plan sheet L5.1 (section plan sheet L7.1. detail 2). Priced as single pour in lieu of two pour.
2. PIP Concrete B paving as shown on plan sheet L5.1 (section plan sheet L7.1. detail 2). Priced as single pour in lieu of two pour.
3. Exposed aggregate to be pea gravel exposed by water hose method.
4. Concrete subbase for Stone A paving as shown on plan sheet L5.1 (section plan sheet L7.1. detail 1).
5. Concrete subbase for Stone B paving as shown on plan sheet L5.1 (section plan sheet L7.1. detail 1).
6. Concrete subbase for Stone C paving as shown on plan sheet L5.1 (section plan sheet L7.1. detail 1).
7. Construction stakeout for our work only.

B. EXCLUDES

1. Unit pavers.
2. Joint Sealing.

ADD ALTERNATE #6. MARBLE STONE (BENCHES) AND GRANITE STONE (WALLS, PAVERS & CURBS)

A. INCLUDES

1. Furnishing and Installing marble and dowels for Plaza benches (6ea @ 40'7. 5" & 2ea @ 86' 3.5") as shown on plan sheet L7.12 details 1 thru 4.
2. Furnishing and Installing marble and dowels for Lodge bench (1ea @ 100' 6.25") as shown on plan sheet L7.13 details 1 thru 3.
3. Furnishing and Installing granite and dowels for Security Wall (1,254LF) as shown on plan sheet L5.1, L6.2 & L7.6 (sections plan sheet L7.3 detail1).
4. Furnishing and Installing granite and dowels for Security Wall with extended curb (1,764LF) as shown on plan sheet L5.1, L6.2 & L7.6 (sections plan sheet L7.3 detail 2).
5. Furnishing and Installing granite and dowels for Security Wall ends section A (36LF) as shown on plan sheet L5.1, L5.4, L6.2 & L7.6 (sections plan sheet L7.5 detail 1).
6. Furnishing and Installing granite and dowels for Security Wall ends section B (24LF) as shown on plan sheet L5.1, L5.4, L6.2 & L7.6 (sections plan sheet L7.5 detail 2).
7. Furnishing and Installing granite and dowels for Security Wall ends section C (224LF) as shown on plan sheet L5.1, L5.4, L6.2 & L7.6 (sections plan sheet L7.5 detail 3).
8. Furnishing and Installing granite for Stone A paving as shown on plan sheet L5.1 (section plan sheet L7.1. detail 1).
9. Furnishing and Installing granite for Stone B paving as shown on plan sheet L5.1 (section plan sheet L7.1. detail 1).
10. Furnishing and Installing granite for Stone C paving as shown on plan sheet L5.1 (section plan sheet L7.1. detail 1).
11. Stone setting beds, all walls, copings, benches are allowed for with "pointing joints, not sealant.
12. Trip Curb Strip.
13. Setting beds.
14. One cleaning of stone following installation.
15. Construction stakeout for our work only.

CHERRY HILL CONSTRUCTION, INC.



B. EXCLUDES
1. Unit pavers.
2. Joint Sealing.
3. Concrete and/or stone subbase.
4. Crowd control socket and cap (280ea - 1ea per 10' of curb).
5. Crowd control post.
6. Crowd control chains, ropes and/or rails.

**ADD ALTERNATE #7. <u>FIXTURES=FLAG POLES, TRASH RECEPTACLES & BIKE RACKS</u>**

NEW SCOPE FIXTURES

A. INCLUDES
1. Flagpoles (50ea) as shown on plan sheet L5.3, L6.3 & L7.2 (sections plan sheet L7.11 detail 3). Satin anodized aluminum pole in lieu of stainless steel pole. One cleat and one halyard per pole in lieu of two per pole.
2. Trash Receptacles (10ea) not shown on plan sheets (sections plan sheet L7.11 detail 4).
3. Bike Racks (4ea) (one rack accommodates one bike) not shown on plan sheets (sections plan sheet L7.11 detail 5).
4. Construction stakeout for our work only.

B. EXCLUDES
1. Unit pavers.
2. Joint Sealing.

**ADD ALTERNATE #8. <u>SIGNS</u>**

NEW SCOPE SIGNS

A. INCLUDES
1. Pedestrian Wayfinding Signs - Perimeter Signs (11ea) as shown on plan sheet SN-1.0 (sections plan sheets SN-2.0 thru SN-2.2).
2. Pedestrian Wayfinding Signs - Regulatory Signs (3ea) as shown on plan sheet SN-1.0 (sections plan sheets SN-3.0 thru SN-3.2).
3. Pedestrian Wayfinding Signs - Wall Incised Directional Signs ("Washington Monument Visitors Entrance" Carved in granite-ash rose wall) (6ea) as shown on plan sheet SN-1.0 (sections plan sheets SN-4.0).
4. Pedestrian Wayfinding Signs - Path Intersection Signs ("To Ticketing" Carved in granite-ash rose Lawn Plaque 17"dia.roundx5"-11"tall) (2ea) as shown on plan sheet SN-1.0 (sections plan sheets SN-5.0).
5. Construction stakeout for our work only.

CHERRY HILL CONSTRUCTION, INC.



B. EXCLUDES
1. Joint Sealing.

ADD ALTERNATE #9. JOINT SEALING

A. INCLUDES
1. Furnish and Install joint sealing as per specification section 07900 and as located on the drawings.

ADD TO CONCRETE WALLS/BOLLARD SCOPE

ADD ALTERNATE #10. CROWD CONTROL SOCKETS

A. INCLUDES
1. Furnish and Install Crowd control socket and cap (280ea - 1ea per 10' of curb).

ADD TO FIXTURES SCOPE

B. EXCLUDES
1. Crowd control post.
2. Crowd control chains, ropes and/or rails.

Very Truly Yours,
Cherry Hill Construction, Inc.

Bernie Beauchemin
Estimator

# ATTACHMENT A

DRAWINGS:

Existing Conditions Plan sheets 1 of 13 dated 11-19-02 and 2 of 13 thru 13 of 13 dated 06-07-02.
L2.1 thru L2.7, L3.1, L4.1 thru L4.9, L5.1 thru L5.4, L6.1 thru L6.4, L7.1 thru L7.14, L8.1 and L8.2 all dated 16th May 2003.
C01 thru C12 all dated 5.02.03.
IR1, IR2, S1.01 and S1.02 all dated 16 May 2003.
SN-1.0, SN-2.0 thru SN-2.2, SN-3.0 thru SN-3.2, SN-4.0 and SN-5.0 all dated 5.16.03.
LL1 thru LL5 all dated 16th May 2003.
E1 thru E4 all dated 05.16.03.

SPECIFICATIONS:

Division 2 (02230, 02530, 02630, 02750, 02770, 02780, 02870, 02920, 02930, and 02950) dated May 16,2003.
Division 3 (03310) dated May 16,2003.
Division 4 (04405) dated May 16,2003.
Division 5 (05530 and 05700) dated May 16,2003.
Division 7 (07900) dated May 16,2003.
Division 10 (10350 and 10431) dated May 16,2003.
Division 16 (16050, 16060, 16075, 16120, 16130, 16140, 16145, 16410, 16442, 16461, and 16510) dated May 16,2003.

ADDENDA:

N/A.

CHERRY HILL CONSTRUCTION, INC.

# ATTACHMENT B

## 1. BASE BID:

(As per Cherry Hill Construction, Inc. scope) $ 3,185,864.00

## ADD ALTERNATES:

1. IRRIGATION As per Our Scope ADD $ 533,613.00/LS
2. LANDSCAPE As per Our Scope ADD $ 189,366.00/LS
3. ELECTRIC As per Our Scope ADD $ 815,559.00/LS
4. CONCRETE WALLS & BOLLARDS As per Our Scope ADD $ *836,982.00*/LS
5. CONCRETE PAVING & CONC..... As per Our Scope ADD $*1,782,263.00*/LS
6. MARBLE... AND GRANITE......... As per Our Scope ADD $4,599,644.00/LS
7. FIXTURES.... As per Our Scope ADD $ 112,149.00/LS
8. SIGNS As per Our Scope ADD $ 104,652.00/LS
9. JOINT SEALING As per Our Scope ADD $ 71,376.00/LS
10. CROWD CONTROL SOCKETS As per Our Scope ADD $ 39,750.00/LS

3A. Breakout for Vaults which is included in Add Alt.#3 $ 210,000.00/LS

## OPTIONS FOR ADD ALTERNATE #6:

1. Use 2" granite paving in lieu of 3" granite paving DEDUCT $ 169,510.00/LS
2. Eliminate the crown on coping DEDUCT $ 141,880.00/LS
3. Eliminate wash at extended curbing DEDUCT $ 8,764.00/LS
4. Revise coping edge to flat with ½" radius DEDUCT $ 21,182.00/LS
5. Reduce height of stone"C"to extend 1" below sidewalk DEDUCT $ 3,500.00/LS
6. Eliminate recess at bench cap & fabricate flat bottom DEDUCT $ 17,516.00/LS
7. Chord the perimeter coping in lieu of radius as shown DEDUCT $ 80,000.00/LS

## UNIT PRICES:

1. SOD per specification section 02930 ADD $ 5.10 /SY
2. Erosion Control Mat per specification section 02930 ADD $ 3.00 /SY
3. Temporary Seed & Mulch ADD $ 0.28 /SY
4. Crowd control post Alpha Store Fixtures LAW320-11 ADD $ 230.00 /EA

*Maximum*
1.50

1.00

on in five (5) per-
one (1) percent



# 822 ROADSIDE IMPROVEMENTS

**822.01 TOPSOIL.** Topsoil shall consist of fertile agricultural soil capable of sustaining vigorous plant growth. It shall contain not less than 1.5 percent organic matter as determined by the Walkley- Block Method described in the Department of Agriculture Circular No. 757, and shall have a pH between 5 and 7.6. It shall contain not less than 15 percent silt, not less than 15 percent nor more than 50 percent sand and not less than 15 percent nor more than 40 percent clay. All topsoil shall be free of stones, roots, rubbish, and other objectionable materials such as Bermuda grass, poison ivy, and kindred roots. Topsoil shall not contain any material toxic to plant growth. Topsoil shall not be handled when frozen or so wet that it will become puddled or the soil structure destroyed. Only approved material shall be delivered to the project.

A 20 pound sample of topsoil shall be furnished by the Contractor at least 2 weeks prior to the anticipated use of topsoil. Topsoil sample shall be accompanied by certified soils analysis report from an approved laboratory, showing analysis was made not more than 30 days prior to report submission, contract number, topsoil source (and that the sample is from this source), pH, texture and percent organic matter.

**822.02 FERTILIZER**

(A) **FERTILIZER FOR SEEDING.** Fertilizer shall be a standard commercial grade as per standards of the Association of Official Analytical Chemists and shall contain the equivalent of 10 percent nitrogen, 6 percent phosphoric acid, and 4 percent potash by weight, and shall be applied to all seeding and sodding areas at the rate of 1,000 lbs. per acre.

Fertilizer shall be furnished in new, clean, sealed, and properly labeled bags.

(B) **FERTILIZER FOR HYDROSEEDING (Crownvetch).** Standard quality commercial 0-20-20 farm grade fertilizer shall be applied at the rate of 500 pounds per acre (12 pounds per 1,000 square feet) combined with Ureaform (38-0-0) or Blue Chip Nitroform, Kapco-38, or equivalent, applied at the rate of 400 pounds per acre (9 pounds per 1,000 square feet). Ureaform 38-0-0 shall meet the following additional requirements:



FROM : GRUNLEY WALSH FAX NO. : 202 393 1118 Apr. 26 2005 06:07PM P2

**Cleo Kimbembe**

---

**From:** Loren Raap
**Sent:** Monday, November 24, 2003 3:28 PM
**To:** Cleo Kimbembe
**Subject:** FW: TYPING

**Importance:** High

**Attachments:** NACC 042400.doc; TO 7 ProjectReqmts.doc

NACC 042400.doc (29 KB)  TO 7 :ctReqmts.doc (105

-----Original Message-----
From: Michael_Donnelly@nps.gov [mailto:Michael_Donnelly@nps.gov]
Sent: Monday, November 24, 2003 3:14 PM
To: Loren Raap
Subject: Fw: TYPING
Importance: High

Loren,
I combined both T.O.'s( different from what we talked about). I would like to negótiate on Wed. morning. I'll call.
Michael
----- Forwarded by Michael Donnelly/DENVER/NPS on 11/24/2003 01:14 PM -----

Monica Lopez
11/24/2003 10:43 AM MST

To: Michael Donnelly/DENVER/NPS@NPS
cc:
Subject: TYPING

BOTH DOCUMENTS ARE ATTACHED. PLEASE REVIEW AND LET ME KNOW OF ANY CHANGES.

THANKS, MONICA
X.2211

(See attached file: NACC 042400.doc) (See attached file: TO 7 ProjectReqmts.doc)

D5217 (DSC-CS)
NACC-various
1443C3059980901
Task Order #35

Grunley-Walsh J.V.
11910 Parklawn Drive, Suite U
Rockville, MD 20852

Attention: Loren Raap, PE
Fax: (301)881-8083

Dear Ms. Raap:

Reference: Task Order No. 35, Contract No. 1443C35998091, Washington Monument Upgrade Physical Security and Grounds, PMIS #042400.

Subject: Request for Price Proposal, Task Order #35

This Request for Price Proposal should be based on the 100% complete Specifications and Drawings for the referenced project.

We request that you provide your price proposal directly to this office no later than November 25, 2003. You may fax your proposal to (303)987-6646, and/or email electronically transmittable information to Lori.Irish@NPS.Gov. The total magnitude of the complete design-build effort for this project is between $12.5 million and $15 million.

Your proposal should be submitted in two parts, covering elements related to safety and security separately, and shall include the following information:

A. SAFETY AND SECURITY/(PART 3-3.1A)
    1. A detailed price proposal for the services required, broken down by separable work element.

B. CONSTRUCTION EFFORT AS DEPICTED ON DWG #807/41032 PRICED BY SPECIFICATIONS SECTION (PROPOSAL PART 3-3.1B)
    1. DIRECT MATERIAL COST – Material included in the proposal must be supported by supplier quotations or recent paid invoices form prior contracts and the estimated quantity of material needed for each task.

2. LABOR AND FRINGES – Show hourly labor rates for each craft, at the estimated number of hours for each task, and proved a list of detailed elements of labor burden, with supporting documentation such as Worker's Compensation Rates, Insurance, etc. In addition, submit sample copies of recent payrolls showing payment of the proposed rates or a current union agreement for similar projects.
3. SUBCONTRACTOR COST – Submit subcontract quotations for each proposed subcontract work serve. (If not available by August 11, these should be available prior to final negotiation, early September.)
4. EQUIPMENT RATES – The proposed use of equipment owned by the Contractor must be priced using Corps of Engineers, Construction Equipment Ownership and Operating Expense Schedule, for the District of Columbia. If proposed equipment will be rented or leased, quotes are necessary. The estimated number of hours for each piece of equipment must be shown for each task.

   For equipment rental rate quotes, use 176 hours of work per month.
5. BONDS – Furnish performance and payroll bonds specific to this project.
6. INDIRECT (G & A OVERHEAD) RATES – The indirect expense rate that will be allocated to the contract must be supported by an income and expense statement, overhead computation, and any other related data. The proposed overhead should include adjustments to exclude normal direct cost and unallowable type costs for the indirect expense pool.

If you have any questions concerning the above, please contact the undersigned at (303)969-2362.

Sincerely,

LORI IRISH
Contract Specialist

PM:Mlopez:11/25/03:2211:MSWord:NACC 042400.DOC

## PART 1 PROJECT REQUIREMENTS-GENERAL

1.1 PROJECT NARRATIVE

A. The National Park Service, Denver Service Center (DSC) will be using a Design Build (DB) contract for the construction activities at the Washington Monument. The work will include all activities contained in the construction drawings and specifications prepared by OLIN Partnership (DWG. #087/41032). Visitor access to the monument shall be maintained during all phases of the work, unless authorized by the contracting officer.

1.2 PROJECT DATE

A. The project milestones for submittals, indicated in Paragraph B below, are expressed as a percentage of project time elapsed from the date of Notice to Proceed. Submittals must be 100% complete at the time indicated for submittal.

B. Project Dates

1. Pre-Construction Meeting: Within 10 days of Completed Contract Negotiation

2. 30% submittal requirements (see section 2.5): within 15 days of completed contract negotiation

3. 100% Submittal Requirements (See Section 2.6 ): 450 Calendar days from Original Notice to Proceed.

1.3 PROJECT MEETINGS

A. Pre-Construction Meeting: After award of the contract, the Contracting Officer will arrange an on-site meeting with the DBC before construction begins. The meeting agenda will include the following as a minimum:

Designation of responsible personnel during construction
Modifications during design and construction
Payments to the DBC during construction
Submittals and reviews during construction
Storage Area and Staging Area locations
Notice to proceed
Labor standards provisions
Payroll reports
Changes
Subcontractors
National Park Service regulations
Accident prevention program (including name of responsible supervisor)
Accident reporting
Park rules and regulations and access
Saturday, Sunday, holiday and night work
Safety program (compliance with the "Accident Prevention" clause of the General Provisions)
Construction Schedule

B. Progress Meetings: The DBC shall schedule one meeting each week during construction to address design and construction issues and shall include the subcontractors and the Contracting Officer and / or Park Representative.

C. The meeting agenda will include the following as a minimum:

Approval of minutes of previous meetings
Review of work progress – provide updated CPM schedule
Field observations, problems, and decisions
Identification of problems that impede planned progress
Review of submittals schedule and status of submittals
Review of off-site fabrication and delivery schedules
Corrective measures to regain projected schedules
Planned progress during succeeding work period
Maintenance of quality and work standards
Effect of proposed changes on progress schedule and coordination
Review of Safety Program

## PART 2 PROJECT REQUIREMENTS – CONSTRUCTION ADMINISTRATION SERVICES

### 2.1 GENERAL REQUIREMENTS FOR SUBMITTAL DOCUMENTS

A. This section addresses the requirements for submittal documents including preparation of, the Project Schedule, and the Accident Prevention Plan.

B. Submittal and Approval Procedures:

1. Submit sufficient information based upon the performance specifications for the Government to make an informed decision on compliance or lack of compliance for the items being reviewed. Submittals shall be transmitted using National Park Service form CM-16. A copy of the form is included at the end of the Project Requirements.

C. General

2. Unless specified elsewhere, include a cover page and table of contents for each document type. The cover page shall include:

   a. Project title Rehabilitation Washington Monument – Upgrade physical security and grounds, NACC – PMIS #042400.

   b. Design Build Contract Number

   c. Design Build DBC's name and address

D. Contracting Officer's Review:

1. Any work done or orders for materials or services placed before approval shall be at the Contractor's own risk.

2. Provide 5 copies of Submittals for review. Each Submittal shall be sent by overnight mail to the Contracting Officer and the park. The names and addresses of recipients to be provided after contract award.

3. The Government (DSC and select park staff) will check submittals for compliance with the RFP. The Government (park and DSC) will provide review comments to the DBC within 10 working days.

4. After reviewing submittals, the Contracting Officer will return one copy of form CM-16 and one copy of applicable (marked up) submittal sheets to the Contractor, by overnight mail. All submitted items will be retained. The DBC is responsible for producing additional copies for his/her own use.

5. The returned submittal will be marked in one of three ways as defined below:

   a. APPROVED: Acceptable with no corrections.

   b. APPROVED WITH NOTATIONS: Minor corrections or clarifications required. All comments are clear and no further review is required. The Contractor shall address all review comments when proceeding with the work.

   c. DISAPPROVED - RESUBMIT: Rejected as not in accordance with the contract or as requiring major corrections or clarifications. The Contracting Officer will identify the reasons for disapproval. The Contractor shall revise and resubmit with changes clearly identified.

6. Manufacturers' Catalog Sheets: Submit only pertinent pages; mark each copy of standard printed data to identify specific products proposed for use.

7. The Contracting Officer reserves the right to require additional submittals.

8. After review, the CO shall notify the DBC of approval, approved with notations, or disapproved - resubmit.

E. Drawings

1. Maintain consistent scale and orientation between various disciplines providing drawings. Prepare all drawings in AutoCAD 2000. Review submittals may be provided on half size sheets, provided they are legible.

2. The DBC shall use NPS-10, *Guidelines for Preparation of Design and Construction Drawings*. Provide at least 1/8-inch height for all symbols, letters (including lower case) and numerals. Provide all letters and numerals adequately spaced in single-stroke upper-case vertical style. All lines, strokes, letters and numerals shall be as uniformly dense as practical. Scale identification shall be by graphic illustration or by appropriate explanation to scale notation. Screening on drawings must be suitable for reduced size reproductions.

3. Project Record Drawings (As-Built): Maintain one complete full-size-set of contract drawings. Clearly mark changes, deletions, and additions using National Park Service drafting standards to show actual construction conditions. Keep record drawings current. Certification of accuracy and completeness will be required on monthly payment requisitions. On completion of the total project, submit complete record drawings. Provide CADD files of

record drawings. Include all shop drawings, sketches, and additional drawings that are to be included in the final set, with clear instructions showing the location of these drawings.

2.2 ACCIDENT PREVENTION PLAN

A. Reference Section 2.5.B.

B. Before on-site work contained in Part 3, 3.1-B begins, submit for approval an accident prevention program. The program shall comply with OSHA and project requirements. Include the following: Name of responsible supervisor to carry out the program; monthly safety meetings; first aid procedures; outline of each phase of work, hazards associated with each phase and methods proposed to ensure property protection, and safety of the public. Temporary materials may be new or used, but must be adequate in capacity for the required usage, must not create unsafe conditions, and must not violate requirements of applicable codes and standards.

C. The Washington Monument will remain accessible by visitors at all times during construction, except as indicated in Section 3.3.

2.3 CONSTRUCTION PLAN

A. Reference Section 2.5.C.

B. The completed plan shall identify each major phase of the project, including but not limited to the following:

1. A site plan showing exact locations proposed for trailers, storage, parking, and type of barrier fencing for the DBC's use.
2. Mobilization and access routes to site for equipment, material and workmen. Reference Sections 3.7 and 3.8.
3. Listing of equipment required for each phase of work.
4. Listing of labor required for each phase of work.

2.4 PROJECT SCHEDULE:

A. Reference Section 2.5.D.

B. Project Schedule:

1. The project schedule shall cover the entire contract period. The late finish of the project schedule shall be the same date as the established completion date of the contract. The purpose of the project schedule is to ensure adequate planning, coordination, scheduling, and reporting during execution of construction activities of the DBC.

2. The project Schedule shall be based upon the Critical Path Method (CPM) for planning, scheduling and reporting progress of the work. The software shall be the latest version of SureTrak Project Scheduler, or approved equal.

3. Show anticipated dates for utility connections and disconnects. Show anticipated dates for work that has to be coordinated with the Park.

4. In developing the project schedule, the DBC shall be responsible for ensuring that subcontractor work at all tiers, as well as its own work, is included in the project schedule.

5. The project schedule as developed shall show the sequence and interdependence of activities required for complete performance of the work. The DBC shall be responsible for ensuring all work sequences are logical and the project schedule shows a coordinated plan of the work.

6. Proposed duration assigned to each activity shall be the DBC's best estimate of time required to complete the activity considering the scope and resources planned for the activity.

7. Seasonal weather conditions and permitting shall be considered and included in the planning and scheduling of all work influenced by high or low ambient temperatures, wind and/or precipitation to ensure completion of all work within the contract time.

C. Project Schedule Updates

1. General: The project schedule shall be updated monthly and submitted with payment request.

2. Progress Payments: The updating of the project schedule shall be an integral part and basic element of the estimate upon which progress payments will be made under this contract. If, in the judgment of the Contracting Officer, the DBC fails or refuses to provide a complete schedule update or revision as specified hereinafter, the DBC shall be deemed to have not provided the required estimate upon which the progress payment may be made, and shall be subject to retainage of a portion of the payment.

D. Time Impact Analysis For Contract Modifications, Changes, Delays, and DBC Requests

1. Requirements: When contract modifications or changes are initiated, delays are experienced, or the DBC desires to revise the project schedule, the DBC shall submit to the Contracting Officer a written time impact analysis illustrating the influence of each modification, change, delay, or DBC request on the contract time.

2. Time Extensions: Activity delays shall not automatically mean that an extension of the contract time is warranted or due the DBC. It is possible that a modification, change, or delay will not affect existing critical activities or cause non-critical activities to become critical. A modification, change, or delay may result in only absorbing a part of the available total float that may exist within an activity chain of the project schedule, thereby not causing any effect on the contract time. Time extensions will be granted in accordance with the terms of the contract.

3. Float: Float is not for the exclusive use or benefit of either the Government or the DBC. Extension of the contract time will be granted only to the extent the equitable time adjustments to the activity or activities affected by the modification, change, or delay exceeds the total (positive or zero) float of a critical activity (or path) and extends the contract completion date.

2.5 30% SUBMITTAL REQUIREMENTS

A. Accident Prevention Plan: Provide a hard copy of the completed plan. This plan should include drawings to identify public protection and worker protection measures. Reference Section 2.2.

B. Construction Plan: Provide hard copies of the completed plan. Reference Section 2.3. This plan should include at a minimum those items listed above.

C. Project Schedule: Provide hard copies of the completed Project Schedule as indicated in this document. Reference Section 2.4.

2.6 100% SUBMITTAL REQUIREMENTS

A. As-built modifications shall be made to the drawings provided. If paper copies are modified use legible printed lettering for notes. All electronic drawings generated as submittals shall be modified with As-built modifications using AutoCAD. Provide electronic copy of all AutoCAD generated drawings

## PART 3 PROJECT REQUIREMENTS AND SAFETY AND SECURITY SERVICES AND CONSTRUCTION SERVICES

3.1 Accomplish project as described below and as described in the construction drawings and specifications – Project No: PMIS 04200

A. SAFETY AND SECURITY SERVICES

1. Provide, as needed and as directed by the contracting officer, adjustments to the perimeter security fence or the visitor access safety fence.

2. Fabricate and install, as directed by the contracting officer, a maximum of 32 visitor safety/security signs on the perimeter of the Washington Monument Grounds.

3. Institute and maintain a security system that includes at a minimum; personnel security identification with the incumbent security clearances as defined by the USPP; on site security of the entrance and egress points with vehicle denial systems, as directed by the USPP.

4. Removal of the existing jersey barrier system to a site not more than 15 miles from the Monument, as directed by the contracting officer.

5. Development and installation of a security bollard system that is compatible with similar systems employed by the National Park Service in the Washington Metropolitan Area.

B. CONSTRUCTION SERVICES

1. Construct all elements contained in drawings and specifications, identified as NPS DWG #807-41032.

3.2 WORKING HOUR AND DATE RESTRICTIONS

A. The Memorial is opened to the public from 8:00 AM to midnight, 7 days per week, year round.

B. All construction activities shall take place between 6:30 AM and 3:30 PM. Construction and repair activities outside the hours of 6:30 AM to 3:30 PM must receive prior approval from the Contracting Officer.

C. No work shall occur on all Federal Holidays. Expect significant delays during the Cherry Blossom Festival (last week in March – first week in April), and the (2) weeks surrounding the 4th of July.

D. Truck traffic to the truck deliveries, removal of materials and supplies and heavy equipment arrivals and departure is not restricted to specific hours, provided no delays to traffic.

E. The National Park Service may schedule special activities at the memorial that require the contractor to suspend work activities. DBC will receive written notice 48 hours in advance of suspension of work from the Contracting Officer.

3.3 PUBLIC ACCESS TO PREMISES

A. The Washington Monument will remain open and unobstructed at all times during construction. Temporary barriers and protection shall be outlined in the Accident Prevention Plan, see Section 2.5.

B. The Contracting Officer may approve temporary or long term closures. Requests for temporary closures shall be received in writing 48 hours in advance of closure times requested.

3.4 PROTECTION OF PUBLIC

A. It shall be the DBC's responsibility to protect the public from any and all hazards due to the work. This shall include the erection of fences, barricades, and other warning and safety devices where necessary to ensure the public safety. Protection measures shall be outlined in the Accident Prevention Plan.

B. Erect and maintain barricades, lights, danger signals, and warning signs in accordance with MUTCD-1988.

C. Illuminate barricades and obstructions at night; keep safety lights burning from sunset to sunrise.

D. Cover pipes, hoses, and power lines crossing sidewalks and walkways.

E. Install barriers tapes where directed by the Contacting Officer and keep a minimum to two rolls on site at all times.

3.5 ACCIDENT PREVENTION

A. Accident Reporting: Reportable accidents, defined as death, occupational disease, traumatic injury to employees or the public, property damage by accident in excess of $100 and fires, must be reported within seven days. Complete form DI-134 and forward to the Contracting Officer.

B. Quality Assurance: Ensure that all employees are physically qualified to perform their assigned duties in a safe manner. Do not allow employees to work whose ability or alertness is impaired. Operators of all equipment shall be able to understand signs, signals and operating instructions, and be capable of operating such equipment.

C. Accident Prevention Products: Provide the following:

1. First aid facilities.
2. Personnel protective equipment: Meet requirements of NIOSH and MSHA.
3. Emergency instructions, including telephone numbers and reporting instruction for ambulance, physician, hospital, fire department and park police. Place in conspicuous locations at the work site.
4. Adequate egress at all times in accordance with the Life Safety Code (NFPA 101-00).
5. Hard hats for all employees and for up to 6 visitors. Designate and sign all hard hat area s.
6. Training: for first aid and hazardous material handling and storage.

D. Work Stoppages: The DBC shall plan, schedule, and execute the work to prevent stoppages at one area from stopping all work at the construction site.

3.6 LIMITATIONS TO USE OF PREMISES

A. DBC Parking: The DBC shall be permitted to park vehicles inside the Contractor Staging Area fencing and nowhere else on site.

3.7 DESIGN-BUILD CONTRACTORS USE OF PREMISES AND ACCESS

A. Smoking within the work area is not allowed. Smoking is only permitted in the contractors Staging Area.

B. Construction mobilization shall occur in the contractor staging area. Confine storage of materials to areas shown on approved plans.

C. No penetrations of existing architectural fabric will be allowed except where shown on the drawings. Provide temporary protection for any existing architectural fabric affected by construction to eliminate any chance of damage to existing structure. Should damage occur, repair to the satisfaction of the Contracting Officer and at no additional expense to the Government.

D. The DBC may provide an office for his own use. Size, location, and construction shall be shown on the Construction Plan at 30% submittals.

E. Construction access rules listed below will apply seven days per week as follows:

1. Site access for delivery and hauling shall be shown on a drawing in the DBC's Construction Plan submittal at 30%.

3.8 HAULING RESTRICTIONS AND CONSTRUCTION VEHICLE INSPECTION

A. Comply with all legal load restrictions in the hauling of materials to and from the site. Load restrictions on park roads are identical to the District of Columbia load restriction with such additional regulations as may be imposed the Park Superintendent.

B. Information regarding rules and regulations for vehicular traffic on park roads may be obtained from the office of the Park Superintendent. A special permit will not relieve DBC of liability for damage that may result from moving equipment.

3.9 TEMPORARY SERVICES

A. Sanitary Facilities: Provide sufficiently lighted and ventilated toilet facilities in weatherproof, sight proof, and sturdy enclosures. Provide separate facilities for men and women. Place in approved locations secluded from public observation and convenient to work stations. Maintain and clean toilet facilities at least weekly. Completely remove sanitary facilities when work is completed.

B. Water: Furnish cool, potable water for construction personnel in locations convenient to work.

C. Fire Protection Equipment:

1. Extinguisher: UL Class 2A, 2-1/2-gallon water type, stored-pressure extinguisher and UL Class 10, Type I, 15-pound B:C carbon dioxide extinguisher.

2. Vehicles and Equipment: Provide one extinguisher on each vehicle or piece of equipment.

3. A capable and qualified person shall be placed in charge of fire protection. The responsibilities shall include locating and maintaining fire protective equipment and establishing and maintaining safe torch cutting and welding procedures.

4. Hazard Control: Take all necessary precautions to prevent fire during construction. Do not store flammable or combustible liquids in existing structures. Provide adequate ventilation during use of volatile or noxious substances.

5. Spark Arresters: Equip all gasoline or diesel powered equipment used in potential forest or grass fire locations with spark arresters approved by the U. S. Forest Service. Written determinations of areas and periods of potential fire hazard will be issued by Contracting Officer.

6. Locate internal combustion equipment so that exhausts discharge well away from combustible materials.

7. Smoking: Smoking within buildings or temporary storage sheds is prohibited.

8. Welding: Cutting by torch or welding shall be performed only when adequate fire protection is provided.

D. Electricity And Lighting:

1. Provide temporary lighting and power service for site and construction field office to serve construction trades for duration of construction. Provide connections from existing facilities, sized to provide service required.

2. Conform to requirements of NFPA 70-1996 (NEC) Article 305. If DBC elects to provide ground fault protection through the assured equipment grounding conductor program, DBC shall promptly submit the results of all required tests to the Contracting Officer.

3. Provide PVC flexible conduit, at grade, for electrical cables serving temporary and construction trailers. Construct in such a manner so as not to be a barrier to the disabled. Meet any ADA requirements for thresholds.

4. Protect power lines crossing sidewalks and walkways with commercial conduit troughs in plastic or metal to protect wires on sidewalks and roadways. Construct in such a manner so as not to be a barrier to the disabled. Meet any ADA requirements for thresholds.

5. Provide sufficient lighting levels as required to suit particular locations and operations.

E. Heating And Ventilating:

1. Provide temporary ventilation for comfort and protection of workers, and for proper curing of installed materials.

2. Provide temporary heat as necessary to ensure suitable working conditions for construction operations, and as necessary for storage of products and materials.

3. Do not permit temperature to reach a level that will cause damage to work.

F. Telephone:

1. No telephone line is available on site for DBC use.

2. Provide protection for lines as indicated in D.4.of this section.

3. For hook-up, make arrangements with Telephone Company and pay the costs.

G. Water:

1. Arrange with the park and Contracting Officer for potable water and pay all costs. Make connections to existing facilities as approved by the Contracting Officer. Furnish cool, potable water for construction personnel in locations convenient to work stations.

3.10 EXISTING UTILITIES

A. DBC shall be responsible for locating all existing utilities and coordinating with utility companies.

B. Interruption Of Existing Utility Service: Notify Contracting Officer in writing at least 72 hours in advance of any shutdown of existing utility systems. The time of day for the shutdown shall be at the discretion of the Contracting Officer. Such shutdowns shall be planned and scheduled such that the period of time during which any existing building in the area is without utility service is minimized (4 hours maximum). Interruptions of existing utility service shall be minimized and anticipated shutdowns should be noted in the Construction Schedule.

C. Damage: The DBC shall be responsible for locating and preventing damage to known utilities. If damage occurs, contact the utility company and the contracting officer regarding damage to lines and equipment; repair utility no additional expense to the Government.

3.11 PROJECT CONDITIONS

A. Establish or locate an existing benchmark. Use only benchmarks approved by the Contracting Officer, as basis of measurements.

3.12 PROTECTION OF HISTORIC FABRIC

A. The structure associate in the work of this Contract is listed on the National Register of Historic Places and is a National Historic Landmark. All necessary precautions shall be taken to prevent damage to the structure.

B. Any materials removed from the Monument shall not be sold to the public.

C. Provide temporary barriers and protective covering, as required, or as directed by the Contracting Officer to provide adequate protection to the monument. Do not fasten ropes, guys or cables to the existing features.

3.13 TEMPORARY CONTROLS

A. Housekeeping: Keep project neat, orderly, and in a safe condition at all times. Keep work areas and staging areas clean of all construction debris as the work progresses and clean again at the end of each workday. Dispose of trash in containers located in the Staging Area or off-site.

B. Noise Abatement: Comply with local noise abatement ordinances. Excessively noisy portable radios and other equipment shall not be operated. Equip internal combustion engines and compressors with mufflers and reduce noise. Radios and other similar devices may not be played in the work or staging areas.

C. Dust Control: Minimize airborne dust during construction operations.

D. Snow and Ice Control:

1. Keep access to work areas, including parking areas, clear of snow and ice while work is in progress.

2. Take precautions against damage to materials stored and work installed in freezing weather.

3.14 CONSTRUCTION INSPECTION

A. Construction Inspection Reports: The DBC shall prepare weekly inspection reports and shall transmit them via e-mail to the COR and the park on a monthly basis (to be included with Request for Payment and kept on file in the job trailer). The weekly field report is to state in general and abbreviated terms, the amounts and types of work completed through the end of the report week for each project, number of modifications and cost of each, number of modifications pending with an estimate of cost, percentage of the contract completed, contract time used, and any difficulties with the construction.

B. Conference Calls: The DBC shall participate in telephone conference calls with the COR and other parties as necessary. The purpose of these calls is to update the COR and other project team members on the work progress, address outstanding project issues and coordinate upcoming work activities.

C. Daily Construction Reports: The DBC shall prepare daily reports, checking for accuracy and completeness. These will be kept on file at the job trailer. At the end of each week send all daily reports and testing reports via email to the COR. A copy of the daily report form is included at the end of the Project Requirements.

D. Photographs: Take photographs documenting construction progress and problems, such as capturing items that will not be seen later, etc. Send the COR a minimum of 10 digital photographs on a weekly basis of each work activity via e-mail in an approved format.

E. Construction Administration

1. DBC will assist NPS in evaluation and review of construction work to review test panels, mock-ups, necessary submissions, application procedures, and work progress in sufficient detail to determine compliance with items outlined by DBC .

2. DBC will document the contractor's procedures in a daily field report for those days that DBC is on site.

3.15 SITE RESTORATION AND CLEANING

A. Remove fencing and trailers. Remove all tools, equipment, surplus materials, and rubbish. Sweep paved areas; rake area around Staging Area. Sod or re-seed grass areas disturbed or damaged by staging area.

3.16 PROJECT CLOSE-OUT

A. Project Record Drawings: Maintain one complete full-size set of drawings Clearly mark changes, deletions, and additions using National Park Service drafting standards to show actual construction conditions. Keep record drawings current. Certification of accuracy and completeness will be required on monthly payment requisitions. On completion of the total project, submit complete record drawings. Include all shop drawings, sketches, and additional drawings that are to be included in a final set.

B. Substantial Completion and Final Inspection: Submit written certification that project, or designated portion of project, is substantially complete, and request in writing a final inspection. The Contracting Officer will make an inspection within 10 days of receipt of request. When work is determined to be substantially complete, the Contracting Officer will prepare a list of deficiencies ("Punch List") to be corrected before final acceptance. The Contracting Officer will issue a Letter of Substantial Completion. If work is not determined to be substantially complete, the Contracting Officer will notify the DBC in writing. After completing work, the DBC shall resubmit certification and request a new final inspection.

C. Acceptance of the Work: After all deficiencies have been corrected, the Contracting Officer will issue a Letter of Acceptance.

--- END OF PROJECT REQUIREMENTS ---