**Cleo Kimbembe**

---

**From:** Loren Raap
**Sent:** Wednesday, November 26, 2003 2:50 PM
**To:** Cleo Kimbembe
**Subject:** FW: Final Final Final Proposal

**Attachments:** WASHMONUMENTSITEWORKREVISED2.xls

-----Original Message-----
**From:** Loren Raap
**Sent:** Wednesday, November 26, 2003 10:43 AM
**To:** Lori Irish (E-mail); Mike Donnelly (E-mail)
**Subject:** Final Final Final Proposal

Here is the proposal integrated as you requested with enough deleneation for your funding appropriation needs. Call if you have questions.

WASHMONUMENTS
EWORKREVISED2.x

# TASK ORDER FOR SECURITY BARRIER INSTALLATION

TOTAL COST 13993216
SQUARE FOOTAGE 2613600
COST PER SF 5

11:58 AM

PROJECT: DESIGN/BUILD SECURITY IMPROVEMENTS
LOCATION: WASHINGTON MONUMENT
BID NO.: GWJV209

| COST CODE | DESCRIPTION | TOTAL MATERIAL | TOTAL LABOR | TOTAL SUBS | TOTAL RAW | QTY | UNIT | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| 01000 | GENERAL CONDITIONS | 106,050.00 | 444,287.32 | 14,000.00 | 564,337.32 | 14 | MONTHS | 40,309.81 |
| 02070 | | | | | 0.00 | | | #DIV/0! |
| 02085 | DESIGN COORDINATION (OLIN) | | | | 0.00 | | | #DIV/0! |
| 02090 | | | | | 0.00 | | | #DIV/0! |
| 02557 | | | | | 0.00 | | | #DIV/0! |
| 02742 | SITEWORK INC DEMO & UTILITIES | | | 3,185,864.00 | 3,185,864.00 | | | #DIV/0! |
| 02762 | TIDAL BASIN WET WELL | | | 98,500.00 | 98,500.00 | | | #DIV/0! |
| 02860 | IRRIGATION | | | 421,790.00 | 421,790.00 | | | #DIV/0! |
| 02950 | LANDSCAPE | | | 338,000.00 | 338,000.00 | | | #DIV/0! |
| 03300 | CONCRETE INC WALKS & STRUCTURES | | | 2,690,621.00 | 2,690,621.00 | | | #DIV/0! |
| 03450 | CONCRETE LIGHT VAULTS | | | 210,000.00 | 210,000.00 | | | #DIV/0! |
| 04200 | STONEWORK | | | 3,925,000.00 | 3,925,000.00 | | | #DIV/0! |
| 05120 | | | | | 0.00 | | | #DIV/0! |
| 06100 | | | | | 0.00 | | | #DIV/0! |
| 06200 | - Remove & Relocate 576 LF | | | 14,486.00 | 14,486.00 | | | #DIV/0! |
| 07270 | - Install 1677LF additional fence | | | 42,176.00 | 42,176.00 | | | #DIV/0! |
| 07600 | | | | | 0.00 | | | #DIV/0! |
| 07600 | Existing Jersey Barriers - Move to Offsite location | | | 3,634.00 | 3,634.00 | | | #DIV/0! |
| 07612 | - One time Move to an Off site location | | | | 0.00 | | | #DIV/0! |
| 07841 | within 10 miles of WAMO grounds | | | | 0.00 | | | #DIV/0! |
| 08110 | | | | | 0.00 | | | #DIV/0! |
| 08120 | Vehicle Denial system | | | | 0.00 | | | #DIV/0! |
| 08210 | - Electric operated Barriers (wedge); | | | 98,700.00 | 98,700.00 | | | #DIV/0! |
| 08331 | - One for each entrance (3 ) | | | | 0.00 | | | #DIV/0! |
| 08520 | | | | | 0.00 | | | #DIV/0! |
| 08710 | Site Security | | | | 0.00 | | | #DIV/0! |
| 08800 | - Security person @ main entry/exit gate(2) 15 Months | | | 70,800.00 | 70,800.00 | | | #DIV/0! |
| 09250 | - Badge system | | | 5,000.00 | 5,000.00 | | | #DIV/0! |
| 09310 | - Provide & Install 32 signs (as per NPS Design) | | | 9,600.00 | 9,600.00 | | | #DIV/0! |
| 09410 | | | | | 0.00 | | | #DIV/0! |
| 09500 | Hydraulic Bollard Unit Install | | | 162,771.00 | 162,771.00 | | | #DIV/0! |
| 09520 | - Hydraulic Pumping Unit | | | | 0.00 | | | #DIV/0! |
| 09651 | - SS Bollard | | | | 0.00 | | | #DIV/0! |
| 09680 | - 10" DIA K8/L1 Crash Rating (15000lbs traveling 40 mph) | | | | 0.00 | | | #DIV/0! |
| 09910 | | | | | 0.00 | | | #DIV/0! |
| 10100 | | | | | 0.00 | | | #DIV/0! |
| 10153 | | | | | 0.00 | | | #DIV/0! |
| 10201 | FIXTURES INC FLAGPOLES BICK RACKS,TRASH CANS | | 5,000.00 | 151,899.00 | 156,899.00 | | | #DIV/0! |
| 10400 | BOLLARDS | | | | 0.00 | | | #DIV/0! |
| 10522 | SIGNAGE | | | 104,652.00 | 104,652.00 | | | #DIV/0! |
| 10615 | | | | | 0.00 | | | #DIV/0! |
| 10652 | | | | | 0.00 | | | #DIV/0! |
| 10800 | | | | | 0.00 | | | #DIV/0! |
| 11132 | | | | | 0.00 | | | #DIV/0! |
| 12490 | | | | | 0.00 | | | #DIV/0! |
| 12491 | | | | | 0.00 | | | #DIV/0! |
| 13930 | | | | | 0.00 | | | #DIV/0! |
| 14225 | | | | | 0.00 | | | #DIV/0! |
| 15050 | | | | | 0.00 | | | #DIV/0! |
| 16050 | ELECTRICAL | | | 483,900.00 | 483,900.00 | | | #DIV/0! |

| | TOTAL MATERIAL | TOTAL LABOR | TOTAL SUBS | TOTAL RAW |
|---|---|---|---|---|
| RAW TOTALS.. | 106,050.00 | 449,287.32 | 12,031,393.00 | 12,586,730.32 |
| OVERHEAD.. | 4.00% | 4.00% | 4.00% | |
| | 4,242.00 | 17,971.49 | 481,255.72 | 503,469.21 |
| | 110,292.00 | 467,258.81 | 12,512,648.72 | 13,090,199.53 |
| PROFIT.. | 4.00% | 4.00% | 4.00% | |
| | 4,411.68 | 18,690.35 | 500,505.95 | 523,607.98 |
| | 114,703.68 | 485,949.17 | 13,013,154.67 | 13,613,807.51 |
| TAX .. | 0.00% | | | |
| | 0.00 | 0.75% | | 0.00 |
| BURDEN | | 39.00% | | |
| | 0.75% | 189,520.17 | 0.75% | |
| | | 675,469.34 | | 675,469.34 |
| SUBTOTALS.. | 114,703.68 | 675,469.34 | 13,013,154.67 | 13,803,327.69 |
| 3/4% INSURANCE | 860.28 | 5,066.02 | 97,598.66 | 103,524.96 |
| BOND.. | | | | 0.62% |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 86,363.24 |
| TOTAL | | | | | $13,993,215.96 |

| | |
|---|---|
| LUMP SUM BID | $12,966,139 |
| G & A @4% | $503,469 |
| PROFIT @4% | $523,608 |
| TOTAL BID | $13,993,216 |
| TOTAL P & O | $1,027,077 |

# WASHINGTON MONUMENT PHYSICAL SECURITY PROJECT

## 90% CONSTRUCTION DOCUMENTATION

November 25, 2003

NOT FOR CONSTRUCTION

SECTION 02920 - SOIL PREPARATION

PART 1- GENERAL

1.01 GENERAL REQUIREMENTS

A. Work of this Section, as shown or specified, shall be in accordance with the requirements of the Contract Documents.

1.02 SECTION INCLUDES

A. Work of this Section includes all labor, materials, equipment and services necessary to complete as indicated in the Drawings as specified herein, including but not limited to, the following:

1. Preparing planting soil mixes for planting areas and as indicated on the Drawings

2. Testing of both on site and off-site borrow soil and amendment materials for approved use in soil mixes.

3. Preparation of sub-grade, including verification and scarification of sub-grade prior to placement of planting soil mixes.

4. Placing planting soil mixes.

5. Protecting all planting soil mix stockpiles and mixes installations until Substantial Completion.

6. Supply and installation of erosion control material.

7. Protection of finished paving, light standards, utility or other finished work over the area of construction concurrent with any and all construction operations.

1.03 RELATED SECTIONS

A. Section 02230 - SITE PREPARATION

B. Section 02300 – EARTHWORK

C. Section 02810 – IRRIGATION SYSTEM

D. Section 02930 – LAWNS AND GRASSES

E. Section 02950 – EXTERIOR PLANTING

## 1.04 REFERENCES

A. ASTM: American Society for Testing and Materials

1. ASTM D422-63 Particle size distribution

2. ASTM D5084 Saturated Hydraulic Conductivity (performed on material compacted to 85% proctor)

3. Any other test criteria as specified or required by other references.

B. Agricultural Chemist: Qualified, experienced public or private soils testing laboratory, capable of providing test results as specified, and approved by Landscape Architect.

C. Association of Official Agricultural Chemists

## 1.05 QUALITY ASSURANCE

A. Qualifications:

1. Installation and maintenance foreman on the job shall be competent supervisor(s), experienced in soil installation and general landscape construction and maintenance. Perform work with personnel totally familiar with planting soil preparation and grass and planting installations under the supervision of the foreman. Notify Landscape Architect of the name and phone number of the foreman five (5) business days in advance of the first day of each phase of soil placement.

2. Agricultural Chemist: Experienced person or persons employed by public or private soils testing laboratory, qualified and capable of performing tests, making soil recommendations, and issuing reports as specified. Testing Laboratory and Agricultural Chemist shall be as approved by the Landscape Architect.

B. Pre-Installation Conferences: Person(s) responsible for soil preparation and mixes of this Section shall attend Pre-Installation Conference(s) to coordinate with work of other Sections. Refer to and comply with review and Conference criteria in Related Sections.

C. Arrange a pre-construction meeting between Landscape Architect, Contractor, and Civil Engineer. Such meeting shall seek to review the soil testing and soil work schedule, phasing, review of specifications and construction procedures. Inform

the Landscape Architect five (5) business days in advance of the scheduled meeting time.

D. Inspections and Testing:

1. Soil, organic amendments (leaf mold), and other material testing and planting soil mix testing required in this Section or additionally required by Landscape Architect shall be furnished and paid for by Contractor.

2. Landscape Architect reserves the right to take and analyze at any time such additional samples of materials as deemed necessary for verification of conformance to specification requirements. Contractor shall furnish samples for this purpose upon request and shall perform testing as requested.

## 1.06 SUBMITTALS

A. General: Make submittals in accordance with the provisions and procedures of the submittals section of the General Conditions, Division 1 Specifications..

1. Approval by the Landscape Architect of submitted product data, samples, test reports, and certificates, does not constitute final acceptance.

2. Submit product data and samples directly to Landscape Architect.

B. Product Data: Submit product literature or tear sheets giving name of product, manufacturer's name and compliance with specifications.

1. Organic matter: Include source, guaranteed analysis, and weight for packaged material.

2. Ground Limestone: Include guaranteed analysis, and weight for packaged material.

3. Fertilizer: Include guaranteed analysis.

4. Systemic Herbicide: Include complete information including manufacturer's recommendations for use.

5. Erosion Control Matting: Include complete information including manufacturers recommendations for use

C. Locations: Submit locations of material sources. Submit location of mixing sites, including off-site mixing of soil components.

D. Certifications: Submit with certificate names of materials and manufacturer.

1. Submit certified analysis for each soil treatment, amendment, and fertilizer material specified and as used. Include guaranteed analysis and weight for packaged materials.

E. Testing: Submit written statement from proposed agricultural chemist that required tests can be performed in accordance with the specifications, comply to all formats and classification specified herein.

F. Test Reports: Submit written reports of each sample tested. Each report must comply with the formats and classifications specified herein. Reports not providing like analysis format will be rejected. Each report shall include the following as a minimum and such other information required specific to material tested:

1. Date issued.

2. Project title and names of Contractor and supplier.

3. Testing laboratory name, address and telephone number, and name of laboratory inspector.

4. Date, place, and time of sampling or test, with record of temperature and weather conditions

5. Location of material stockpile or off site source

6. Type of test

7. Results of tests and interpretation of test results, including identification of deviations from acceptable ranges. Identify any toxic substance(s) harmful to plant growth or life.

8. Recommendations for soil additives, proportions, and methods for preparing soil for optimum lawn and planting conditions.

G. Samples (with product data if applicable):

| | | |
|---|---|---|
| 1. | Sand: | One 3 lb bag. |
| 2. | Sandy Loam: | One 3 lb bag. |
| 3. | Each Planting Soil Mix specified: | One 3 lb bag. |

4. Organic Amendment: One 3 lb bag.

5. Ground Limestone: One 3 lb bag.

6. Each Planting Soil Mix type specified: One 3 lb bag.

7. Erosion Control Matting for planting areas: One 12" x 12" sample

8. Stakes for use with Erosion Control Matting: One Sample

9. Filter Fabric: One 12" x 12" minimum

10. Moisture Retention Mat: One 12" x 12" minimum

H. Statement(s) of Qualifications: Submit within 45 days of notice to proceed to confirm qualifications as specified in Article 1.6, herein.

I. Schedule and Protection Plan: Submit a detailed plan for scheduling and sequencing of all contract work and for protection of stockpiled materials, prepared or placed soil mixes, and other completed work including coordination with contractors requiring access through the site.

1. Indicate with schedules and plans the utilization of soil mix, protection measures for planter elements of waterproofing, and drainage layers.

2. Indicate with schedules and plans the utilization of finished work protection measures and concurrent construction operations through substantial completion.

## 1.07 DELIVERY, STORAGE AND HANDLING

A. Packaged Materials: Deliver packaged materials to the location where soils are to be mixed, in unopened bags or containers, each bearing the name, guarantee, and trademark of the producer, material composition, and manufacturer's certified analysis, and the weight of the material. Retain one of each package for the Landscape Architect to review.

B. Soil or amendment materials stored on site temporarily in stockpiles prior to placement shall be protected from intrusion of contaminants and erosion. All temporary storage means and methods shall be approved by the Landscape Architect.

C. After mixing, soil materials shall be covered with Moisture Retention Mat until time of actual use. Heights of soil piles should not exceed 4' high.

## 1.08 REGULATORY REQUIREMENTS

A. Comply with all rules, regulations, laws and ordinances of local, state and federal authorities having jurisdiction. Provide labor, materials, equipment and services necessary to make Work comply with such requirements without additional cost to Owner.

B. Investigate the conditions of public thoroughfares and roads as to availability, clearances, loads, limits, restrictions, and other limitations affecting transportation to and ingress and egress at the site. Conform to all governmental regulations regarding the transportation of materials.

C. Procure and pay for permits and licenses required for Work.

## 1.09 PROJECT CONDITIONS

A. Environmental Requirements: Perform soil work only during suitable weather conditions. Do not disc, roto-till or work soil when frozen, excessively wet, or in otherwise unsatisfactory condition. Planting soil shall not be handled, hauled or placed during rain or wet weather or when wet near or above field capacity.

B. Existing Conditions

1. Carefully examine the contract documents and site before submitting a bid. Be informed as to the nature and location of the Work, general and local conditions including climate, adjacent properties and utilities, conformation of the ground, the nature of surface and subsurface conditions, the character of equipment and facilities needed prior to and during execution of the Work.

2. Should the Contractor, in the course of Work, find any discrepancies between Drawings and physical conditions or any omissions or errors in Drawings, or in layout as furnished by the Landscape Architect, it will be the Contractor's duty to inform the Landscape Architect immediately in writing for clarification. Work done after such discovery, unless authorized by the Landscape Architect, shall be done at the Contractor's risk.

## 1.01 EXAMINATION OF SITE AND DOCUMENTS

A. Existing conditions:

1. Carefully examine the site before submitting a bid. Be informed as to the nature and location of the Work, general and local conditions including climate, adjacent properties and utilities, conformation of the ground, the

nature of subsurface conditions, the character of equipment and facilities needed prior to and during execution of the Work.

a. Be aware of and comply with restrictions regarding subsurface utilities and subterranean structures, including excavation and loading parameters

2. Should the Contractor, in the course of Work, find any discrepancies between Drawings and physical conditions or any omissions or errors in Drawings, or in layout as furnished by the Contracting Officer, it will be his duty to inform the Landscape Architect immediately in writing for clarification. Work done after such discovery, unless authorized by the Contracting Officer, shall be done at the Contractor's risk.

## 1.02 SEQUENCING AND SCHEDULING

A. Coordinate Work of this Section with Work of all other Sections of Specifications.

B. Sequence work of soil mix placement to allow for adequate settlement and redressing prior to installation of plant material.

C. Coordinate earthwork, soil preparation and seeding work. Do not allow planting soil mix to be exposed for longer than seven (7) days without temporary or permanent cover, or other erosion control cover.

## 1.03 GUARANTEE

A. Obtain in the Owner's name the standard written manufacturer's guarantee of all materials furnished under this Section from the manufacturer's published product data. All these guarantees shall be in addition to, and not in lieu of, other liabilities, which the Contractor may have by law or other provisions of the Contract Documents.

## PART 2 – PRODUCTS

## 2.01 PLANTING SOIL MIX MATERIALS

A. General:

1. All planting soil mix materials shall fulfill the requirements for new planting soil mixes as specified.

2. Samples of individual components of planting soil mixes and also blended planting soil mixes shall be submitted by the Contractor for testing and

analysis to the approved testing laboratory. Comply with specific material requirements specified.

a. No base component material for planting soil mix shall be used until certified test reports by an agricultural chemist have been received and approved by Landscape Architect.

b. As necessary, make any and all soil mix amendments and resubmit test reports indicating amendments until approved.

3. Landscape Architect may request additional testing by Contractor for confirmation of mix quality at any time until completion.

B. Topsoil "A" - Base Component Material to be used as topsoil in areas shown on plan.

1. Base Component Material shall be a mix of Sand and Sandy Loam. Base component materials shall not be site salvaged and must be off-site borrow material.

2. Base Component Material shall be mixed by volume with two (2) parts Sandy Loam to five (5) parts Sand. The mix may need to be adjusted to reflect any slight variation of soils. The Landscape Architect must approve any and all modifications involving alternates.

3. Test Base Component Materials, both individual components and mixed materials, for compliance with material specifications. These text criteria and results, when approved, shall establish the standard to which all subsequent Base Component Material tests must conform.

4. Prior to mixing Base Component Material with organic amendment (leaf mold), have one (1) composite sample tested from each 500 c.y. of material intended for use in soil mixes of lawn, and planting work.

a. Base Component Material shall meet specified requirements. The only allowable amendments to the Base Component Material will be for adjustment of nutrient levels and then only by means established by these specifications.

b. Perform the following tests and submit test reports. Failure to include any of the criteria stated below will be sufficient cause for rejection of the test reports.

1.) Particle size analysis/distribution as defined below as well as with a hydrometer method

2.) Fertility analysis (pH, soluble salt content, nitrate, phosphate, potassium, calcium and magnesium and trace nutrients)

3.) Organic matter content (% lost by combustion of an oven-dry sample)

4.) Toxic substance content, and heavy metal content that is detrimental to plant growth or life.

5.) Material drainage rate

5. Material Requirements, Sand;

a. Physical Analysis (Soil Texture):

| Sieve Size | % Passing | % Retained | Dimension Class |
|---|---|---|---|
| 1" | 100 | 0 | Gravel |
| ¼" | 97-100 | 0-3 | Fine Gravel |
| # 10 | 95-100 | 0-5 | Very Coarse Sand |
| # 20 | 95-80 | 0-15 | Coarse Sand |
| # 40 | 55-80 | 0-25 | Coarse Sand |
| # 60 | 35-55 | 0-20 | Medium Sand |
| # 80 | 15-35 | 0-20 | Fine Sand |
| #100 | 5-15 | 0-10 | Very Fine Sand |
| #200 | 2-10 | 0-8 | Very Fine Sand |
| Pan | 0 | 0-2 | Silt/Clay |

b. Test results must be submitted for per-cent (%) retained as well as for per-cent (%) passing for all sieve sizes. Failure to include any of the aforementioned criteria will be cause for rejection of the test report.

c. Chemical Analysis:

1.) Organic matter content (% lost by combustion of an oven-dry sample) Total content shall be within the range of 0 to 2%.

2.) Soil reaction (pH): 6.0 - 7.0

3.) Soluble salt content (Conductivity) - Less than 0.5 mmhos/cm for a 1:2 soil to water ratio. Wash sand if required to meet salt content specification.

4.) Toxic substance content harmful to plant growth

d. Material Drainage: A rate of 65 to 85% of the total volume of water within 3 minutes. Soil should be saturated prior to conducting test.

6. Material Requirements, Sandy Loam:

a. Physical Analysis (Soil Texture)

| Sieve Size | % Passing | % Retained | Dimension Class |
|---|---|---|---|
| 1" | 100 | 0 | Gravel |
| ¼" | 97-100 | 0-3 | Fine Gravel |
| # 10 | 95-100 | 0-5 | Very Coarse Sand |
| # 20 | 95-75 | 5-20 | Coarse Sand |
| # 40 | 55-75 | 5-25 | Coarse Sand |
| # 60 | 30-55 | 5-25 | Medium Sand |
| # 80 | 15-35 | 5-25 | Fine Sand |
| #100 | 10-25 | 5-20 | Very Fine Sand |
| #200 | 10-20 | 5-18 | Very Fine Sand |
| Pan | 0 | 5-15 | Silt/Clay |

b. Test results must be submitted for per-cent (%) retained as well as for per-cent (%) passing for all sieve sizes. Failure to include any of the aforementioned criteria will be cause for rejection of the test report.

c. Chemical Analysis:

1.) Organic matter content (% lost by combustion of an oven-dry sample)

2.) Total content shall be within the range of 3 to 4%

3.) Soil reaction (pH): 6.0 - 7.0

4.) Soluble salt content (Conductivity) - Less than 3.1 mmhos/cm for a 1:2 soil to water ratio

5.) Toxic substance content harmful to plant growth

d. Hydrometer Testing:

1.) Sand – 60-72%

2.) Silt – 15-23%

3.) Clay – 8-13%

7. Base Component Material Requirements for Sand and Sandy Loam Base Mixture: Combination of Sand and Sandy Loam material shall substantially conform to the following:

a. Physical Analysis (Soil Texture):

| Sieve Size | % Passing | % Retained | Dimension Class |
|---|---|---|---|
| 1" | 97 - 100 | 0 – 3.0 | Gravel |
| ¼" | 95 - 97 | 0 – 4.0 | Fine Gravel |
| # 10 | 90 - 95 | 0 – 5.0 | Very Coarse Sand |
| # 20 | 80 - 92 | 0 – 12.0 | Coarse Sand |
| # 40 | 42 - 48 | 32.0 – 42.0 | Coarse Sand |
| # 60 | 15 - 45 | 8.0 – 30.0 | Medium Sand |
| # 80 | 9 - 18 | 6.0 – 18.0 | Fine Sand |
| #100 | 6 - 12 | 3.0 – 12.0 | Very Fine Sand |
| #200 | 3.2 - 5 | 3.0 – 6.0 | Very Fine Sand |
| Pan | 0 | 0 – 3.0 | Silt/Clay |

b. Chemical Analysis:

1.) Organic matter content (% lost by combustion of an oven-dry sample): 0-2%

2.) Soil reaction (pH): 6.0 - 7.0

3.) Soluble salt content (Conductivity): 4 mmhos/cm.

c. Hydrometer Testing:

1.) Sand – 80-85%

2.) Silt – 8-12%

3.) Clay – 3-6%

d. Percolation: 48-60% passing in 2 minutes, 40-52% retained.

8. Before base component material is used for mixing with amendments, handle and pile Base Component Material in the following manner:

a. Homogenize to make a uniform mix, free of subsoil lenses and other irregularities.

b. Aerate the base component material to make a friable planting medium.

c. Separate out and remove all clay lumps, stones, stocks, roots, and other debris.

B. Topsoil "B" – Amended Native Soil

1. Amended Native Soil Material shall be a mix of Native Soil, Sand and Organic Matter.

2. Native Soil Material shall be mixed by volume at an appropriate rate to achieve a mixture that is 82% to 86& sand. A suitable compost can be mixed with the prepared soil to get desired ranges of organic matter. The mix may need to be adjusted to reflect any slight variation of soils. The Landscape Architect must approve any and all modifications involving alternates.

3. Test Native Soil Material and both individual components and mixed materials, for compliance with material specifications. These text criteria and results, when approved, shall establish the standard to which all subsequent Native Soil Material tests must conform.

4. Prior to mixing Native Soil Material with sand and with organic amendment (leaf mold), have one (1) composite sample tested from each 500 c.y. of material intended for use in soil mixes of lawn, and planting work.

a. Native Soil Material shall meet specified requirements. The only allowable amendments to the Native Soil Material will be for adjustment of nutrient levels and then only by means established by these specifications.

b. Perform the following tests and submit test reports. Failure to include any of the criteria stated below will be sufficient cause for rejection of the test reports.

1.) Particle size analysis/distribution as defined below as well as with a hydrometer method

2.) Fertility analysis (pH, soluble salts, nitrate, phosphate, potassium, calcium and magnesium and trace nutrients)

3.) Organic matter content (% lost by combustion of an oven-dry sample)

4.) Toxic substance content and heavy metal content that is detrimental to plant growth.

5.) Material drainage rate

5. Material Requirements, Sand;

a. Physical Analysis (Soil Texture):

| Sieve Size | % Passing | % Retained | Dimension Class |
|---|---|---|---|
| ¼"- #10 | 0-15 | 85 | Fine Gravel |
| # 20 - #80 | 100-85 | 0-15 | Coarse Sand |
| #100 - Pan | 0-3 | 0-97 | Very Fine Sand |

b. Test results must be submitted for per-cent (%) retained as well as for per-cent (%) passing for all sieve sizes. Failure to include any of the aforementioned criteria will be cause for rejection of the test report.

c. Chemical Analysis:

1.) Organic matter content (% lost by combustion of an oven-dry sample) Total content shall be within the range of 0 to 2%.

2.) Soil reaction (pH): 6.0 - 7.0

3.) Soluble salt content (Conductivity) - Less than 0.5 mmhos/cm for a 1:2 soil to water ratio. Wash sand if required to meet salt content specification.

4.) Toxic substance content harmful to plant growth

d. Material Drainage: A rate of 65 to 85% of the total volume of water within 3 minutes. Soil should be saturated prior to conducting test.

7. Material Requirements for Native Soil and Sand and Organic Material Mixture: The combination shall substantially conform to the following:

a. Physical Analysis (Soil Texture): 82-86% Sand and 18-14% Silt and Clay.

b. Chemical Analysis:

1.) Organic matter content (% lost by combustion of an oven-dry sample): 5-7% for lawn areas and 10-12% for planting areas.

2.) Soil reaction (pH): 6.0 - 7.0

3.) Soluble salt content (Conductivity): 4 mmhos/cm.

c. Hydrometer Testing:

1.) Sand – 82-86%

2.) Silt – 11-12%

3.) Clay – 3-6%

d. Percolation: 48-60% passing in 2 minutes, 40-52% retained.

8. Before base component material is used for mixing with amendments, handle and pile Base Component Material in the following manner:

a. Homogenize to make a uniform mix, free of subsoil lenses and other irregularities.

b. Aerate the base component material to make a friable planting medium.

c. Separate out and remove all clay lumps, stones, stocks, roots, and other debris.

C. Organic Amendment Material

1. Leaf Mold/Compost: Shredded leaf litter, composted for a minimum of one year (12 months) and tested to confirm the following characteristics:

   a. The leaf mold must be free of debris such as plastic fragments, glass, and metal fragments.

   b. The leaf mold must be free of stones larger than 1/2", large branches, and large roots.

   c. Woodchips over 1" in length or diameter should be removed by screening.

   d. The leaf mold should have a pH value measured as a 1: 5 dilute in the range from 6.5 - 7.2.

   e. The soluble salts measurement (Electric Conductivity) should not exceed 0.5 mmhos/cm measured as a 1: 5 dilute.

   f. The organic matter content should be from 60 - 90% by weight.

   g. The carbon/nitrogen ratio should fall between 12: 1 and 25: 1.

   h. Heavy metal content not to exceed (less than) the following indicated

| Element | Acetate Extract | HCL Extract |
|---|---|---|
| Iron | 2.0 ppm | 10 ppm |
| Manganese | 1.0 ppm | 15.4 ppm |
| Molybdenum | 0.4 ppm | 0.8 ppm |
| Zinc | 0.2 ppm | 4.4 ppm |
| Aluminum | 0.2 ppm | 15 ppm |
| Boron | 1.1 ppm | 1.7 ppm |
| Copper | 0.2 ppm | 10 ppm |
| Lead | 01 ppm | 0.4 ppm |
| Selenium | None | 0.4 ppm |
| Mercury | None | None |
| Chromium | None | None |
| Cadmium | None | 0.02 ppm |
| Nickel | None | 0.04 ppm |
| Cobalt | None | 0.05 ppm |

None = none detected = below detection limits of 0.01 ppm.

2. Test leaf mold material.

a. For compliance with material specifications including organic matter, pH, and heavy metal content. Have one (1) composite sample tested for each new source of supply, each variable pile within each source of supply, and each 500 c.y. of material or as directed by Landscape Architect. Submit analysis to Landscape Architect for approval.

C. Organic Amendment Material

1. Leaf Mold/Compost: Shredded leaf litter, composted for a minimum of one year (12 months) and tested to confirm the following characteristics:

a. The leaf mold must be free of debris such as plastic fragments, glass, and metal fragments.

b. The leaf mold must be free of stones larger than 1/2", large branches, and large roots.

c. Woodchips over 1" in length or diameter should be removed by screening.

d. The leaf mold should have a pH value measured as a 1: 5 dilute in the range from 6.5 - 7.2.

e. The soluble salts measurement (Electric Conductivity) should not exceed 0.5 mmhos/cm measured as a 1: 5 dilute.

f. The organic matter content should be from 60 - 90% by weight.

g. The carbon/nitrogen ratio should fall between 12: 1 and 25: 1.

h. Heavy metal content not to exceed (less than) the following indicated

| Element | Acetate Extract | HCL Extract |
|---|---|---|
| Iron | 2.0 ppm | 10 ppm |
| Manganese | 1.0 ppm | 15.4 ppm |
| Molybdenum | 0.4 ppm | 0.8 ppm |
| Zinc | 0.2 ppm | 4.4 ppm |
| Aluminum | 0.2 ppm | 15 ppm |
| Boron | 1.1 ppm | 1.7 ppm |
| Copper | 0.2 ppm | 10 ppm |
| Lead | 01 ppm | 0.4 ppm |
| Selenium | None | 0.4 ppm |
| Mercury | None | None |

| | | |
|---|---|---|
| Chromium | None | None |
| Cadmium | None | 0.02 ppm |
| Nickel | None | 0.04 ppm |
| Cobalt | None | 0.05 ppm |

None = none detected = below detection limits of 0.01 ppm.

2. Test leaf mold material.

   a. For compliance with material specifications including organic matter, pH, and heavy metal content. Have one (1) composite sample tested for each new source of supply, each variable pile within each source of supply, and each 500 c.y. of material or as directed by Landscape Architect. Submit analysis to Landscape Architect for approval.

## 2.02 SOIL AMENDMENT MATERIAL AND MISCELLANEOUS MATERIAL

A. Herbicides: For possible use if there is seed germination on-site after subgrade placement prior to planting mix installation or after subsequent plant soil mix installation. Under no circumstances are materials to be applied without specific instruction from Landscape Architect.

   1. Herbicides shall be approved before use for type and rate of application by the Architect and by local and state agencies with jurisdiction.

   2. Emergent: Roundup, as manufactured by Monsanto Agricultural Products Company, C3NJ, St. Louis, MO 63166, or an approved biodegradable equal.

B. Ground Limestone: Ground Limestone as a soil amendment material will only be used pending results of the analysis.

   1. Provide a Ground Agricultural Limestone with a minimum of 88% of calcium and magnesium carbonates.

   2. Ground Limestone material shall have a total 100% passing the 10-mesh sieve, minimum of 90% passing the 20 mesh sieve, and a minimum of 60% passing the 100 mesh sieve.

C. Dry/Solid Humic Acid:

   1. "Dry Feed-Back" as manufactured by Wilma's Earth Restoration, 75 Doggett Street, New Haven, CT 06519, or approved certified equal.

D. Filter Fabric:

1. Provide a heavy-duty woven geotextiles fabric of polypropylene fibers, Filterweave 700 by Mirafi, or approved equal.

E. Moisture Retention Mat:

1. Provide Moisture Retention Mat SSM 45 composed of high-quality, recycled, non-rotting, polypropylene fibers, stitched through a polyethylene sheet carrier as manufactured by American Hydro-tech, Inc. or approved equal.

## 2.03 PLANTING SOIL MIXES

A. Adequate quantities of mixed planting soil materials shall be provided to attain, after compaction and natural settlement, all design finish grades.

B. Uniformly mix ingredients as specified for each Mix Type (Base Component Material, Native Soil, Organic Amendment, and other ingredients deemed to be necessary as a result of testing) by windrowing/tilling on an approved hard surface area. Organic amendment material shall be maintained moist, not wet, during mixing.

1. Mixing of Amendments: Add Organic Amendment and other ingredients deemed necessary, in proportions as specified and as confirmed by testing. Other amendments shall not be added unless approved to extent and quantity by Architect and Owner's Representative and additional tests have been conducted to verify type and quantity of amendment is acceptable.

C. Testing of Plant Mixes:

1. Perform initial tests to confirm compliance with base material and mix specifications. These test results, when approved, will establish the standard to which all other test results must conform.

2. Follow-up Testing: Have one (1) composite sample tested prior to delivery and upon arrival to the site from each 500 c.y. of material or as required by Owner's Representative intended for use in each type of lawn and plant mix to include the following:

a. Sieve Analysis: Use sieve sizes as specified for Base Component Material.

b. Composition Analysis: Use the hydrometer method and classify the soil.

c. Nutrient Analysis:

1.) Have nutrient levels (nitrate nitrogen, phosphate, potassium, magnesium, calcium, ammonium, iron, and manganese) tested, and request testing laboratory recommendations for additional fertilizer requirements at both lawn and all plant areas if nutrient levels are below minimum.

2.) Nutrient deficiencies in soils of plant areas shall be corrected at time of installation.

3.) Nutrient deficiencies in soils of lawn areas shall be corrected both at time of lawn installations and during maintenance period as specified.

d. Test organic matter, pH, soluble salts, and percolation.

e. Toxic Substance content

f. Cation exchange capacity.

D. Soil Mix Types: Provide the following planting soil mix types for the locations indicated. Percentages of components, unless otherwise noted, will be established upon completion of individual test results for components of the various mixes.

E. The soil mixes and the proportion of Base Component Material and Organic Amendment to be used will depend on the percent (%) of organic matter content in each component. The controlling factor will be the per-cent (%) organic amendment material as specified for each mix. Note that per-cent (%) by volume of components will be, in large part, determined by the leaf mold. Specifically, the bulk density reading of the leaf mold will directly impact the organic matter readings that have been specified for each mix.

F. All mixes are percentages by volume unless noted otherwise:

1. Planting Soil Mix "A":

a. Planting Soil Mix "A" shall be used for lawn at the planting areas as indicated in the drawings.

b. Provide a mixture of approved materials in the following proportions:

1.) Base Component Material 55-95%

2.) Organic Amendment 5-45%

c. Goal for percent (%) of Organic Material in Mix 6-8% (dry weight)

2. Planting Soil Mix "B"

a. Planting Soil Mix "B" shall be used for regular trees, shrubs, and groundcovers as indicated in the drawings.

b. Provide a mixture of approved materials in the following proportions:

1.) Amended Native Soil Material 88-90%

2.) Organic Amendment 10-12%

3. Planting Soil Mix "C"

a. Planting Soil Mix "C" shall be used for lawn areas as indicated in the drawings.

b. Provide a mixture of approved materials in the following proportions:

1.) Amended Native Soil Material 93-95%

2.) Organic Amendment 5-7%

E. Humic Acid:

1. Add Solid Humic Acid at a rate of 4 lbs /cu.yd. for all soil mixes.

F. Stockpiling:

1. Stockpiling on-site, off-site and at source should be restricted to no more than the needs of what can be used in a 24-hr. period. Install the mix within 48 hours of mixing. Stockpiles should be no more than four feet (4') in height to prevent anaerobic conditions within the pile(s). Stockpiles shall be sheltered from weather to prevent excessive water absorption and blowing by winds.

## 2.04 EROSION CONTROL MATERIAL

A. Erosion Control Matting:

1. Erosion control mat shall be 100% coconut matrix stitch bonded with biodegradable thread between two natural fiber nets. Netting shall be C125BN manufactured by North American Green, Inc. or approved equal.

B. Stakes for use with Erosion Control Matting:

1. Stake to anchor the Erosion Control Matting shall be biodegradable corn-based polymer stake or non-pressure treated wood. Stake shall be at least 14" long, 1.25" wide head, Bio-STAKE manufactured by North American Green, Inc. or approved equal.

## PART 3 - EXECUTION

### 3.01 VERIFICATIONS

A. Prior to construction and soil placement operations at planting, meadow and lawn areas, ascertain the location of all electric cables, conduits, underdrainage systems, insulation, waterproofing, and utility lines. Take proper precautions so as not to disturb or damage sub-surface elements. Contractor failing to take these precautions shall be responsible for making requisite repairs to damaged utilities at Contractor's own expense.

B. Verify that required subsurface utilities are available, in proper location, and ready for use. Coordinate with other trades.

C. Verify that all work requiring access through or adjacent to areas where plant mixes are to be placed has been completed and no further access will be required. In the event that access will be required, this must be coordinated with the General Contractor and Owner's Representative.

### 3.02 SUBSURFACE PREPARATION

A. Prior to placing and spreading plant mix soils, establish adequate means of establishing and verifying sub-grade and finish grade elevations.

B. Verify that all lightweight fill and geo-textile fabric materials above roof or planter structure have been installed and secured in proper locations.

1. Clean up subsurface and dispose of all debris and garbage prior to inspection and installation.

C. Verify that all waterproofing work above roof or planter structure is complete and has been installed in proper locations.

1. Verify that the waterproofing systems are in place and functioning correctly and have been tested and accepted by the Project Engineers before proceeding with work.

2. Verify that all drainage mat materials and protection board materials are in place before proceeding with work.

3. Verify that all drainage systems are in place and functioning correctly and have been tested and accepted by the Civil Engineer before proceeding with work.

D. Any soils polluted by gasoline, oil, plaster, construction debris, unacceptable soils, or other substances that would render soils unsuitable for proper lawn or plant growth shall be removed from the premises whether or not such pollution occurs or exists prior to or during the Contract period. All remedial operations associated with soil mixes and controlled fill shall be reviewed and approved by the Landscape Architect.

E. Any soils that have been compacted due to the construction shall be ripped prior to the placement of any soil mixes. The Contractor shall request an inspection by the Landscape Architect prior to the placement of any soil mixes.

## 3.03 PLANTING MIX AMENDMENTS

A. Planting Mixture for planters and plant backfill shall be of the type(s) indicated in accordance with the planting plans and details, and shall be pre-mixed and placed as specified.

B. Bring to pH levels of 6.0 (minimum) to 7.5 for non-ericaceous plants and 4.8 to 5.5 for ericaceous plants. PH shall be verified by testing.

C. Lower pH by using a elemental sulfur product. Peat moss or copper sulfate may not be used to lower pH.

D. All amendments shall be thoroughly incorporated into the mixture to assure uniform distribution. Delay mixing of fertilizers if planting will not follow within a few days.

## 3.04 LAWN MIX AMENDMENTS

A. Applying Fertilizer: Apply commercial fertilizer and work thoroughly into the lawn mix within one week before sodding or seeding, at the rate determined by soil text results, or at the rate of one pound (1lb.) of nitrogen per thousand square feet. Harrow into the top two (2) inches of sod bed.

B. Applying Limestone: Apply limestone to bring the pH to range of 6.5 to 7.0, at a rate determined by the soil test results.

## 3.05 PLACING PLANTING SOIL

A. Remove all large clods, lumps, brush, roots, stumps, litter, and other foreign material and stones one-half inch (1/2") in diameter or larger. Dispose of removed material legally off-site.

B. Do not place a muddy or wet soil mix.

C. Place and spread planting soil mix of the type specified over approved subsurface to a depth sufficiently greater than the depth required for planting areas so that after natural settlement, misting or light rolling, as previously approved by Landscape Architect. The completed work will conform to the lines, grades, and elevations shown or otherwise indicated.

1. For general planting areas:

a. Finished planting soil grade shall be as indicated on drawings as measured in place in a settled position.

b. Place soil lightly in layers to specified finished grade in lifts. The lifts are not to exceed a maximum of twelve inches (12"). Very carefully settle soils to eliminate air pockets and to minimize future settling. Lightly scarify previously placed surfaces prior to placing subsequent lifts. Proposed method of settlement shall be as previously approved by Owner's Representative and Landscape Architect. Method may include, but is not limited to, natural settlement over an approved period of time or light hand tamp and light water misting of each layer.

c. After natural settlement has occurred, add soil to maintain finished grades. If for any reason soil is left exposed for a longer duration prior to planting than as specified in Section 1.02, subsection C, add soil and re-grade as required. Soil shall not be so compacted in any way to restrict the flow of water or air through the soil.

d. Compaction Rate not to exceed 85% Proctor (ASTM D-698).

2. For lawn areas:

a. Required planting soil depths shall be as indicated in the planting details and to the specified finished grade as measured in place in a settled position.

b. Place soil lightly in layers to specified finished grade in lifts. The lifts are not to exceed a maximum of twelve inches (12"). Very carefully settle the soil to eliminate air pockets and minimize settlement. Lightly scarify previously placed surfaces prior to placing subsequent lifts. Soil shall not be so compacted as to restrict the flow of air or water through the soil as previously specified.

c. Roll the whole surface of lawn area with a hand roller weighing approximately on hundred pounds (100lb.) per foot (12") of roller width. During the rolling, fill all depressions caused by settlement with additional planting soil and then re-grade. Lightly roll and rake until the surface presents a smooth, even, and uniform finish that is at required grade.

d. Allow soil mix lawn areas to remain undisturbed until fully settled in accordance with settlement methodology submitted as approved by Architect. After any additional settlement has occurred, restore areas to finished grade prior to seeding.

e. Protect soil mix against construction activity with snow fencing and the eroding effects of wind and rain with filter fabric as approved for the protection plan.

D. Protect all area drains and planting under drains from clogging by planting soil materials.

E. Protect the soil from compaction after placement. Any area, which becomes compacted, shall be tilled to a depth of six (6") inches. Any uneven or settled areas shall be filled and re-graded to the plan.

F. Grading Tolerances: Planting areas shall be fine graded within ±1/10 (0.10) feet of grades indicated on drawings. Maintain all "flat" areas and slopes to allow free flow of surface drainage without ponding.

G. Install erosion control netting, as shown on Drawings. Install and anchor per manufacturer's recommendations.

## 3.06 DISPOSAL AND CLEANUP

A. Legally dispose of off-site all refuse and debris from these operations. Do not dump or burn materials on site.

B. Maintain the site in an orderly condition during the progress of the Work. Continuously and promptly remove excess waste materials; keep lawn areas, walks and roads clear. Store materials and equipment where directed. Promptly remove equipment, surplus materials and debris and trash resulting from operations under this Contract upon completion and prior to initial acceptance of Work. Leave the site in a neat, "broom clean" condition.

END OF SECTION 02920

OLIN PARTNERSHIP

# Memorandum

**To:** Mike Giller
**Through:** Steve Lorenzetti
**From:** Rob DeFeo, Sean Kennealy, Alice McLarty, Martha Ellis, Mark White
**Date:** March 23, 2005

**Project:** Washington Monument
Physical Security Project
**Re:** Turf Establishment Recommendations

Below is a summary of best practices for turf establishment at this site. These practices are an option in the contract documents and will be more successful than hydroseeding, which is another option. The summary below assumes that we will establish turf in two ways per contract documents: solid sod placed in the irrigated areas and seed placed in the non-irrigated areas.

## Best Practices

Soil
Same type for both seed and sod areas: 60 - 65% sand, 10 - 15% silt and 10 - 15% clay.

Type of grass
Same for both areas: 80% Turf Type Tall Fescue, 10% Perennial Rye, 10% Kentucky Bluegrass

Bed Preparation - Same for both areas: This is the most important aspect of the turf establishment process.
Aerate the existing soil twice (two passes at 90 degrees from each other) with a rolling tine, 9 inches into the existing soil.
Install topsoil.
Aerate twice (two passes at 90 degrees from each other) with a rolling tine.
Fine grade with a York rake.

Install Grass
After preparing the bed in areas to receive sod – Apply fertilizer, install sod and roll. Fence the area to protect it. Follow watering protocol using new irrigation system.

After preparing the bed in areas to receive seed – Power seed* twice (two passes at 90 degrees from each other), follow with one broadcast application of the seed mix. Apply fertilizer. Fence the area to protect it. *By power seed we mean that the seed is mechanically installed below the surface of the soil and promptly covered over with soil. Power seeding may be read as mechanical seeding, drill seeding or slit seeding.

Do not hydroseed. With hydroseeding the seeds are on the surface of the soil. This allows the seeds to be washed away, to be eaten by birds, to germinate in the damp mulch and

then dry out if no rain or irrigation occurs. With power seeding the seeds are protected in the earth and will sprout when conditions are right. They will root directly in the soil.

Because the turf is being installed in the spring, it will be quite vulnerable to damage by the Fourth of July event. We should plan for rehabilitation in Fall, 2005. A dry summer will exacerbate the situation in the non-irrigated areas.

United States Department of the Interior
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
D5217 (DSC)
NACC-42400
1443C3059980901

Grunley-Walsh JV
11910 Parklawn Drive, Suite U
Rockville, MD 20852

Attention: Cleo Kimbembe

Gentlemen:

Reference: National Capital Parks - Central, Washington D.C., Contract No. 1443C3059980901, Washington Monument Upgrade Security and Grounds, Package Number NACC-424.

Subject: Soil Preparation, Lawns and Irrigation

The following letter reiterates the governments understanding of the current contract requirements for soil preparation, lawns and irrigation.

1. Soil Preparation:
    a. The specification provides comprehensive requirements. The government requires Grunley-Walsh to provide a copy of the approved submittals and the quality control plan for this work element.
    b. The Park has provided 'Best Practices' for soil preparations that reflect what is in the specification.
    c. The government has not observed proper preparation of the sub grade prior to topsoil installation. Specifically, the sub grade is not scarified prior to the placement of topsoil; topsoil is not being placed at the proper depth due to the presence of gravel/concrete adjacent to newly installed sidewalks/stone. The unsuitable material needs to be removed as necessary.
    d. Current plaza installation will only permit the installation of 3-4 inches of topsoil due to the presence of a concrete 'lip.'
    e. A schedule for soil preparation is required by the government.
    f. It is believed that the Landscape Architect will provide further guidance and clarifications as to the requirements given the current soil conditions.
    g. The drawings indicate that the entire WAMO grounds will receive a soil amendment.
2. Lawns and Grasses
    a. The specification provides comprehensive requirements. The government requires Grunley-Walsh to provide a copy of the approved submittals and the quality control plan for this work element.
    b. The Park has provided 'Best Practices' for soil preparations that reflect what is in the specification.

c. The application of hydroseeding will not be accepted by the government. The specifications outline an acceptable method of mechanical seeding.
d. The approved grass seed mixture does not contain a perennial rye for near term erosion control.
e. A schedule for grass seed/sod placement is required by the government.
f. The government expects to have sodding and seeding placed as reflected in the current drawings (Sheet L8.3, February 27, 2004).
g. The government may decide to provide relief to Grunley-Walsh by permitting the seeding of the area between the main sidewalks to 17th Street.
h. All lawn areas will be properly established by July 4th. This requires sod/seed to be in place for a period of 6-8 weeks.

3. Irrigation
   a. The specification provides comprehensive requirements. The government requires Grunley-Walsh to provide a copy of the approved submittals and the quality control plan for this work element.
   b. The government expects to have an irrigation system as reflected in the current drawings (IR1.1 and supporting sheets dated September 24, 2004).
   c. The government has already provided relief to Grunley-Walsh as it pertains to the contract requirements for irrigation distribution. However, the Park requires the installation of hand holes with quick connects as reflected on sheet IR1.1.
   d. The government has already provided relief to Grunley-Walsh for depth of burial requirements within the vehicle barrier area and the areas between the main sidewalks to 17th Street.
   e. The government has already provided relief to Grunley-Walsh for the control requirements.
   f. The following are items of concern with the current installation:
      i. Numerous thrust blocks must be dug up and replaced in accordance with the standard.
      ii. Irrigation lines installed on the west side do not appear to have the proper depth of bedding material.
   g. A schedule for irrigation is required by the government.

In conclusion, the government seeks the contract required submittals and schedules for this work immediately. Mr. Steve Sims and Mr. Mike Giller are available to further discuss this.

Sincerely,

John M. Fox
Contracting Officer

cc:
DSC-PM, Donnelly, Giller
Alpha, Sims

## Cleo Kimbembe

**From:** Mike_Giller@nps.gov
**Sent:** Friday, April 01, 2005 9:26 PM
**To:** Bassem Soueidan
**Cc:** Cleo Kimbembe; steve.sims@alphacorporation.com; Vikki_Keys@nps.gov; Alice_McLarty@nps.gov; Mike_Fox@nps.gov
**Subject:** NACC 42400 WAMO - Soil Prep, Lawns and Grasses, and Irrigation Submittals and Schedule

**Attachments:** NACC 42400 WAMO - Soil Grass Irrigation Submittals and Schedule.pdf; Monument Grass Phasing Plan 3-12-05.pdf

NACC 42400 /AMO - Soil Grass I. Monument Grass Phasing Plan 3-...

Hello Bassem,

The following letter captures the requirements for the above work and required submittals and schedules. The schedule for this work is a serious concern.

Please review and let's discuss.
Mike

(See attached file: NACC 42400 WAMO - Soil Grass Irrigation Submittals and Schedule.pdf)

Attached here is the grass and sod phasing plan we discussed on March 18.

(See attached file: Monument Grass Phasing Plan 3-12-05.pdf)

Mike Giller
Project Manager
O) 303 969 2007
M) 303 503 5762

United States Department of the Interior
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
D5217 (DSC)
NACC-42400
1443C3059980901

April 1, 2005

Bassem Soueidan
Grunley-Walsh JV
11910 Parklawn Drive, Suite U
Rockville, MD 20852

Dear Mr. Soueidan:

Reference: National Capital Parks - Central, Washington D.C., Contract No. 1443C3059980901, Washington Monument Upgrade Security and Grounds, Package Number NACC-424.

Subject: Soil Preparation, Lawns and Grasses and Irrigation Submittals and Schedule

The following letter reiterates the National Park Service's (NPS) understanding of the current contract requirements for soil preparation, lawns and irrigation. Further, it captures discussions of the March 30, 2005, meeting between Grunley-Walsh (Bassem Soueidan and Cleo Kimbembe) and its subcontractor Davey Tree Landscaping (John Dingus), and the National Park Service (Alice McLarty, Steve Sims, and Mike Giller (partial/by phone). The NPS insists that Grunley-Walsh provide the contract required submittals and schedule for this work as follows:

1. Soil Preparation:
    a. The specification provides comprehensive requirements especially Section 02920 – Soil Preparation. The NPS requires Grunley-Walsh to provide a copy of the required submittals and the quality control plan for this work. As per the meeting of March 30 this is to be provided by April 1, 2005.
    b. The Park has provided 'Best Practices' for soil preparations that reflect what is in the specification.. These 'Best Practices' supersedes the specifications with respect to the proportion of sandy loam and organics. The percentage of sand is reduced.
    c. The NPS has not observed proper preparation of the sub grade prior to topsoil installation. Specifically, the sub grade is not scarified prior to the placement of topsoil; topsoil is not being placed at the proper depth due to the presence of gravel/concrete adjacent to newly installed sidewalks/stone. The unsuitable material needs to be removed as necessary.
    d. Current plaza and sidewalk installation will only permit the installation of 3-4 inches of topsoil due to the presence of a concrete 'lip.' Grunley Walsh will remove any construction debris or rocks so as permit installation of 6" of topsoil as per the contract.
    e. A schedule for soil preparation is required by the NPS.
    f. It is understood that the Landscape Architect will provide further guidance and clarifications as to the requirements given the current soil conditions. On April 1, 2005, this guidance was received verbally and shall be included in a submittal from Grunley-Walsh.
    g. The contract drawings indicate that the entire WAMO grounds will receive a soil amendment.

2. Lawns and Grasses
    a. The specification provides comprehensive requirements. The NPS requires Grunley-Walsh to provide the submittals and the quality control plan for this work.
    b. The NPS concurs with the verbal plan from Mr. Dingus in the March 30, 2005, meeting as follows: the use of hydroseeding now shall include the requirement for mechanical seeding of the entire seeded area in September 2005. The specific seedmix used then shall be determined by the NPS. This is understood by the NPS to be in conformance with the contract specifications section 02930-3.06 Maintenance of Lawn Work.
    c. Existing grass areas are to be aerated and seeded. This work shall proceed upon NPS approval of the seed submittal. As per the meeting of March 30 this is to be provided by April 1, 2005.
    d. The grass seed mixture was informally provided by Mr. Dingus in the March 30 meeting. As per the meeting of March 30 this submittal is to be provided by April 1, 2005.
    e. A schedule for grass seed/sod placement is required by the NPS.
    f. The NPS expects to have sodding and seeding placed as reflected in the current drawings (Sheet L8.3, February 27, 2004).
    g. The NPS is willing to consider providing relief, and corresponding price credit, to Grunley-Walsh by permitting the seeding of the area between the main sidewalks to 17th Street. This relief is dependent upon when the work can be accomplished.
    h. All lawn areas will be thoroughly established by July 4th. The contractor is reminded of the Maintenance of Lawn Work requirements (Specification 02930-3.06) which requires repair and maintenance on a daily basis. The NPS shall meet with Grunley-Walsh and Davey Tree on site on July 5, 2005, to review maintenance requirements.

3. Irrigation
    a. The specification provides comprehensive requirements. The NPS requires Grunley-Walsh to provide a copy of the submittals and the quality control plan for this work element.
    b. The NPS expects to have an irrigation system as reflected in the current drawings (IR1.1 and supporting sheets dated September 24, 2004).
    c. The NPS has already provided relief to Grunley-Walsh as it pertains to the contract requirements for irrigation distribution. However, the Park requires the installation of hand holes with quick connects as reflected on sheet IR1.1.
    d. The NPS has already provided relief to Grunley-Walsh for depth of burial requirements within the vehicle barrier area and the areas between the main sidewalks to 17th Street.
    e. The NPS has already provided relief to Grunley-Walsh for the control requirements.
    f. The following are items of concern with the current installation:
        i. Numerous thrust blocks must be dug up and replaced in accordance with the standard.
        ii. Irrigation lines installed on the west side do not have the proper depth of bedding material.
    g. Where the new irrigation system is not yet complete the contractor shall provide submittal indicating method of interim irrigation.
    h. A schedule for irrigation construction is required by the NPS.

The schedule for the above work is a serious concern to the NPS. At a March 18, 2005, meeting between Mr. Soueidan, Ms. Kimbembe, and Mr. Giller the NPS provided a grass and sod phasing plan. This plan proposes the sod at the ellipse, Monument Lodge, and west walks be installed by May 7. Hydroseeding is proposed to start on April 7 and be completed in following sequence; northwest, northeast, southeast, southwest, and the north (construction storage) area. Mr. Soueidan indicated he would attempt to provide a project schedule to meet this phasing plan. The subsequent schedule of March 21 indicates sod will be placed within the ellipse through May 31 and seed will be placed outside the ellipse through June 20. This schedule of March 21 is unacceptable.

The NPS again requests that Grunley-Walsh provide a schedule which indicates how Grunley-Walsh will complete the lawn and grass work. In a phone call between us of March 21, 2005, Mr. Soueidan indicated that Grunley-Walsh would start hydroseeding of the northwest area the week of March 28; and placing sod in late April and be complete within two weeks. The NPS seeks this information, in more detail, in a contract compliant schedule.

Please submit the required submittals and schedule by Tuesday, April 5, 2005.

Sincerely,

Michael Giller
Contracting Officer's Representative

cc:
DSC - CO
NACC - Keys
Alpha - Sims

Grunley-Walsh

5010 Nicholson Lane, Suite 200 Rockville, MD 20852

# Meeting Minutes

| | |
|---|---|
| PROJECT: | Washington Monument Grounds |
| SUBJECT: | Sub Contractor Coordination Meeting |
| SUBMITTED BY: | Cleo A. Kimbembe |
| DATE OF ISSUE: | April 25, 2005 |
| DATE OF MEETING: | April 22, 2005 |
| LOCATION: | Job-Site- GWJV Trailer Conference Room |

THOSE PRESENT:

| | |
|---|---|
| John Dingus Jr | Davey Tree |
| John Dingus Sr | Davey Tree |
| Jerzy MycKow | Cherry Hill |
| John West | Cherry Hill |
| Steve Sims | Alpha |
| Sean Kennealy | NPS |
| Alice Mclarty | NPS |
| Steve Lorenzetti | NPS |
| Mark Sanders | Lorton Contracting |
| Monte Q Miller | Bryant Berry |
| Ron Bryant | Bryant Berry |
| Allan Spulecki | Olin Partnership |
| Cleo Kimbembe | Grunley-Walsh |
| Ruben Taruselli | Geo Concepts |
| Pablo Quinteros | Grunley-Walsh |

COPIES TO: Attendees, B. Soueidan, M. Giller, file

---

Issues:

1. Safety /Job-site/Quality control

- Reflective Vest and Hard Hat Required at all times when on the site.
- Subcontractors requested to remove all items on-site not utilized for the project on or before 27 April 2005.

2. **Schedule Review**

- Remaining electrical items conduit installation to NW Pedestal, Bryant Berry field person will contact CHC to move any items in the way of the install. Ron Bryant stated the base light fixture is in Engineering he will get a lead time as soon as available.
- Remaining Stone installation of Z-piece at SE wall will be coordinated the week of 25 April, for an early AM installation. Horseshoe stone, lights must be cut-out before stone installation. Plaza paver installation core drill for flag poles 4 may 05. Marble benches installation was stopped based on comments from NPS, Lorton contracting and Olin partnership reviewing and responding to comments. NPS to review paver caulk mock-up Wednesday 27 April 05.
- Irrigation area 9 shall be complete 23 April 05, area 4 and parts of 3 shall be complete 25 April. Area 8 shall be complete 29 April, area 7 complete 5 May 05. Monday irrigation will consist of installation of the west side of the grounds (2 crews of 4 men each). Installation of the 12" line is complete minus the RPZ.
- Top soil preparation of sub grade to be ripped and scarified per specifications Top soil placed shall have stone no larger than 1", Olin partnership approved change from the ½" requirement in the written specifications. NPS recommends the procedure shall be Rip, aerate, spread Topsoil, aeorate, roll, York rake, seeding/sod. NPS also recommends ripping the subsoil 16" – 22", Ripping of the soil shall be performed per the written specifications. Aeration shall be performed to ensure the soil is made as loose as possible.
- Area 2, Top soil shall be removed to properly ripp the subgrade. Ripping shall be performed per written specifications.
- Landscaping Olin Partnership provided Tree staking plan for trees at the irrigation pump vault area. Trees not planted will be properly stored, utilizing best method, soil(woodchips) and watered properly.
- Top soil shall be visually inspected by on site Geo technician, a sample of the final Top soil mix shall be sent out for testing every 500 yds to ensure soil is meeting the specifications. NPS is willing to relax this requirement if a determined amount of test is consistent.
- CHC to continue with Trip strip curb installation as started at the west wall, stone installation continue to follow and drain install. Currently the west curb is 55% complete. With the drain installations to start conjunction with the stone install. .

3. **Design Issues**

Items that need immediate attention in the below order;

- Olin has completed a final drawing as it concerns the grading and final elevations at the Sylvan Theater. There are several drain items in the area, NPS will be removing the Theater skirting. Allan S. anticipates revised layout will be available Tuesday 26 April 05.
- Olin Partnership to provide lighting install locations at Sylvan Theater stage, photo of existing conditions to be forwarded to assist OP.
- Olin Partnership shall provide planting Bed configuration around Monument Lodge sketch. This is to accommodate future mechanical units. Olin is to also provide reconfiguration at rear door access to Lodge.

- The 16th street Tie-in shall be redesigned to include a turn-off for a 40' stake body truck, as per the request of NPS.
- The 12" x 12" box cover is to be custom fabricated on the Plaza to cover the outlet box.

4. **New Items/Questions/Clarification to the National Park Service**

- NPS to coordinate with BB as to location of conduit (existing) thru to Monument, for future CCTV/Bollard controller.
- NPS to provide review of Plaza caulk mock-up April 26th.
- NPS to provide review of streetscape sidewalk sample, to allow CHC to complete pour of remaining areas.
- NPS/Alpha presented GW with an RFP to provide new sidewalks around the restroom on Independence Ave behind the Sylvan Theater. The survey work has been completed and ready for NPS review. NPS also stated they would need this work completed on or before April 28th. GW stated completing this change work before April 28th, might not happen, based on weather and other work that as to be completed in this area prior to sidewalk install. As a clarification the concrete for this area shall be broom swept, pavement shall be extended 13' from face of building.

**Next Meeting Scheduled April 29, 2005 @ 10:00 am, Job-site trailer.**

Grunley-Walsh

11910 Parklawn Drive, Suite U Rockville, MD 20852

United States Department of the Interior – NPS
Denver Service Center
12795 W. Alameda Parkway
Denver, CO 80225-0287
303-969-2362/969-2040fx

April 25, 2005

Re: Washington Monument Physical Security Project
Top Soil Preparations

Dear Mr. Giller:

We are in receipt of your letter dated April 21,2005, stating the Top Soil Procedures does not comply with submittal requirements.

The Grunley-Walsh Soil Preparation procedures shall be as follows;

- Lightly scarify the subgrade in accordance with specification section 02920 3.05 C.1.B to a maximum depth of 6 inches.
- Top Soil placement , run a York rake to remove trash, debris and large stones.
- Areas compacted during construction will be scarified at a depth of 6 inches in accordance with section 02920- 3.05 D. E.

Grunley-Walsh will proceed with the above work procedures April 26th. NPS will be notified when an area is ready for NPS review. Should you have any further questions do not hesitate to contact me.

Regards,

Cleo Kimbembe
Project Manager

cc: Bassem Soueidan, file