**Grunley-Walsh, LLC**
5010 Nicholson Lane
Suite 200
Rockville, MD 20852
**Phone:** 202-347-9322
**Fax:** 202-393-1118

**TRANSMITTAL**
**No. 0697**

**PROJECT:** Washington Monument Const.Phase

**DATE:** 5/13/2005

**TO:** Alpha Corporation
21351 Ridgetop Circle
Dulles, VA 20166

**REF:** Soils Analysis Report
1443C3055998901
GW 03-096

**ATTN:** Steve Sims

| WE ARE SENDING: | SUBMITTED FOR: | ACTION TAKEN: |
|---|---|---|
| ☐ Shop Drawings | ☐ Approval | ☐ Approved as Submitted |
| ☐ Letter | ☑ Your Use | ☐ Approved as Noted |
| ☐ Prints | ☐ As Requested | ☐ Returned After Loan |
| ☐ Change Order | ☐ Review and Comment | ☐ Resubmit |
| ☐ Plans | | ☐ Submit |
| ☐ Samples | **SENT VIA:** | ☐ Returned |
| ☐ Specifications | ☐ Attached | ☐ Returned for Corrections |
| ☐ Other: | ☐ Separate Cover Via: | ☐ Due Date: |

| ITEM NO. | COPIES | DATE | ITEM | NUMBER | REV. NO. | DESCRIPTION | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 02 | 5/13/2005 | | | | Soils Analysis Report May 13, 2005 | NEW |

**Remarks:**

Attached you shall find Lab reports of top soil delivered on-site May 2 - 6. As you can see the sand percent content does not meet the NPS standards of 60 -65%, it does meet the DPCW standards of no more than 50% sand content. To achieve the NPS required 60- 65% sand, GW will add sand proporttionally to the current Top soil delivered.

**CC:** File, Davey Tree, CHC, Super

**Signed:** [signature]
Cleo A Kimbembe

Expedition®


HYDROSEED AREA - 1
BEGIN APRIL 15TH
HYDROSEED AREA - 2
SOD AREA - 2
FINISH NLT MAY 7TH
SOD AREA - 1
FINISH NLT MAY 7TH
CONSTRUCTION/SILT FENCE
SIX FOOT CHAIN LINK FENCE WITH GREEN SCREENING. FENCE WILL BE PLACED IN CONCRETE BLOCK WITH BRACING. FENCE WILL NOT BE PLACED ON TOP OF STONE OR SIDEWALK UNLESS APPROVED BY NPS.

05/13/2005 08:07 8042716446 A L LABS PAGE 01

REPORT NUMBER R130-048

ACCT # 27934


# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446 • Email: office@al-labs-eastern.com


SEND TO:
GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER:
PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

## SOIL ANALYSIS REPORT

ANALYTICAL METHOD:

PAGE 1 DATE RECEIVED 05/09/2005 DATE OF ANALYSIS 05/10/2005 DATE OF REPORT 05/11/2005 MEHLICH III

| SAMPLE NUMBER | LAB NUMBER | ORGANIC MATTER % | ORGANIC MATTER ENR lbs/A | PHOSPHORUS AVAILABLE ppm RATE | PHOSPHORUS RESERVE ppm RATE | POTASSIUM K ppm RATE | MAGNESIUM MG ppm RATE | CALCIUM CA ppm RATE | SODIUM NA ppm RATE | pH SOIL pH | pH BUFFER INDEX | ACIDITY H meq/100g | C.E.C. meq/100g |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-1 | 09586 | | | 12L | | 63L | 110H | 595L | 29VL | 5.2 | 6.71 | 2.2 | 6.3 |

| SAMPLE NUMBER | PERCENT BASE SATURATION K % | Mg % | Ca % | Na % | H % | NITRATE NO$_3$-N ppm RATE | SULFUR SO$_4$-S ppm RATE | ZINC ZN ppm RATE | MANGANESE MN ppm RATE | IRON FE ppm RATE | COPPER CU ppm RATE | BORON B ppm RATE | SOLUBLE SALTS ms/cm RATE | CHLORIDE CL ppm RATE | ALUMINUM AL ppm RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-1 | 2.5 | 14.4 | 46.9 | 2.0 | 34.1 | 13M | 28VH | 2.3M | 85VH | 170VH | 1.1M | 0.2VL | <0.3VL | | |

Values on this report represent the plant available nutrients in the soil.
Rating after each value: VL (Very Low), L (Low), M (Medium), H (High), VH (Very High).
ENR – Estimated Nitrogen Release. C.E.C. – Cation Exchange Capacity.
Explanation of symbols: % (percent), ppm (parts per million), lbs/A (pounds per acre), [illegible]illi-mhos per centimeter), meq/100g (milli-equivalent per 100 grams).
[illegible]

This report applies to the sample(s) tested. Samples are retained a maximum of thirty days after testing. Soil Analysis prepared by:

A & L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature]

REPORT NUMBER
R130-048

ACCT # 27934


# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446 • Email: office@al-labs-eastern.com


SEND TO:
GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER:
PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

## SOIL ANALYSIS REPORT

ANALYTICAL METHOD: MEHLICH III

PAGE 2 DATE RECEIVED 05/09/2005 DATE OF ANALYSIS 05/10/2005 DATE OF REPORT 05/11/2005

| SAMPLE NUMBER | LAB NUMBER | ORGANIC MATTER % | ORGANIC MATTER ENR lbs/A | PHOSPHORUS AVAILABLE ppm | PHOSPHORUS AVAILABLE RATE | PHOSPHORUS RESERVE ppm | PHOSPHORUS RESERVE RATE | POTASSIUM K ppm | POTASSIUM K RATE | MAGNESIUM MG ppm | MAGNESIUM MG RATE | CALCIUM CA ppm | CALCIUM CA RATE | SODIUM NA ppm | SODIUM NA RATE | pH SOIL pH | pH BUFFER INDEX | ACIDITY H meq/100g | C.E.C. meq/100g |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-2 | 09587 | | | 8 | VL | | | 64 | L | 426 | VH | 819 | L | 23 | VL | 5.5 | 6.66 | 2.7 | 10.7 |

| SAMPLE NUMBER | PERCENT BASE SATURATION K % | Mg % | Ca % | Na % | H % | NITRATE $NO_3$-N ppm | NITRATE RATE | SULFUR $SO_4$-S ppm | SULFUR RATE | ZINC ZN ppm | ZINC RATE | MANGANESE MN ppm | MANGANESE RATE | IRON FE ppm | IRON RATE | COPPER CU ppm | COPPER RATE | BORON B ppm | BORON RATE | SOLUBLE SALTS ms/cm | SOLUBLE SALTS RATE | CHLORIDE CL ppm | CHLORIDE RATE | ALUMINUM ppm | ALUMINUM RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-2 | 1.5 | 33.3 | 38.4 | 0.9 | 25.8 | 2 | L | 37 | VH | 2.9 | M | 77 | VH | 185 | VH | 0.7 | M | 0.3 | VL | <0.3 | VL | | | | |

Values on this report represent the plant available nutrients in the soil.
Rating after each value: VL (Very Low), L (Low), M (Medium), H (High), VH (Very High).
ENR – Estimated Nitrogen Release. C.E.C. – Cation Exchange Capacity.
Explanation of symbols: % (percent), ppm (parts per million), lbs/A (pounds per acre), ms/cm (milli-mhos per centimeter), meq/100g (milli-equivalent per 100 grams).

This report applies to the sample(s) tested. Samples are retained a maximum of thirty days after testing. Soil Analysis prepared by:

A & L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature]

REPORT NUMBER R130-048

ACCT # 27934


# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446 • Email: office@al-labs-eastern.com


SEND TO:
GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER:
PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

## SOIL ANALYSIS REPORT

PAGE 3 DATE RECEIVED 05/09/2005 DATE OF ANALYSIS 05/10/2005 DATE OF REPORT 05/11/2005

ANALYTICAL METHOD: MEHLICH III

| SAMPLE NUMBER | LAB NUMBER | ORGANIC MATTER % | ORGANIC MATTER ENR lbs/A | PHOSPHORUS AVAILABLE ppm | PHOSPHORUS AVAILABLE RATE | PHOSPHORUS RESERVE ppm | PHOSPHORUS RESERVE RATE | POTASSIUM K ppm | POTASSIUM K RATE | MAGNESIUM MG ppm | MAGNESIUM MG RATE | CALCIUM CA ppm | CALCIUM CA RATE | SODIUM NA ppm | SODIUM NA RATE | pH SOIL pH | pH BUFFER INDEX | ACIDITY H meq/100g | C.E.C. meq/100g |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-3 | 09588 | | | 13L | | | | 76L | | 278VH | | 1172M | | 29VL | | 5.8 | 6.73 | 2.0 | 10.5 |

| SAMPLE NUMBER | PERCENT BASE SATURATION K % | Mg % | Ca % | Na % | H % | NITRATE $NO_3$-N ppm | NITRATE RATE | SULFUR $SO_4$-S ppm | SULFUR RATE | ZINC ZN ppm | ZINC RATE | MANGANESE MN ppm | MANGANESE RATE | IRON FE ppm | IRON RATE | COPPER CU ppm | COPPER RATE | BORON B ppm | BORON RATE | SOLUBLE SALTS ms/cm | SOLUBLE SALTS RATE | CHLORIDE CL ppm | CHLORIDE RATE | ALUMINUM AL ppm | ALUMINUM RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-3 | 1.9 | 22.1 | 55.8 | 1.2 | 19.0 | 8L | | 32VH | | 3.5H | | 99VH | | 159VH | | 1.4H | | 0.3VL | | <0.3VL | | | | | |

Values on this report represent the plant available nutrients in the soil.
Rating after each value: VL (Very Low), L (Low), M (Medium), H (High), VH (Very High).
ENR – Estimated Nitrogen Release. C.E.C. – Cation Exchange Capacity.
Explanation of symbols: % (percent), ppm (parts per million), lbs/A (pounds per acre), ms/cm (milli-mhos per centimeter), meq/100g (milli-equivalent per 100 grams).

This report applies to the sample(s) tested. Samples are retained a maximum of thirty days after testing. Soil Analysis prepared by:

A & L EASTERN AGRICULTURAL LABORATORIES, INC.

by

REPORT NUMBER
R130-048

ACCT # 27934

# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446 • Email: office@al-labs-eastern.com

SEND TO:
GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER:
PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

## SOIL ANALYSIS REPORT

ANALYTICAL METHOD: MEHLICH III

PAGE 4 DATE RECEIVED 05/09/2005 DATE OF ANALYSIS 05/10/2005 DATE OF REPORT 05/11/2005

| SAMPLE NUMBER | LAB NUMBER | ORGANIC MATTER % | ORGANIC MATTER ENR lbs/A | PHOSPHORUS AVAILABLE ppm RATE | PHOSPHORUS RESERVE ppm RATE | POTASSIUM K ppm RATE | MAGNESIUM MG ppm RATE | CALCIUM CA ppm RATE | SODIUM NA ppm RATE | pH SOIL pH | pH BUFFER INDEX | ACIDITY H meq/100g | C.E.C. meq/100g |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-4 | 09589 | | | 5VL | | 53L | 85H | 327VL | 18VL | 4.9 | 6.49 | 4.4 | 7.0 |

| SAMPLE NUMBER | PERCENT BASE SATURATION K % | Mg % | Ca % | Na % | H % | NITRATE $NO_3$-N ppm RATE | SULFUR $SO_4$-S ppm RATE | ZINC ZN ppm RATE | MANGANESE MN ppm RATE | IRON FE ppm RATE | COPPER CU ppm RATE | BORON B ppm RATE | SOLUBLE SALTS ms/cm RATE | CHLORIDE CL ppm RATE | ALUMINUM (partly obscured) AL ppm RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-4 | 2.0 | 10.2 | 23.5 | 1.1 | 63.2 | 1L | 37VH | 1.7L | 48H | 196VH | 0.5M | 0.3VL | <0.3VL | | |

Values on this report represent the plant available nutrients in the soil.
Rating after each value: VL (Very Low), L (Low), M (Medium), H (High), VH (Very High).
ENR – Estimated Nitrogen Release. C.E.C. – Cation Exchange Capacity.
Explanation of symbols: % (percent), ppm (parts per million), lbs/A (pounds per acre), ms/cm (milli-mhos per centimeter), meq/100g (milli-equivalent per 100 grams).

This report applies to the sample(s) tested. Samples are retained a maximum of thirty days after testing. Soil Analysis prepared by:

A & L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature]

REPORT NUMBER R130-048

ACCT # 27934


# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446 • Email: office@al-labs-eastern.com


SEND TO:
GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER:
PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

## SOIL ANALYSIS REPORT

PAGE 5 DATE RECEIVED 05/09/2005 DATE OF ANALYSIS 05/10/2005 DATE OF REPORT 05/11/2005

ANALYTICAL METHOD: MEHLICH III

| SAMPLE NUMBER | LAB NUMBER | ORGANIC MATTER | | PHOSPHORUS | | | | POTASSIUM | | MAGNESIUM | | CALCIUM | | SODIUM | | pH | | ACIDITY | C.E.C. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | % | ENR lbs/A | AVAILABLE ppm | RATE | RESERVE ppm | RATE | K ppm | RATE | MG ppm | RATE | CA ppm | RATE | NA ppm | RATE | SOIL pH | BUFFER INDEX | H meq/100g | meq/100g |
| S-5 | 09590 | | | 21 | M | | | 72 | L | 175 | VH | 1542 | H | 57 | VL | 6.5 | 6.85 | 0.8 | 10.4 |

| SAMPLE NUMBER | PERCENT BASE SATURATION | | | | | NITRATE | | SULFUR | | ZINC | | MANGANESE | | IRON | | COPPER | | BORON | | SOLUBLE SALTS | CHLORIDE | | ALUMINUM | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | K % | Mg % | Ca % | Na % | H % | $NO_3$-N ppm | RATE | $SO_4$-S ppm | RATE | ZN ppm | RATE | MN ppm | RATE | FE ppm | RATE | CU ppm | RATE | B ppm | RATE | ms/cm RATE | CL ppm | RATE | AL ppm | RATE |
| S-5 | 1.8 | 14.1 | 74.4 | 2.4 | 7.4 | 2 | L | 31 | VH | 7.0 | H | 67 | VH | 256 | VH | 2.1 | H | 0.5 | L | <0.3 VL | | | | |

Values on this report represent the plant available nutrients in the soil.
Rating after each value: VL (Very Low), L (Low), M (Medium), H (High), VH (Very High).
ENR – Estimated Nitrogen Release. C.E.C. – Cation Exchange Capacity.
Explanation of symbols: % (percent), ppm (parts per million), lbs/A (pounds per acre), ms/cm (milli-mhos per centimeter), meq/100g (milli-equivalent per 100 grams).

This report applies to the sample(s) tested. Samples are retained a maximum of thirty days after testing. Soil Analysis prepared by:

A & L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature]

05/13/2005 08:07 8042716446 A L LABS PAGE 06

REPORT NUMBER R130-048

ACCT # 27934


# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446 • Email: office@al-labs-eastern.com


SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

## SOIL ANALYSIS REPORT

PAGE 6 DATE RECEIVED 05/09/2005 DATE OF ANALYSIS 05/10/2005 DATE OF REPORT 05/11/2005

ANALYTICAL METHOD: MEHLICH III

| SAMPLE NUMBER | LAB. NUMBER | ORGANIC MATTER % | ORGANIC MATTER ENR lbs/A | PHOSPHORUS AVAILABLE ppm | PHOSPHORUS AVAILABLE RATE | PHOSPHORUS RESERVE ppm | PHOSPHORUS RESERVE RATE | POTASSIUM K ppm | POTASSIUM K RATE | MAGNESIUM MG ppm | MAGNESIUM MG RATE | CALCIUM CA ppm | CALCIUM CA RATE | SODIUM NA ppm | SODIUM NA RATE | pH SOIL pH | pH BUFFER INDEX | ACIDITY H meq/100g | C.E.C. meq/100g |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-6 | 09591 | | | 10L | | | | 68L | | 563VH | | 1444M | | 20VL | | 6.7 | 6.87 | 0.6 | 12.7 |

| SAMPLE NUMBER | PERCENT BASE SATURATION K % | Mg % | Ca % | Na % | H % | NITRATE $NO_3$-N ppm | NITRATE RATE | SULFUR $SO_4$-S ppm | SULFUR RATE | ZINC ZN ppm | ZINC RATE | MANGANESE MN ppm | MANGANESE RATE | IRON FE ppm | IRON RATE | COPPER CU ppm | COPPER RATE | BORON B ppm | BORON RATE | SOLUBLE SALTS ms/cm RATE | CHLORIDE CL ppm | CHLORIDE RATE | ALUMINUM AL ppm | ALUMINUM RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-6 | 1.4 | 36.8 | 56.6 | 0.7 | 4.5 | 1L | | 38VH | | 3.0M | | 61VH | | 201VH | | 1.2M | | 0.4L | | <0.3VL | | | | |

Values on this report represent the plant available nutrients in the soil.
Rating after each value: VL (Very Low), L (Low), M (Medium), H (High), VH (Very High).
ENR – Estimated Nitrogen Release. C.E.C. – Cation Exchange Capacity.
Explanation of symbols: % (percent), ppm (parts per million), lbs/A (pounds per acre), ms/cm (milli-mhos per centimeter), meq/100g (milli-equivalent per 100 grams).

This report applies to the sample(s) tested. Samples are retained a maximum of thirty days after testing. Soil Analysis prepared by:

A & L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature]

REPORT NUMBER
R130-048

ACCT # 27934

# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446 • Email: office@al-labs-eastern.com

SEND TO:
GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER:
PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

## SOIL ANALYSIS REPORT

PAGE 7 DATE RECEIVED 05/09/2005 DATE OF ANALYSIS 05/10/2005 DATE OF REPORT 05/11/2005

ANALYTICAL METHOD: MEHLICH III

| SAMPLE NUMBER | LAB NUMBER | ORGANIC MATTER % | ORGANIC MATTER ENR lbs/A | PHOSPHORUS AVAILABLE ppm | PHOSPHORUS AVAILABLE RATE | PHOSPHORUS RESERVE ppm | PHOSPHORUS RESERVE RATE | POTASSIUM K ppm | POTASSIUM K RATE | MAGNESIUM MG ppm | MAGNESIUM MG RATE | CALCIUM CA ppm | CALCIUM CA RATE | SODIUM NA ppm | SODIUM NA RATE | pH SOIL pH | pH BUFFER INDEX | ACIDITY H meq/100g | C.E.C. meq/100g |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-7 | 09592 | | | 9 | L | | | 70 | L | 612 | VH | 1327 | M | 21 | VL | 6.9 | | 0.2 | 12.2 |

| SAMPLE NUMBER | PERCENT BASE SATURATION K % | Mg % | Ca % | Na % | H % | NITRATE $NO_3$-N ppm | NITRATE RATE | SULFUR $SO_4$-S ppm | SULFUR RATE | ZINC ZN ppm | ZINC RATE | MANGANESE MN ppm | MANGANESE RATE | IRON FE ppm | IRON RATE | COPPER CU ppm | COPPER RATE | BORON B ppm | BORON RATE | SOLUBLE SALTS ms/cm | SOLUBLE SALTS RATE | CHLORIDE CL ppm | CHLORIDE RATE | ALUMINUM AL ppm | ALUMINUM RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-7 | 1.5 | 41.9 | 54.5 | 0.8 | 1.4 | < 1 | L | 34 | VH | 3.2 | M | 62 | VH | 208 | VH | 1.1 | M | 0.4 | L | <0.3 | VL | | | | |

Values on this report represent the plant available nutrients in the soil.
Rating after each value: VL (Very Low), L (Low), M (Medium), H (High), VH (Very High).
ENR – Estimated Nitrogen Release. C.E.C. – Cation Exchange Capacity.
Explanation of symbols: % (percent), ppm (parts per million), lbs/A (pounds per acre), ms/cm (milli-mhos per centimeter), meq/100g (milli-equivalent per 100 grams).
Conversions: ppm x 2 = lbs/A, Soluble Salts ms/cm x 640 = ppm

This report applies to the sample(s) tested. Samples are retained a maximum of thirty days after testing. Soil Analysis prepared by:

A & L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature]

REPORT NUMBER R130-048

ACCT # 27934

# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446 • Email: office@al-labs-eastern.com

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

## SOIL ANALYSIS REPORT

PAGE 8 DATE RECEIVED 05/09/2005 DATE OF ANALYSIS 05/10/2005 DATE OF REPORT 05/11/2005 ANALYTICAL METHOD: MEHLICH III

| SAMPLE NUMBER | LAB NUMBER | ORGANIC MATTER % | ORGANIC MATTER ENR lbs/A | PHOSPHORUS AVAILABLE ppm RATE | PHOSPHORUS RESERVE ppm RATE | POTASSIUM K ppm RATE | MAGNESIUM MG ppm RATE | CALCIUM CA ppm RATE | SODIUM NA ppm RATE | pH SOIL pH | pH BUFFER INDEX | ACIDITY H meq/100g | C.E.C. meq/100g |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-8 | 09593 | | | 65VH | | 163H | 392VH | 1711M | 25VL | 6.8 | | 0.4 | 12.7 |

| SAMPLE NUMBER | K % | Mg % | Ca % | Na % | H % | NITRATE $NO_3$-N ppm RATE | SULFUR $SO_4$-S ppm RATE | ZINC ZN ppm RATE | MANGANESE MN ppm RATE | IRON FE ppm RATE | COPPER CU ppm RATE | BORON B ppm RATE | SOLUBLE SALTS ms/cm RATE | CHLORIDE CL ppm RATE | ALUMINUM ppm RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-8 | 3.3 | 25.7 | 67.3 | 0.9 | 2.9 | 18M | 31VH | 10.8VH | 112VH | 378VH | 4.9VH | 0.7M | <0.3VL | | |

(K, Mg, Ca, Na, H columns: PERCENT BASE SATURATION)

Values on this report represent the plant available nutrients in the soil.
Rating after each value: VL (Very Low), L (Low), M (Medium), H (High), VH (Very High).
ENR – Estimated Nitrogen Release. C.E.C. – Cation Exchange Capacity.
Explanation of symbols: % (percent), ppm (parts per million), lbs/A (pounds per acre),
ms/cm (milli-mhos per centimeter), meq/100g (milli-equivalent per 100 grams).

This report applies to the sample(s) tested. Samples are retained a maximum of thirty days after testing. Soil Analysis prepared by:

A & L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature]

REPORT NUMBER
R130-048
ACCT # 27934

**A&L EASTERN AGRICULTURAL LABORATORIES, INC.**
7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446 • Email: office@al-labs-eastern.com

SEND TO:
GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER:
PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

# SOIL ANALYSIS REPORT

PAGE 9 DATE RECEIVED 05/09/2005 DATE OF ANALYSIS 05/10/2005 DATE OF REPORT 05/11/2005

ANALYTICAL METHOD: MEHLICH III

| SAMPLE NUMBER | LAB NUMBER | ORGANIC MATTER % | ORGANIC MATTER ENR lbs/A | PHOSPHORUS AVAILABLE ppm RATE | PHOSPHORUS RESERVE ppm RATE | POTASSIUM K ppm RATE | MAGNESIUM MG ppm RATE | CALCIUM CA ppm RATE | SODIUM NA ppm RATE | pH SOIL pH | pH BUFFER INDEX | ACIDITY H meq/100g | C.E.C. meq/100g |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-9 | 09594 | | | 38H | | 93L | 329VH | 2093H | 43VL | 7.4 | | 0.0 | 13.6 |

| SAMPLE NUMBER | PERCENT BASE SATURATION K % | Mg % | Ca % | Na % | H % | NITRATE $NO_3$-N ppm RATE | SULFUR $SO_4$-S ppm RATE | ZINC ZN ppm RATE | MANGANESE MN ppm RATE | IRON FE ppm RATE | COPPER CU ppm RATE | BORON B ppm RATE | SOLUBLE SALTS ms/cm RATE | CHLORIDE CL ppm RATE | ALUMINUM AL ppm RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-9 | 1.7 | 20.1 | 76.8 | 1.4 | 0.0 | 15M | 54VH | 5.8H | 110VH | 256VH | 3.2VH | 0.6M | 0.3VL | | |

Values on this report represent the plant available nutrients in the soil.
Rating after each value: VL (Very Low), L (Low), M (Medium), H (High), VH (Very High).
ENR – Estimated Nitrogen Release. C.E.C. – Cation Exchange Capacity.
Explanation of symbols: % (percent), ppm (parts per million), lbs/A (pounds per acre),
ms/cm (milli-mhos per centimeter), meq/100g (milli-equivalent per 100 grams).
Conversions: ppm x 2 = lbs/A. Soluble Salts ms/cm x 640 = ppm. See the back of this report for more detailed...

This report applies to the sample(s) tested. Samples are retained a maximum of thirty days after testing. Soil Analysis prepared by:

A & L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature]

REPORT NUMBER R130-048

ACCT # 27934

# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446 • Email: office@al-labs-eastern.com

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

## SOIL ANALYSIS REPORT

PAGE 10 DATE RECEIVED 05/09/2005 DATE OF ANALYSIS 05/10/2005 DATE OF REPORT 05/11/2005 ANALYTICAL METHOD: MEHLICH III

| SAMPLE NUMBER | LAB NUMBER | ORGANIC MATTER % | ORGANIC MATTER ENR lbs/A | PHOSPHORUS AVAILABLE ppm RATE | PHOSPHORUS RESERVE ppm RATE | POTASSIUM K ppm RATE | MAGNESIUM MG ppm RATE | CALCIUM CA ppm RATE | SODIUM NA ppm RATE | pH SOIL pH | pH BUFFER INDEX | ACIDITY H meq/100g | C.E.C. meq/100g |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-10 | 09595 | | | 8VL | | 12VL | 608VH | 1280M | 3VL | 6.6 | 6.86 | 0.7 | 12.2 |

| SAMPLE NUMBER | PERCENT BASE SATURATION K % | Mg % | Ca % | Na % | H % | NITRATE $NO_3$-N ppm RATE | SULFUR $SO_4$-S ppm RATE | ZINC ZN ppm RATE | MANGANESE MN ppm RATE | IRON FE ppm RATE | COPPER CU ppm RATE | BORON B ppm RATE | SOLUBLE SALTS ms/cm RATE | CHLORIDE CL ppm RATE | ALUMINUM AL ppm RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-10 | 0.3 | 41.4 | 52.3 | 0.1 | 5.9 | 1L | 38VH | 2.9M | 61VH | 188VH | 1.1M | 0.4L | <0.3VL | | |

Values on this report represent the plant available nutrients in the soil.
Rating after each value: VL (Very Low), L (Low), M (Medium), H (High), VH (Very High).
ENR – Estimated Nitrogen Release. C.E.C. – Cation Exchange Capacity.
Explanation of symbols: % (percent), ppm (parts per million), lbs/A (pounds per acre),
ms/cm (milli-mhos per centimeter), meq/100g (milli-equivalent per 100 grams).
Conversions: ppm x 2 = lbs/A, Soluble Salts ms/cm x 640 = ppm [illegible]

This report applies to the sample(s) tested. Samples are retained a maximum of thirty days after testing. Soil Analysis prepared by:

A & L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature]

REPORT NUMBER R130-048

ACCT # 27934

# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446 • Email: office@al-labs-eastern.com

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

## SOIL ANALYSIS REPORT

PAGE 11 DATE RECEIVED 05/09/2005 DATE OF ANALYSIS 05/10/2005 DATE OF REPORT 05/11/2005 ANALYTICAL METHOD: MEHLICH III

| SAMPLE NUMBER | LAB NUMBER | ORGANIC MATTER % | ORGANIC MATTER ENR lbs/A | PHOSPHORUS AVAILABLE ppm RATE | PHOSPHORUS RESERVE ppm RATE | POTASSIUM K ppm RATE | MAGNESIUM MG ppm RATE | CALCIUM CA ppm RATE | SODIUM NA ppm RATE | pH SOIL pH | pH BUFFER INDEX | ACIDITY H meq/100g | C.E.C. meq/100g |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-11 | 09596 | | | 32H | | 83L | 429VH | 2200H | 30VL | 7.3 | | 0.0 | 14.9 |

| SAMPLE NUMBER | PERCENT BASE SATURATION K % | Mg % | Ca % | Na % | H % | NITRATE $NO_3$-N ppm RATE | SULFUR $SO_4$-S ppm RATE | ZINC ZN ppm RATE | MANGANESE MN ppm RATE | IRON FE ppm RATE | COPPER CU ppm RATE | BORON B ppm RATE | SOLUBLE SALTS ms/cm RATE | CHLORIDE CL ppm RATE | ALUMINUM AL ppm RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-11 | 1.4 | 24.0 | 73.7 | 0.9 | 0.0 | 3L | 38VH | 5.0H | 84VH | 260VH | 2.6H | 0.6M | 0.3VL | | |

Values on this report represent the plant available nutrients in the soil.
Rating after each value: VL (Very Low), L (Low), M (Medium), H (High), VH (Very High).
ENR – Estimated Nitrogen Release. C.E.C. – Cation Exchange Capacity.
Explanation of symbols: % (percent), ppm (parts per million), lbs/A (pounds per acre), ms/cm (milli-mhos per centimeter), meq/100g (milli-equivalent per 100 grams).

This report applies to the sample(s) tested. Samples are retained a maximum of thirty days after testing. Soil Analysis prepared by:

A & L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature]

REPORT NUMBER R130-048

ACCT # 27934

# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446 • Email: office@al-labs-eastern.com

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

## SOIL ANALYSIS REPORT

ANALYTICAL METHOD: MEHLICH III

PAGE 12 DATE RECEIVED 05/09/2005 DATE OF ANALYSIS 05/10/2005 DATE OF REPORT 05/11/2005

| SAMPLE NUMBER | LAB NUMBER | ORGANIC MATTER | | PHOSPHORUS | | | | POTASSIUM | | MAGNESIUM | | CALCIUM | | SODIUM | | pH | | ACIDITY | C.E.C. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | % | ENR lbs/A | AVAILABLE ppm | AVAILABLE RATE | RESERVE ppm | RESERVE RATE | K ppm | K RATE | MG ppm | MG RATE | CA ppm | CA RATE | NA ppm | NA RATE | SOIL pH | BUFFER INDEX | H meq/100g | meq/100g |
| S-12 | 09597 | | | | 62VH | | | | 103M | | 262VH | | 1450H | | 21VL | 6.4 | 6.83 | 1.0 | 10.7 |

| SAMPLE NUMBER | PERCENT BASE SATURATION | | | | | NITRATE | | SULFUR | | ZINC | | MANGANESE | | IRON | | COPPER | | BORON | | SOLUBLE SALTS | | CHLORIDE | | ALUMINUM | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | K % | Mg % | Ca % | Na % | H % | $NO_3$-N ppm | RATE | $SO_4$-S ppm | RATE | ZN ppm | RATE | MN ppm | RATE | FE ppm | RATE | CU ppm | RATE | B ppm | RATE | ms/cm | RATE | CL ppm | RATE | ppm | RATE |
| S-12 | 2.5 | 20.3 | 67.5 | 0.8 | 8.9 | | 34H | | 31VH | | 5.5H | | 59VH | | 478VH | | 3.7VH | | 0.5L | | <0.3VL | | | | |

Values on this report represent the plant available nutrients in the soil.
Rating after each value: VL (Very Low), L (Low), M (Medium), H (High), VH (Very High).
ENR – Estimated Nitrogen Release. C.E.C. – Cation Exchange Capacity.
Explanation of symbols: % (percent), ppm (parts per million), lbs/A (pounds per acre),
ms/cm (milli-mhos per centimeter), meq/100g (milli-equivalent per 100 grams).

This report applies to the sample(s) tested. Samples are retained a maximum of thirty days after testing. Soil Analysis prepared by:

A & L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature]

REPORT NUMBER: R130-048

# A & L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#6H03096
WASHINGTON MONUMENT-24000

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE 05/12/2005 PAGE 1

## SOIL FERTILITY RECOMMENDATIONS (lbs./A)

| YOUR SAMPLE NUMBER | CROP | YIELD | AMENDMENTS LIME TONS/A | AMENDMENTS GYPSUM TONS/A | AMENDMENTS ELEMENTAL SULFUR LBS/A | N NITROGEN | $P_2O_5$ PHOSPHATE | $K_2O$ POTASH | Mg MAGNESIUM | S SULFUR | Zn ZINC | Mn MANGANESE | Fe IRON | Cu COPPER | B BORON | Mo MOLYBDENUM | REFER TO SECTIONS INDICATED (ON BACK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-1 | LAWN, NEW | | 60 | | | 3-4 | 4.0 | 5.5 | -0- | -0- | -0- | -0- | -0- | -0- | -0- | | A-G |

ALL RECOMMENDATIONS ARE IN POUNDS PER 1000 SQUARE FEET.
Apply 10.00 pounds of [16-25-12] and 6.30 pounds of [0-0-22] in first application. Apply 8.00 pounds of [19-19-19] and 6.40 pounds of [0-0-22] in second application. Apply 3.60 pounds of [21-0-0] in third application.
The above fertilizer application recommendation is a general guideline. If the specified grade cannot found, replace with a fertilizer having a similar N:P:K ratio. The best time to apply fertilizer for

REMARKS:
cool season grasses [bluegrass, fescue or ryegrass] is in the fall when the grass is growing. For the Mid-Atlantic region this is from late August to November. For the Northeast region this is mid August to October. The time span between applications should be 1.5-2.0 months.
If you miss this ideal time, apply only one third of the nitrogen requirement in the next spring and the balance in the next fall.
Apply 60 pounds of either calcite or dolomitic lime to raise pH.
Unless it is incorporated and mixed into the soil, split the lime into individual applications of a maximum of 50 pounds per 1000 square feet at intervals of 3 months between applications.
Lime is insoluble in water and thus moves very slowly downward in the soil to correct the pH. For new lawns the best process is to broadcast all the lime over the surface and then mix it 6 inches into the soil.

"The recommendations are based on research data and experience, but NO GUARANTEE or WARRANTY expressed or implied, concerning crop performance is made."

A&L EASTERN AGRICULTURAL LABORATORIES, INC.
BY [signature]
C. NORMAN JONES

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

REPORT NUMBER: R130-048

# A & L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27334

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03036
WASHINGTON MONUMENT-24000

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE 05/12/2005 PAGE 2

## SOIL FERTILITY RECOMMENDATIONS (lbs./A)

| YOUR SAMPLE NUMBER | CROP | YIELD | AMENDMENTS LIME TONS/A | GYPSUM TONS/A | ELEMENTAL SULFUR LBS/A | N NITROGEN | $P_2O_5$ PHOSPHATE | $K_2O$ POTASH | Mg MAGNESIUM | S SULFUR | Zn ZINC | Mn MANGANESE | Fe IRON | Cu COPPER | B BORON | Mo MOLYBDENUM | REFER TO SECTIONS INDICATED (ON BACK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-2 | LAWN, NEW | | 70 | | | 3-4 | 4.5 | 5.5 | -0- | -0- | -0- | -0- | -0- | -0- | -0- | | A-G |

ALL RECOMMENDATIONS ARE IN POUNDS PER 1000 SQUARE FEET.
Apply 9.00 pounds of [16-25-12] and 7.50 pounds of [0-0-22] in first application and second application.
Apply 3.60 pounds of [21-0-0] in third application.
The above fertilizer application recommendation is a general guideline. If the specified grade cannot be found, replace with a fertilizer having a similar N:P:K ratio. The best time to apply fertilizer for cool season grasses [bluegrass, fescue or ryegrass] is in the fall when the grass is growing. For the Mid-Atlantic region this is from late August to November. For the Northeast region this is mid August to October. The time span between applications should be 1.5-2.0 months.
If you miss this ideal time, apply only one third of the nitrogen requirement in the next spring and the balance in the next fall.
Apply 70 pounds of calcite lime to raise pH and improve the low calcium level.
Unless it is incorporated and mixed into the soil, split the lime into individual applications of a maximum of 50 pounds per 1000 square feet at intervals of 3 months between applications.
Lime is insoluble in water and thus moves very slowly downward in the soil to correct the pH. For new lawns the best process is to broadcast all the lime over the surface and then mix it 6 inches into the soil.

REMARKS:

"The recommendations are based on research data and experience, but NO GUARANTEE or WARRANTY expressed or implied, concerning crop performance is made."

A&L EASTERN AGRICULTURAL LABORATORIES, INC.

BY C. NORMAN JONES

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

REPORT NUMBER: R130-048

# A & L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-2400

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE 05/12/2005 PAGE 3

## SOIL FERTILITY RECOMMENDATIONS (lbs./A)

| YOUR SAMPLE NUMBER | CROP | YIELD | AMENDMENTS | | | N | $P_2O_5$ | $K_2O$ | Mg | S | Zn | Mn | Fe | Cu | B | Mo | REFER TO SECTIONS INDICATED (ON BACK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LIME TONS/A | GYPSUM TONS/A | ELEMENTAL SULFUR LBS/A | NITROGEN | PHOSPHATE | POTASH | MAGNESIUM | SULFUR | ZINC | MANGANESE | IRON | COPPER | BORON | MOLYBDENUM | |
| S-3 | LAWN, NEW | | 50 | | | 8-4 | 4.0 | 5.0 | -0- | -0- | -0- | -0- | -0- | -0- | -0- | | A-G |

REMARKS:

ALL RECOMMENDATIONS ARE IN POUNDS PER 1000 SQUARE FEET.
Apply 8.00 pounds of [19-19-19] and 5.70 pounds of [0-0-22] in first application. Apply 8.00 pounds of [19-19-19] in second application. Apply 4.00 pounds of [19-19-19] in third application.
The above fertilizer application recommendation is a general guideline. If the specified grade cannot be found, replace with a fertilizer having a similar N:P:K ratio. The best time to apply fertilizer for cool season grasses [bluegrass, fescue or ryegrass] is in the fall when the grass is growing. For the Mid-Atlantic region this is from late August to November. For the Northeast region this is mid August to October. The time span between applications should be 1.5-2.0 months.
If you miss this ideal time, apply only one third of the nitrogen requirement in the next spring and the balance in the next fall.
Apply 50 pounds of calcite lime to raise pH and improve the low calcium level.
Lime is insoluble in water and thus moves very slowly downward in the soil to correct the pH. For new lawns the best process is to broadcast all the lime over the surface and then mix it 6 inches into the soil.

"The recommendations are based on research data and experience, but NO GUARANTEE or WARRANTY expressed or implied, concerning crop performance is made."

A&L EASTERN AGRICULTURAL LABORATORIES, INC.
BY C. NORMAN JONES

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

REPORT NUMBER: R130-048

# A & L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24000

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE 05/12/2005 PAGE 4

## SOIL FERTILITY RECOMMENDATIONS (lbs./A)

| YOUR SAMPLE NUMBER | CROP | YIELD | AMENDMENTS LIME TONS/A | AMENDMENTS GYPSUM TONS/A | AMENDMENTS ELEMENTAL SULFUR LBS/A | N NITROGEN | $P_2O_5$ PHOSPHATE | $K_2O$ POTASH | Mg MAGNESIUM | S SULFUR | Zn ZINC | Mn MANGANESE | Fe IRON | Cu COPPER | B BORON | Mo MOLYBDENUM | REFER TO SECTIONS INDICATED (ON BACK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-4 | LAWN, NEW | | 120 | | | 3-4 | 5.0 | 5.5 | -0- | -0- | -0- | -0- | -0- | -0- | -0- | | A-G |

ALL RECOMMENDATIONS ARE IN POUNDS PER 1000 SQUARE FEET.
Apply 10.00 pounds of [16-25-12] and 7.00 pounds of [0-0-22] in first application and second application.
Apply 3.00 pounds of [21-0-0] in third application.
The above fertilizer application recommendation is a general guideline. If the specified grade cannot be found, replace with a fertilizer having a similar N:P:K ratio. The best time to apply fertilizer for cool season grasses [bluegrass, fescue or ryegrass] is in the fall when the grass is growing. For the Mid-Atlantic region this is from late August to November. For the Northeast region this is mid August to October. The time span between applications should be 1.5-2.0 months.
If you miss this ideal time, apply only one third of the nitrogen requirement in the next spring and the balance in the next fall.
Apply 120 pounds of either calcite or dolomitic lime to raise pH.
Unless it is incorporated and mixed into the soil, split the lime into individual applications of a maximum of 50 pounds per 1000 square feet at intervals of 3 months between applications.
Lime is insoluble in water and thus moves very slowly downward in the soil to correct the pH. For new lawns the best process is to broadcast all the lime over the surface and then mix it 6 inches into the soil.

REMARKS:

"The recommendations are based on research data and experience, but NO GUARANTEE or WARRANTY expressed or implied, concerning crop performance is made."

A&L EASTERN AGRICULTURAL LABORATORIES, INC.

BY C. NORMAN JONES

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

REPORT NUMBER:
R130-048

# A & L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-2400

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE 05/12/2005 PAGE 5

## SOIL FERTILITY RECOMMENDATIONS (lbs./A)

| YOUR SAMPLE NUMBER | CROP | YIELD | AMENDMENTS | | | N | $P_2O_5$ | $K_2O$ | Mg | S | Zn | Mn | Fe | Cu | B | Mo | REFER TO SECTION INDICATED (ON BACK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LIME TONS/A | GYPSUM TONS/A | ELEMENTAL SULFUR LBS/A | NITROGEN | PHOSPHATE | POTASH | MAGNESIUM | SULFUR | ZINC | MANGANESE | IRON | COPPER | BORON | MOLYBDENUM | |
| S-5 | LAWN, NEW | | -0- | | | 0-4 | 3.0 | 5.5 | -0- | -0- | -0- | -0- | -0- | -0- | -0- | | D-G |

REMARKS: RECOMMENDATIONS ARE IN POUNDS PER 1000 SQUARE FEET.
Apply 8.00 pounds of [19-19-19] and 4.50 pounds of [0-0-22] in first application and second application.
Apply 3.60 pounds of [21-0-0] and 3.50 pounds of [0-0-22] in third application.
The above fertilizer application recommendation is a general guideline. If the specified grade cannot be found, replace with a fertilizer having a similar N:P:K ratio. The best time to apply fertilizer for cool season grasses [bluegrass, fescue or ryegrass] is in the fall when the grass is growing. For the Mid-Atlantic region this is from late August to November. For the Northeast region this is mid August to October. The time span between applications should be 1.5-2.0 months.
If you miss this ideal time, apply only one third of the nitrogen requirement in the next spring and the balance in the next fall.

"The recommendations are based on research data and experience, but NO GUARANTEE or WARRANTY expressed or implied, concerning crop performance is made."

A&L EASTERN AGRICULTURAL LABORATORIES, INC.

BY [signature]
C. NORMAN JONES

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

05/13/2005 08:07 8042716446 A L LABS PAGE 18

REPORT NUMBER: R130-048

# A & L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-2400

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE 05/12/2005 PAGE 6

## SOIL FERTILITY RECOMMENDATIONS (lbs./A)

| YOUR SAMPLE NUMBER | CROP | YIELD | AMENDMENTS LIME TONS/A | AMENDMENTS GYPSUM TONS/A | AMENDMENTS ELEMENTAL SULFUR LBS/A | N NITROGEN | $P_2O_5$ PHOSPHATE | $K_2O$ POTASH | Mg MAGNESIUM | S SULFUR | Zn ZINC | Mn MANGANESE | Fe IRON | Cu COPPER | B BORON | Mo MOLYBDENUM | REFER TO SECTIONS INDICATED (ON BACK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-6 | LAWN, NEW | | -0- | | | 3-4 | 4.0 | 5.5 | -0- | -0- | -0- | -0- | -0- | -0- | -0- | | D-6 |

ALL RECOMMENDATIONS ARE IN POUNDS PER 1000 SQUARE FEET.

REMARKS:
Apply 10.00 pounds of [16-25-12] and 6.30 pounds of [0-0-22] in first application. Apply 8.00 pounds of [19-19-19] and 6.40 pounds of [0-0-22] in second application. Apply 3.60 pounds of [21-0-0] in third application.
The above fertilizer application recommendation is a general guideline. If the specified grade cannot be found, replace with a fertilizer having a similar N:P:K ratio. The best time to apply fertilizer for cool season grasses [bluegrass, fescue or ryegrass] is in the fall when the grass is growing. For the Mid-Atlantic region this is from late August to November. For the Northeast region this is mid August to October. The time span between applications should be 1.5-2.0 months.
If you miss this ideal time, apply only one third of the nitrogen requirement in the next spring and the balance in the next fall.

"The recommendations are based on research data and experience, but NO GUARANTEE or WARRANTY expressed or implied, concerning crop performance is made."

A&L EASTERN AGRICULTURAL LABORATORIES, INC.
BY C. NORMAN JONES

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

REPORT NUMBER:
R130-048

# A & L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24000

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE 05/12/2005 PAGE 7

## SOIL FERTILITY RECOMMENDATIONS (lbs./A)

| YOUR SAMPLE NUMBER | CROP | YIELD | AMENDMENTS: LIME TONS/A | AMENDMENTS: GYPSUM TONS/A | AMENDMENTS: ELEMENTAL SULFUR LBS/A | N NITROGEN | $P_2O_5$ PHOSPHATE | $K_2O$ POTASH | Mg MAGNESIUM | S SULFUR | Zn ZINC | Mn MANGANESE | Fe IRON | Cu COPPER | B BORON | Mo MOLYBDENUM | REFER TO SECTIONS INDICATED (ON BACK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-7 | LAWN, NEW | | -0- | | | 3-4 | 4.0 | 5.5 | -0- | -0- | -0- | -0- | -0- | -0- | -0- | | D-G |

ALL RECOMMENDATIONS ARE IN POUNDS PER 1000 SQUARE FEET.

REMARKS:
Apply 10.00 pounds of [16-25-12] and 6.30 pounds of [0-0-22] in first application. Apply 8.00 pounds of [19-19-19] and 6.40 pounds of [0-0-22] in second application. Apply 3.60 pounds of [21-0-0] in third application.

The above fertilizer application recommendation is a general guideline. If the specified grade cannot be found, replace with a fertilizer having a similar N:P:K ratio. The best time to apply fertilizer for cool season grasses [bluegrass, fescue or ryegrass] is in the fall when the grass is growing. For the Mid-Atlantic region this is from late August to November. For the Northeast region this is mid August to October. The time span between applications should be 1.5-2.0 months.

If you miss this ideal time, apply only one third of the nitrogen requirement in the next spring and the balance in the next fall.

"The recommendations are based on research data and experience, but NO GUARANTEE or WARRANTY expressed or implied, concerning crop performance is made."

A&L EASTERN AGRICULTURAL LABORATORIES, INC.

BY [signature]

C. NORMAN JONES

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

REPORT NUMBER: R130-048

# A & L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GN03096
WASHINGTON MONUMENT-2400

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE 05/12/2005 PAGE 8

## SOIL FERTILITY RECOMMENDATIONS (lbs./A)

| YOUR SAMPLE NUMBER | CROP | YIELD | AMENDMENTS | | | N | $P_2O_5$ | $K_2O$ | Mg | S | Zn | Mn | Fe | Cu | B | Mo | REFER TO SECTIONS INDICATED (ON BACK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LIME TONS/A | GYPSUM TONS/A | ELEMENTAL SULFUR LBS/A | NITROGEN | PHOSPHATE | POTASH | MAGNESIUM | SULFUR | ZINC | MANGANESE | IRON | COPPER | BORON | MOLYBDENUM | |
| S-8 | LAWN, NEW | | -0- | | | 3-4 | 0.5 | 2.5 | -0- | -0- | -0- | -0- | -0- | -0- | -0- | | D-G |

REMARKS:
ALL RECOMMENDATIONS ARE IN POUNDS PER 1000 SQUARE FEET.
Apply 6.00 pounds of [25-3-13] and 4.50 pounds of [0-0-22] in first application. Apply 6.00 pounds of [25-3-13] in second application. Apply 3.60 pounds of [21-0-0] in third application.
The above fertilizer application recommendation is a general guideline. If the specified grade cannot be found, replace with a fertilizer having a similar N:P:K ratio. The best time to apply fertilizer for cool season grasses [bluegrass, fescue or ryegrass] is in the fall when the grass is growing. For the Mid-Atlantic region this is from late August to November. For the Northeast region this is mid August to October. The time span between applications should be 1.5-2.0 months. If you miss this ideal time, apply only one third of the nitrogen requirement in the next spring and the balance in the next fall.

"The recommendations are based on research data and experience, but NO GUARANTEE or WARRANTY expressed or implied, concerning crop performance is made."

A&L EASTERN AGRICULTURAL LABORATORIES, INC.

BY C. NORMAN JONES

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

REPORT NUMBER: R130-048

# A & L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: POW5275 JOBWGW03096
WASHINGTON MONUMENT-24009

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE 05/12/2005 PAGE 9

## SOIL FERTILITY RECOMMENDATIONS (lbs./A)

| YOUR SAMPLE NUMBER | CROP | YIELD | AMENDMENTS | | | N | $P_2O_5$ | $K_2O$ | Mg | S | Zn | Mn | Fe | Cu | B | Mo | REFER TO SECTIONS INDICATED (ON BACK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LIME TONS/A | GYPSUM TONS/A | ELEMENTAL SULFUR LBS/A | NITROGEN | PHOSPHATE | POTASH | MAGNESIUM | SULFUR | ZINC | MANGANESE | IRON | COPPER | BORON | MOLYBDENUM | |
| S-9 | LAWN, NEW | | -0- | | 12 | 3-4 | 1.5 | 5.0 | -0- | -0- | -0- | -0- | -0- | -0- | -0- | | C-G |

REMARKS:

ALL RECOMMENDATIONS ARE IN POUNDS PER 1000 SQUARE FEET.
Apply 11.00 pounds of [14-7-10] and 6.50 pounds of [0-0-22] in first application and second application.
Apply 3.60 pounds of [21-0-0] in third application.
The above fertilizer application recommendation is a general guideline. If the specified grade cannot found, replace with a fertilizer having a similar N:P:K ratio. The best time to apply fertilizer for cool season grasses [bluegrass, fescue or ryegrass] is in the fall when the grass is growing. For the Mid-Atlantic region this is from late August to November. For the Northeast region this is mid August to October. The time span between applications should be 1.5-2.0 months.
If you miss this ideal time, apply only one third of the nitrogen requirement in the next spring and the balance in the next fall.
Apply 12 pounds of elemental Sulfur [90%] and use ammonium sulfate as source of nitrogen to reduce pH. Sulfur works better when soil is warmer than 60 F. If not incorporated and not irrigated, apply elemental Sulfur no more than 2 lbs per 1000 sq. ft. per application, however if not incorporated and irrigated, Limit the elemental Sulfur application to no more than 4 pounds per 1000 sq. ft. Allow 2 months between applications.
Minor element recommendations are on a broadcast basis.

"The recommendations are based on research data and experience, but NO GUARANTEE or WARRANTY expressed or implied, concerning crop performance is made."

A&L EASTERN AGRICULTURAL LABORATORIES, INC.

BY [signature]
C. NORMAN JONES

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

REPORT NUMBER: R130-048

# A & L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-2400

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE 05/12/2005 PAGE 10

## SOIL FERTILITY RECOMMENDATIONS (lbs./A)

| YOUR SAMPLE NUMBER | CROP | YIELD | AMENDMENTS: LIME TONS/A | AMENDMENTS: GYPSUM TONS/A | AMENDMENTS: ELEMENTAL SULFUR LBS/A | N NITROGEN | $P_2O_5$ PHOSPHATE | $K_2O$ POTASH | Mg MAGNESIUM | S SULFUR | Zn ZINC | Mn MANGANESE | Fe IRON | Cu COPPER | B BORON | Mo MOLYBDENUM | REFER TO SECTIONS INDICATED (ON BACK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-10 | LAWN, NEW | | -0- | | | 3-4 | 4.5 | 6.0 | -0- | -0- | -0- | -0- | -0- | -0- | -0- | | D-G |

REMARKS:
ALL RECOMMENDATIONS ARE IN POUNDS PER 1000 SQUARE FEET.
Apply 9.00 pounds of [16-25-12] and 5.80 pounds of [0-0-22] in first application and second application.
Apply 3.60 pounds of [21-0-0] and 5.80 pounds of [0-0-22] in third application.
The above fertilizer application recommendation is a general guideline. If the specified grade cannot be found, replace with a fertilizer having a similar N:P:K ratio. The best time to apply fertilizer for cool season grasses [bluegrass, fescue or ryegrass] is in the fall when the grass is growing. For the Mid-Atlantic region this is from late August to November. For the Northeast region this is mid August to October. The time span between applications should be 1.5-2.0 months. If you miss this ideal time, apply only one third of the nitrogen requirement in the next spring and the balance in the next fall.

"The recommendations are based on research data and experience, but NO GUARANTEE or WARRANTY expressed or implied, concerning crop performance is made."

A&L EASTERN AGRICULTURAL LABORATORIES, INC.
BY

C. NORMAN JONES

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

05/13/2005 08:07 8042715446 A L LABS PAGE 23

REPORT NUMBER: R130-048

# A & L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24009

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE 05/12/2005 PAGE 11

## SOIL FERTILITY RECOMMENDATIONS (lbs./A)

| YOUR SAMPLE NUMBER | CROP | YIELD | AMENDMENTS LIME TONS/A | AMENDMENTS GYPSUM TONS/A | AMENDMENTS ELEMENTAL SULFUR LBS/A | N NITROGEN | $P_2O_5$ PHOSPHATE | $K_2O$ POTASH | Mg MAGNESIUM | S SULFUR | Zn ZINC | Mn MANGANESE | Fe IRON | Cu COPPER | B BORON | Mo MOLYBDENUM | REFER TO SECTIONS INDICATED (ON BACK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-11 | LAWN, NEW | | -0- | | 8 | 3-4 | 2.0 | 5.0 | -0- | -0- | -0- | -0- | -0- | -0- | -0- | | C-G |

ALL RECOMMENDATIONS ARE IN POUNDS PER 1000 SQUARE FEET.
Apply 7.50 pounds of [20-15-15] and 9.00 pounds of [0-0-22] in first application. Apply 7.50 pounds of [20-10-15] in second application. Apply 5.00 pounds of [20-10-15] in third application.
The above fertilizer application recommendation is a general guideline. If the specified grade cannot be found, replace with a fertilizer having a similar N:P:K ratio. The best time to apply fertilizer for cool season grasses [bluegrass, fescue or ryegrass] is in the fall when the grass is growing. For the Mid-Atlantic region this is from late August to November. For the Northeast region this is mid August to October. The time span between applications should be 1.5-2.0 months.
If you miss this ideal time, apply only one third of the nitrogen requirement in the next spring and the balance in the next fall.
Apply 8 pounds of elemental Sulfur [90%] and use ammonium sulfate as source of nitrogen to reduce pH. Sulfur works better when soil is warmer than 60 F. If not incorporated and not irrigated, apply elemental Sulfur no more than 2 lbs per 1000 sq. ft. per application, however if not incorporated and irrigated, Limit the elemental Sulfur application to no more than 4 pounds per 1000 sq. ft. Allow 2 months between applications.
Minor element recommendations are on a broadcast basis.

REMARKS:

"The recommendations are based on research data and experience, but NO GUARANTEE or WARRANTY expressed or implied, concerning crop performance is made."

A&L EASTERN AGRICULTURAL LABORATORIES, INC.

BY C. NORMAN JONES

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

REPORT NUMBER: R130-048

# A & L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GH03096
WASHINGTON MONUMENT-24000

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE 05/12/2005 PAGE 12

## SOIL FERTILITY RECOMMENDATIONS (lbs./A)

| YOUR SAMPLE NUMBER | CROP | YIELD | AMENDMENTS LIME TONS/A | GYPSUM TONS/A | ELEMENTAL SULFUR LBS/A | N NITROGEN | $P_2O_5$ PHOSPHATE | $K_2O$ POTASH | Mg MAGNESIUM | S SULFUR | Zn ZINC | Mn MANGANESE | Fe IRON | Cu COPPER | B BORON | Mo MOLYBDENUM | REFER TO SECTIONS INDICATED (ON BACK) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-12 | LAWN, NEW | | -0- | | | 3-4 | 0.5 | 4.5 | -0- | -0- | -0- | -0- | -0- | -0- | -0- | | D-G |

REMARKS:
ALL RECOMMENDATIONS ARE IN POUNDS PER 1000 SQUARE FEET.
Apply 6.00 pounds of [25-3-13] and 7.80 pounds of [0-0-22] in first application and second application.
Apply 3.60 pounds of [21-0-0] in third application.
The above fertilizer application recommendation is a general guideline. If the specified grade cannot be found, replace with a fertilizer having a similar N:P:K ratio. The best time to apply fertilizer for cool season grasses [bluegrass, fescue or ryegrass] is in the fall when the grass is growing. For the Mid-Atlantic region this is from late August to November. For the Northeast region this is mid August to October. The time span between applications should be 1.5-2.0 months.
If you miss this ideal time, apply only one third of the nitrogen requirement in the next spring and the balance in the next fall.

"The recommendations are based on research data and experience, but NO GUARANTEE or WARRANTY expressed or implied, concerning crop performance is made."

A&L EASTERN AGRICULTURAL LABORATORIES, INC.
BY [signature]
C. NORMAN JONES

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

R130-0482005
REPORT NUMBER:

ACCT # 27934

| SEND TO: | GROWER: | SUBMITTED BY: |
|---|---|---|
| GRUNLEY-WALSH<br>5010 NICHOLSON LN<br>SUITE 200<br>ROCKVILLE MD 20852 | POH5275 JOBHGH03036<br>WASHINGTON MONUMENT-24004 | ED HOLLANDER |

DATE 05/11/05 PAGE 1

| SAMPLE ID | LAB NUMBER | PERCENT SAND | PERCENT SILT | PERCENT CLAY | TEXTURAL CLASSIFICATION |
|---|---|---|---|---|---|
| S-1 | 09586 | 46.8 | 28.8 | 24.4 | LOAM |
| S-2 | 09587 | 44.8 | 28.8 | 26.4 | LOAM |
| S-3 | 09588 | 44.8 | 26.8 | 28.4 | CLAY LOAM |
| S-4 | 09589 | 46.8 | 24.8 | 28.4 | SANDY CLAY LOAM |
| S-5 | 09590 | 50.8 | 26.8 | 22.4 | SANDY CLAY LOAM |
| S-6 | 09591 | 44.8 | 22.8 | 32.4 | CLAY LOAM |
| S-7 | 09592 | 42.8 | 28.8 | 28.4 | CLAY LOAM |
| S-8 | 09593 | 50.8 | 28.8 | 20.4 | LOAM |
| S-9 | 09594 | 44.8 | 28.8 | 26.4 | LOAM |
| S-10 | 09595 | 46.8 | 26.8 | 26.4 | SANDY CLAY LOAM |

This report applies only to the sample(s) tested. Samples are retained a maximum of thirty days after testing.

A&L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature] by [signature]

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

A&L EASTERN AGRICULTURAL LABORATORIES, INC.
7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

REPORT NUMBER: R130-0402005

ACCT # 27934

SEND TO:
GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER:
PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SUBMITTED BY:
ED HOLLANDER

DATE 05/11/05 PAGE 2

| SAMPLE ID | LAB NUMBER | PERCENT SAND | PERCENT SILT | PERCENT CLAY | TEXTURAL CLASSIFICATION |
|---|---|---|---|---|---|
| S-11 | 09596 | 48.8 | 26.8 | 24.4 | SANDY CLAY LOAM |
| S-12 | 09597 | 40.8 | 30.8 | 28.4 | CLAY LOAM |

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization. Copyright 1977

This report applies only to the sample(s) tested. Samples are retained a maximum of thirty days after testing.

A&L EASTERN AGRICULTURAL LABORATORIES, INC.

by [signature] by [signature]

REPORT NUMBER:
R130-048

# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE RECEIVED 05/09/05
DATE OF ANALYSIS 05/10/05

DATE OF REPORT 05/12/05 PAGE 1

## SOIL ANALYSIS REPORT

| SAMPLE IDENT. | LAB NO. | Nitrogen TKN mg/kg | Phosphorus P mg/kg | Potassium K mg/kg | Sulfur S mg/kg | Calcium Ca mg/kg | Magnesium Mg mg/kg | Sodium Na mg/kg | Iron Fe mg/kg | Aluminum Al mg/kg | Manganese Mn mg/kg | Copper Cu mg/kg | Zinc Zn mg/kg | Ammonia Nitrogen mg/kg | Nitrate Nitrogen mg/kg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-1 | 09586 | | | | | | | | | | | | | | |
| S-2 | 09587 | | | | | | | | | | | | | | |
| S-3 | 09588 | | | | | | | | | | | | | | |
| S-4 | 09589 | | | | | | | | | | | | | | |
| S-5 | 09590 | | | | | | | | | | | | | | |

| LAB NO. | Cadmium Cd mg/kg | Chromium Cr mg/kg | Nickel Ni mg/kg | Lead Pb mg/kg | Arsenic As mg/kg | Mercury Hg mg/kg | Selenium Se mg/kg | Organic Nitrogen mg/kg | pH | Total C.E.C. (meq/100g) | | OMC % | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09586 | | | | | | | | | | | | 3.2 | | | | |
| 09587 | | | | | | | | | | | | 3.2 | | | | |
| 09588 | | | | | | | | | | | | 3.1 | | | | |
| 09589 | | | | | | | | | | | | 2.9 | | | | |
| 09590 | | | | | | | | | | | | 2.9 | | | | |

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization.

This report applies only to the sample(s) tested. Samples are retained a maximum of thirty days after testing.
A&L EASTERN AGRICULTURAL LABORATORIES, INC.
by [signature]

05/13/2005 08:07 8042716446 A L LABS PAGE 28

REPORT NUMBER: R130-048

# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446

ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE OF REPORT 05/12/05 PAGE 2

## SOIL ANALYSIS REPORT

DATE RECEIVED 05/09/05
DATE OF ANALYSIS 05/10/05

| SAMPLE IDENT. | LAB NO. | Nitrogen TKN mg/kg | Phosphorus P mg/kg | Potassium K mg/kg | Sulfur S mg/kg | Calcium Ca mg/kg | Magnesium Mg mg/kg | Sodium Na mg/kg | Iron Fe mg/kg | Aluminum Al mg/kg | Manganese Mn mg/kg | Copper Cu mg/kg | Zinc Zn mg/kg | Ammonia Nitrogen mg/kg | Nitrate Nitrogen mg/kg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-6 | 09591 | | | | | | | | | | | | | | |
| S-7 | 09592 | | | | | | | | | | | | | | |
| S-8 | 09593 | | | | | | | | | | | | | | |
| S-9 | 09594 | | | | | | | | | | | | | | |
| S-10 | 09595 | | | | | | | | | | | | | | |

| LAB NO. | Cadmium Cd mg/kg | Chromium Cr mg/kg | Nickel Ni mg/kg | Lead Pb mg/kg | Arsenic As mg/kg | Mercury Hg mg/kg | Selenium Se mg/kg | Organic Nitrogen mg/kg | pH | Total C.E.C. (meq/100g) | | OMG % | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09591 | | | | | | | | | | | | 3.6 | | | | |
| 09592 | | | | | | | | | | | | 3.4 | | | | |
| 09593 | | | | | | | | | | | | 4.5 | | | | |
| 09594 | | | | | | | | | | | | 3.5 | | | | |
| 09595 | | | | | | | | | | | | 3.6 | | | | |

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization.

This report applies only to the sample(s) tested. Samples are retained a maximum of thirty days after testing.
A&L EASTERN AGRICULTURAL LABORATORIES, INC.
by [signature]

REPORT NUMBER:
R130-048


# A&L EASTERN AGRICULTURAL LABORATORIES, INC.

7621 Whitepine Road • Richmond, Virginia 23237 • (804) 743-9401
Fax No. (804) 271-6446


ACCT # 27934

SEND TO: GRUNLEY-WALSH
5010 NICHOLSON LN
SUITE 200
ROCKVILLE MD 20852

GROWER: PO#5275 JOB#GW03096
WASHINGTON MONUMENT-24004

SAMPLES SUBMITTED BY: ED HOLLANDER

DATE RECEIVED 05/09/05
DATE OF ANALYSIS 05/10/05

DATE OF REPORT 05/12/05 PAGE 3

## SOIL ANALYSIS REPORT

| SAMPLE IDENT. | LAB NO. | Nitrogen TKN mg/kg | Phos-phorus P mg/kg | Potassium K mg/kg | Sulfur S mg/kg | Calcium Ca mg/kg | Magnesium Mg mg/kg | Sodium Na mg/kg | Iron Fe mg/kg | Aluminum Al mg/kg | Manganese Mn mg/kg | Copper Cu mg/kg | Zinc Zn mg/kg | Ammonia Nitrogen mg/kg | Nitrate Nitrogen mg/kg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-11 | 09596 | | | | | | | | | | | | | | |
| S-12 | 09597 | | | | | | | | | | | | | | |

| LAB NO. | Cadmium Cd mg/kg | Chromium Cr mg/kg | Nickel Ni mg/kg | Lead Pb mg/kg | Arsenic As mg/kg | Mercury Hg mg/kg | Selenium Se mg/kg | Organic Nitrogen mg/kg | pH | Total C.E.C. (meq/100g) | | OMC % | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09596 | | | | | | | | | | | | 3.5 | | | | |
| 09597 | | | | | | | | | | | | 4.4 | | | | |

Our reports and letters are for the exclusive and confidential use of our clients, and may not be reproduced in whole or in part, nor may any reference be made to the work, the results, or the company in any advertising, news release, or other public announcements without obtaining our prior written authorization.

This report applies only to the sample(s) tested. Samples are retained a maximum of thirty days after testing.
A&L EASTERN AGRICULTURAL LABORATORIES, INC.
by [signature]

United States Department of the Interior
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

D5215 (DSC-CS)
1443C3059980901
NACC 42400

May 17, 2005

Cleo A. Kimbembe
Grunley-Walsh Joint Venture
11910 Parklawn Drive
Suite U
Rockville, Maryland 20852

Reference: Washington Monument Physical Security Project, Contract No.: 1443C3059980901 T3059988135, PMIS 42400

Subject: Topsoil Sand Quantity

Ms. Kimbembe:

Thank you for providing the topsoil tests on May 14, 2005. Those tests show that a significant amount of additional sand is necessary to meet the contract required topsoil gradation. Additional sand added to the topsoil within the oval to date appears to be far less than required. As Grunley-Walsh has stated their intent to start placing sod this week the NPS is concerned that the sod not be placed on non-conforming topsoil.

Please provide your submittal for adding sand to the topsoil today. Indicate quantity necessary to add for each area of the grass phasing plan, method of mixing, and sand size analysis. You are cautioned that sod shall not be placed until the NPS has inspected this work.

Sincerely

/s/

Michael Giller
Contracting Officers Representative

Cc: NACC Keys
Alpha Sims

Grunley-Walsh

5010 Nicholson Lane, Suite 200 Rockville, MD 20852

Mr. Mike Giller
United States Department of the Interior - NPS/DSC
12795 W. Alameda Parkway
P.O. Box 25287
Denver, CO 80225-0287
303-969-2207/303-969-2238fx

May 17, 2005

Attn: Mike Giller

Re: Washington Monument Physical Security Project – Contract No 1443C3059980901, – Letter concerning the Top Soil Sand Quantity and Top Soil Amendments

Grunley-Walsh acknowledges your letters concerning the Top soil Sand Quantity and topsoil Amendments. Grunley-Walsh has reviewed the soil analysis report the percent sand, silt and clay content and also the variations in the nutrient levels. As stated in my transmittal presented with the reports the sand, silt and clay levels will be adjusted to meet the NPS requirements, also noting the levels meet the DPW requirements. Grunley-Walsh will provide based on the soils reports information to your on-site representative the quantity of sand, that will be added to each load of soil placed as well as the areas of placement. The recommendations from the Lab for amending nutrient levels will be followed as a general guide line.

Grunley-Walsh will contact the NPS representative for a request to inspect the area's ready for SOD installation.

If have you any question's concerning the above do not hesitate to contact me at 202-347-9322.

Regards,

Cleo A. Kimbembe
Project Manager

Cc: Bassem Soueidan, Alpha, File

Campbell Sand & Gravel Company

2126 ESPEY COURT • SUITE F
CROFTON, MARYLAND 21114
(301) 261-3160 • FAX: (301) 261-0452

PLANT
WASH. PHONE: (301) 261-6655
BALT. PHONE: (410) 793-0058

06/30/2005

PAYMENT TERMS
DUE UPON RECEIPT

WALSH
CONTRACTING
7544-D FULLERTON CT
SPRINGFIELD VA 22153-

INVOICE / STATEMENT

JOB LOCATION P I C K U P (BMS)

| DATE | DELIVERY TICKET NUMBER | TONS | PRODUCT BMS5 | SALES TAX | HAUL COST | TOTAL CHARGES | BALANCE FWD. / CREDIT | 11,065.20 |
|---|---|---|---|---|---|---|---|---|
| 06/21/05 | 92260 | 19.41 | 194.10 | 0.00 | 0.00 | 194.10 | | 11259.30 |
| 06/24/05 | 92546 | 18.19 | 181.90 | 0.00 | 0.00 | 181.90 | | 11441.20 |
| 06/24/05 | 92547 | 19.09 | 190.90 | 0.00 | 0.00 | 190.90 | | 11632.10 |
| 06/24/05 | 92538 | 19.32 | 193.20 | 0.00 | 0.00 | 193.20 | | 11825.30 |
| 06/24/05 | 92539 | 18.40 | 184.00 | 0.00 | 0.00 | 184.00 | | 12009.30 |
| 06/24/05 | 92526 | 19.03 | 190.30 | 0.00 | 0.00 | 190.30 | | 12199.60 |
| 06/24/05 | 92525 | 19.15 | 191.50 | 0.00 | 0.00 | 191.50 | | 12391.10 |
| 06/24/05 | 92517 | 20.15 | 201.50 | 0.00 | 0.00 | 201.50 | | 12592.60 |
| 06/24/05 | 92518 | 19.87 | 198.70 | 0.00 | 0.00 | 198.70 | | 12791.30 |
| 06/24/05 | 92502 | 19.62 | 196.20 | 0.00 | 0.00 | 196.20 | | 12987.50 |
| 06/24/05 | 92503 | 19.85 | 198.50 | 0.00 | 0.00 | 198.50 | | 13186.00 |

not paid

Campbell Sand & Gravel Company

AMOUNT DUE ▶ 13,186.00

MID-ATLANTIC BUS. FORMS SUPPLIES 731-8811

# Campbell Sand & Gravel Company

2126 ESPEY COURT • SUITE F
CROFTON, MARYLAND 21114
(301) 261-3160 • FAX: (301) 261-0452

PLANT
WASH. PHONE: (301) 261-6655
BALT. PHONE: (410) 793-0058

06/30/2005

PAYMENT TERMS
DUE UPON RECEIPT

**INVOICE / STATEMENT**

WALSH
 CONTRACTING
7544-D FULLERTON CT
SPRINGFIELD VA 22153-

JOB LOCATION P I C K U P (BMS)

| DATE | DELIVERY TICKET NUMBER | TONS | PRODUCT BMS5 | SALES TAX | HAUL COST | TOTAL CHARGES | BALANCE FWD. / CREDIT | 26,288.80 |
|---|---|---|---|---|---|---|---|---|
| 06/17/05 | 82097 | 19.12 | 191.20 | 0.00 | 0.00 | 191.20 | | 26480.00 |
| 06/17/05 | 82098 | 19.17 | 191.70 | 0.00 | 0.00 | 191.70 | | 26671.70 |
| 06/17/05 | 82099 | 19.19 | 191.90 | 0.00 | 0.00 | 191.90 | | 26863.60 |
| 06/17/05 | 82038 | 18.61 | 186.10 | 0.00 | 0.00 | 186.10 | | 27049.70 |
| 06/17/05 | 82043 | 19.10 | 191.00 | 0.00 | 0.00 | 191.00 | | 27240.70 |
| 06/17/05 | 82042 | 19.57 | 195.70 | 0.00 | 0.00 | 195.70 | | 27436.40 |
| 06/17/05 | 82044 | 19.60 | 196.00 | 0.00 | 0.00 | 196.00 | | 27632.40 |
| 06/17/05 | 82037 | 19.42 | 194.20 | 0.00 | 0.00 | 194.20 | | 27826.60 |
| 06/17/05 | 82036 | 20.66 | 206.60 | 0.00 | 0.00 | 206.60 | | 28033.20 |
| 06/20/05 | CK 14158 | | | | | | 20654.30 | 7378.90 |
| 06/21/05 | 82239 | 18.40 | 184.00 | 0.00 | 0.00 | 184.00 | | 7562.90 |
| 06/21/05 | 82238 | 19.50 | 195.00 | 0.00 | 0.00 | 195.00 | | 7757.90 |
| 06/21/05 | 82224 | 19.41 | 194.10 | 0.00 | 0.00 | 194.10 | | 7952.00 |
| 06/21/05 | 82223 | 18.42 | 184.20 | 0.00 | 0.00 | 184.20 | | 8136.20 |
| 06/21/05 | 82221 | 20.14 | 201.40 | 0.00 | 0.00 | 201.40 | | 8337.60 |
| 06/21/05 | 82305 | 19.34 | 193.40 | 0.00 | 0.00 | 193.40 | | 8531.00 |
| 06/21/05 | 82304 | 18.41 | 184.10 | 0.00 | 0.00 | 184.10 | | 8715.10 |
| 06/21/05 | 82302 | 18.92 | 189.20 | 0.00 | 0.00 | 189.20 | | 8904.30 |
| 06/21/05 | 82303 | 19.58 | 195.80 | 0.00 | 0.00 | 195.80 | | 9100.10 |
| 06/21/05 | 82298 | 18.56 | 185.60 | 0.00 | 0.00 | 185.60 | | 9285.70 |
| 06/21/05 | 82276 | 19.96 | 199.60 | 0.00 | 0.00 | 199.60 | | 9485.30 |
| 06/21/05 | 82277 | 19.63 | 196.30 | 0.00 | 0.00 | 196.30 | | 9681.60 |
| 06/21/05 | 82279 | 20.02 | 200.20 | 0.00 | 0.00 | 200.20 | | 9881.80 |
| 06/21/05 | 82280 | 20.04 | 200.40 | 0.00 | 0.00 | 200.40 | | 10082.20 |
| 06/21/05 | 82273 | 19.79 | 197.90 | 0.00 | 0.00 | 197.90 | | 10280.10 |
| 06/21/05 | 82265 | 20.03 | 200.30 | 0.00 | 0.00 | 200.30 | | 10480.40 |
| 06/21/05 | 82266 | 19.79 | 197.90 | 0.00 | 0.00 | 197.90 | | 10678.30 |
| 06/21/05 | 82261 | 18.40 | 184.00 | 0.00 | 0.00 | 184.00 | | 10862.30 |
| 06/21/05 | 82257 | 20.29 | 202.90 | 0.00 | 0.00 | 202.90 | | 11065.20 |

Paid

not Paid

Campbell Sand & Gravel Company

AMOUNT DUE ▶

MID-ATLANTIC BUS. FORM SUPPLIES 731-8814

Campbell Sand & Gravel Company

2126 ESPEY COURT • SUITE F
CROFTON, MARYLAND 21114
(301) 261-3180 • FAX: (301) 261-0452

PLANT
WASH. PHONE: (301) 261-6655
BALT. PHONE: (410) 793-0058

05/31/2005

**PAYMENT TERMS**
DUE UPON RECEIPT

WALSH
CONTRACTING

**INVOICE / STATEMENT**

JOB LOCATION P I C K U P (BMS)

| DATE | DELIVERY TICKET NUMBER | TONS | PRODUCT BMS5 | SALES TAX | HAUL COST | TOTAL CHARGES | BALANCE FWD. / CREDIT | 16,434.20 |
|---|---|---|---|---|---|---|---|---|
| 05/27/05 | 90912 | 20.23 | 202.30 | 0.00 | 0.00 | 202.30 | | 16636.50 |
| 05/27/05 | 90913 | 20.16 | 201.60 | 0.00 | 0.00 | 201.60 | | 16838.10 |
| 05/27/05 | 90914 | 19.94 | 199.40 | 0.00 | 0.00 | 199.40 | | 17037.50 |
| 05/27/05 | 90916 | 19.43 | 194.30 | 0.00 | 0.00 | 194.30 | | 17231.80 |
| 05/27/05 | 90915 | 20.75 | 207.50 | 0.00 | 0.00 | 207.50 | | 17439.30 |
| 05/31/05 | 91022 | 19.84 | 198.40 | 0.00 | 0.00 | 198.40 | | 17637.70 |
| 05/31/05 | 91023 | 20.68 | 206.80 | 0.00 | 0.00 | 206.80 | | 17844.50 |
| 05/31/05 | 91024 | 18.51 | 185.10 | 0.00 | 0.00 | 185.10 | | 18029.60 |
| 05/31/05 | 91021 | 20.85 | 208.50 | 0.00 | 0.00 | 208.50 | | 18238.10 |
| 05/31/05 | 90992 | 20.95 | 209.50 | 0.00 | 0.00 | 209.50 | | 18447.60 |
| 05/31/05 | 90990 | 20.38 | 203.80 | 0.00 | 0.00 | 203.80 | | 18651.40 |
| 05/31/05 | 90991 | 21.71 | 217.10 | 0.00 | 0.00 | 217.10 | | 18868.50 |
| 05/31/05 | 90573 | 19.56 | 195.60 | 0.00 | 0.00 | 195.60 | | 19064.10 |
| 05/31/05 | 90981 | 19.46 | 194.60 | 0.00 | 0.00 | 194.60 | | 19258.70 |
| 05/31/05 | 90978 | 19.41 | 194.10 | 0.00 | 0.00 | 194.10 | | 19452.80 |
| 05/31/05 | 90976 | 20.43 | 204.30 | 0.00 | 0.00 | 204.30 | | 19657.10 |
| 05/31/05 | 90977 | 20.97 | 209.70 | 0.00 | 0.00 | 209.70 | | 19866.80 |
| 05/31/05 | 90958 | 19.61 | 196.10 | 0.00 | 0.00 | 196.10 | | 20062.90 |
| 05/31/05 | 90959 | 19.75 | 197.50 | 0.00 | 0.00 | 197.50 | | 20260.40 |
| 05/31/05 | 90960 | 18.99 | 189.90 | 0.00 | 0.00 | 189.90 | | 20450.30 |
| 05/31/05 | 90962 | 20.40 | 204.00 | 0.00 | 0.00 | 204.00 | | 20654.30 |

Campbell Sand & Gravel Company

AMOUNT DUE ► 20,654.30

 003

# Campbell Sand & Gravel Company

2126 ESPEY COURT • SUITE F
CROFTON, MARYLAND 21114
(301) 261-3160 • FAX: (301) 261-0452

PLANT
WASH. PHONE: (301) 261-6655
BALT. PHONE: (410) 793-0058

05/31/2005

**PAYMENT TERMS**
DUE UPON RECEIPT

WALSH
CONTRACTING

**INVOICE / STATEMENT**

JOB LOCATION PICK UP (BMS)

| DATE | DELIVERY TICKET NUMBER | TONS | PRODUCT BMSS | SALES TAX | HAUL COST | TOTAL CHARGES | BALANCE FWD. / CREDIT | 10,647.90 |
|---|---|---|---|---|---|---|---|---|
| 05/23/05 | 90540 | 18.39 | 183.90 | 0.00 | 0.00 | 183.90 | | 10831.80 |
| 05/23/05 | 89151 | 20.33 | 203.30 | 0.00 | 0.00 | 203.30 | | 11035.10 |
| 05/23/05 | 90058 | 20.57 | 205.70 | 0.00 | 0.00 | 205.70 | | 11240.80 |
| 05/23/05 | 90060 | 20.27 | 202.70 | 0.00 | 0.00 | 202.70 | | 11443.50 |
| 05/23/05 | 90061 | 20.48 | 204.80 | 0.00 | 0.00 | 204.80 | | 11648.30 |
| 05/23/05 | 90062 | 20.07 | 200.70 | 0.00 | 0.00 | 200.70 | | 11849.00 |
| 05/23/05 | 90065 | 20.00 | 200.00 | 0.00 | 0.00 | 200.00 | | 12049.00 |
| 05/23/05 | 90627 | 20.08 | 200.80 | 0.00 | 0.00 | 200.80 | | 12249.80 |
| 05/24/05 | 90630 | 19.96 | 199.60 | 0.00 | 0.00 | 199.60 | | 12449.40 |
| 05/24/05 | 90629 | 18.99 | 189.90 | 0.00 | 0.00 | 189.90 | | 12639.30 |
| 05/27/05 | 90901 | 19.60 | 196.00 | 0.00 | 0.00 | 196.00 | | 12835.30 |
| 05/27/05 | 90892 | 19.93 | 199.30 | 0.00 | 0.00 | 199.30 | | 13034.60 |
| 05/27/05 | 90897 | 20.13 | 201.30 | 0.00 | 0.00 | 201.30 | | 13235.90 |
| 05/27/05 | 90887 | 19.77 | 197.70 | 0.00 | 0.00 | 197.70 | | 13433.60 |
| 05/27/05 | 90890 | 18.91 | 189.10 | 0.00 | 0.00 | 189.10 | | 13622.70 |
| 05/27/05 | 90888 | 21.30 | 213.00 | 0.00 | 0.00 | 213.00 | | 13835.70 |
| 05/27/05 | 90889 | 20.46 | 204.60 | 0.00 | 0.00 | 204.60 | | 14040.30 |
| 05/27/05 | 90882 | 18.83 | 188.30 | 0.00 | 0.00 | 188.30 | | 14228.60 |
| 05/27/05 | 90879 | 19.43 | 194.30 | 0.00 | 0.00 | 194.30 | | 14422.90 |
| 05/27/05 | 90877 | 20.45 | 204.50 | 0.00 | 0.00 | 204.50 | | 14627.40 |
| 05/27/05 | 90876 | 21.11 | 211.10 | 0.00 | 0.00 | 211.10 | | 14838.50 |
| 05/27/05 | 90875 | 19.52 | 195.20 | 0.00 | 0.00 | 195.20 | | 15033.70 |
| 05/27/05 | 90878 | 19.73 | 197.30 | 0.00 | 0.00 | 197.30 | | 15231.00 |
| 05/27/05 | 90903 | 20.35 | 203.50 | 0.00 | 0.00 | 203.50 | | 15434.50 |
| 05/27/05 | 90905 | 21.40 | 214.00 | 0.00 | 0.00 | 214.00 | | 15648.50 |
| 05/27/05 | 90904 | 18.74 | 187.40 | 0.00 | 0.00 | 187.40 | | 15835.90 |
| 05/27/05 | 90902 | 20.14 | 201.40 | 0.00 | 0.00 | 201.40 | | 16037.30 |
| 05/27/05 | 90909 | 20.71 | 207.10 | 0.00 | 0.00 | 207.10 | | 16244.40 |
| 05/27/05 | 90918 | 18.98 | 189.80 | 0.00 | 0.00 | 189.80 | | 16434.20 |

Campbell Sand & Gravel Company

AMOUNT DUE ▶

Campbell Sand & Gravel Company

2126 ESPEY COURT • SUITE F
CROFTON, MARYLAND 21114
(301) 261-3160 • FAX: (301) 261-0452

PLANT
WASH. PHONE: (301) 261-6655
BALT. PHONE: (410) 793-0058

05/31/2005

**PAYMENT TERMS**
DUE UPON RECEIPT

WALSH
CONTRACTING

**INVOICE / STATEMENT**

JOB LOCATION P I C K U P (BMS)

| DATE | DELIVERY TICKET NUMBER | TONS | PRODUCT BMS5 | SALES TAX | HAUL COST | TOTAL CHARGES | BALANCE FWD. / CREDIT | 4,924.70 |
|---|---|---|---|---|---|---|---|---|
| 05/19/05 | 90342 | 19.44 | 194.40 | 0.00 | 0.00 | 194.40 | | 5119.10 |
| 05/19/05 | 90343 | 19.38 | 193.80 | 0.00 | 0.00 | 193.80 | | 5312.90 |
| 05/19/05 | 90344 | 19.18 | 191.80 | 0.00 | 0.00 | 191.80 | | 5504.70 |
| 05/19/05 | 90341 | 19.39 | 193.90 | 0.00 | 0.00 | 193.90 | | 5698.60 |
| 05/19/05 | 90340 | 19.49 | 194.90 | 0.00 | 0.00 | 194.90 | | 5893.50 |
| 05/19/05 | 90339 | 20.94 | 209.40 | 0.00 | 0.00 | 209.40 | | 6102.90 |
| 05/19/05 | 90459 | 19.48 | 194.80 | 0.00 | 0.00 | 194.80 | | 6297.70 |
| 05/19/05 | 90458 | 20.50 | 205.00 | 0.00 | 0.00 | 205.00 | | 6502.70 |
| 05/19/05 | 90442 | 20.04 | 200.40 | 0.00 | 0.00 | 200.40 | | 6703.10 |
| 05/19/05 | 90445 | 19.68 | 196.80 | 0.00 | 0.00 | 196.80 | | 6899.90 |
| 05/19/05 | 90444 | 19.83 | 198.30 | 0.00 | 0.00 | 198.30 | | 7098.20 |
| 05/19/05 | 90443 | 19.71 | 197.10 | 0.00 | 0.00 | 197.10 | | 7295.30 |
| 05/19/05 | 90441 | 20.65 | 206.50 | 0.00 | 0.00 | 206.50 | | 7501.80 |
| 05/19/05 | 90446 | 19.57 | 195.70 | 0.00 | 0.00 | 195.70 | | 7697.50 |
| 05/23/05 | 90625 | 19.11 | 191.10 | 0.00 | 0.00 | 191.10 | | 7888.60 |
| 05/23/05 | 90624 | 21.51 | 215.10 | 0.00 | 0.00 | 215.10 | | 8103.70 |
| 05/23/05 | 90612 | 19.60 | 196.00 | 0.00 | 0.00 | 196.00 | | 8299.70 |
| 05/23/05 | 90614 | 19.37 | 193.70 | 0.00 | 0.00 | 193.70 | | 8493.40 |
| 05/23/05 | 90611 | 19.98 | 199.80 | 0.00 | 0.00 | 199.80 | | 8693.20 |
| 05/23/05 | 90608 | 20.20 | 202.00 | 0.00 | 0.00 | 202.00 | | 8895.20 |
| 05/23/05 | 90613 | 18.42 | 184.20 | 0.00 | 0.00 | 184.20 | | 9079.40 |
| 05/23/05 | 90585 | 18.73 | 187.30 | 0.00 | 0.00 | 187.30 | | 9266.70 |
| 05/23/05 | 90587 | 20.11 | 201.10 | 0.00 | 0.00 | 201.10 | | 9467.80 |
| 05/23/05 | 90588 | 18.90 | 189.00 | 0.00 | 0.00 | 189.00 | | 9656.80 |
| 05/23/05 | 90586 | 20.59 | 205.90 | 0.00 | 0.00 | 205.90 | | 9862.70 |
| 05/23/05 | 90583 | 19.83 | 198.30 | 0.00 | 0.00 | 198.30 | | 10061.00 |
| 05/23/05 | 89588 | 18.89 | 188.90 | 0.00 | 0.00 | 188.90 | | 10249.90 |
| 05/23/05 | 90539 | 20.13 | 201.30 | 0.00 | 0.00 | 201.30 | | 10451.20 |
| 05/23/05 | 89589 | 19.67 | 196.70 | 0.00 | 0.00 | 196.70 | | 10647.90 |

Campbell Sand & Gravel Company

AMOUNT DUE

# Campbell Sand & Gravel Company

2126 ESPEY COURT • SUITE F
CROFTON, MARYLAND 21114
(301) 261-3160 • FAX: (301) 261-0452

PLANT
WASH. PHONE: (301) 261-6655
BALT. PHONE: (410) 793-0058

05/31/2005

WALSH
CONTRACTING

**PAYMENT TERMS**
DUE UPON RECEIPT

**INVOICE / STATEMENT**

JOB LOCATION P I C K U P (BMS)

| DATE | DELIVERY TICKET NUMBER | TONS | PRODUCT BMSS | SALES TAX | HAUL COST | TOTAL CHARGES | BALANCE FWD. / CREDIT | 0.00 |
|---|---|---|---|---|---|---|---|---|
| 05/17/05 | 90114 | 412.57 | ***.** | 0.00 | 0.00 | 4125.70 | | 4125.70 |
| 05/18/05 | 90280 | 58.36 | 583.60 | 0.00 | 0.00 | 583.60 | | 4709.30 |
| 05/18/05 | 90289 | 19.36 | 193.60 | 0.00 | 0.00 | 193.60 | | 4902.90 |
| 05/18/05 | 90303 | 20.52 | 205.20 | 0.00 | 0.00 | 205.20 | | 5108.10 |
| 05/18/05 | 90304 | 19.77 | 197.70 | 0.00 | 0.00 | 197.70 | | 5305.80 |
| 05/18/05 | 90305 | 20.52 | 205.20 | 0.00 | 0.00 | 205.20 | | 5511.00 |
| 05/18/05 | 90308 | 19.20 | 192.00 | 0.00 | 0.00 | 192.00 | | 5703.00 |
| 05/18/05 | 90306 | 20.94 | 209.40 | 0.00 | 0.00 | 209.40 | | 5912.40 |
| 05/18/05 | 90316 | 20.34 | 203.40 | 0.00 | 0.00 | 203.40 | | 6115.80 |
| 05/18/05 | 90320 | 19.53 | 195.30 | 0.00 | 0.00 | 195.30 | | 6311.10 |
| 05/18/05 | 90317 | 19.92 | 199.20 | 0.00 | 0.00 | 199.20 | | 6510.30 |
| 05/18/05 | 90281 | 19.21 | 192.10 | 0.00 | 0.00 | 192.10 | | 6702.40 |
| 05/18/05 | 90282 | 19.34 | 193.40 | 0.00 | 0.00 | 193.40 | | 6895.80 |
| 05/18/05 | 90262 | 19.28 | 192.80 | 0.00 | 0.00 | 192.80 | | 7088.60 |
| 05/18/05 | 90259 | 20.13 | 201.30 | 0.00 | 0.00 | 201.30 | | 7289.90 |
| 05/18/05 | 90260 | 18.78 | 187.80 | 0.00 | 0.00 | 187.80 | | 7477.70 |
| 05/18/05 | CHECK 13855 | | | | | | 4950.00 | 2527.70 |
| 05/19/05 | 90410 | 19.06 | 190.60 | 0.00 | 0.00 | 190.60 | | 2718.30 |
| 05/19/05 | 90408 | 19.57 | 195.70 | 0.00 | 0.00 | 195.70 | | 2914.00 |
| 05/19/05 | 90409 | 19.27 | 192.70 | 0.00 | 0.00 | 192.70 | | 3106.70 |
| 05/19/05 | 90404 | 19.41 | 194.10 | 0.00 | 0.00 | 194.10 | | 3300.80 |
| 05/19/05 | 90403 | 20.07 | 200.70 | 0.00 | 0.00 | 200.70 | | 3501.50 |
| 05/19/05 | 90405 | 21.21 | 212.10 | 0.00 | 0.00 | 212.10 | | 3713.60 |
| 05/19/05 | 90384 | 19.91 | 199.10 | 0.00 | 0.00 | 199.10 | | 3912.70 |
| 05/19/05 | 90385 | 19.88 | 198.80 | 0.00 | 0.00 | 198.80 | | 4111.50 |
| 05/19/05 | 90388 | 20.55 | 205.50 | 0.00 | 0.00 | 205.50 | | 4317.00 |
| 05/19/05 | 90381 | 20.81 | 208.10 | 0.00 | 0.00 | 208.10 | | 4525.10 |
| 05/19/05 | 90382 | 19.76 | 197.60 | 0.00 | 0.00 | 197.60 | | 4722.70 |
| 05/19/05 | 90383 | 20.20 | 202.00 | 0.00 | 0.00 | 202.00 | | 4924.70 |

PAID

Campbell Sand & Gravel Company

AMOUNT DUE

United States Department of the Interior
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
D5217(DSC)
NACC042400 (WAMO)
1443C3059980901
TO T3059989135

March 30, 2007

Mr. Bassem Soueidan, Operations Manager
Grunley-Walsh LLC
5010 Nicholson Lane, Suite 200
Rockville, MD 20852

via Facsimile (301) 881-8083

Dear Mr. Soueidan:

Re: National Mall and Memorial Parks, Washington, D.C., Contract No. 1443CX305998901, Task Order No. T3059989135, Washington Monument, Upgrade Physical Security System and Grounds, NACC 042400

Subject: Certified Claim; Top Soil Change Work - $259,863

Your subject claim, dated January 30, 2007, was received in this office on January 30, 2007.

This letter is to advise you that you will receive the Contracting Officer's final decision related to the claim by May 31, 2007.

If you have any questions, feel free to call me at (303) 969-2118.

Sincerely,

John M. Fox
Contracting Officer

cc:
Regional Director, NCR
NAMA Supt, Keys
DSC-DC, Aitken, Alexander, Giller

United States Department of the Interior
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

IN REPLY REFER TO:
D5217(DSC)
NACC042400 (WAMO)
1443C3059980901
TO T3059989135

Mr. Bassem Soueidan, Operations Manager
Grunley-Walsh LLC
5010 Nicholson Lane, Suite 200
Rockville, MD 20852

June 14, 2007

via Facsimile (301) 881-8083

Dear Mr. Soueidan:

Re: National Mall and Memorial Parks, Washington, D.C., Contract No. 1443CX305998901, Task Order No. T3059989135, Washington Monument, Upgrade Physical Security System and Grounds, NACC 042400

Subject: Contracting Officer's Final Decision – Certified Claim; Top Soil Change Work - $259,863

**A. Description of the claim:**

This claim is for what Grunley-Walsh purports to be "change work relating to the top soil Grunley-Walsh was required to provide on the Project" defined by Task Order 35. The claim is for a total of $259,863.00 for what they claim to be additional cost to perform the topsoil work.

**B. Pertinent contract terms:**

Base Contract: The procurement of this work was issued as part of an Indefinite Delivery/Indefinite Quantity (ID/IQ) contract. Grunley-Walsh was awarded the above-referenced contract on May 13, 1998. The original contract was an ID/IQ construction contract for Stabilization and Preservation of the Washington Monument.

On September 25, 1998, in response to certain terrorist attacks on U.S. Embassies in Africa, the contract was modified to include interim security structures and procedures related to access to and egress from the construction site. On November 21, 2001, in response to the September 11, 2001 terrorist attacks on U.S. facilities, the contract was further modified to

convert it to an ID/IQ Design-Build Contract for Services including Selection/Coordination of the Designer and Design effort and for General Contractor Duties for Construction of a Vehicle Barrier Support System and an Underground Visitor Screening Facility at the Washington Monument. This combined effort was referred to as the "Physical Security System".

Task Order 22: This task order was issued on February 1, 2002, and required Grunley-Walsh to perform all services required for acquisition of geotechnical information, site survey information and core drilling information for the design of the Washington Monument Vehicle Barrier System and Underground Visitor Screening Facility.

Task Order No. 25: This task order was issued on March 14, 2002 and provided for Grunley-Walsh to produce a Cultural Landscape Report and a Historic Structures Report supporting the Washington Monument Physical Security System. The Task Order was issued for a firm-fixed-price of $378, 043. The Task Order was modified 6 times, increasing the total value of the Task Order to $474,414.

Among numerous other things, the Task Order required Grunley-Walsh to prepare reports, with drawings, for existing conditions which "...includes a definition of site boundaries, an accurate site map and a brief description of current resources, primary features, access, and site use."

Task Order No. 28: This task order was issued on April 11, 2002 and provided for Title I services including Schematic Design, Design Development and Supplemental Services for the Washington Monument Vehicle Barrier System and Underground Visitor Screening Facility was issued for a firm-fixed-price of $2,536,673. The Task Order was modified six times, increasing the total Task Order amount to $2,963,614.

The site planning aspect of the "request for proposal (RFP)" for this task order required Grunley-Walsh to provide the following:

> Existing Site Conditions Plan
> Show site boundaries, perimeter street and sidewalk conditions, topographic information, existing facilities, utilities, set backs, easements, localized environmental influences, pedestrian and vehicular circulation, etc.

Deliverables for Task Order No. 28 also included a grading and drainage plan, a utilities plan, and outline specifications for earthwork and grading procedures.

Task Order No. 33: This task order was issued on June 30, 2003 and provided for LEED Analysis of the Underground Screening Facility and for Measured Drawings of the Existing Condition of the Monument Lodge was issued for a firm-fixed-price of $10,120.00. The Task Order was modified twice, both times to revise the deliverable due date and at no additional cost to the Government.

Task Order No. 35: This task order was issued on December 5, 2003, provided for construction of the permanent Barrier System and related grounds work for the Washington Monument Physical Security System. The Task Order was initially awarded at a firm-fixed-price of $13,993,216 and has been modified ten times as of February 9, 2007 to an adjusted contract price of $16,218,428.43.

**C. Contract Clauses**

The base contract included the following relevant FAR clauses (by reference):

| | |
|---|---|
| 52.243-4 | Changes |
| 52.246-12 | Inspection of Construction |
| 52.246-21 | Warranty of Construction |

**D. Claim Analysis:**

The comments that follow relate to significant issues presented by Grunley-Walsh in their claim and provide the Contracting Officer's findings used in developing the final decision.

It is the Government's position that the only changes that were made from the original specification Section 02920 were to decrease the topsoil depth from 12 inches to six inches and to allow a lower percentage of sand in the topsoil mix. This was done so well-AFTER the negotiation of Task Order 35. The Park provided relief to Grunley-Walsh in the form of a "best practices" memorandum (see below) to assist Grunley-Walsh in moving forward with the project. Grunley-Walsh was seriously behind schedule and it was important to develop some momentum. Thus, the Park generously provided this minimum requirement when the Chief Arborist for the Park, Rob DeFeo, issued a Memorandum on March 23, 2005 which defined what he believed to be the "Best Practices" for topsoil in the Washington DC region. This memo provided a less-stringent requirement regarding sand percentages (60-65 percent versus up to 85 percent in the original specification.) The Government also recalls that Mr. DeFeo stated that the mechanical properties of the soil were the most important and that other elements such as organic content and lime could be adjusted after the sod was installed.

It is not a correct to conclude that the issuance of the "best practices" memo resulted in Grunley-Walsh incurring significant additional costs as a result of having to provide a higher percentage of sand to the topsoil mix. Grunley-Walsh is also not correct in their statement that a "soil amendment" meant "leaf grow." A "soil amendment" could include lime, organics, sand, or other elements to provide a satisfactory soil. Further, Grunley-Walsh themselves confirmed their contractual responsibility to the addition of soil amendments in a May 17, 2005 letter to Mike Giller. In the title of that letter "Letter Concerning the Top Soil Sand Quantity and Top Soil Amendments", Grunley-Walsh states "The recommendations from the Lab for amending nutrient levels will be followed as a general guide line." Grunley-Walsh eventually failed to follow the requirements they promised in the letter.

The Government was very clear in their April 26, 2005 response to Grunley-Walsh's letter dated April 25, 2005 in which Grunley-Walsh detailed their topsoil preparation plan and

quality control plan. The Government wrote that they had determined the plans outlined in the April 25, 2005 Grunley-Walsh letter to be unacceptable and delineated the procedures discussed and agreed to in an April 22, 2005 project meeting. The letter goes on to say that all topsoil currently delivered on site did not meet specifications and that it should be tested every 500 cubic yards.

It is important to note that a 100-percent complete set of Construction Drawings, without the disclaimer "NOT FOR CONSTRUCTION", never did exist for this project. It was agreed among the parties that a 100-percent Final CDs set of drawings was not going to be required in order to save time and expense. Reliance was going to be placed on dependable "as-built" drawings to document the final work. This is a design-build contract and Grunley-Walsh had responsibility to adequately communicate with the design firm (Olin Partnership) any discussions and/or agreements they purport to have made with the Government regarding any design changes. Changes can only be authorized by the Contracting Officer. The requirements of the topsoil specifications were not "abandoned" (as Grunley-Walsh refers to it). Once the Government realized that the original specification in the contract was excessive, the Government provided relief to Grunley-Walsh by issuance of the "best practices" memorandum which changed the depth from 12 inches to six inches and allowed for a sand percentage of 60-65 percent versus up to 85 percent.

Grunley-Walsh was informed from the very start to follow the specifications. If the soil required organics, then they were to add it in accordance with the contract requirements. Never did the Government instruct Grunley-Walsh to cover the entire grounds with "leaf grow" nor to use leaf grow in any manner. Further, John Dingus Sr. (subcontractor Davey Tree) said in a subcontractor meeting that he would not place sod without it. The Government understood this to mean that Davey Tree was going to place "leaf grow" whether we required it or not because they wanted a greater assurance that the sod would survive. It is the Government's position that the "leaf grow" used on this project would have already been priced into the proposal that was negotiated at the time of the initial award of Task Order 35. In fact, the Contracting Officer informed Grunley-Walsh prior to their placing the "leaf grow" that the Government would not be paying additional monies for it. The choice to use "leaf grow" was Grunley-Walsh's along with their subcontractor Davey Tree.

Grunley-Walsh only provided initial topsoil testing results and did not comply with the requirements discussed in the April 22, 2005 project meeting and captured in the April 26, 2005 letter from the Alpha Corporation (the Construction Manager) to Grunley-Walsh. Grunley-Walsh never re-tested after the soil amendments had been made. It is important to note here that the imported soil that was being trucked onto the site was infested with a high percentage of trash and other non-soil impurities that made it very difficult to work with. It was communicated to Grunley-Walsh and their subcontractor that the fill being delivered was unacceptable but to no avail.
Regarding the issue of having to rip 16-22" of the surface for haul roads and severely compacted areas, Grunley-Walsh's own trucks compacted the soil and Grunley-Walsh was in total control of the means and methods for remediation. Therefore, the resulting inefficiencies were the effect of Grunley-Walsh's own causes.

**E. Contracting Officer's Final Decision**

In accordance with Clause 52.233-01, Disputes, it is the decision of the Contracting Officer that Grunley-Walsh's claim in the amount of $259,863 is without merit and, therefore, is denied.

This is the final decision of the Contracting Officer. You may appeal this decision to the civilian board of contract appeals. If you decided to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the civilian board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the civilian board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, *41 U.S.C. 60,* regarding Maritime Contracts) within 12 months of the date you receive this decision."

If you have any questions, feel free to call me at (303) 987-6745.

Sincerely,

Ronald F. Bailey
Contracting Officer

cc:
Regional Director, NCR
NAMA Supt
DSC-DC (Aitken, Alexander, Giller)