ORIGINAL

FILED
JUN 18 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**GRUNLEY-WALSH, LLC**
**(f/k/a Grunley-Walsh Construction JV)** *

**Plaintiff,** *

**v.** * **Case No. 07-390 C**
**Judge:**

**THE UNITED STATES OF AMERICA** * **(Top Soil Change Work Claim)**

**Defendant.** *

* * * * * * * * * * * * *

**NOTICE OF DIRECTLY RELATED CASES**

Plaintiff, Grunley-Walsh, LLC, formerly known as Grunley-Walsh Construction JV, ("Grunley-Walsh"), by its counsel, Roger C. Jones, Esq., of Huddles, Jones, Sorteberg & Dachille, P.C., files this Notice of Directly Related Case in the above matter, respectfully states as follows:

1. Plaintiff, Grunley-Walsh filed a Complaint on October 19, 2006 captioned Grunley-Walsh, LLC. v. The United States of America, Case No. 1:06-cv-00721-CFL.

2. Case No. 1:06-cv-00721-CFL arises out of a contract to stabilize and preserve the Washington Monument and, more specifically, change work stemming from the Survey Lodge flood damage.

3. Plaintiff, Grunley-Walsh, filed a Complaint on October 20, 2006 captioned Grunley-Walsh, LLC v. The United States of America, Case No. 1:06-cv-00723-CFL.

4. Case No. 1:06-cv-00723-CFL arises out of a contract to stabilize and preserve the Washington Monument and, more specifically, change work involving the installation of the irrigation system.

5. Plaintiff, Grunley-Walsh filed a Complaint on December 1, 2006 captioned Grunley-Walsh, LLC. v. The United States of America, Case No. 1:06-cv-00815-CFL.

6. Case No. 1:06-cv-00815-CFL arises out of a contract to stabilize and preserve the Washington Monument and, more specifically, change work to relocate an existing underground electrical line.

7. Plaintiff, Grunley-Walsh, filed a Complaint on December 1, 2006 captioned Grunley-Walsh, LLC v. The United States of America, Case No. 1:06-cv-00816-CFL.

8. Case No. 1:06-cv-00816-CFL arises out of a contract to stabilize and preserve the Washington Monument and, more specifically, site improvement work at the rear of the Monument Lodge.

9. Plaintiff, Grunley-Walsh, filed a Complaint on December 11, 2006 captioned Grunley-Walsh, LLC v. The United States of America, Case No. 1:06-cv-00837-CFL

10. Case No. 1:06-cv-00837-CFL arises out of work on the Washington Monument under the same contract and, more specifically, undercut, removal and backfill of unsuitable soil.

11. Plaintiff, Grunley-Walsh, filed a Complaint on February 2, 2007 captioned Grunley-Walsh, LLC v. The United States of America, Case No. 1:07-cv-00085-CFL

12. Case No. 1:06-cv-00085-CFL arises out of work on the Washington Monument under the same contract and, more specifically, lodge window mockup.

13. By Order dated March 14, 2007, the Court consolidated Case Nos. 1:06-cv-00721-CFL, 1:06-cv-00723-CFL, 1:06-cv-00815-CFL, 1:06-cv-00816-CFL, 1:06-cv-00837-CFL, 1-07-cv-00085-CFL.

14. Plaintiff, Grunley-Walsh, filed a Complaint on March 21, 2007 captioned Grunley-Walsh, LLC v. The United States of America, Case No. 1:07-cv-00189-CFL

15. Case No. 1:07-cv-00189-CFL arises out of work on the Washington Monument under the same contract and, more specifically, Constitution Avenue tie-in.

16. Plaintiff, Grunley-Walsh, filed a Complaint on March 21, 2007 captioned Grunley-Walsh, LLC v. The United States of America, Case No. 1:07-cv-00190-CFL

17. Case No. 1:07-cv-00190-CFL arises out of work on the Washington Monument under the same contract and, more specifically, storm drainage revisions.

18. Plaintiff, Grunley-Walsh, filed a Complaint on March 23, 2007 captioned Grunley-Walsh, LLC v. The United States of America, Case No. 1:07-cv-00197-CFL

19. Case No. 1:07-cv-00197-CFL arises out of work on the Washington Monument under the same contract and, more specifically, differing site conditions.

20. Plaintiff, Grunley-Walsh, filed a Complaint on March 26, 2007 captioned Grunley-Walsh, LLC v. The United States of America, Case No. 1:07-cv-00200-CFL

21. Case No. 1:07-cv-00200-CFL arises out of work on the Washington Monument under the same contract and, more specifically, not in contract change work.

22. Plaintiff, Grunley-Walsh, filed a Complaint on May 3, 2007 captioned Grunley-Walsh, LLC v. The United States of America, Case No. 1:07-cv-00281-CFL

23. Case No. 1:07-cv-00281-CFL arises out of work on the Washington Monument under the same contract and, more specifically, A/E additional fees.

24. By Orders dated March 14, 2007 and May 31, 2007, the Court consolidated Case Nos. 1:06-cv-00721-CFL, 1:06-cv-00723-CFL, 1:06-cv-00815-CFL, 1:06-cv-00816-CFL, 1:06-cv-00837-CFL, 1-07-cv-00085-CFL, 1-07-cv-00189-CFL, 1-07-cv-00190-CFL, 1-07-cv-00197-CFL, 1-07-cv-00200-CFL and 1-07-cv-00281-CFL .

25. The instant case arises out of work on the Washington Monument under the same contract and, more specifically, top soil change work.

26. Assignment of the instant action consolidated with Case Nos. 1:06-cv-00721-CFL, 1:06-cv-00723-CFL, 1:06-cv-00815-CFL, 1:Q6-cv-00816-CFL, 1:06-cv-00837-CFL, 1-07-cv-00085-CFL, 1:07-cv-00189-CFL, 1:07-cv-00190CFL, 1:07-cv-00197-CFL 1:07-cv-00200-CFL and 1:07-cv-00281 to the same judge would conserve judicial resources and economy and promote an efficient determination of the actions.

**WHEREFORE**, Plaintiff, Grunley-Walsh, LLC, respectfully requests that Case Nos. 1:06-cv-00721-CFL, 1:06-cv-00723-CFL, 1:06-cv-00815-CFL, 1:06-cv-00816-CFL, 1:06-cv-00837-CFL, 1:07-cv-00085-CFL, 1:07-cv-00189-CFL, 1:07-cv-00190CFL, 1:07-cv-00197-CFL, 1:07-cv-00200-CFL and 1:07-cv-00281 and the instant case be consolidated.

Respectfully submitted,

Roger C. Jones

**HUDDLES, JONES**
**SORTEBERG & DACHILLE, P.C.**
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120
(301) 621-4473 (fax)
jones@hjpc.com
Counsel for Plaintiff,
Grunley-Walsh, LLC

DATED: June 18, 2007